UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ALBRITTON,<br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, & JOHN NOH,<br>    Defendants. | Miscellaneous Action No.<br>CV 5:08-mc-80153-JW (HRL)<br><br>**ORDER GRANTING CISCO SYSTEMS, INC., RICHARD FRENKEL, MALLUN YEN, JOHN NOH & MARK CHANDLER'S MOTION TO QUASH SUBPOENA** |

Came on to be considered Cisco Systems, Inc., Richard Frenkel, Mallun Yen, John Noh, and Mark Chandler's Motion to Quash Subpoena. After having reviewed the Motion to Quash Subpoena and response thereto, the Court issues the following order:

IT IS HEREBY ORDERED that the Motion to Quash Subpoena is GRANTED in all respects such that Google, Inc. need not produce documents pursuant to Eric M. Albritton's subpoena duces tecum dated August 8, 2008.

Dated: _____

_____
UNITED STATES JUDGE

1.

ORDER GRANTING MOTION
TO QUASH SUBPOENA