# DECLARATION OF SERVICE BY E-FILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Orange, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 501 N. El Camino Real, Suite 220, San Clemente, CA 92672.

2. That on February 14, 2007, declarant served the foregoing document(s) described as

**DISMISSAL OF *VALENCIA* ACTION WITHOUT PREJUDICE**
**DECLARATION OF SERVICE BY E-FILE**

by submitting an electronic version of this document via file transfer protocol to the MDL Docket No. M:06-cv-01754-RMW via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 14, 2007, at San Clemente, California.

_____
THOMAS D. MAURIELLO

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | MDL Docket No. M:06-cv-01754-RMW |
| 3 | List of Cases in Federal Courts |

| | |
|---|---|
| **James M. Wimmer, v. Apple Computer, Inc.**<br>USDC, Northern District of California<br>Case C-05-04244 RMW<br><br>Date Filed: 10/19/2005<br>Dismissed: 9/26/2006 | Lee M. Gordon<br>Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Tel: 213-330-7150<br>Fax: 213-330-7152<br>E-Mail: lee@hbsslaw.com<br>E-Mail: elaine@hbsslaw.com<br>**Attorneys for Plaintiff**<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>E-Mail: steve@hbsslaw.com<br>**Attorney for Plaintiff**<br><br>David P. Meyer<br>Patrick G. Warner<br>DAVID P. MEYERS & ASSOCIATES<br>1320 Dublin Road, Suite 100<br>Columbus, OH 43215<br>Tel: 614-224-6000<br>Fax: 614-224-6066<br>**Attorneys for Plaintiff**<br><br>Andrew D. Muhlbach<br>Heather A. Moser<br>Penelope A. Preovolos<br>MORRISON & FOERSTER<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>E-Mail: AMuhlbach@MoFo.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**

| | | |
|---|---|---|
| 1 | Jason Moschella, Samuel R. Allred, Hurr Baqri and David Singer v. Apple Computer, Inc. | Lee M. Gordon<br>Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | USDC, Northern District of California<br>Case C 05-04372 RMW | 700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Tel: 213-330-7150 |
| 4 | Date Filed: 10/26/2005 | Fax: 213-330-7152<br>E-mail: lee@hbsslaw.com |
| 5 | | E-mail: elaine@hbsslaw.com<br>**Attorneys for Plaintiff** |
| 6 | | |
| 7 | | Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900 |
| 8 | | Seattle, WA 98101<br>Tel: 206-623-7292 |
| 9 | | Fax: 206-623-0594<br>E-Mail: steve@hbsslaw.com |
| 10 | | **Attorney for Plaintiff** |
| 11 | | David P. Meyer |
| 12 | | Patrick G. Warner<br>DAVID P. MEYERS & ASSOCIATES |
| 13 | | 401 N. Front Street, Suite 350<br>Columbus, OH 43215 |
| 14 | | Tel: 614-224-6000<br>Fax: 614-224-6066 |
| 15 | | **Attorneys for Plaintiff** |
| 16 | | Andrew D. Muhlbach<br>Heather A. Moser |
| 17 | | Penelope A. Preovolos<br>MORRISON & FOERSTER |
| 18 | | 425 Market Street<br>32nd Floor |
| 19 | | San Francisco, CA 94105-2482<br>Tel: 415-268-7000 |
| 20 | | Fax: 415-268-7522<br>E-Mail: AMuhlbach@MoFo.com |
| 21 | | **Attorney for Defendant** |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**DECLARATION OF SERVICE BY E-FILE**

| | |
|---|---|
| **Ben Jennings and Roberto Armando Islas Durand v. Apple Computer, Inc.**<br>USDC, Northern District of California<br>Case C 05-04520 RMW<br><br>Date Filed: 11/04/2005 | Lee M. Gordon<br>Elaine T. Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017-4101<br>Tel: 213-330-7150<br>Fax: 213-330-7152<br>E-mail: lee@hbsslaw.com<br>E-mail: elaine@hbsslaw.com<br>**Attorneys for Plaintiff**<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>E-Mail: steve@hbsslaw.com<br>**Attorney for Plaintiff**<br><br>David P. Meyer<br>Patrick G. Warner<br>DAVID P. MEYERS & ASSOCIATES<br>401 N. Front Street, Suite 350<br>Columbus, OH 43215<br>Tel: 614-224-6000<br>Fax: 614-224-6066<br>**Attorneys for Plaintiff**<br><br>Andrew D. Muhlbach<br>Heather A. Moser<br>Penelope A. Preovolos<br>MORRISON & FOERSTER<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>E-Mail: amuhlbach@mofo.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**

