RICHARD ARSENAULT, Bar # 02563
**NEBLETT, BEARD & ARSENAULT**
2222 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71390-1190
Telephone: (318) 487-9874
rarsenault@nbalawfirm.com

JOHN RANDALL WHALEY, Bar #25930
2222 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71390-1190
Telephone: (318) 487-9874
jwhaley@nbalawfirm.com

**Attorneys for Plaintiff**

CLASS ACTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Apple iPod nano Products Liability Litigation | MDL 1754 |
| | Case No. 06-CV-01754-RMW |
| **This document relates to:** | **NOTICE OF VOLUNTARY DISMISSAL OF INDIVIDUAL ACTION** |
| DANNY WILLIAMSON, INDIVIDUALLY and as representative of the CLASS, | |
| Plaintiff, | |
| VERSUS | |
| APPLE COMPUTER, INC. | |
| Defendant. | |
| United States District Court Middle District of Louisiana Case No: 05-1438 | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the signed *Stipulation and Order Re: Leave to File First Consolidated and Amended Master Complaint* dated September 20, 2006, Plaintiff Danny Williamson voluntarily dismisses without prejudice his individual action, *Danny Williamson v. Apple Computer, Inc.*, Case No. 05-1438, filed in the District Court for the Middle District of Louisiana on December 29, 2005.

Respectfully submitted:

_____
RICHARD ARSENAULT, Bar #02563
JOHN RANDALL WHALEY, Bar #25930
2222 Bonaventure Court
P.O. Box 1190
Alexandria, Louisiana 71390-1190

## DECLARATION OF SERVICE BY E-FILE

The above-signed person hereby certifies that on February 21, 2007, I filed the attached **NOTICE OF DISMISSAL OF PLAINTIFF DANNY WILLIAMSON'S INDIVIDUAL COURT ACTION, CASE NUMBER 06-CV-01754-RMW** on behalf of Plaintiff and made service on counsel or record in this matter by making an electronic filing with the Clerk of the Court, using the ECF system, which will send notification of such filing to counsel of record.

# DECLARATION OF SERVICE BY E-FILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the Parish of East Baton Rouge, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is P.O. Box 1190, Alexandria, Louisiana 71309-1190.

2. That on February 21, 2007, declarant served the foregoing documents(s) described as **NOTICE OF DISMISSAL OF PLAINTIFF DANNY WILLIAMSON'S INDIVIDUAL COURT ACTION, CASE NUMBER 06-CV-01754-RMW** by submitting an electronic version of this document via the file transfer protocol to the U.S. District Court, Northern District of California via ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of February, 2007 at Alexandria, Louisiana.

_____
John Randall Whaley

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing to all counsel of record by placing same in the United States mail, postage prepaid, and properly addressed.

Alexandria, Louisiana, this 21 day of Feby, 2007.

_____
John Randall Whaley