PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC. f/k/a
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPOD NANO PRODUCTS LIABILITY LITIGATION | CASE NO.: M-06-01754-RMW<br>MDL NO.: 1754<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY JOHANNA W. ROBERTS**<br><br>The Honorable Ronald M. Whyte<br>Courtroom No. 6, 4th Floor<br><br>Master Complaint Filed: Sept. 21, 2006 |

NOTICE OF WITHDRAWAL OF ATTORNEY JOHANNA W. ROBERTS
Case No. M-06-01754-RMW
sf-2592980

1     PLEASE TAKE NOTICE that Johanna W. Roberts has withdrawn as attorney of record
2 on behalf of defendant APPLE INC.  Ms. Roberts is no longer with Morrison & Foerster LLP.
3     Copies of all pleadings and notices pertaining to the above-entitled matter should continue
4 to be forwarded to all other attorneys of record for defendant APPLE INC.

Dated: October 20, 2008            PENELOPE A. PREOVOLOS
                                   ANDREW D. MUHLBACH
                                   HEATHER A. MOSER
                                   MORRISON & FOERSTER LLP


                            By:    /s/ Johanna W. Roberts
                                   Johanna W. Roberts

                                   *Attorneys for Defendant*
                                   APPLE INC.

NOTICE OF WITHDRAWAL OF ATTORNEY JOHANNA W. ROBERTS
Case No. M-06-01754-RMW
sf-2592980