```
 1                  GRAND JURY 04-1
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4                                            ORIGINAL
 5  GJ INVESTIGATION NO. 2004R00608
 6
 7
 8
 9
10          REPORTER'S TRANSCRIPT OF PROCEEDINGS
11              TESTIMONY OF JAMES VALENTE
12              AT 450 GOLDEN GATE AVENUE
13            SAN FRANCISCO, CALIFORNIA 94102
14                 THURSDAY, MAY 25, 2006
15
16
17  FOR THE GOVERNMENT:
18  KEVIN V. RYAN,
19  UNITED STATES ATTORNEY
20  BY:   JEFF NEDROW, AUSA
21        MATT PARRELLA, AUSA
22        JEFF FINIGAN, AUSA
23  UNITED STATES DEPARTMENT OF JUSTICE
24  450 GOLDEN GATE AVENUE
25  SAN FRANCISCO, CALIFORNIA 94102
```

```
 1  referring specifically to formal documents that --
 2  you know, affidavits and things; correct?
 3      A.   Yes.  Correct.
 4      Q.   All right.  But, of course, when you do
 5  that, that creates a paper trail; correct?
 6      A.   Yes.
 7      Q.   Okay.  All right.  So what was your basis
 8  for putting down Barry B. and these numbers on
 9  these samples?  I mean how did you know it was
10  Barry's urine?
11      A.   'Cause Greg gave it to me and told me.
12      Q.   Greg told you specifically these were
13  Barry's urine samples.
14      A.   Yes.
15      Q.   Okay.  All right.  Let's go to the
16  next --
17      GRAND JUROR:  Mr. Nedrow.
18      MR. NEDROW:  Yes.  I'm sorry.
19      GRAND JUROR:  Can we request a bathroom break?
20      MR. NEDROW:  Oh, sure.  Yeah.  Absolutely.
21  You guys want to take like 10 minutes or something
22  or --
23      GRAND JUROR:  Five is fine.
24      GRAND JUROR:  Yeah, five is fine.
25      THE FOREPERSON:  Five is fine.
```

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201