v. Google, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 108 Att. 1

ORIGINAL

GRAND JURY

NORTHERN DISTRICT OF CALIFORNIA

GJ INVESTIGATION NO. 2002R01596    )

CONFIDENTIAL

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TESTIMONY OF

BARRY BONDS

AT UNITED STATES DEPARTMENT OF JUSTICE

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

THURSDAY, DECEMBER 4, 2003; 1:23 P.M.


FOR THE GOVERNMENT:

KEVIN V. RYAN, UNITED STATES ATTORNEY

BY:  JEFF NEDROW, ASSISTANT UNITED STATES ATTORNEY

　　　ROSS NADEL, ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DEPARTMENT OF JUSTICE

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

Dockets.Justia.com

1    Q.  Besides providing you with advice on weight
2  lifting systems, did Mr. Anderson provide you with
3  anything else in connection with your working out with
4  him?
5    A.  Vitamins and protein shakes.
6        I also was with Twin Lab too at that time.
7    Q.  Sorry?
8    A.  I also was with Twin Lab at that time, too.
9    Q.  Twin Lab -- what's Twin Lab?
10   A.  Twin Lab is a vitamin company, provides
11 vitamins.
12   Q.  Did Mr. Anderson ever talk to you about giving
13 blood tests or urine tests?  I'm sorry.  Let me make it
14 more clear.
15       Did he ever ask you to provide blood samples or
16 urine samples for testing?
17   A.  Yes.
18   Q.  When did he start asking you to do that, right
19 off the bat or as time went on?
20   A.  I don't know, I believe it was maybe 2000,
21 2001, I believe so.
22   Q.  And did he explain to you why he wanted to test
23 your blood or your urine?
24   A.  He wanted to do a blood test sample to try to
25 regulate your levels, if you're lacking in zinc or

17

1 magnesium or, you know, like, your deficiency in your
2 body. And I was curious about it. You know, that's a
3 unique thing to find out. And to supplement it with
4 food. I have a cook. So, I had a cook, and I had a
5 nutritionist at Stanford, a lady that was telling us,
6 you know, all the nutrition stuff, too. And Greg was
7 also helping in that.
8     And then to take the blood test at BALCO was
9 just the thing to figure out what you're deficient in
10 and be able to supplement that with vitamins or food
11 intake. And I thought it was just a neat idea.
12     Q. Okay. How many times did you provide blood
13 samples for testing? Was that a common thing or just
14 happen a few times? Or what would you estimate?
15     A. I don't know, maybe five or six times, maximum.
16     Q. And would that be all within the 2000, 2001
17 period, or would it be over the last several years?
18     A. Over the last -- all the way until now, this
19 year.
20     Q. And regarding the urine samples -- let me ask,
21 I guess, the same questions regarding the urine samples.
22 How often did you provide those?
23     A. Oh, I can't recall. Maybe four times, maybe.
24 I don't recall.
25     Q. So, understanding four would be kind of an

18
BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    Q.    Did you provide the blood samples directly to
2    Mr. Anderson?
3    A.    Yeah, I had my own personal doctor come up to
4    draw my blood.  I only let my own personal doctor touch
5    me.  And my own personal doctor came up and drew my
6    blood and Greg took it to BALCO.
7    Q.    What about the urine samples?
8    A.    Same thing, come to my house, here, go.
9    Q.    That was the doctor, that was at your house,
10   and provided it to --
11   A.    Yes.
12   Q.    -- to Mr. Anderson; right?
13   A.    Yes.
14   Q.    Did he tell you where those samples would be
15   tested?
16   A.    Where he was taking them?
17   Q.    Yes.
18   A.    I believe BALCO.
19   Q.    Did he tell you that?
20   A.    Yeah -- yes.
21   Q.    Did he tell you what he was going to test them
22   for?
23   A.    I believe it was the same thing for the blood,
24   the blood and the thing are the exact same thing.  So, I
25   didn't ask him.

1    A.   I see the number of 100121 that you're
2  referencing back to this.
3    Q.   Right.
4    A.   But I've never seen this document before.
5    Q.   Okay.  And let me go over a couple things on
6  this.  First of all, do you see on the upper left it
7  says:  "To Victor Conte" on this document?
8    A.   Yes.
9    Q.   I'm sorry.  Did I say -- upper left corner,
10 yes.
11        And then it says:  "Quest Diagnostics
12 Incorporated," with an address in San Diego.
13        Do you see that in the upper left below the
14 name Victor Conte?
15   A.   Yes.
16   Q.   Does that name mean anything to you?  Did you
17 ever use them to test your blood or urine?
18   A.   Is this a blood or urine?  This looks like a
19 urine test; right?
20   Q.   I -- well --
21   A.   It says:  "Specimen Type:  Urine."
22   Q.   Yes, I agree, that looks like a urine test,
23 yes.
24   A.   I gave samples to Greg.  Greg took them to
25 BALCO.