```
 1                    GRAND JURY 04-1
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4                                              ORIGINAL
 5
 6
 7
 8
 9
10          REPORTER'S TRANSCRIPT OF PROCEEDINGS
11                 TESTIMONY OF STAN CONTE
12               AT 450 GOLDEN GATE AVENUE
13             SAN FRANCISCO, CALIFORNIA 94102
14                 THURSDAY, APRIL 27, 2006
15
16
17
18  UNITED STATES ATTORNEY'S OFFICE
19  KEVIN RYAN, DISTRICT ATTORNEY
20  BY:   JEFFREY NEDROW, ASSISTANT U.S. ATTORNEY
21        MATTHEW PARRELLA, ASSISTANT U.S. ATTORNEY
22        JEFFREY R. FINIGAN, ASSISTANT U.S. ATTORNEY
23  UNITED STATES DEPARTMENT OF JUSTICE
24  450 GOLDEN GATE AVENUE
25  SAN FRANCISCO, CALIFORNIA 94102
```

1

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    A.  Not necessarily, no.  We talk to the personal
2 trainers.  And if we have the opportunity to go watch
3 their workout, I've definitely done it before.
4    Q.  Especially in the off-season?
5    A.  Especially -- well, it would almost always
6 occur in the off-season.
7    Q.  Well, during that time frame, and we're talking
8 about 2000, 2001, how -- how often -- well, withdrawn.
9        Were you aware of any so-called supplements or
10 items that were given by Greg Anderson to Barry Bonds to
11 be taken internally?
12   A.  I was told that he was taking vitamins that
13 were given to him by Greg Anderson.
14   Q.  Who told you that?
15   A.  Barry Bonds.
16   Q.  Okay.  And how did that come up?
17   A.  He was telling me about his overall program and
18 that part of his program was this -- this vitamin
19 supplement nutritional program.
20   Q.  And tell us what he -- what Mr. Bonds said in
21 describing the vitamin supplement nutritional program?
22   A.  Just that they were developing a program that
23 was specific to him; that they would take his blood and
24 analyze it and decide which vitamins he needed and then
25 tailor it to his particular body needs.

35