UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> v. ) <br> BARRY BONDS, ) <br>     Defendant. ) | CR No: 07-0732-SI <br> CR MISC. NO.: 03-271-MMC <br><br> UNSEALING APPLICATION AND PROPOSED ORDER |

    The United States, by and through Joseph P. Russoniello, United States Attorney, and Jeffrey D. Nedrow, Assistant United States Attorney, hereby moves the Court for an order unsealing the immunity order served upon Barry Bonds in connection with his 2003 grand jury testimony in the Balco grand jury investigation. The United States had previously requested sealing of this order because at the time the immunity order was signed, disclosure of the appearance of this individual before the grand jury would have been inappropriate as a grand jury matter and would have substantially impaired the criminal investigation. As the defendant's appearance and testimony before the grand jury has long been public knowledge, the government no longer has an investigative need in maintaining secrecy with respect to the appearance of this

UNITED STATES' MOTION
TO UNSEAL IMMUNITY ORDER
AND PROPOSED ORDER
CR NO.: 07-0732-SI
CR MISC. NO.: 03-271-MMC

witness before the Balco grand jury.

The immunity order for Barry Bonds was captioned under CR MISC. NO.: 03-271. The government respectfully requests that this unsealing order pertain only to the order for Barry Bonds, as other matters may have been lodged under this file number which are not, at this time, appropriate for disclosure.

DATED: February 9, 2009         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

**ORDER**

In light of the government's motion, and for the reasons stated therein, the immunity order for Barry Bonds filed under criminal number CR MISC. NO.: 03-271 is hereby ordered unsealed. All other matters pertaining to other witnesses filed under this criminal number shall remain under seal pending further order of the Court.

IT IS SO ORDERED.


DATED: _____, 2009

_____
SUSAN ILLSTON
United States District Judge


UNITED STATES' MOTION
TO UNSEAL IMMUNITY ORDER
AND PROPOSED ORDER
CR NO.: 07-0732-SI
CR MISC. NO.: 03-271-MMC            2