v. Google, Inc.                                                                                              Doc. 110

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 2/5/09

Case No.   CR-07-0732 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys: M. Parella, Finigan, Nedrow. Wilson     A. Ruby, C. Arguedas, D. Riordan,
                                                   T. Cassman, D. Horgan, M. Anderson,

Deputy Clerk:  Tracy Sutton  Court Reporter: Belle Ball

### **PROCEEDINGS**

1) Defendant's Motion to Exclude Evidence - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   (X)Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN
   ( x ) SUBMITTED                                      PART

Case continued to ___ for Further Status

Case continued to ___ for Motions
(Motion due , Opposition  Reply )

Case continued to ___ for Pretrial Conference

Case continued to ___ for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:       Delay ends:**
(            )

ORDERED AFTER HEARING:
Counsel may file supplemental briefs re: blood test on 2/9/09 (govt) and 2/13/09 (deft).
Further briefs shall be filed re: Daubert on 2/13/09 (deft) and 2/18/09(govt).
The jury trial is estimated to last 3-4 weeks.
The court will select a 12 member jury panel with 2 alternates out of a pool of 90 available, pre-screened prospective jurors.
Counsel shall submit a proposed juror questionnaire to the Court by 2/13/09.
As indicated on the record, the government shall produce some documents to defendants on 2/6/09, pursuant to an agreed upon protective order.

Dockets.Justia.com