1  ALLEN RUBY, (SBN 47109)
   Law Offices of Alan Ruby
2  125 S Market St #1001
   San Jose, CA 95113-2285
3  Phone: (408) 998-8500

4  CRISTINA C. ARGUEDAS (SBN 87787)
   TED CASSMAN (SBN 98932)
5  ARGUEDAS, CASSMAN & HEADLEY, LLP
   803 Hearst Avenue
6  Berkeley, CA 94710
   Phone: 510.845.3000

7
   DENNIS RIORDAN (SBN 69320)
8  DONALD HORGAN (SBN 121547)
   RIORDAN & HORGAN
9  523 Octavia St
   San Francisco, CA 94102
10 Phone: (415) 431-3472

11 Attorneys for Defendant
   BARRY LAMAR BONDS
12

13

14            UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO VENUE

17

18

19 UNITED STATES OF AMERICA,        NO. CR 07-0732 SI

20         Plaintiff,
                                    STIPULATION TO
21 vs.                              UNSEAL ALL PLEADINGS
                                    CASE NO. 04-044 SI
22 BARRY LAMAR BONDS,

23         Defendants.
   _____/
24

25     It is hereby stipulated by and between the parties of record that following

26 pleadings on file in the case of *United States v. Conte, et al.*, No. CR 04-0044 SI should

27 be unsealed:

28
                                        1

Docket Number 161, filed on October 8, 2004;

Docket Number 163, filed on October 12, 2004;

Docket Number 175, filed on October 29, 2004;

Docket Number 181, filed on November 2, 2004

Docket Numbers 191, 192, 193 and 194, all filed on November 26, 2004.

DATED: February 8, 2009

                                        /s/
Allen Ruby, Attorney for
Defendant Bonds

DATED: February 8, 2009

                                        /s/
Jeffrey Nedrow, Assistant
U.S. Attorney