JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0732 SI |
|     Plaintiff, ) | |
| v. ) | **PROPOSED JURY INSTRUCTIONS** |
| BARRY LAMAR BONDS, ) | Trial:     March 2, 2009 |
|     Defendant. ) | Time:    8:30 a.m. |
| ) | Court:   Hon. Susan Illston |
| _____ ) | |

      The government  respectfully requests that the Court charge the jury with the following

jury instructions attached hereto in addition to those already identified in the Court's Second

Order for Pretrial Preparation.  Leave is respectfully requested to include such other additional

instructions as may become appropriate during the course of the trial.

      Depending on the evidence adduced at trial, some of the instructions included herein may

not be appropriate, and some additional instructions may be required.  The government

PROPOSED JURY INSTRUCTIONS
CR 06-0732 SI

1   respectfully reserve the right to request additional jury instructions or modifications of the

2   attached instructions at trial.

3

4   DATED:   February 13, 2009                          Respectfully submitted,

5                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney
6

7                                                       _____/s/_____

8                                                       MATTHEW A. PARRELLA
                                                        JEFFREY D. NEDROW
9                                                       JEFFREY R. FINIGAN
                                                        J. DOUGLAS WILSON
10                                                      Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TABLE OF JURY INSTRUCTIONS

### NINTH CIRCUIT
### MODEL JURY

| NO. | INSTRUCTIONS | DESCRIPTION |
|-----|--------------|-------------|
| 1 | 1.12 | OUTLINE OF TRIAL |
| 2 | 2.2 | BENCH CONFERENCES AND RECESSES |
| 3 | 2.3 | STIPULATED TESTIMONY |
| 4 | 2.4 | STIPULATIONS OF FACT |
| 5 | 2.5 | JUDICIAL NOTICE |
| 6 | 2.7 | TRANSCRIPT OF RECORDING IN ENGLISH |
| 7 | 3.12 | SEPARATE CONSIDERATION OF MULTIPLE COUNTS |
| 8 | 4.1 | STATEMENTS BY DEFENDANT |
| 9 | 4.3 | OTHER CRIMES, WRONGS OR ACTS OF DEFENDANT |
| 10 | 4.9 | TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES – IMMUNITY, BENEFITS, ACCOMPLICE, PLEA |
| 11 | 4.17 | OPINION EVIDENCE, EXPERT WITNESS |
| 12 | 5.6 | KNOWINGLY |
| 13 | 7.6 | COMMUNICATION WITH COURT |
| 14 | 8.112 | FALSE DECLARATION BEFORE GRAND JURY |
| 15 | Special #1 | OBSTRUCTION OF JUSTICE |

PROPOSED JURY INSTRUCTIONS
CR 06-0732 SI