ALLEN RUBY (SBN 47109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street #1001
San Jose, CA 95113
Telephone: (408) 998-8500 ext. 204
Facsimile: (408) 998-8503


DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
MICHAEL W. ANDERSON (SBN 232525)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003


MICHAEL RAINS (SBN 91013)
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699
Facsimile: (925) 609-1690

Attorneys for Defendant
BARRY LAMAR BONDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00732 SI |
| Plaintiff, | |
| v. | **PROPOSED JUROR QUESTIONNAIRE** |
| BARRY L. BONDS, | |
| Defendant. | |
| _____/ | |


**JOINTLY PROPOSED JUROR QUESTIONNAIRE**

The parties have met, conferred, and agreed upon the questions in the enclosed

juror questionnaire.  Proposed questions to which either party objects will be filed under

separate cover.

Juror No._____

## United States v. Barry Lamar Bonds

Juror Questionnaire

The indictment charges defendant Barry Bonds with ten counts of giving a false declaration in violation of 18 U.S.C. § 1623(a), and one count of obstruction of justice, in violation of 18 U.S.C. § 1503. The indictment is not evidence. The indictment is simply the document used to advise a defendant of the accusations against him. The defendant has pleaded not guilty to all the charges.

Instructions
Please complete the following questionnaire to assist the Court and counsel in
selecting a jury to serve in the case of United States v. Barry Lamar Bonds. The purpose of these questions is not to ask unnecessarily about personal matters. It is simply to determine whether a prospective juror can decide the case fairly and impartially. This questionnaire will not be made public.

Please do not discuss the questionnaire or your answers with anyone. It is very important that the answers be yours and yours alone. Remember that there are no "right" or "wrong" answers; only truthful answers. Because this questionnaire is part of the jury selection process, it is to be answered under oath. You are sworn to give true and complete answers to all questions.

Please print your answers and use ink to ensure legibility. Please write your assigned juror number on the first page. Do not write on the back of any page. If you require additional space for any of your answers or wish to make further comments, please use the explanation sheets attached to the back of this questionnaire.

Thank you for your cooperation.

Name: _____     Juror Number:_____

City or Community:_____     Age:_____Gender:_____

Do you rent or own your residence?   ( ) Own   ( ) Rent     ( ) Neither (live with family)

How long have you been at this residence?_____

PLACE OF BIRTH:_____

1.  What is your marital status?

    ( ) Single and never married     ( ) Married for _____ years   ( ) Separated
    ( ) Divorced, not remarried     ( ) Divorced, now remarried
    ( ) Widowed, not remarried     ( ) Widowed, now remarried
    ( ) Single but living with non-marital partner for ____ years

2.  What is the highest level of education you have completed?

    ( ) Grammar school ( ) Junior high ( ) Some high school ( ) High school diploma

    ( ) Trade or technical school Subject studied:_____

    _____

    ( ) Some college Major/Degree:_____School attended:_____

    ( ) College degree Major:_____School attended:_____

    ( ) Graduate school Major/Degree:_____

      School attended:_____

    If you plan to attend or are currently attending school, please describe:

    _____

    If you have taken any courses or had any training in law or a related subject, please describe:

    _____

    _____

3.  Is English your first or native language?  ( ) Yes ( ) No

    If no, what language is your first or native language?_____

    How well do you understand written English? ( ) Very well ( ) Well ( ) Not very well ( ) Poorly
    How well do you understand spoken English? ( ) Very well ( ) Well ( ) Not very well ( ) Poorly

4. What is your current job status?

   ( ) Working full-time ( ) Working part-time ( ) Retired ( ) Disabled
   ( ) Unemployed ( ) Homemaker ( ) Student

   How long has this been your job status?_____

5. What is your current or most recent job? (Please state if you are retired, a homemaker,
   unemployed, disabled, or a student. If so, describe your previous occupation or your most recent
   job):

   _____

   Employer:_____

   Job title:_____

6. What are your specific duties and responsibilities on the job:

   _____

   _____

7. Does your job involve supervising other people?   ( )Yes     ( )No

   If yes, approximately how many?_____

   What other full-time employment have you had over your working life?

