Curriculum Vitae
David Lee Black, Ph.D.

# CURRICULUM VITAE

## David Lee Black, Ph.D., DABFT, DABCC

**PERSONAL DATA**

Birth:    January 28, 1948
          Ypsilanti, Michigan

Address: 117 Cheyenne Drive
          Hendersonville, Tennessee 37075
          (615) 822-8555

Office Address:
          Aegis Sciences Corporation
          345 Hill Avenue
          Nashville, Tennessee 37210
          (615) 255-2400 ext. 611

**MILITARY SERVICE**

1966-1970     United States Marine Corps

1970-1972     United States Marine Corps Reserve
                    Disabled American Veteran

**EMPLOYMENT**

1990-Present    Aegis Sciences Corporation
                    Aegis Analytical Laboratories
                    345 Hill Avenue
                    Nashville, Tennessee 37210
                    Position: Chairman, CEO, President and Director

1986-1990     Vanderbilt University Medical Center
                 Department of Pathology
                 Nashville, Tennessee 37232
                 Position: Director of Forensic/Clinical
                       Toxicology Laboratory
                  Director of Athletic Drug Testing Lab

1986            Maryland Medical Laboratory, Inc.
                    1901 Sulphur Spring Road
                    Baltimore, Maryland 21227
                    Position: Director Toxicology Division

1982-1986     Maryland Medical Laboratory, Inc.

1

Curriculum Vitae
David Lee Black, Ph.D.

                1901 Sulphur Spring Road
                Baltimore, Maryland 21227
                Position: Head, Toxicology Department

1977-1982    Maryland Medical Laboratory, Inc.
                1901 Sulphur Spring Road
                Baltimore, Maryland 21227
                Position: Administrative Technologist of Division of Toxicology

1975-1977  Central Laboratories of Associated Maryland Pathologists,
              Timonium, MD
              Position: Evening Supervisor, Toxicology Technologist

1974-1977  Fellow, Department of Health, Education and Welfare,
              Public Health Service, Maryland Medical-Legal Foundation,
              111 Penn St, Baltimore, MD 21201
              Field: Toxicology

1973-1974  Koppers, Baltimore, Maryland
              Position: Chief Chemical Technician

## **ACADEMIC POSITIONS**

1992-present  Clinical Associate Professor
                Meharry Medical College, Department of Pharmacology
                Nashville, Tennessee

1991-present  National Faculty United States Sports Academy
                Daphne, Alabama

1990-1991    Clinical Assistant Professor
                Department of Pathology,
                Vanderbilt University School of Medicine
                Nashville, Tennessee

1987-1990    Instructor, Department of Pharmacology
                Vanderbilt University School of Medicine
                Nashville, Tennessee

1986-1990  Assistant Professor of Pathology
              Department of Pathology
              Vanderbilt University School of Medicine
              Nashville, Tennessee

1984-1986  Clinical Assistant Professor
              Department of Pathology
              Division of Forensic Pathology
              School of Medicine,

Curriculum Vitae
David Lee Black, Ph.D.
> University of Maryland
> Baltimore, Maryland

## LICENSURE AND CERTIFICATION

Tennessee State License-#013146
Medical Director-Chemistry

American Board of Bioanalysts-Certificate #5760
Clinical Laboratory Director

Diplomat, American Board of Forensic Toxicology-#187

Diplomat, American Board of Clinical Chemistry-#77

## EDUCATION

1974-1982  University of Maryland School of Medicine
Pathology Department
Baltimore, Maryland
Degree: Ph.D., July 1982
Major: Forensic Toxicology Legal Medicine
Minor: Medicinal Chemistry, Pharmacology

1971-1974  Loyola College, Baltimore, Maryland
Degree: Bachelor of Science, 1974
Major: Biology
Minor: Chemistry

1970-1971  Eastern Michigan University
Ypsilanti, Michigan Degree: N/A
Major: Chemistry

1966  Wayne Memorial High School
Wayne, Michigan

## DOCTORAL THESIS

A Sensitive Gas Chromatographic Method for Determination of Delta-9-teterahydrocannabinol in Serum Using Derivatization for Selective Nitrogen Detection

## RESEARCH/ACADEMIC INTERESTS

Molecular Pharmacology, Membrane Physiology, Cannabinoid Analysis, *In Vitro* Drug Metabolism, Anabolic Steroid Analysis, Toluenediamines

Curriculum Vitae
David Lee Black, Ph.D.

