v. Google, Inc. Doc. 131

EXHIBIT B

Dockets.Justia.com

ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>[PROPOSED] VERDICT FORM<br><br>Trial Date: March 2, 2009<br>Hon: Susan Illston |

We, the jury, unanimously find the defendant, BARRY L. BONDS, as follows:

**AS TO COUNT ONE OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: I know the answer - - let me ask you this again. I know we kind of got into this. Let me be real clear about this. Did he [Anderson] ever give you anything that you knew to be a steroid? Did he ever give a steroid?

Answer by defendant: I don't think Greg would do anything like that to me and jeopardize our friendship. I just don't think he would do that.

Question: Well, when you say you don't think he would do that, to your knowledge, I mean, did you ever take any steroids that he gave you?

Answer by defendant: Not that I know of."

(GUILTY/NOT GUILTY) of a violation of Title 18 U.S.C. § 1623(a), False Declaration before the Grand Jury

[Proposed] Verdict Form 2

| 1 | **AS TO COUNT TWO OF THE INDICTMENT**, which charges that the defendant
| 2 | made the following material false declaration:
| 3 |
| 4 |     "Question: So, starting in December 2001, on this page, again, there's BB here, which obviously are consistent with your initials; correct?
| 5 |
| 6 |     Answer by defendant: He could know other BBs.
| 7 |
| 8 |     Question: Correct. But BB would also be your initials; is that correct?
| 9 |
| 10 |     Answer by defendant: That's correct.
| 11 |
| 12 |     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| 13 |     Question: Okay. Were you obtaining testosterone from Mr. Anderson during this period of time?
| 14 |
| 15 |     <u>Answer by defendant:</u> <u>Not at all.</u>"
| 16 |
| 17 | <u>(GUILTY/NOT GUILTY)</u>    of a violation of Title 18 U.S.C. § 1623(a), False Declaration before the Grand Jury
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

1 | **AS TO COUNT THREE OF THE INDICTMENT,** which charges that the
2 | defendant made the following material false declaration:
3 |
4 |     "Question:   In January 2001 were you taking either the flax seed oil or the cream?
5 |
6 |     Answer by defendant:   No.
7 |
8 |     Question:   And were you taking any other steroids?
9 |     <u>Answer by defendant:</u>   <u>No.</u>"
10 |
11 |
12 | <u>(GUILTY/NOT GUILTY)</u>   of a violation of Title 18 U.S.C. § 1623(a), False Declaration before the Grand Jury

[Proposed] Verdict Form     4

**AS TO COUNT FOUR OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: Did Greg ever give you anything that required a syringe to inject yourself with?

Answer by defendant: I've only had one doctor touch me. And that's my only personal doctor. Greg, like I said, we don't get into each others' personal lives. We're friends, but I don't -- we don't sit around and talk baseball, because he knows I don't want -- don't come to my house talking baseball. If you want to come to my house and talk about fishing, some other stuff, we'll be good friends. You come around talking about baseball, you go on. I don't talk about his business. You know what I mean?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question: So no one else other than perhaps the team doctor and your personal physician has ever injected anything in to you or taken anything out?

Answer by defendant: Well, there's other doctors from surgeries. I can answer that question, if you're getting technical like that. Sure, there are other people that have stuck needles in me and have drawn out -- I've had a bunch of surgeries, yes.

Question: So --

Answer by defendant: So sorry.

Question: -- the team physician, when you've had surgery, and your own personal physician. But no other individuals like Mr. Anderson or any associates of his?

Answer by defendant: No, no."

_____ of a violation of Title 18 U.S.C. § 1623(a), False
(GUILTY/NOT GUILTY)  Declaration before the Grand Jury

[Proposed] Verdict Form                                                5

| | |
|---|---|
| 1 | **AS TO COUNT FIVE OF THE INDICTMENT**, which charges that the defendant |
| 2 | made the following material false declaration: |
| 3 | |
| 4 |     "Question: And, again, just to be clear and then I'll leave it, but he [Anderson] never gave you anything that you understood to be human growth |
| 5 |     hormone? Did he ever give you anything like that? |
| 6 |     <u>Answer by</u> |
| 7 |     <u>defendant:</u> <u>No</u>." |
| 8 | |
| 9 | (GUILTY/NOT GUILTY)     of a violation of Title 18 U.S.C. § 1623(a), False Declaration before the Grand Jury |

[Proposed] Verdict Form     6

**AS TO COUNT SIX OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: Let me ask the same question about Greg at this point, we'll go into this in a little bit more detail, but did you ever get anything else from Greg besides advice or tips on your weight lifting and also the vitamins and the proteins that you already referenced?

Answer by defendant: This year, in 2003 -- at the end of 2002, 2003 season, when I was going through -- my dad died of cancer, you know, and everyone knows that.

Question: Yes. I'm sorry about that.

