**EXHIBIT C**

Dockets.Justia.com

ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07-0732 SI |
| Plaintiffs, | DEFENDANT'S EXHIBIT LIST |
| vs. | Trial Date: March 2, 2009 |
| BARRY LAMAR BONDS, | Hon: Susan Illston |
| Defendants | |

Pursuant to the Court's Order for Pretrial Preparation filed June 19, 2008, Defendant Barry l. Bonds respectfully submits a partial list of exhibits which Defendant may seek to admit at trial.

1     1.     All or parts of Grand Jury transcripts of the following individuals:

| Exhibit Number | Description | Date |
|---|---|---|
| | | |
| A | Jeff Novitzky GJT | 10-16-2003 |
| A-1 | Jeff Novitzky GJT | 02-05-2004 |
| A-2 | Jeff Novitzky GJT | 02-12-2004 |
| A-3 | Jeff Novitzky GJT | 03/10/05 |
| A-4 | Jeff Novitzky GJT | 08/18/05 |
| A-5 | Jeff Novitzky GJT | 09/08/05 |
| A-6 | Jeff Novitzky GJT | 11/03/05 |
| A-7 | Jeff Novitzky GJT | 06/29/06 |
| A-8 | Jeff Novitzky GJT | 07/13/06 |
| A-9 | Jeff Novitzky GJT | 07/27/06 |
| A-10 | Jeff Novitzky GJT | 08/17/06 |
| A-11 | Jeff Novitzky GJT | 09/07/06 |
| A-12 | Jeff Novitzky GJT | 09/28/06 |
| A-13 | Jeff Novitzky GJT | 11/02/06 |
| A-14 | Jeff Novitzky GJT | 01/11/07 |
| A-15 | Jeff Novitzky GJT | 10/11/07 |
| A-16 | Jeff Novitzky GJT | 10/25/07 |
| A-17 | Jeff Novitzky GJT | 11/08/07 |
| A-18 | Jeff Novitzky GJT | 11/15/07 |
| A-19 | Jeff Novitzky GJT | 03/27/08 |
| A-20 | Jeff Novitzky GJT | 03/31/08 |
| A-21 | Jeff Novitzky GJT | 04/01/08 |
| A-22 | Jeff Novitzky GJT | 04/29/08 |

| | | |
|---|---|---|
| A-23 | Jeff Novitzky GJT | 05/13/08 |
| A-24 | Jeff Novitzky GJT | 11/13/08 |
| A-25 | Jeff Novitzky GJT | 11/20/08 |
| A-26 | Jeff Novitzky GJT | 12/04/08 |
| B | Dr. Don Caitlin GJT | 10/23/03 |
| B-1 | Dr. Don Caitlin GJT | 06/29/06 |
| C | Armando Rios GJT | 11/20/03 |
| D | Bobby Estelella GJT | 11/20/03 |
| E | Barry Bonds GJT | 12/04/03 |
| F | Benito Santiago GJT | 12/04/03 |
| F-1 | Benito Santiago GJT | 06/22/06 |
| G | Bill Romanowski GJT | 12-11-2003 |
| H | Gary Sheffield GJT | 12-11-2003 |
| I | Jason Giambi GJT | 12-11-2003 |
| J | Larry Izzo GJT | 12-11-2003 |
| K | Thomas Craig GJT | 01-22-2004 |
| L | Kimberly Bell GJT | 03/17/05 |
| M | Steve Hoskins GJT | 03/16/06 |
| N | Kathy Hoskins GJT | 03/16/06 |
| N-1 | Kathy Hoskins SAR | 02/22/06 |
| O | Stan Conte GJT | 04/27/06 |
| P | Dr. Arthur Ting GJT | 05/11/06 |
| Q | James Valente GJT | 05/25/06 |
| R | Miguel Murphy GJT | 06/08/06 |
| S | Harvey Shields GJT | 06/29/06 |
| T | Larry Bowers GJT | 06/29/06 |
| U | Marvin Bernard GJT | 07/06/06 |

| | V | Brian Sabean GJT | 09/21/06 |
| | W | Patrick Arnold GJT | 10/05/06 |
| | X | Kelcey Dalton GJT | 11/30/06 |
| | Y | Mark Letendre GJT | 02/15/07 |
| | Z | Piret Aava GJT | 02/22/07 |
| | AA | Dave Groeschner GJT | 03/29/07 |

Because the Government already has these transcripts, the defense is not providing additional copies at this time but will do so upon request.

