JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY LAMAR BONDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | No. CR 07-0732 SI <br><br> **FIRST AMENDED PROPOSED JURY INSTRUCTIONS** <br><br> Trial: March 2, 2009 <br> Time: 8:30 a.m. <br> Court: Hon. Susan Illston |

     The government respectfully submits this First Amended set of proposed jury instructions. The amendments are as follows. First, Model instruction 3.16 (corruptly) has been deleted, because that term is defined within Special Instruction #1. Second, Model instruction 4.3 (other crimes, wrong, or acts of defendant) has been deleted and replaced with Special Instructions #2 and #3, which fit the facts of this case better than the model instruction. Leave is respectfully requested to include such other additional instructions as may become appropriate

FIRST AMENDED PROPOSED INSTRUCTIONS
CR 07-0732 SI

during the course of the trial. A copy of these proposed instructions will be delivered to the Court on a 3 ½" floppy disk in the WordPerfect 9 format.

Depending on the evidence adduced at trial, some of the instructions included herein may not be appropriate, and some additional instructions may be required. The government respectfully reserve the right to request additional jury instructions or modifications of the attached instructions at trial.

DATED: February 18, 2009                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys

# TABLE OF JURY INSTRUCTIONS

## NINTH CIRCUIT
## MODEL JURY

| NO. | INSTRUCTIONS | DESCRIPTION |
|---|---|---|
| 1 | 1.12 | OUTLINE OF TRIAL |
| 2 | 2.2 | BENCH CONFERENCES AND RECESSES |
| 3 | 2.3 | STIPULATED TESTIMONY |
| 4 | 2.4 | STIPULATIONS OF FACT |
| 5 | 2.5 | JUDICIAL NOTICE |
| 6 | 2.7 | TRANSCRIPT OF RECORDING IN ENGLISH |
| 7 | 3.12 | SEPARATE CONSIDERATION OF MULTIPLE COUNTS |
| 8 | 4.1 | STATEMENTS BY DEFENDANT |
| 9 | 4.9 | TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES – IMMUNITY, BENEFITS, ACCOMPLICE, PLEA |
| 10 | 4.17 | OPINION EVIDENCE, EXPERT WITNESS |
| 11 | 5.6 | KNOWINGLY |
| 12 | 7.6 | COMMUNICATION WITH COURT |
| 13 | 8.112 | FALSE DECLARATION BEFORE GRAND JURY |
| 14 | Special #1 | OBSTRUCTION OF JUSTICE |
| 15 | Special #2 | ACTIVITIES NOT CHARGED |
| 16 | Special #3 | EVIDENCE OF OTHER ACTS OF DEFENDANT OR ACTS AND STATEMENTS OF OTHERS |