v. Google, Inc. Doc. 133 Att

# EXHIBIT B

Dockets.Justia.c

ALLEN RUBY, (SBN 47109)
Law Offices of Alan Ruby
125 S Market St #1001
San Jose, CA 95113-2285
Phone: (408) 998-8500

CRISTINA C. ARGUEDAS (SBN 87787)
TED CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000

DENNIS RIORDAN (SBN 69320)
DONALD HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia St
San Francisco, CA 94102
Phone: (415) 431-3472

Attorneys for Defendant
BARRY LAMAR BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BARRY LAMAR BONDS,

Defendants.

______________________________________/

NO. CR 07-0732 SI

DECLARATION OF
RONALD S. SWERDLOFF, M.D.

I, Ronald S. Swerdloff, declare as follows:

1. I am a medical doctor with specialization in endocrinology, internal medicine and andrology. Since 1991 to the present, I have been the Director of the Harbor-UCLA

Reproductive Program - World Health Organization Collaborative Center for Reproduction. Since 1973 I have held the position Chief of the Division of Endocrinology and from 1997 to the present, I have also served as Associate Chair in the Department of Medicine at the Harbor-UCLA Medical Center. I have extensive experience in the fields of research regarding effects of exogenous consumption of testosterone and other androgens (anabolic steroids) and of human growth hormone. I have conducted numerous clinical studies involving the administration of these substances to patients. I have treated and/or examined more than 1000 individuals who have ingested therapeutic testosterone and more than 100 individuals who have ingested therapeutic human growth hormone. I have published more than 400 published articles and have provided expert testimony in court and in depositions on more than a dozen occasions.

2. I have been asked to review two declarations submitted by Larry Bowers, Ph.D. in this matter -- one dated January 26, 2009 and the other dated February 13, 2009 – and to comment on Dr. Bowers' assertions concerning the known and scientifically established side effects of anabolic steroids and human growth hormone. I will focus my comments on the more recent declaration.

3. Dr. Bowers offers the opinion that "all anabolic steroids have [the following] effects" on people: "increased hair growth on the trunk and extremities (primarily in women), male pattern baldness, the development of acne, particularly on the upper back, decrease in testicular size, increased aggressiveness, feelings of invincibility, "roid rage," weakening of the heart, hypertension, injury to the liver and possible links to prostate cancer." (Bowers' Declaration, Feb. 13, 2009, ¶ 3.) He bases these opinions on two medical textbooks, fourteen articles or studies discussing anabolic steroids, and information conveyed to him from athletes who admitted using anabolic steroids. I will comment on several of the listed side effects.

4. I have reviewed the medical textbooks and articles cited by Dr. Bowers. Based upon those sources (except for the German language article which I could not





read), other sources of which I am aware and my extensive professional experience as a physician in the field of endocrinology, I offer these comments concerning the effects of testosterone and anabolic steroids.

a. Hair growth on the trunk and extremities. This effect is well-documented in women, children and testosterone deficient men. None of the literature cited by Dr. Bowers provided any support for this effect in healthy adult men with normal levels of testosterone prior to the use of anabolic steroids. I am not aware of any study demonstrating that the ingestion of an anabolic steroid had the effect of increasing hair growth in an otherwise healthy adult male.

b. Male pattern baldness. Typically, such baldness is triggered by the flow of testosterone in the genetically disposed adult male. None of the literature cited by Dr. Bowers provided scientific support for an enhanced effect in normal healthy adult men. I am not aware of any study demonstrating that the administration of an anabolic steroid had the effect of increasing the chances of male pattern balding in an otherwise healthy adult male with normal levels of testosterone prior to the use of anabolic steroids.

c. Testicular atrophy. Several studies have found evidence of this effect on the testicles after several months of the administration of therapeutic doses of testosterone (i.e. = to or> 200 mg./2 week as injectable testosterone enanthate) to healthy adult males. Although I remain unaware of any similar prospective studies establishing this effect from other anabolic steroids, it is reasonable to assume that it could occur. The effect, however, is dependent on the suppression of the signals ( LH and FSH) that stimulate the testes and is thus dependant upon the dosage and length of treatment. Clinically, the effect is determined by measurement with a special instrument, the "orchidometer." Although the testes themselves may decrease in size, the size of the scrotum itself does not change. For these reasons, in my experience most patients are themselves unaware of this effect, which is not easily discernible by





vision or touch. Our experience is that there is considerable variation in the ability of general physicians to accurately measure testis size and that the orchidometer is usually required to detect the effect. Based on this, an untrained layperson might have difficulty discerning it even by touch.