| | |
|---|---|
| **John Valencia v. Apple Computer, Inc.**<br>USDC, Northern District of California<br>Case No. 05: 05-cv-05319 HRL<br><br>Date Filed: 12/22/2005<br>Date Dismissed: | Thomas D. Mauriello<br>LAW OFFICES OF THOMAS D. MAURIELLO<br>501 N. El Camino Real, Ste. 220<br>San Clemente, CA (2672<br>Tel: 949-366-4135<br>Fax: 949-606-9690<br>E-mail: tomm@maurlaw.com<br>**Attorney for Plaintiff**<br><br>Lawrence E. Feldman<br>LAWRENCE E. FELDMAN & ASSOC.<br>432 Tulpehocken Ave.<br>Elkins Park, PA 19027<br>Tel: 215-885-3302<br>Fax: 215-885-3303<br>E-mail: lef@leflaw.com<br>**Attorney for Plaintiff**<br><br>Bryan L. Clobes<br>MILLER FAUCHER & CAFFERTY, LLP<br>18th and Cherry Streets<br>One Logan Square, Suite 1700<br>Philadelphia, PA 19103<br>Tel: 215-864-2800<br>Fax: 215-864-2810<br>**Attorney for Plaintiff**<br><br>Seth R. Lesser<br>LOCKS LAW FIRM<br>110 East 55th Street<br>New York, NY 10022<br>Tel: 212-838-3333<br>Fax: 212-838-3755<br>E-mail: slesser@lockslaw.com<br>**Attorney for Plaintiff**<br><br>Andrew D. Muhlbach<br>Heather A. Moser<br>Penelope A. Preovolos<br>MORRISON & FOERSTER<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>E-Mail: amuhlbach@mofo.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | **Emily Mayo v. Apple Computer, Inc.**<br>USDC, Middle District of Louisiana<br>Case 05-cv-01382 JJB DLD<br><br>Date Filed: 12/07/2005 | Philip Bohrer<br>Scott E. Brady<br>BOHRER LAW FIRM<br>8712 Jefferson Highway, Suite B<br>Baton Rouge, LA 70809<br>Tel: 225-925-5297<br>Fax: 225-231-7000<br>E-Mail: phil@bohrerlaw.com<br>**Attorney for Plaintiff**<br><br>Quentin F. Urquhart, Jr.<br>Martin A. Childs<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Tel: 504-310-2100<br>Fax: 504-310-2101<br>E-Mail: qurquhart@irwinllc.com<br>**Attorney for Defendant** |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | **Danny Williamson v. Apple Computer, Inc.**<br>USDC, Middle District of Louisiana<br>Case No. 05-cv-01438 RET NC<br><br>Date Filed: 12/29/2005 | Richard J. Arsenault<br>John R. Whaley<br>NESBLETT, BEARD & ARSENAULT<br>P. O. Box 1190<br>2220 Bonaventure Court<br>Alexandria, LA 71309-1190<br>Tel: 318-487-9874<br>Fax: 561-2591<br>E-Mail: rarsenault@nbalawfirm.com<br>**Attorney for Plaintiff**<br><br>Quentin F. Urquhart, Jr.<br>Martin A. Childs<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Tel: 504-310-2100<br>Fax: 504-310-2101<br>E-Mail: qurquhart@irwinllc.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**

| | | |
|---|---|---|
| 1 | **Leonard Rappel v. Apple Computer, Inc.**<br>USDC, District of New Jersey<br>Case 05-cv-05622 AET JJH<br><br>Date Filed:11/23/2005 | Jean-Marc Zimmerman<br>ZIMMERMAN, LEVI & KORSINSKY LLP<br>226 ST. Paul Street<br>Westfield, NJ 07090<br>Tel: 908-654-8000<br>E-Mail: jmzimmerman@zlk.com<br>**Attorney for Plaintiff**<br><br>Jerry L. Tanenbaum<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>Woodland Falls Corporate Park<br>220 Lake Drive East Suite 200<br>Cherry Hill, NJ 08002-1165<br>Tel: 856-482-5222<br>E-Mail: jtanenbaum@schnader.com<br>**Attorney for Defendant**<br><br>Andrew D. Muhlbach<br>Heather A. Moser<br>Penelope A. Preovolos<br>MORRISON & FOERSTER<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>E-Mail: amuhlbach@mofo.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**

| | |
|---|---|
| **Eli Kahan v. Apple Computer, Inc.**<br>USDC, Southern District of New York<br>Case 05-cv-09251<br><br>Date Filed: 10/31/2005 | Eduard Korsinsky<br>ZIMMERMAN LEVI & KORSINSKY, LLP<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>E-Mail: ek@zlklaw.com<br>**Attorney for Plaintiff**<br><br>Mark P. Ladner<br>Mark David McPherson<br>MORRISON & FOERSTER<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: 212-468-8000<br>Fax: 212-468-7900<br><br>Andrew D. Muhlbach<br>Heather A. Moser<br>Penelope A. Preovolos<br>MORRISON & FOERSTER<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105-2482<br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>E-Mail: amuhlbach@mofo.com<br>**Attorney for Defendant** |

**DECLARATION OF SERVICE BY E-FILE**