   _____

   _____

   _____

8. If married, or sharing a household with another adult, please describe that person's job.
   (Please state if they are retired, a homemaker who does not work outside the home, unemployed,
   disabled, or a student. If so, describe their previous occupation or most recent job):

   _____

   _____

   _____

   Employer:_____

   Job title:_____

   Please describe their job duties:_____

   How long have they had (or did they have) this job?_____ years

9. Do you have any children?          ( ) Yes          ( ) No

   IF YES, please indicate age, education and occupation of your children.
   <u>AGE</u>                    <u>EDUCATION</u>                    <u>OCCUPATION</u>

   _____

   _____

   _____

   _____

10. Please list any organizations, civic clubs, societies, professional associations, recreational groups, or clubs that you have belonged to within the last 5 years.

    _____

    _____

11. Do you hold a leadership position in any of the groups or organizations you belong to?

    ( ) Yes ( ) No          IF YES, what?_____

12. Have you ever previously served on a jury?   ( ) Yes    ( ) No

    If yes, how many were criminal trials?_____

    How many were civil trials? _____

    IF YES, did you serve as a foreperson?          ( ) Yes      ( ) No

    Without indicating what the verdict was, did the jury reach a verdict in all the cases?

                              ( ) Yes          ( ) No

    Please explain how you felt about your prior jury experience.:

    _____

    _____

13. If you have been to court for any reason other than divorce, please explain:

    _____

    _____

    _____

14. If you have relatives or close personal friends who are judges or attorneys or court personnel, what are their name and relationship to you?

    _____

    _____

    _____

4

15. Please describe any problem (vision, hearing or other medical problems) that may affect your jury service**:**

    _____

    _____

16. Have you ever served in the military?

    ( ) Yes, currently     ( ) Yes, but not currently     ( ) No

17. Have you, a family member or close friend ever considered working in law enforcement?

    ( ) Yes     ( ) No               IF YES, who?_____

    IF YES, please explain:_____

    _____

    _____

18. Have you, or any family member or close friend, ever been employed by any of the following?

    (a) Federal, State or County Prosecutors' Offices               ( ) Yes          ( ) No
    (b) Federal or State Correctional agencies such as a prison, jail or probation or parole  office?
                                                                     ( ) Yes          ( ) No
    (c) Any Federal law enforcement or investigative agency (examples of which are FBI, DEA,
        BATF, CIA, Customs, Immigration, Secret Service, etc.)    ( ) Yes          ( ) No
    (d) Any state law enforcement agency (examples of which are local police departments;
        sheriffs, highway patrol, etc.)                              ( ) Yes          ( ) No
    (e) Public Defender or AID organization                          ( ) Yes          ( ) No
    (f) Law office or law firm?                                      ( ) Yes          ( ) No

19. If you answer to any of the above is yes, please explain which agency/office, the dates and describe the employment:

    _____

    _____

    _____

20. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness for any reason other than that stated above?

    ( ) Plaintiff        ( ) Defendant        ( ) Victim        ( ) Witness        ( ) No

    IF YES, please state when and explain why you appeared in court:

    _____

_____

_____

21. Have you ever been a party to a lawsuit, whether civil or criminal?  ( ) Yes   ( ) No

    IF YES, what was the nature of the case?_____

_____

_____

_____

22. Have you ever had your deposition taken?                              ( ) Yes    ( ) No

    IF YES, what was the nature of the case?_____

_____

_____

23. Have you or has anyone close to you, ever been asked to testify in court as an expert witness, or as a witness with special knowledge or training?                ( ) Yes    ( ) No

    IF YES, please describe:_____

_____

_____

24. Have you, or has someone close to you, ever been the victim of a crime?   ( ) Yes     ( ) No

    IF YES, please describe the crime(s):_____

_____

_____

    Was anyone arrested?                     ( ) Yes   ( ) No

    IF YES, there was an arrest, what was the outcome?_____

_____

_____

    IF there was a trial, did you testify?       ( ) Yes    ( ) No

    Were you satisfied with the way law enforcement handled the matter?        ( ) Yes      ( ) No