## SPECIAL ACADEMIC STUDIES

Synthesis of Azo Derivatives of Cannabinoids
Benzodiazepines: A study of several sedative/hypnotic compounds. Characterization of the enzyme *tyrosine hydroxylase*.
Cardiac Dysfunction Due to Ion Imbalance in *Rana sp*.
Polyurethane Foam Biodegradation

## PATENTS

Apparatus for Continuously Sampling Plasma (Patent # 4,976,270)

## CONTINUING EDUCATION

IOC Doping Control Workshop, Cologne, Germany 1986
IOC Doping Control Workshop, Cologne, Germany 1987
IOC Doping Control Workshop, Cologne, Germany 1988

## PERSONAL INTERESTS

| | |
|---|---|
| 2002-present | President, Hendersonville Rotary Club Hendersonville, TN, District 6760 |
| 2001-present | Board of Directors, Directors, Samaritan Association Hendersonville, TN |
| 2001-present | Chairman, Sumner County Republican Party Tennessee |
| 2000-2002 | Board of Directors, Aladdin Credit Union Nashville, TN |
| 1993-1994 | Leadership Sumner, Sumner County, TN |
| 1993-1994 | President, Church Council, St. Timothy Lutheran Church, Hendersonville, TN |
| 1993-1994 | Chairman, Vision 2000 Public Health Committee Mayors Task Force Hendersonville, TN |
| 1990-1993 | Vice-President, Church Council St. Timothy Lutheran Church, Hendersonville, TN |
| 1988-present | Member, Rotary International, |

Curriculum Vitae
David Lee Black, Ph.D.

Hendersonville TN, District 6760

1986    Member, Nashville Amateur Athletic Committee
        Special Mayors Committee to promote and encourage amateur athletes.

1986-1987    Printing Chairman, Annapolis Wildfowl Carving and Art Exhibition,
             Annapolis, Maryland

1985-1986    President
             College Manor Community Association, Inc.
             Arnold, Maryland.

## ACHIEVEMENTS AND HONORS

Hendersonville Citizens Police Academy Graduate, 2001
Citizens FBI Academy Graduate, 2000
Paul Harris Fellow, Rotary International
AACC Outstanding Speakers Award 1993
Meritorious Promotion to Lance Corporal, USMC
Meritorious Promotion to Corporal, USMC
Meritorious Promotion to Sergeant, USMC
Vietnam Service Ribbon
Vietnam Campaign Ribbon
Vietnam Combat Action Ribbon
Qualified Expert and Sharpshooter Rifleman
Graduate of Military Aviation Electronic/Computer Schooling
Honorable Service Discharge
Member of Beta Beta Beta Biology Honor Society
Deans List- Loyola College 1972
Vice President, Loyola Yacht Club

## PROFESSIONAL ASSOCIATIONS

Fellow, American Institute of Chemists
Member, American Chemical Society
Member, American Association for Clinical Chemistry
Member, The American Academy of Forensic Sciences
Member, The International Association of Forensic Toxicologists

## CONSULTANT

Breast Implant Litigation Group, Dallas, Texas
Abbott Laboratories, Chicago, Illinois
Washington College of Law, The American University, Washington, D.C.
Prisoners Legal Aid Bureau, Baltimore, Maryland
Help-Net, Salisbury, Maryland
Consortium for the Space Life Sciences, Huntsville, Alabama

National Football League, New York, New York
Department of Alcoholism and Substance Abuse
National Institute on Drug Abuse, Laboratory Inspector (1988-2001)

## MANAGEMENT BACKGROUND

### TRAINING:

Dunn and Bradstreet Seminars 1981-1983
Stress Management 1984
General Management Training 1984-1985

### EXPERIENCE:

Management Positions: 1977-Present
Manage Professional Staff Members at
Ph.D./B.S./M.S. Level
Direct Research of new Analytical Methods
Direct Development of new Test Methods
Establish and Direct Analytical areas of:
- Athletic Drug Testing (Doping Control)
- Emergency Toxicology
- Therapeutic Drug Monitoring
- Forensic Toxicology
- Special Toxicology
- Environmental Toxicology
  - Water Analysis
  - Metal Analysis
- Research and Development

Direct Purchase of New Analytical Systems
Direct Analytical Quality Control (Quality Assurance)
Direct Instrument Quality Control
Develop and Instruct Employee Training
Develop and Instruct Client Training
Establish and Direct Analytical Methods of:
- Chromatography:
  - Thin Layer Chromatography
  - Gas- Liquid Chromatography
    - Packed-Glass Columns
    - Micro-bore Capillary
    - Wide-bore Capillary
    - Flame Ionization Detection
    - Nitrogen-Phosphorous Detection
    - Electron-Capture Detection
    - Mass-Selective Detection
    - Mass Spectrometry
    - Infra-red Detection

Curriculum Vitae
David Lee Black, Ph.D.