Answer by defendant: And everyone tries to give me everything. You got companies that provide us with more junk to try than anything. And you know that as well.

I was fatigued, tired, just needed recovery, you know. And this guy says: "Try this cream, try this cream." And Greg came to the ballpark and he said, you know: "This will help you recover," and he rubbed some cream on my arm, like, some lotion-type stuff, and, like, gave me some flax seed oil, that's what he called it, called it some flax seed oil, man. It's, like: "Whatever, dude."

And I was at the ballpark, whatever, I don't care. What's lotion going to do to me? How many times have I heard that: "This is going to rub into you and work." Let him be happy. We're friends. You know?

Question: When did that happen for the first time?

Answer by defendant: <u>Not until 2003, this season</u>."

(GUILTY/NOT GUILTY)   of a violation of Title 18 U.S.C. § 1623(a), False Declaration before the Grand Jury

[Proposed] Verdict Form                                                                 7

**AS TO COUNT SEVEN OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: And - - all right. So, how many times approximately do you think you got these tubes with what Mr. Anderson told you was flax seed oil?

Answer by defendant: Maybe once a home stand or something, if that. Greg didn't travel with me on the road. So, I was at home, when I came home.

Question: And the first time was the beginning of this year's season, in 2003?

Answer by defendant: <u>Yes, 2003,</u> because I was battling with the problems with my father and the - - just the lack of sleep, lack of everything."

_____ of a violation of Title 18 U.S.C. § 1623(a), False
(GUILTY/NOT GUILTY)                Declaration before the Grand Jury

[Proposed] Verdict Form                                                              8

**AS TO COUNT EIGHT OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: Mr. Anderson had never given you anything or asked you to take anything before the 2003 season; is that right?

Answer by defendant: We never had those discussions. We don't discuss about his - - you know, part of his world of business is his business. My business is my business. So, we don't - -

Question: I'm asking - -

Answer by defendant: No.

Question: That's not my question. My question is - -

Answer by defendant: No.

Question: - - prior to the last season, you never took anything that he asked you to take, other than vitamins?

Answer by defendant: Right. We didn't have any other discussions.

Question: No oils like this or anything like this before?

Answer by defendant: No, no, no, not at all. Not at all."

_____ of a violation of Title 18 U.S.C. § 1623(a), False
(GUILTY/NOT GUILTY) Declaration before the Grand Jury

1 **AS TO COUNT NINE OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: Okay. So, first of all, Mr. Bonds, I guess I want to recheck with you or ask you again exactly when you started getting the - - what I'll call the recovery items, what you understood to be flax seed oil and the cream, when you started getting that from Greg Anderson. I think that you said - - but please correct me if I'm wrong - - that you thought it was prior to this current baseball season.

But let me ask, I mean, is it possible it's actually a year before, after the 2000 - - well, actually two years before, after the 2001 season? Because this first calendar is dated December 2001 with "BB" on it and its got a number of entries that I'd like to ask you about.

Were you getting items during that period of time from Greg?

Answer by defendant: <u>No. Like I said, I don't recall having anything like this at all during that time of year.</u> It was toward the end of 2000, after the World Series, you know, when my father was going through cancer."

_____  of a violation of Title 18 U.S.C. § 1623(a), False
(GUILTY/NOT GUILTY)              Declaration before the Grand Jury

[Proposed] Verdict Form                                                        10

**AS TO COUNT TEN OF THE INDICTMENT**, which charges that the defendant made the following material false declaration:

"Question: In December 2001.

And what about the - - the clear - - either the clear or the cream, were you getting either of those substances in December of 2001 from Mr. Anderson?

<u>Answer by defendant:</u> <u>No. Like I said, I recall it being toward the end of 2002 - - 2002, after 2002 season.</u>

_____ of a violation of Title 18 U.S.C. § 1623(a), False
(GUILTY/NOT GUILTY)       Declaration before the Grand Jury

**AS TO COUNT ELEVEN OF THE INDICTMENT,** which charges that the defendant obstructed, influenced or impeded the due administration of justice, or endeavored to obstruct, influence or impede the due administration of justice,

_____  of a violation of Title 18 U.S.C. § 1503, Obstruction
(GUILTY/NOT GUILTY)          of Justice

If you find the defendant "guilty" of this charge, please respond to the following: The jury unanimously agrees that the following statement or statements obstructed, influenced or impeded the due administration of justice, or were made for the purpose of obstructing, influencing or impeding the due administration of justice (mark only those statements as to which the jury unanimously agrees):

_____ Statement contained in Count One.

_____ Statement contained in Count Two.

_____ Statement contained in Count Three.

_____ Statement contained in Count Four.

_____ Statement contained in Count Five.

_____ Statement contained in Count Six.

_____ Statement contained in Count Seven.

_____ Statement contained in Count Eight.

_____ Statement contained in Count Nine.

_____ Statement contained in Count Ten.

[Proposed] Verdict Form                                                                 12