2.    Reports of witness interviews:

| Exhibit Number | Description | Date |
| --- | --- | --- |
| C-1 | Armando Rios SAR | 09/30/03 |
| D-1 | Bobby Estelella SAR | 10/12/07 |
| E-1 | Barry Bonds SAR | 07/24/03 |
| E-2 | Barry Bonds SAR | 08/13/03 |
| E-3 | Barry Bonds SAR | 02/17/04 |
| L-1 | Kimberly Bell SAR | 02/14/05 |
| L-2 | Kimberly Bell SAR | 02/04/05 |
| L-3 | Kimberly Bell SAR | 02/15/05 |
| L-4 | Kimberly Bell SAR | 04/07/06 |
| M-1 | Steve Hoskins SAR | 10/28/04 |
| M-2 | Steve Hoskins SAR | 04/26/05 |
| M-3 | Steve Hoskins SAR | 01/19/06 |
| M-4 | Steve Hoskins SAR | 02/22/06 |
| M-5 | Steve Hoskins SAR | 03/17/06 |
| M-6 | Steve Hoskins SAR | 07/16/06 |

| | | |
|---|---|---|
| M-7 | Steve Hoskins SAR | 07/17/06 |
| M-8 | Steve Hoskins SAR | 12/10/07 |
| N-1 | Kathy Hoskins SAR | 02/22/06 |
| Q-1 | James Valente SAR | 09/03/03 |
| S-1 | Harvey Shields SAR | 11/06-07/03 |
| Z-1 | Piret Aava SAR | 08/15/05 |
| BB | Laura Enos SAR | 06/10/03 |
| CC | Jerry Rice SAR | 06/20/03 |
| DD | Terrell Owens SAR | 6/27/03 |
| EE | Shawn Rogers SAR | 07/01/03 |
| FF | Jeff Kranz SAR | 08/13/03 |
| FF-1 | Jeff Kranz SAR | 08/13/03 |
| FF-2 | Jeff Kranz SAR | 04/07/04 |
| GG | Victor Conte SAR | 09/03/03 |
| HH | Greg Anderson SAR | 09/03/03 |
| II | Nicole Gestas SAR | 09/03/03 |
| JJ | Mead Chasky SAR | 09/03/03 |
| KK | Dr. Brian Goldman SAR | 09/19/03 |
| LL | Gregory Scharver SAR | 12/05/03 |
| LL-1 | Gregory Scharver SAR | 10/13/04 |
| MM | Ken Goldin SAR | 12/16/03 |
| MM-1 | Ken Goldin SAR | 01/22/01 |
| NN | Jeffrey Idelson SAR | 04/06/04 |
| OO | Dan Lee Flores SAR | 11/17/04 |
| PP | Robert McKercher SAR | 12/08/04 |
| QQ | Randy Valarde SAR | 12/16/04 |

| RR | Kevin Beirne SAR | 12/17/04 |
|----|------------------|----------|
| SS | Robert Armstrong SAR | 05/24/05 |
| TT | Linda Van Housen SAR | 04/17/06 |
| UU | John Colombet SAR | 09/11/07 |
| VV | Jeff Kearnan SAR | 10/17/07 |
| WW | Ed Barberini SAR | 11/02/07 |
| XX | Chris Hutchens SAR | 10/10/07 |
| YY | Gina Estelella SAR | 10/10/07 |

Because the Government already has these interview reports, the defense is not providing additional copies at this time but will do so upon request.

3.    Communications between the Government and Michael Rains pertaining to promises and representations made by the Government to Mr. Bonds before his Grand Jury testimony, and events subsequent to the promises and representations but before he testified.

Because the Government already has these communications, the defense is not providing additional copies at this time but will do so upon request.

4.    BB3263 – 3269; BB3470-3473.

Because the Government already has these documents, the defense is not providing additional copies at this time but will do so upon request.

5.    Depending upon the outcome of pending Motions *in Limine*, Defendant reserves the right to offer into evidence purported laboratory documents produced in discovery by the Government, for the purpose of contradicting, explaining and/or impeaching purported "test results."

Additional exhibits may be offered in evidence by the defense.  Defense counsel believe that listing additional documents, which are impeachment evidence, would be inconsistent with the Defendant's right to an effective defense.  It would provide untruthful Government witnesses – if any there be – with advance notification of impeaching evidence, so that they could tailor their testimony accordingly.

Respectfully submitted,

DATED: February 13, 2009       LAW OFFICES OF ALLEN RUBY

                                        /s/
                                Allen Ruby, Attorney for
                                Defendant Bonds,


DATED: February 13, 2009       ARGUEDAS, CASSMAN & HEADLEY, LLP

                                        /s/
                                Cristina A. Arguedas, Attorney for
                                Defendant Bonds,