d. Psychological Effects – aggressiveness, feelings of invincibility, and "roid rage." These observations are controversial and are confounded by the extensive anecdotal information available to the public at large. One of the papers cited by Dr. Bowers, is a good example. Thiblin I, Lindquit O, Rajs R. 2000; *Causes and Manner of Death Among Users of Anaboic Androgenic Steroids*; Journal of Forensic Science 45;16-23. This was a retrospective study, with no controls, that attempted to examine the behavior and manner of death of 34 males who were known to have used anabolic steroids. Any potential findings were thoroughly confounded by the facts that the subjects of the study were not followed before they started consuming steroids and were known to have consumed or abused numerous other substances including alcohol, marijuana, cocaine, amphetamines and other stimulants or illicit drugs. Turning to controlled prospective studies, the results are decidedly mixed. One blinded study, for example, (not cited by Dr. Bowers) found no significant psychological effects after a ten week treatment of testosterone at 600 mg./week. Bhasin, S., et al., The Effects of Supraphysiologic Doses of Testosterone on Muscle Size and Strength in Normal Men, New England Journal of Medicine (1996), Volume 335, No. 1. This contrasts with a study cited by Dr. Bowers – Pope Jr HG, et al., 2000. *Effects of Supraphysiological Doses of Testosterone on Mood and Aggression in Normal Men: A Randomized Controlled Trial*. Arch Gen Psych 57:133 40. This study found that after two six week treatments of testosterone, dosage 600 mg./week, followed by six week recovery periods, a significantly greater number of the subjects receiving testosterone exhibited mania, hypomania and aggressiveness. The limited nature of the study's findings is well expressed in the study's abstract:



DH

> Testosterone administration, 600 mg/wk significantly increased ratings of manic symptoms in normal men. This effect, however, was not uniform across individuals; most showed little psychological change, whereas a few developed prominent effects. The mechanism of these variable reactions remains unclear.

Other studies have shown that men who are low in testosterone levels (hypogonadism) have mood problems (depressive symptoms) and that testosterone treatment will improve these symptoms. Thus, in my opinion the evidence from controlled studies concerning any psychological effects of testosterone is decidedly mixed and there is no agreement in the scientific community.

e. Prostate cancer. I am not aware of any evidence, even after reviewing the sources cited by Dr. Bowers, linking the use of anabolic steroids as causative to prostate cancer in otherwise healthy, adult males.

5. Apparently in reference to exogenous human growth hormone, Dr. Bowers offers the opinion that "[s]ide effects of HGH can also include an increase in the size of one's head or skull, jaw, hands and fingers, and feet and toes, as well as improved eye-sight." (Bowers' Declaration, Feb. 13, 2009, ¶ 5.)

6. I have reviewed the medical textbooks and articles cited by Dr. Bowers to support his opinions. As a physician specializing in endocrinology and director of a clinic dedicated to pituitary conditions, I am also very familiar with the condition known as acromegaly, which commonly involves highly elevated levels of human growth hormone resulting from a tumor or other affliction of the pituitary gland. Acromegaly can cause increased bony growth. These symptoms develop slowly, usually over many years. Commonly, the symptoms are not noticed and the condition is not diagnosed for years, often for as long as 10 years. Based upon the sources cited by Dr. Bowers, other sources of which I am aware and my extensive professional experience, I have these comments concerning the effects of exogenous human growth hormone.

a. I have never seen any reference to improved eyesight as an effect of the exogenous administration of human growth hormone in people. The sources cited by





Dr. Bowers provide none.

b. I am not aware of any published study, historical or prospective, controlled or otherwise, demonstrating that the introduction of exogenous human growth hormone to healthy, adult athletes actually results in bony growth such as would cause an increase in the size of the skull, jaw, fingers, toes, etc. . *See, e.g.* Holt RI, et al. *Growth hormone, IG F-I and insulin and their abuse in sport*. Brit. Jour. Pharmacol. 2008; 154:542-56, p. 548 (the only potential physical adverse side effects of human growth hormone arise from sodium and fluid retention, possibly leading to ankle swelling, hypertension and headache). To my knowledge, the proposition that exogenous human growth hormone in athletes could cause bony growth arises from primarily from the analogy to acromegaly. However, to my knowledge that analogy when applied to bone overgrowth is not supported by experience in clinical trials with adults. Therefore, the effects of exogenous human growth hormone on bone growth in normal adults is theoretical and not evidence based. Moreover, the analogy would suggest that the increase in bony growth would occur very gradually over many years of high human growth hormone levels. Thus, even if apt, the analogy would hold that it would take many years of HGH use, resulting in high levels of HGH, before athletes would exhibit noticeable bony growth. Again, even after reviewing the materials cited by Dr. Bowers, I am not aware of any study documenting such an effect on bone growth including that which would increase the size of the skull from exogenous human growth hormone in healthy adult males.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2009, in Los Angeles, California.

Ronald S. Swerdloff
2-18-2009