    Why or why not?_____

_____

25. Have you, or has anyone close to you, been strongly affected by a crime, either growing up or as an adult?            ( ) Yes ( ) No

    IF YES, please describe the circumstances:_____

_____

_____

26. Have you, a family member or close friend ever been accused of or convicted of a crime?
( ) Yes    ( ) No

IF YES, please describe: _____

_____

Were you satisfied with the way law enforcement handled the matter?
( ) Yes    ( ) No
Why or why not? _____

_____

_____

Do you feel you were treated well by your own attorney(s)? ( ) Yes ( ) No

Please describe: _____

_____

_____

27. How often do you get your news from:

| | | | | |
|---|---|---|---|---|
| Newspapers | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |
| Magazines | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |
| Radio | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |
| Television | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |
| Internet | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |
| Other _____ | ( ) Daily | ( ) Weekly | ( ) Monthly | ( ) Never |

28. Please list newspapers and/or magazines that you read regularly:

_____

_____

29. How often do you read either in print or on-line any of these publications, if at all?

| | | | | | |
|---|---|---|---|---|---|
| San Francisco Chronicle | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| SF Gate | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| San Francisco Examiner | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| Sports Illustrated | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| ESPN Magazine | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| Sporting News | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |
| Yahoo! Sports | ( ) Never | ( ) A little | ( ) Sometimes | ( ) A lot | ( ) Every day |

30. How often do you use the Internet?
( ) Never   ( ) A little    ( ) Sometimes ( ) A lot    ( ) Every day

What sort of things do you use the Internet for? _____

_____

What sort of information do you obtain from the Internet?

Which web sites do you visit regularly?

31. Do you like to "blog" or read blogs on the Internet? ( ) Yes ( ) No
    IF YES, which blogs do you visit?

32. Do write your own blog or post comments on other blogs? ( ) Yes ( ) No
    IF YES, what is the name of your blog or what blogs do you post comments to?

33. Have you ever followed any trials closely on TV, the radio, or in the news?
    ( ) Yes ( ) No
    IF YES, which trials:

34. Have you or an immediate family member ever participated in organized sports?
    ( ) Yes ( ) No
    IF YES, please explain, including level (i.e. high school, college, Division I, II or III, professional)

35. Have you or an immediate family member ever coached an organized sport?
    ( ) Yes ( ) No
    IF YES, please explain, including level (i.e. high school, college, Division I, II or III, professional)

36. Generally, how closely do you follow sports news? **(Check only one)**
    ( ) Never ( ) A little ( ) Sometimes ( ) A lot ( ) Every day

37. What is your main source of sports news? **(Check only one)**
    ( ) Television            ( ) Radio
    ( ) Newspaper             ( ) Friends/Family/Coworkers
    ( ) Magazine              ( ) Internet

38.  Are you a fan of professional baseball? ( ) Yes ( ) No

39. Have you attended a professional baseball game in the past five years?　　　( ) Yes　　( ) No
IF YES, how many games have you attended in the past five years?_____

40. Have you attended a San Francisco Giants' game in the past five years?　　　( ) Yes　 ( ) No
If yes, how many games have you attended in the past five years?_____


41. Are you familiar with recent investigation and charges concerning the Bay Area Laboratory Co-Operative's (BALCO) involvement with steroids or performance enhancing drugs?
( ) Yes　　( ) No
IF YES, please describe what have you seen, read or heard:_____

_____

_____

_____

_____

42. Have you heard, read or seen anything about the Mitchell Report?
( ) Yes　　( ) No
IF YES, please describe what have you seen, read or heard:_____

_____

_____

_____

_____

43. Have you heard, read or seen anything about the Congressional hearings regarding steroid use in Major League Baseball (MLB)?
( ) Yes　　( ) No
IF YES, please describe what have you seen, read or heard:_____

_____

_____

_____

How strongly do you agree with the following statements:

44. Governmental agencies should be involved with professional sports and their governing of steroid use.
( ) Disagree strongly　( ) Disagree　　( ) Neither　　　( ) Agree　　　( ) Agree strongly