      High - Performance Liquid Chromatography
        UV Detection
        Electrochemical Detection
        Mass Spectrometry
    Spectrophotometry:
      Ultraviolet
      Visible
      Fluorescence
    Immunoassay:
      Neuroleptic Radioreceptor Assay
      Radioimmunoassay
      Fluorescence Polarization
      Enzyme Multiplied Immunoassay Technique (EMIT)
      Enzyme-Linked Immunoassay (ELISA)
    Spectroscopy:
      Atomic Absorption (AA)- Flameless
      DC Emission
    Electrochemistry:
      Ion Selective Electrodes (ISE)
      Anodic Stripping Voltametry (ASV)

## **PUBLICATIONS**

Black, D.L. "A Sensitive Gas Chromatographic Method for The Determination of Delta-9 tetrahydrocannabinol (THC) in Serum Using Derivatization for Selective Nitrogen Detection", University Microfilms International, Ann Arbor, Michigan, 1982.

Black, D.L. "Factors Affecting Blood Drug Levels", Clin. Chem. News. 9:21-23, April (1983).

Black, D.L., Goldberger, B.A., Isenschmid, D.S., White, S.M., and Caplan, Y.H., "Urine Cannabinoid Analysis: An Integrated Multi-Method Approach", J. Anal. Toxicol., 8:224-227, (1984)

Black, D.L., Goldberger, B.A., Caplan, Y.H., "Enzyme Immunoassay Method for Comprehensive Drug Screening in Micro-Samples of Urine", Clin. Chem., 33:3, 367-371 (1987).

Backfish, G.E., Ulinski, D.E., Parl, F.F., Black, D.L., "Computer-Assisted Graphic Display of Serial Cyclosporine Determinations in Blood with Parallel Creatinine Concentrations", Transplantation Proceedings, Vol. XX, No. 2, Suppl. 2 (April 1988).

Black, D.L., "Testing for Abused Drugs: A Primer for Executives"in <u>Drug Testing: Protection for Society or a Violation of Civil Rights?</u>", The Council of State Governments, Lexington,Kentucky, 1987.

Tennant, F., Black, D.L., and Voy, R.O., "Anabolic Steroid Dependence with Opiod Type Features", N. Engl.J. Med., 319:9, 578, (1988).

Backfish, G.E., Moscioni, A.D., Barbour, R., Black, D.L., and Demetriou, A.A., "Cyclosporine-A Metabolism by Rat Hepatocytes in a Bioreactor System", International Association for the Study of the Liver.

Black, D.L., "Drug Testing", Postgrad. Med., 85:6, 47(1989).

Finkle, S., Black, D.L., Blanke, R.V., Jones, G.R., and Sample, R.H., "Analysis for Commonly Abused Drugs at Selected Threshold ("cut off") Concentrations", Clin. Chem., 37:4, 586-587, (1991).

Lacy, P., Ruzumna, P., Williams, P., Bracy, D., Boothe, H., Black, D.L., Abumrad, N. and Nasserman, D., "Effect of Suprapharmacological Androgenic Steroid Treatment on Basal and Insulin-Stimulated Glucose Metabolism", FASEB, (1991)

Bluhm, R.E., Rodgers, W.H., Black, D.L., Wilkinson, G.R., and Branch, R., "Cholestasis in transplant patients- what is the role of Cyclosporine?" Aliment. Pharmacol. Ther. 6, 207-219 (1992)

Black, D.L., Drug Testing in Sports: Reprints of Selected Articles from Journal of Analytical Toxicology, Preston Publications (1995)

Black, D.L., Fugate, M.E. and Epstein, S.S., "Poly(ester)urethane Foam Covered Breast Implants; Biodegradation and Release of Toluenediamines", submitted.