45. Reports about this case have appeared in the news. Have you seen, heard or read anything about this case? (This includes not only anything you may have seen or read in the media, but also anything you might have heard from relatives, friends or coworkers.).
( ) Yes    ( ) No
IF YES, please indicate where you heard or read about this case by checking **all that apply**:
( ) TV News        ( ) Radio News        ( ) Newspaper        ( ) Magazines        ( ) Books
( ) Internet        ( ) On-Line        ( ) Conversations
( ) Overheard others discussing the case

46. How would you describe the amount of news coverage you have seen about this case:
( ) None        ( ) A little        ( ) Some        ( ) A lot

47. Describe what you recall hearing about this case:

48. Do you have a favorable or unfavorable opinion of Barry Bonds?
( )  Favorable        ( ) Unfavorable        ( ) No Opinion

49. Have you formed any opinions about this case? If so, please describe.

50. Is there anything that you have heard about this case that you feel would make it hard for you to be a juror in this case? ( ) Yes        ( ) No

IF YES, please explain:

51. In general, would you view the evidence presented by the defense differently than you would the evidence presented by the prosecution?    ( ) Yes    ( ) No
IF YES how?

52. Do you have any ethical, religious, or political views or beliefs that may affect your service as a juror in this case?     ( ) Yes     ( ) No

   If so, please describe_____

   _____

   _____


53. Attached is a list of law firms representing the parties in this case, attorneys in this case, and persons who are potential witnesses in this case.  If you know, or think you know, any of the persons listed please circle any name that is familiar to you and explain how any circled name is familiar to you here.

# *[TO BE PROVIDED]*

   _____

   _____

   _____

   _____


54. Under the law, the facts at issue in the trial are for the jury to determine. The law applicable to the charges in the case is something on which the court will instruct you. You are required to accept the law as the judge explains it to you regardless of any opinions you might have as to what the law is or should be. Would you have any difficulty following that instruction?
   ( ) Yes     ( ) No
   IF YES, explain why:_____

   _____

   _____

   _____


55. Some witnesses in this case may be law enforcement officers and government officials. The credibility of these witnesses is to be judged by the same standards as any other witness. Their testimony is not entitled to any greater or lesser weight simply because they are involved in law enforcement. Would you have any difficulty following this rule?
   ( ) Yes     ( ) No
   IF YES, explain why:_____

   _____

   _____

   _____

56. Under the law, a defendant need not testify or produce any evidence. The burden of proof is always on the government. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision. Would you have any difficulty following this rule?
( ) Yes    ( ) No
IF YES, explain why:_____

_____

_____

_____

57. Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case decides that his guilt has been proved beyond a reasonable doubt. Would you have any difficulty following this rule?
( ) Yes    ( ) No
IF YES, explain why:_____

_____

_____

_____

58. The jurors in this case will be required to take an oath that they will decide the facts in this case according to the evidence and the law as the judge gives it to you, and that they will do so without fear or favor to any person. Is there anything about this case that may prevent you from following that oath?
( ) Yes    ( ) No

59. If you are selected as a juror and hear this case, you will be required to deliberate with other jurors. This will required you to discuss the evidence and the law in this case with the other jurors. Do you anticipate that you will have difficulties engaging in such group discussions?
( ) Yes    ( ) No
IF YES, explain why:_____

_____

_____

_____

60. Is there any matter that you should call to the court's attention that may have any bearing on your qualifications to serve as a juror, or that may affect your ability to render an impartial verdict based solely on the evidence and the court's instructions on the law?
( ) Yes    ( ) No
IF YES, explain why:_____

_____

_____

_____

61. Can you think of any reason that would prevent you from being a fair and impartial juror in this case?_____

_____

_____

_____

I, (insert name)_____, declare under penalty of perjury that the answers set forth in the above Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing the questionnaire.

Dated: _____

_____
Signature

ADDITIONAL SHEET OF PAPER FOR LENGTHIER EXPLANATIONS
(Note the number of the question and then complete the answer using this paper).