Black, D.L., "Doping Control Testing Policies and Procedures: A Critique" in Doping in Elite Sport, The Politics of Drugs in the Olympic Movement, Eds. Wayne Wilson and Edward Derse, Human Kinetics Publishers (2001)

## PRESENTATIONS

Black, D.L., Ritchie, L., and Caplan, Y.H. "A Gas Chromatographic Method for Cannabinoid Determinations in Biological Specimens." 35th Annual Meeting of the American Academy of Forensic Sciences, Cincinnati, 1983.

Black, D.L., "Emergency Toxicology." Vanderbilt University Medical Center Symposia, Advances in Laboratory Medicine, Nashville, Tennessee, 1986.

Black, D.L., "Drugs in Sports." Kentucky State Society of Medical Technology, Frankfort, Kentucky, 1987.

Black, D.L., "Drug Testing in the Workplace." Floyd Medical Center Symposia, Rome, Georgia, 1987.

Black, D.L., "Drug Testing Technology." The Council of State Governments Symposia, Drug Testing: Protection for Society or a Violation of Civil Rights? Lexington, Kentucky, 1987.

Curriculum Vitae
David Lee Black, Ph.D.

Black, D.L., "Therapeutic Drug Monitoring in the Physician's Laboratory." Vanderbilt University Medical Symposia, Testing in the Physicians Office Laboratory, Nashville, Tennessee, 1987.

Black, D.L., "Testing for Abused Drugs." Abbott Laboratories, International Teleconference (nine presentations), September 1986 through May 1987.

Black, D.L., "Cyclosporine- Pharmacokinetics and Testing." Vanderbilt University Medical Center Symposia, Advances in Laboratory Medicine, Nashville, Tennessee, 1987.

Black, D.L., "Anabolic Steroids and Athletes," Vanderbilt University Medical Center Symposia, Advances in Laboratory Medicine, Nashville, Tennessee, 1987.

Backfish, G.E., Ulinski, D.E., Parl, F.F., and Black, D.L.,"Computer-Assisted Graphic Display of Serial Cyclosporine Determinations in Blood with Parallel Creatinine Concentrations," the Second International Congress on Cyclosporine, Washington, D.C., 1987.

Black, D.L., "Anabolic Steroids: Pharmacology and Laboratory Measurements," Gateway Clinical Ligand Assay Society, St.Louis, 1987.

Black, D.L., "Anabolic Steroids: Better Athletes through Chemistry?" 40th Annual Meeting of the American Academy of Forensic Sciences, Philadelphia, 1988.

Black, D.L., "Anabolic Steroid Analysis," Rochester Hospital Association for Clinical Chemistry, Rochester, New York, 1988.

Black, D.L., "Drugs of Abuse," Tennessee Society for Medical Technology, Nashville, 1988.

Black, D.L., Flatt, A.C., and Hayden, T.G., "19-Nortestosterone Metabolism and Analysis," 41st Annual Meeting of the American Society of Forensic Sciences, Las Vegas, 1989.

Black, D.L., "What is involved in testing- specifically steroids?" Steroid Seminar, National Federation of State High School Associations, Kansas City, MO, 1989.

Black, D.L., "Anabolic Steroids: Drugs of Champions," 40th Annual National Athletic Trainers Association, Inc., Dallas, 1989.

Black, D.L., "Anabolic Steroid as Abused Drugs," The Educational Community and Drug Abuse Seminar, University of Louisville, Louisville, 1989.

Black, D.L., "Physical and Psychological Problems Associated with Steroid Use," Southeastern Conference Seminar on Controlling Substance Abuse in College and High School Athletic Programs.

Black, D.L., "Anabolic Steroids: Better Athletes Through Chemistry?"Southeastern Conference Seminar on Controlling Substance Abuse in College and High School Athletic Programs, Atlanta, 1989.

Black, D.L., "Abused Drug Testing Issues," American Society for Medical Technology, Region

Curriculum Vitae
David Lee Black, Ph.D.

VI Conference, Osage Beach, MO, 1989.

Black, D.L., "Forensic Urine Drug Testing," <u>American Society for Medical Technology Region I Conference,</u> Cromwell, CT, 1989.

Black, D.L., "Anabolic Androgenic Steroids," Western Kentucky University, Bowling Green, KY, 1989.

Black, D.L. and Cook, L., "Evaluation of the Abbott Laboratories MTDx Drug Analysis System", 41st National Meeting American Association for Clinical Chemistry, Atlanta, GA 1989.

Black, D.L., "Drugged Driving- A State of the Art Analysis," Illinois Department of Alcoholism and Substance Abuse, 7th Annual Convention, Chicago, IL 1990.

Black, D.L., "Drug Testing- Procedure, Pros and Cons," Delaware Secondary School Athletic Association, In-Service Day Chemical Abuse Program, Dover, DE, 1990.

Black, D.L., "Drug Testing Toxicology, Methodology and Technology", Pennsylvania Commission on Crime and Delinquency, Drug Testing Seminar, Harrisburg, PA, 1990.

Black, D.L., "Urine Drug Analysis: Clinical or Forensic Testing?" Tennessee Society For Medical Technology, Annual Meeting and Seminar, Nashville, TN, 1991.

Black, D.L, "Principles and practice of immunoassay screening: interfering substances," Society of Armed Forces Medical Laboratory Scientists, Methods and Issues in Substance Abuse Testing Workshop, San Antonio, TX 1992.

Black, D.L., "Forensic Toxicology Regulations: A United States Experience", The International Congress on Forensic Toxicology TIAFT Tri-annual Meeting, Leipzig, Germany, 1993

Black, D.L., "Testing for Abused Drugs", Pharmacists Recovery Network, Atlanta, GA, 1992

Black, D.L., "Drug Screening", 2nd Annual Texas Health Professionals Peer Assistance Conference, Austin, TX, 1993

Black, D.L., "Drugs of Abuse and Employee Drug Testing", Security Committee of the American Hotel and Motel Association, Memphis, TN 1995

Black, D.L., "Steroids and Drug Testing", Baptist Hospital Sports Medicine, Nashville, TN 1995

Black, D.L., "Anabolic Steroids and Performance Enhancing Drugs", National Strength and Conditioning Association, Phoenix, AZ 1995

Black, D.L., "Physiological Effects of Anabolic Steroid Use", Southern Sports Medicine & Orthopaedic Center, Nashville, TN 1995

Black, D.L., "Sports and Drugs: Better Athletes Through Chemistry", Health Occupation Students of America, Louisville, KY 1995

Black, D.L., "Drugs of Abuse Testing in Today's Laboratory Environment", Abbott Symposium, Annapolis, MD 1995

Black, D.L., "The Unborn Baby and Drugs", Health Occupations Students of America, Pigeon Forge, TN 1995

Black, D.L., "Poly(ester)urethane Foam Implants", Middle Tennessee Mammography Society, Nashville, TN 1997

Black, D. L., "Performance Enhancing Drugs: Consideration in the Female Athlete", Baptist Sports Medicine, Nashville, TN 1997

Black, D.L., Klockenbrink, P.G. and Lonchar, M.C., "Considerations in Providing a Drug and Alcohol Free Workplace and the Potential Benefits to Employers", Workers Compensation and Employment Law in Virginia, Roanoke, VA 1997

Black, D.L. and Johnson, D., "Forensic Drug Testing Technologies: Current Issues", Minicourse at the National Athletic Trainers' Association 49th Annual Meeting and Clinical Symposia, Baltimore, Maryland, 1998

Black, D.L., "Legalization of Marijuana for Medical Reasons", YMCA Youth Legislature National Youth Meeting, Nashville, TN 1999

Black, D.L., "Accuracy in Athletic Drug Testing", Southeast Conference Medical Directors Annual Meeting, Nashville, TN 2000

Black, D.L., "Zero-Tolerance Drug Testing", Naval Medical Center, San Diego, CA, 2000

Black, D.L., "Medicine, Pharmacy and Unintended Consequences" The Sterling Drug Visiting Professor Program, The Fifteenth Ralph J. Cazort, M.D. Lecture, Meharry Medical College 2000

Black, D.L., "How Can I Create and Effective Drug-Free Sports Program?" Alabama Athletics Trainers Association, Gulf Shores, AL, 2001

Black, D.L., "Adulterants and Urine Drug Testing", Middle Tennessee Human Resource Managers Annual Meeting, Smyrna, TN, 2001

Black, D.L., "Legalization of Marijuana", YMCA Youth Legislature National Youth Meeting, Nashville, TN 2002

Black, D.L., "Drug Testing Accuracy: Factors and Annoying Facts" Abbott Laboratories National Webcast (two presentations), 2002