# EXHIBIT C

Dockets.Justia.com

# CURRICULUM VITAE

## Ronald S. Swerdloff, M.D.

**Harbor-UCLA Medical Center**
**1000 West Carson Street, Box 446**
**Torrance, CA. 90509-2910**
**Telephone: (310) 222-1867**
**Fax: (310) 533-0627**
**E-mail: swerdloff@labiomed.org**

**PLACE OF BIRTH:**        Pomona, California

**CITIZENSHIP:**        United States

**MARITAL STATUS:**        Married

**EDUCATION:**
1955-1958        B.S.  (1959) University of California, Los Angeles
1958-1962        M.D. (1962) University of California, San Francisco

**LICENSURE:**        State of California (A-20917)
        State of Victoria, Australia (the-555)

**BOARD CERTIFICATION:**
1968        Diplomate, American Board of Internal Medicine (Internal Medicine)
1970        Fellow, American College of Physicians
1972        Diplomate, American Board of Internal Medicine (Endocrinology)

**PROFESSIONAL EXPERIENCE:**

1962-1963        Internship in Medicine, Kings County Hospital
        University of Washington, Seattle, Washington
1963-1964        Assistant Resident in Medicine
        University of Washington, Seattle, Washington
1964-1966        Clinical Research Associate
        Research Metabolism Section
        National Institute of Child Health and Human Development
        National Institutes of Health, Gerontology Branch
1966-1967        Associate Resident in Medicine
        University of California, Los Angeles
1967-1969        N.I.H. Special Fellow in Endocrinology
        UCLA School of Medicine, Harbor General Hospital Campus
1969-1971        Director, Medical Residency Program
        St. Mary's Long Beach Hospital - Harbor General
        Hospital Combined Program
1969-1972        Assistant Professor of Medicine (Endocrinology)
        UCLA School of Medicine, Harbor General Hospital Campus

Rev 12/19/08

| | |
|---|---|
| 1972-1973 | Associate Chief of Endocrinology |
| | UCLA School of Medicine, Harbor General Hospital Campus |
| 1973-1978 | Associate Professor of Medicine (Endocrinology) |
| 1973-1979 | UCLA School of Medicine, Harbor General Hospital Campus |
| 1973-present | Chief, Division of Endocrinology and Metabolism |
| | Harbor-UCLA Medical Center |
| 1978-present | Professor of Medicine (Endocrinology) |
| | UCLA School of Medicine, Harbor-UCLA Medical Center |
| 1978-1979 | Acting Director, Clinical Study Center |
| | Harbor-UCLA Medical Center |
| 1980-1981 | Visiting Professor, Departments of Anatomy and Medicine |
| | Monash University School of Medicine |
| | Melbourne, Australia |
| 1986-1992 | Director, UCLA Population Research Center |
| 1986-1990 | Coordinator, UCLA Divisions of Endocrinology and Metabolism |
| 1991-present | Director, Harbor-UCLA Reproductive Program - World Health |
| | Organization Collaborative Center for Reproduction. |
| 1997-present | Associate Chair, Department of Medicine Harbor-UCLA Medical Center |

**ACADEMIC HONORS:**

| | |
|---|---|
| 1959 | Anatomy Research Award |
| 1960 | Roche Award |
| 1960-1962 | Tausig Memorial Scholarship Award |
| 1961 | Alpha Omega Alpha |
| 1962 | Merck Award |
| 1962 | Mosby Scholarship Award |
| 1967-1969 | NIH Special Fellowship |
| 1972-1977 | NIH Career Development Award |
| 1974 | Wyeth Award Outstanding Research Paper |
| | presented at the Society for the Study of Reproduction |
| 1975 | Squibb Award Outstanding Research Paper presented at |
| | the Pacific Coast Fertility Society |
| 1984 | Wyeth Award Outstanding Research Paper |
| 1984 | Squibb Award Outstanding Research Paper presented at |
| | the Pacific Coast Fertility Society |
| 1986 | Serono Award - Outstanding Contributions to Male |
| | Reproductive Endocrinology |
| 1990 | Serono Inaugural Lecturer; Australian Society of Reproductive Biology, |
| 1998 | UCLA Sherman Mellinkoff Award-The Most Outstanding UCLA Faculty Award |
| 1998 | Harbor-UCLA Outstanding Researcher Award |
| 2000 | Mayo Soley Award (Western Society of Clinical Investigator Outstanding West |
| | Coast Investigator Award) |
| 2004 | American Association of Andrology's Distinguished Andrologist Award (Journal |
| | of Andrology Supplement pp10-11, March/April 2004) |

**PROFESSIONAL SOCIETIES:**
Member:

| | |
|---|---|
| 1961 | Alpha Omega Alpha |
| 1967 | American Federation for Clinical Research |
| 1969 | Endocrine Society |
| 1970 | Fellow, American College of Physicians |
| 1970 | Society for the Study of Reproduction |
| 1971 | Western Society for Clinical Investigation |

| 1973 | Pacific Coast Fertility Society |
| 1974 | Western Society for Pediatric Research |
| 1975 | Society for Pediatric Research |
| 1975 | Honorary Member - Sociedad Venezolana de Endocrinologia y Metabolismo |
| 1976 | American Society of Andrology |
| 1981 | Western Association for Physicians |
| 1986 | American Association of Physicians |

**Officer:**

| 1970-1971 | AFCR - Councilor, Western Section |
| 1971-1972 | AFCR - President-Elect, Western Section |
| 1971-1973 | AFCR - National Council |
| 1972-1973 | AFCR - President, Western Section |
| 1974 | AFCR - National Council, Councilor at large |
| 1974 | AFCR - Social Issues Committee |
| 1974 | Endocrine Society - Public Affairs Committee |
| 1974-1978 | Pacific Coast Fertility Society - Board of Directors Program Chairman (1977) |
| 1978-1981 | American Andrology Society - Executive Council |
| 1979-1982 | Western Society for Clinical Research - Secretary/Treasurer |
| 1979-1982 | Intersociety Council for WSCR, AFCR (Western Section), WAP and WSPR - Chairman |
| 1982 | Western Society for Clinical Investigation - President-Elect |
| 1983 | Western Society for Clinical Investigation - President |
| 1984 | Pacific Coast Fertility Society - President |
| 1984 | American Andrology Society - Chairman, Post Graduate Education Committee |
| 1986 | Endocrine Society - Chairman, National Arrangement Committee Meeting |
| 1987 | American Andrology Society - Publications Committee |
| 1988-1990 | American Andrology Society - Chairman, Finance Committee |
| 1989-present | The Endocrine Society - Education Committee |
| 1989-1993 | The International Society of Andrology - Member of The Executive Council |
| 1991 | The Endocrine Society - Special Advisor Program Committee |
| 1992-1993 | American Andrology Society - President |
| 1993-1996 | Chairman, Los Angeles Cross Town Endocrine Club |
| 1997-present | Klinefelter's Syndrome Association - Scientific Advisory Committee |
| 1998-present | Foundation for Research in Aging - Science Director |

**EDITOR, EDITORIAL BOARD OR REVIEWER FOR THE FOLLOWING JOURNALS:**

Journal of Clinical Endocrinology and Metabolism (Editor, 1978-1983)
Journal of Andrology (Editorial Board 1988-1990)
Endocrinology
Endocrinology Practice
Journal of Clinical Investigation
Biology of Reproduction
Annals of Internal Medicine
Science
Contraception
Metabolism
Hormone and Metabolic Research

Fertility and Sterility
Clinical Endocrinology
Journal of Andrology
Molecular and Cellular Biology
Nature
New England Journal of Medicine
Journal of Pediatrics
Biochemical and Biophysical Research Communications
International Journal of Fertility
Journal of Urology
American Journal of Physiology
Thyroid

**REVIEWER OF GRANT AND CONTRACT APPLICATIONS:**
National Institutes of Health
National Science Foundation
Veterans Administration
CONRAD

**CONSULTANT FOR INDUSTRY (Historical)**
Schering-Plough Corporation Advisory Board
Unimed Corporation
Parke-Davis Pharmaceutical
Biotechnology General
BKB Pharmaceuticals
Hoechst Corporation
Alza Corporation
Wyeth Ayerst
Besins
Jena*pharm*
American BioScience
Bayer
Zonagen
MacroChem
**Presently**
Schering AG
Solvay Pharmaceutical
Lilly Pharmaceutical
Glaxo SmithKline
Ligand Corporation
Organon
Ascend/Besins
ARYx
Auxillium
Clarus
Columbia
Corcept
Merck
Pierre Fabre
Renovis
Repros
Acadia
Actelion Pharmaceuticals

Ardana
CONRAD (USAID) Technical Advisory Committee
Clinical Advisors
Gerson Lehman
Haymarket
Indevus
MedaCorp
World Health Organization; Collaborating Center

## INTERNATIONAL COMMISSIONS AND GRANTING AGENCIES:
United Nations/World Health Organization
1984-1989 Consultant, Steering Committee Member of the Task Force on Methods for the Regulation of Male Fertility
1991-92 Special Consultant
1984-86 Site Visit Member, Family Planning Research Institute of Sichuan, Chengdu, Peoples Republic of China, Nanjing and Beijing
1984 United States - Indian Collaborative Research on Contraceptive Development - New Delhi
2005    European Academy of Andrology

## NATIONAL COMMITTEES AND GRANTING AGENCIES:
1986 - present American Medical Association Drug Evaluations
1986-1991    NIH Committee, Population Research Center
1989 - present American Board of Internal Medicine Evaluation Committee
1993 - present CONRAD - Technical Advisory Committee
1993          Contraceptive Development Branch, NICHD, NIH-Special Consultant-Long Range Planning Cmte
1993 - present National Aging Institute, NIH Safety Advisory Committee, Aging and Trophic Factors
1996 - present National Klinefelter's Society, Chairman, Scientific Committee
1997          Endocrine Society Abstract Selection Committee
1997-2000    NIH Committee, Reproduction Sciences Branch
1997-present United States Olympic Committee
1999-present Mellon Foundation Reproductive Biology Program
2000          Program Committee NIH Symposium on Klinefelter's Syndrome NICHD
2001-present United States Anti-Doping Agency (USADA)
2001-present United States Pharmacopeia

## CENTER DIRECTORSHIP
| | |
|---|---|
| 1986-1991 | NIH, Population Research Center |
| 1992-present | WHO Collaborating Center for Research in Human Reproduction |
| 1999-present | Mellon Center for Men's Health |
| 2003 | NIH Contraceptive Clinical Trials Center |

## UCLA
| | |
|---|---|
| 1985-1992 | Director, UCLA Population Research Center |
| 1986 | Executive Committee Chairman |
| 1986 | Scientific Programs - Appointments and Promotions (elected) |
| 1984-present | Executive Committee Alternate |
| 1986-1990 | UCLA Endocrine Divisions Coordinating Committee Chairman |
| 1991-1992 | Search Committee, Chair, Department of Medicine (CHS) |
| 1995- | Organizer, UCLA Pituitary Conference (CHS) |
| 1996- | Medical Student Thesis Program Committee member |

## HARBOR-UCLA MEDICAL CENTER
| | |
|---|---|
| 1969-1984 | Multiple Committee Assignments |

| 1973-Present | Chief, Division of Endocrinology, Diabetes and Metabolism |
| 1984-1985 | Long Range Planning (Chairman) |
| 1985-1990 | Medical Office Bldg. Management Committee |
| 1986-present | Department of Medicine Executive Committee |
| 1994-present | Dept of Medicine Chairman, Faculty Career Advancement Committee |
| 1995-96 | Search Committee for Endocrinology Faculty-Chair |
| 1996- | Search Committee, Chief Pulmonary Division |
| 1996 | Bylaws Committee |
| 1997-Present | Associate Chair, Department of Medicine |
| 1997-2002 | Department of Medicine, Chair Committee |

## LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE

| 1983-86 | Space Committee |
| 1983-86 | Research Committee (Administrative Secretary) |
| 1983-86 | Administrative Policies (Chairman) |
| | Finance Committee (Vice-Chairman) |
| | Board of Directors |
| 1984-91 | Population Center Executive Committee (Chairman) |
| 1984 | Multipurpose Office Building Committee |
| 1987-present | Walter Martin Research Center Administrative Committee Chair |
| 1992-94 | Research Committee |
| 1992-97 | Bylaws Committee |
| 1997-2002 | Bylaws Committee - Chairman |
| 1996-1998 | Search Committee, CEO, Vice Chair |
| 1997-2000 | REI Board of Directors- Vice Chair; member |
| 1997-2003 | REI Executive Committee |
| 1999-2000 | Long Range Steering Committee |
| 1999-2000 | Infrastructure Task Force, Vice Chair |
| 2000-present | Research Committee |
| 2001-2001 | Search Committee Chair, CFO |

## THESIS COMMITTEES:

| 1986 | Monash University |
| 1994-95 | Fakultas Kedokteran Universitas Airlangga, Surabaya, Indonesia |
| 1996- | University of Sidney |

## SCIENTIFIC AND TECHNICAL ADVISORY COMMITTEES:

| 1993-present | CONRAD |
| 1996-present | Klinefelter's Association (KSA) – Chairman |
| 2006- | Indevus Scientific Advisory Committee |

## CLINICAL DISTINCTION:

| 1992-present | "Best Doctors in America" |
| 1996-present | "Best Doctors in the West" |
| 1996-present | "Best Doctors in Los Angeles" |
| 2001 | "A Top Doctor in America" |

**GUEST LECTURESHIPS, CHAIRMANSHIPS, AND CONSULTANTSHIPS**:

1.  Chairman, Plenary Session, Western Section, AFCR, Carmel, California, February, 1972.

2.  Invited Lecturer, Loma Linda Medical School, "Hypothalamic-pituitary gonadal interrelationships", Loma Linda, California, March, 1972.

3.  Invited Participant, Endocrine Society Satellite Symposium on Testis Receptors and Male Control Mechanisms, Washington, D.C., February, 1972.

4.  Invited Participant, NIH Airlie House Symposium on Puberty, Airlie House, Virginia, October, 1972.

5.  Invited Lecturer, UCLA Postgraduate Medicine Course, "Hypoglycemia", Lake Arrowhead, California, July 1972.

6.  Invited Lecturer, American Society of Bariatrics, "Obesity and Hypoglycemia" and "Therapy of Hypoglycemia", Las Vegas, Nevada, 1972.

7.  Visiting Professor, St. Joseph's Hospital (University of Arizona affiliated hospital), Phoenix, Arizona, October, 1972.

8.  Invited Lecturer and Section Chairman, American College of Physicians Postgraduate Course, "Steroid Withdrawal" and "Hirsutism", Anaheim, California, December, 1972.

9.  Chairman, Symposium on Infertility, Pacific Coast Fertility Society, Scottsdale, Arizona, October, 1972.

10. Chairman and President, Plenary Session, Western Section, AFCR, Carmel, California, February, 1973.

11. Visiting Professor, Hospital Militar and University Affiliated Hospitals, Caracas, Venezuela, March, 1973.

12. Invited Lecturer, California Dietetic Association, Los Angeles, California, April, 1973.

13. Invited Lecturer, Hahnemann Symposium on Current Advances in Endocrinology,"Contraceptives: Current Status of Hormonal Agents", Philadelphia, Pennsylvania, April, 1973.

14. Chairman, Male Reproduction Section, Endocrine Society, Chicago, Illinois, June, 1973.

15. Invited Participant, NIH Fogarty Symposium on Obesity, Bethesda, Maryland, October, 1973.

16. Chairman, Male Infertility Symposium, Pacific Coast Fertility Society, Palm Springs, California, October, 1973.

17. Invited Lecturer, Endocrine Society Postgraduate Course, "Mechanism of Action and Complications of Contraceptive Drugs", Anaheim, California, October, 1973.

18. Invited Lecturer, AMA Convention, "Application of Radioimmune Hormone Assays in Fertility Problems", Anaheim, California, December, 1973.

19. Chairman, Metabolic Section, Western Section, AFCR, Carmel, California, February, 1974.

20. Invited Lecturer, City of Hope Medical Center,"Hypocalcemia", Duarte, California, February 1974.

  
21.     Invited Lecturer and Section Chairman, Southern California Regional Meeting of The American College of Physicians, "Problem Solving Session: Endocrine Diagnosis", San Diego, California, February, 1974.

22.     Invited Lecturer, Cross Town Endocrine Club, "Current Aspects of Hypothalamic Control of Endocrine and Metabolic Function", Los Angeles, March, 1974.

23.     Invited Lecturer, University of London, Middlesex Hospital Medical School, "Mechanisms of Action and Complications of Systemic Contraceptives", and "Hormonal Mechanisms in the Onset of Puberty", London, England, March, 1974.

24.     Visiting Professor, University of Guadalajara, in Guadalajara, Mexico, October, 1974.

25.     Guest Lecturer, "Hypogonadism", "Puberty", Venezuelan Endocrine Society, October, 1974.

26.     Invited Lecturer, Symposium on Neuroendocrine and Aging, Portland, Oregon, October, 1974.

27.     Scientific Program Director, Southern California Regional American College of Physicians Meeting, Los Angeles, February, 1975.

28.     Invited Lecturer, American Diabetes Association, Postgraduate Course, Anaheim, California, March, 1975.

29.     Chairman, Endocrine Section, AFCR, Atlantic City, New Jersey, May, 1975.

30.     Invited Lecturer, American Society of Clinical Pathologists, "Hormonal Evaluation of Reproductive Problems", Long Beach, California, July, 1975.

31.     Invited Lecturer, "Hypoglycemia - What It Is and What It Isn't", UCLA Continuing Education Course, Los Angeles, California, August 1975.

32.     Invited Participant, Laurentian Hormone Conference, "Etiologies of Sexual Maturation", Odell and Swerdloff, Mount Tremblant, Canada, August, 1975.

33.     Scientific Program Director and Participant, American College of Physicians Postgraduate Course in Endocrinology, October 2-4, 1975, Los Angeles, California, "Male Reproductive Physiology" and "Hypogonadism".

34.     Invited Lecturer, Third Annual NICHD Workshop on the Testis, "Modulating Influences of FSH, GH and Prolactin on LH Stimulated Testosterone Secretion", Pittsburgh, Pennsylvania, February 25-27, 1976.

35.     Invited Lecturer, The Brain and the Endocrine System, "Mechanisms of Puberty", Long Beach, California, June 18-19, 1976.

36.     Invited Lecturer, 1976 Annual International Endocrine Society Meeting, "Gonadal Factors in Puberty", Hamburg, Germany, July 185-24, 1976.

37.     Sigma Xi Distinguished Lectures, "Perils of the Pill: Complications of Oral Contraceptive Agents", Los Angeles, California, February 14, 1976.

38.     Invited Lecturer, California State University, "Hormones and Maturation", March, 1977.

39.     Invited Lecturer, California Medical Association, "Male Reproductive Function", March, 1977.

40.     Course Chairman, Practical Endocrinology for the Primary Physician, Los Angeles, California, March 26-27, 1977.

41.     Invited Lecturer, University of Southern California, Department of Anatomy, "Control of Secretion of LH and FSH", May, 1977.

42.     Invited Lecturer, Practical Management of Diseases of Hair and Scalp, "Hirsutism", Los Angeles, California, May, 1977.

43.     Invited Lecturer, University of California at San Francisco, Department of Physiology, "Neuroendocrine Control of Reproductive System", San Francisco, California, June, 1977.

44.     Invited Lecturer, American Society of Clinical Pathologists, "Hirsutism", Chicago, Illinois, June, 1977.

45.     Invited Lecturer, Los Angeles Dermatology Conference, "Diagnosis and Management of Hirsutism", Los Angeles, California, August, 1977.

46.     Invited Lecturer, University of Colorado, "Mechanisms of Puberty", "Hypogonadism in the Male", Denver, Colorado, September, 1977.

47.     Invited Lecturer, Postgraduate Course on Diabetes and Endocrine Diseases, Nurse Practitioners of Southern California, "Birth Control Pills: Physiological Effects and Complications", Anaheim, California, October, 1977.

48.     Invited Lecturer, Pacific Coast Fertility Society, "Male Factors in Infertility", Palm Springs, California, October, 1977.

49.     Invited Lecturer and Participant, NIH Workshop on Male Contraceptives, "Clinical Evaluation of Testosterone Enanthate for Induction of Reversible Azoospermia in the Human Male", Bethesda, Maryland, October, 1977.

50.     Invited Lecturer, American College of Physicians Postgraduate Course, "Hypercalcemia: Diagnosis and Management", Los Angeles, California, December, 1977.

51.     Guest Lecturer, Colorado Association for Continuing Medical Education, "Laboratory Assessment of Reproductive Problems", Denver, Colorado, February, 1978.

52.     Invited Speaker, Fifth International Workshop on the Testis, NIH, "New Approaches to Male Contraception", Geilo, Norway, March-April, 1978.

53.     Guest Lecturer, Symposia on Sexual Dysfunction, "Impotence: Medical Causes and Treatment", Palm Springs, California, June, 1978.

54.     Guest Lecturer, American Urologic Association Postgraduate Course on Infertility, Los Angeles, California, June, 1978.

55.     Invited Lecturer and Participant, V International Congress on Hormonal Steroids, Symposium on Steroids in Male Reproduction, "Use of Testosterone as a Potential Male Contraceptive Agent", and "The Endocrine Assessment of the Hirsute Patient", New Delhi, India, October, 1978.

56.     Invited Lecturer, American Society of Andrology, 4th Annual Meeting, "The Role of Nutrition and Obesity on Testicular Function", Houston, Texas, March, 1979.

57.     Co-Director and Participant, The Endocrine Society Eighth Training Course in Competitive Protein Binding Assays, Anaheim, California, March, 1979.

58.     Invited Lecturer and Participant, Federation of American Societies for Experimental Biology, Symposium on The Endocrinology of Sexual Development, "Nutritional Influences on Sexual Maturation of the Rat", Dallas, Texas, April, 1979.

59.     Invited Participant, NIH International Symposium on LH-RH Analogs in Fertility Regulation, Anaheim, California, June 12, 1979.

60.     Guest Lecturer, Symposium on Sleep Research and Clinical Disorders, "Biologic Endocrine Rhythms: Their Application to Clinical Disorders", Marco Island, Florida, November, 1979.

61.     Guest Lecturer, "Complications of Estrogen Therapies", City of Hope National Medical Center, Duarte, California, December, 1979.

62.     Guest Lecturer, American Urologic Association Postgraduate Course on Infertility, "Infertility in the Male", December, 1979.

63.     Invited Lecturer, Diabetes Update - 1980, "Recent Advances in Diabetes", Aspen, Colorado, January, 1980.

64.     Invited Participant and Co-Chairman, Free Communication Session on the Ovary, Sixth International Congress of Endocrinology, Melbourne, Australia, February, 1980.

65.     Invited Lecturer, American Society for Clinical Pharmacology and Therapeutics Annual Meeting, Symposium on Endocrine Drugs, "Systemic Male Contraceptive Agents", San Francisco, California, March, 1980.

66.     Keith Harrison Memorial Lectureship, Australian Endocrine Society.    "Influence of Nutrition on Reproductive Function", Armandale, New South Wales, Australia, August, 1980.

67.     Invited Lecturer, University of Western Australia, "Reproductive Regulatory Control in the Male", Perth, Australia, July, 1980.

68.     Invited Lecturer, Royal Melbourne Children's Hospital, "Recent Progress in Puberty Research", Melbourne, Australia, October, 1980.

69.     Invited Lecturer, Prince Henry's Hospital Medical Research Center, "Down Regulation of the Testes by GnRH Superactive Analogs", Melbourne, Australia, October, 1980.

70.     Invited Participant, National Institutes of Health, GnRH Workshop, "Effect of GnRH Analogs on Inhibition of Spermatogenesis", November, 1980, Bethesda, Maryland.

71.     Invited Lecturer, Southwestern Gynecologic Assembly 15th Annual Meeting, "Human Infertility", December, 1980, Dallas, Texas.

72.     Invited Lecturer, Medical Society of Australia, Canberra, Australia, December, 1980.

73.     Invited Lecturer, Seminar on Human Reproductive Endocrinology, The University of Adelaide, Adelaide, South Australia, May, 1981.

74.     Invited Lecturer, Departmental Seminar,  Department of Reproductive Medicine, University of California, San Diego, September, 1981.

75.     Invited Lecturer, Department of Medicine Grand Rounds, St. Mary's  Medical Center, Long Beach, California, "Hypogonadism", October, 1981.

76.     Invited Lecturer, Thirty-Third Annual Postgraduate Assembly of The Endocrine Society, San Diego, California, "Evaluation and Treatment of the Anovulatory Woman", November, 1981.

77.     Invited Lecturer, Department of Reproductive Medicine, University of California, San Francisco, January, 1982.

78.     Invited Lecturer, Western Association of Physicians Annual Meeting, Carmel, California, "GnRH Superactive Analogs - Current Perspectives", February,1982.

79.     Invited Lecturer, American Urological Association Seminar on Male Infertility, Los Angeles, California, "Hormonal Regulation of  Spermatogenesis" and "Medical Management of the Infertile Male", March, 1982.

80.     Visiting Professor, Madigan Army Medical Center, Tacoma, Washington,   "GnRH Analogs - New Pharmacologic Uses", March, 1982.

81.     Invited Lecturer and Clinical Consultant, University of Washington, Seattle, Washington, "Nutritional Influences on Reproductive Function", March, 1982.

82.     Guest Lecturer, Recent Advances in Male Reproduction:  Molecular Bases and Clinical Implications. "Effects of Combined GnRH Superactive Agonists and Gonadal Steroids on Testicular Function in Man and Experimental Animals",    University of Catania, Italy, June, 1982.

83.     Invited Lecturer, International Congress on Hormonal Steroids, "Leydig Cell Function", Jerusalem, Israel, September, 1982.

84.     Invited Lecturer, 34th Annual Postgraduate Assembly of The Endocrine Society,  "Clinical Disorders of Testicular Function", Dearborn, Michigan, October, 1982.

85.     Visiting Professor, Walter Reed Army Medical Center, Washington,  D.C.,  November, 1982.

86.     Invited Participant, NIH Clinical Staff Conference on  Therapeutic  Applications of Luteinizing Hormone Releasing Hormone (LHRH) and LHRH Analogs, "A New Approach to Male Contraception Using Combined Androgen and GnRH Analog Treatment", Bethesda, Maryland, February, 1983.

87.     Invited Lecturer, Midwest Regional Program, American Association of Clinical Chemistry, "Male Reproductive Dysfunction and Evaluation of the Woman with Amenorrhea", Omaha, Nebraska, May, 1983.

88.     Invited Lecturer, International Workshop "Fertility and Antifertility - LH-RH and its Analogues", Lecture: "Male Contraception with LH-RH Agonists", Berlin, October, 1983.

89.     Invited Participant, Testis Workshop, NICHD, "Recent Studies on Testicular Peptides", Session Chairman, Bethesda, Maryland, October, l983.

90.     Invited Lecturer, American Urologic Society, "Medical Therapy for the  Infertile Male", Anaheim, California, October, l983.

91.    Invited Lecturer, World Health Organization, Indian Council on Medical Research, Symposium on Methods for the Regulation of Male Fertility, "GnRH Agonists and Suppression of Spermatogenesis in Man", Bombay, India, February, l984.

92.    Invited Participant, American Society of Andrology, Symposium on GnRH and Super Agonists, Los Angeles, California, March, 1984.

93.    Invited Lecturer, VIIIth International Congress of Endocrinology, Quebec, Canada. Symposium on LHRH and its Analogues. "Effects on Continuous GnRH Agonist Infusion on Gonadal Function in the Human Male".  June 28-July 7,1984.

94.    Invited Participant, International Symposium on Gonadotropin Releasing Hormone in Control of Fertility and Malignancy.  "Use of GnRH Analogues as Experimental Male Contraceptives".  University of Hyderabad, Hyderabad, India, August 17-20, 1984.

95.    Invited Lecturer, The First International Symposium on Reproductive Medicine, "Testicular Dysfunction". Organized by Serono Symposia, Rome, Italy. Held in: San Juan, Puerto Rico, October 4-6, 1984.

96.    Invited Lecturer, University of Hong Kong, "Use and Abuse of Androgens"; Hong Kong, December 9, 1984.

97.    Invited Lecturer, World Health Organization/Peoples Republic of China Symposia on Methods for the Regulation of Male Fertility: "LHRH Agonists". Nanjing, Peoples Republic of China, December 14-16, 1984.

98.    Visiting Professor, University Medical Center and Hospital Militar "Dr. Carlos Arvelo", Caracas, Venezuela, March, 1985.

99.    Invited Lecturer, Sociedad Venezolana de Endocrinologia y Metabolismo "Precocious Puberty"; "Evaluation of Amenorrheic Woman"; "Mechanisms of Action and Therapeutic Uses of GnRH Analogs"; "Evaluation and Treatment of Hypogonadism"; "Assessment and Treatment of the Hirsute Woman". Puerto La Cruz, Venezuela, March, 1985.

100.   Invited Lecturer, Society of Research Administrators, "Organization of Research Support in a University Medical Center", Long Beach, California, 1985.

101.   Invited Lecturer and Participant, Acta Endocrinologia Congress Satellite Symposium, "Novel Aspects of Testes Function: GnRH Agonists". Helsinki, Finland, August, 1985.

102.   Ortho Lectureship, "Future of Male Contraception", American Fertility Society, Chicago, Illinois, September 1985.

103.   Invited Lecturer, American Fertility Society - Eighteenth Annual Postgraduate Course: Male Physiology and Infertility, Chicago, Illinois, September, 1985.

104.   Invited Lecturer, NICHD, NIH, GnRH Conference: Continuous Infusion of GnRH-agonist for Male Contraception. Bethesda, Maryland, 1985.

105.   Visiting Professor and Lecturer, University of the East, University of Santo Tomas, University of the Philippines (Philippine General Hospital), Cebu Doctors Hospital and Medical School. Philippines Obstetrical and Gynecologic Society (Manila and Cebu) and the Philippine Endocrine Society; "Hirsutism"; "Use and Abuse of Androgen Therapy"; "New Approaches for GnRH and its

Analogues"; "Precocious Puberty and Delayed Sexual   Maturation"; "Male Hypogonadism"; and "Evaluation and Treatment of the   Anovulatory Woman", April 1986.

106.    Serono Lectureship, American Society of Andrology "Toward Development of a Male Contraceptive". Grand Rapids, Michigan, April 1986.

107.    Guest Lecturer, Medical Grand Rounds, University of Utah School of Medicine "Toward Development of a Male Contraception". Division of Endocrinology, University of Utah "Mechanism of Action of GnRH Analogues". May 1986.

108.    Site Visit U.S.F.P.A. Contraceptive Development Centers, Peoples Republic of China. Sechuan, Nanjing. June, 1986.

109.    Guest Lecturer, Genetech, "Relaxin and the Male Reproductive System." San Francisco, California. August 25, 1986.

110.    Invited Lecturer, American Fertility Society. "Endocrinology of Male Infertility." October 2, 1986.

111.    Invited Lecturer, Endocrine Society Postgraduate Assembly. "Male Infertility Evaluation and Therapy", "GnRH and Treatment of Prostate Cancer." November 8, 1986.

112.    Invited Participant, Lecturer and Discussion Leader: NIH Workshop on GnRH. "GnRH Analogues in Male Contraception". Bethesda, Maryland, November 11, 1986.

113.    Invited Participant, International Symposium, Post meiotic regulation of sperm function Mexico City, March 11-14, 1987.

114.    Invited Participant, International Conference on Reproduction and Cancer, Bethesda, Maryland, May 11- 13, 1987.

115.    Invited Lecturer, University of Michigan Postgraduate Course in Endocrinology and Male Sexual Dysfunction, Ann Arbor Michigan, August 8-10, 1987.

116.    Invited Participant and Guest Lecturer, "Use of GnRH Analogs in the Male", International Symposium on GnRH and Its Analogues, Geneva, Switzerland, February 16-18, 1988.

117.    Invited Participant and Lecturer, "Nal-Glu GnRH Antagonist in the Human Male". NIH Workshop on GnRH and Its Analogues, Bethesda, Maryland, April 11-13, 1988.

118.    Visiting Professor and Wu Chung Lecturer, "Use of GnRH Analogues in Clinical Medicine"; "Intragonadal Control of Spermatogenesis"; "Male Sexual Dysfunction"; and "A Patient with Hepatosplenomegaly". University of Hong Kong, July, 1988.

119.    Invited Lecturer and Participant, "Impotency and Sexual Dysfunction", "Use of GnRH Analogues", and "Endocrine Evaluation of Male Reproduction and Sexual Dysfunction". IV National Congress & II International Symposium on Recent Advances in Research in Male Fertility Regulation and Infertility Management. Semarang, Indonesia, October 16-20, 1988.

120.    Keynote Speaker, "Male Contraception - A View to the Future." Kansas University Medical Center Student Research Forum, Kansas City, Kansas, March 8, 1989.

121.    Invited Lecturer, "Male Contraception - Medical Approaches" and "Future Directions for Research in Male Contraception". Continuing Education Course, Eastern Virginia Medical School, "Contraception: Current Choices and Future Directions", Washington D.C., April 6-8, 1989.

122.    Invited Participant and Session Chairman, Annual Meeting of American Society of Andrology, "The Conceptual Basis of Prospective Male Contraceptives", New Orleans, LA, April 13-16, 1989.

123.    Invited Participant and Speaker, "Delayed Puberty". International Congress of Andrology, Florence, Italy, May 17, 1989.

124.    Invited Participant and Lecturer, "Regulation of the Male Reproductive System" and "Assessment of the Infertile Male". First Postgraduate Course on Clinical Reproductive Endocrinology and Infertility, Singapore, June 1989.

125.    Visiting Professor and Clinical Consultant, "Regulation of Fertility in the Male and Approaches to Contraception". The University of Michigan Medical Center, Ann Arbor, MI, June 1989.

126.    Co-Chairman of Conference and Lecturer, "Role of Exogenous Androgens in Male Contraception. Overview of Total Clinical Experience". NIH Workshop Conference on Androgen Therapy: Biologic and Clinical Consequences, Marco Island, FL, January 17-20, 1990.

127.    Invited Lecturer, Visiting Professor Series, St. Mary's Medical Center, Long Beach, CA. "Male Infertility: A Common Problem", February 21, 1990.

128.    Invited Lecturer and Visiting Professor, "Experimental Approaches to Male Contraception". Reproductive Biology Program, University of Texas at Houston, Houston, Texas, April 3-4, 1990.

129.    Invited Lecturer, Endocrine Research Conference, University of Southern California School of Medicine. "GnRH Analogs and Male Contraception", Los Angeles, CA, April 16, 1990.

130.    State-of-the-Art Lecture, 78th Annual Congress of the Japanese Urological Association, "Physiology of Male Reproduction - Current Status and Future Direction", Sapporo, Japan, June 16, 1990.

131.    Chairman, Postgraduate Course, "Abnormalities of Lipid Metabolism," Los Angeles, CA, July 21, 1990.

132.    Plenary Lecturer, "Contraception - New Approaches in the Male," National Academy of Medicine (Mexico), Mexico City, July 28, 1990.

133.    Serono Inaugural Lecturer - 1990, "Androgens in the Male: New Uses, Old Abuses," Combined Meeting of Endocrine Society of Australia, Australian Society of Reproductive Biology and Fertility Society of Australia, Perth, Australia, September 16, 1990.

134.    Invited Lecturer, "Adventures in Male Reproductive Physiology: Applications to Clinical Problems," Southern California Organization of Pediatric Endocrinologists, Long Beach, CA, October 6, 1990.

135.    Invited Lecturer, "Evaluation and Treatment of Male Infertility," 42nd Postgraduate Assembly, The Endocrine Society, Honolulu, HI, October 28-November 1, 1990.

136.    Invited Lecturer, "Combined GnRH Antagonist and Testosterone Enanthate for Experimental Male Contraception," 2nd International Symposium on GnRH Analogues in Cancer and Human Reproduction, Geneva, Switzerland, November 7-10, 1990.

137.    Invited Lecturer, "Metabolic Effects of Androgen Deficiency and Aging in Men", NIH Conference on Aging and Male Reproductive Dysfunction, Bethesda, MD, November 25, 1990.

138.    Invited Lecturer, Visiting Professor Series, St. Mary's Medical Center, Long Beach, CA. "Male Reproductive Disorders," January 16, 1991.

139.    Invited Lecturer, "Clinical Evaluation of the Infertile Male", State-of-the-Art Urology Conference, UCLA Extension, Marina del Rey, CA, February 8-10, 1991.

140.    Invited Lecturer, "Current Status of Male Contraceptive Development", Johnson and Johnson Conference on Contraceptive Development. Princeton, NJ, January 28, 1991.

141.    Visiting Professor, University of Minnesota, Departments of Cell Biology and Neuroanatomy, Obstetrics and Gynecology, Medicine (Endocrinology) and Surgery (Urology), Grand Rounds Lectures, "Diversity of Actions of Androgens: A Mechanistic View" and "Recent Advances in Male Reproductive Physiology, Application to the Patient", March 1-2, 1991.

142.    Invited Lecturer, Cedars-Sinai Medical Center, Los Angeles, CA. Endocrine Grand Rounds, "Reproductive Physiology in the Male: Application to Clinical Andrology," April 2, 1991.

143.    University of Southern California, Los Angeles, CA. Endocrine Grand Rounds, "Androgens Revisited: Metabolic and Other Implications of Treatment." September 10, 1991.

144.    Special Consultant, United Nations Special Program of Research, Development and Research Training in Human Reproduction. Population Research Institutes, Beijing, China and Tianjin, China, September 1991.

145.    Invited Lecturer, "Androgens Revisited, Metabolic and Other Implications of Treatment." LAC-USC Medical Center, Endocrine Grand Rounds, September 10, 1991.

146.    Invited Lecturer, "Male contraception: Achievement of reversible azoospermia by combined gonadotropin releasing hormone antagonist and testosterone enanthate regimen. Tianjin International Symposium on LHRH Analogues, Tianjin, PRC, September 24-26, 1991.

147.    Invited Lecturer, "Impact of Testosterone Therapy on Cognitive Sexual Behavior and Metabolic Dysfunction." Workshop on Psychoneuroendocrinology of Aging: The Brain as Target Organ of Hormones", University of Parma, Italy, October 8-9, 1991.

148.    Invited Lecturer, "Reproduction in the Aging Male." 47th Annual Meeting, The American Fertility Society, Orlando, FL, October 19-24, 1991.

149.    Meet the Professor Round Table, "Androgens and the Aging Male." Pacific Coast Fertility Society Annual Meeting, Indian Wells, CA, April 8-12, 1992.

150.    National Institute of Aging, Festschrift for Reubin Andres, "Male Contraception in 1992: A View to the 21st Century." Baltimore, MD, May 5, 1992.

151.    Keynote Address, "Medicine: On a Fast Track to Somewhere." St. Mary Medical Center Retreat, Lake Arrowhead, CA, September 25-27, 1992.

152.    Invited Lecturer, "Androgens and Aging in Men: Considerations for Treatment to Decrease Frailty and Increase Quality of Life" and "Comparison of Pharmacokinetics and Pharmacodynamics of Testosterone Microcapsule Formulation on Los Angeles Caucasian and Hong Kong Chinese Hypogonadal Men." First Asian Oceanic Congress of Andrology. Nanjing, P.R. China, November 9-12, 1992.

153.    Invited Lecturer, Visiting Professor Series, St. Mary's Medical Center, Long Beach, CA, January 20, 1993.

154.    Invited Lecturer,  Cedars-Sinai Medical Center, Los Angeles, CA. Endocrine Grand Rounds, "Androgen and Aging", February 16, 1993.

155.    Invited Lecturer,  City of Hope, Duarte, CA, Endocrine Grand Rounds "Testosterone and Aging", April 6, 1993.

156.    NIH Special Consultant and Invited Participant,  Contraceptive Development Branch, NICHD Ad Hoc Advisory Meeting on Long Term Planning, Rockville, Maryland, May 12-13, 1993.

157.    Invited Participant and Session Chairman,  Annual Meeting of Endocrine Society, "Role of Intratesticular Proteins and Peptides", Las Vegas, June 10-12, 1993.

158.    Invited Participant/Consultant,  CONRAD Technical Advisory Committee, "Male Systemic Methods for the Regulation of Fertility", Alexandria, Virginia, June 13-16, 1993.

159.    Invited Lecturer,  Boots Pharmaceutical, "Thyroid Dysfunction", Long Beach, June 15, 1993.

160.    Invited Lecturer and Session Chairman,  4th Annual Meeting of the North American Menopause Society, "Impact of Male Menopause" and "Male Hormones and Aging", San Diego, CA, September 2-4, 1993.

161.    Keynote Speaker, Argentina Society of Andrology, "Androgen Deficiency with Aging Male:  Perspective on Treatment for the Male Menopause" and "Male Reproductive Physiology:  Update with Implications for the Management of Reproductive Disorders", Buenos Aires, Argentina, Sept. 27 to Oct. 6, 1993.

162.    Board Examiner  for Andrology,  Facultas Kedokteran Universitas Airlangga, Surabaya, Indonesia, Nov. 11, 1993.

163.    Invited Lecturer, Indonesia Society of Andrology, "Androgen and Aging in Men", Surabaya, Indonesia, Nov. 11-14, 1993.

164.    Invited Lecturer,  The VI National Annual Meetings of Pandi (Indonesian Society of Andrology), "Male Contraception:  1993 and Beyond" and "Effect of Aging on Male Reproductive System:  Indications and Implications of Treatment with Androgens", Denpasar, Bali, Nov. 16-17, 1993.

165.    Invited Lecturer,  The IVth Asian Pacific Biannual Meeting on Impotence, "Endocrine and Laboratory Profile of Impotence in the Male", Denpasar, Bali, Nov. 18-20, 1993.

166.    Program Chairman and Mayo Soley Award Presenter for William D. Odell, M.D., Chairman, Department of Medicine, University of Utah School of Medicine, Western Association of Physicians, Carmel, CA., Feb. 10, 1994.

167.    Moderator for Clinical Debate, ASA 19th Annual Meeting, "Does Male Reproductive Function Change With Age?", Springfield, IL., Mar. 5, 1994

168.    Visiting Professor, St. Mary  Medical Center, "Male Contraception: From Fantasy Toward Reality", Long Beach, CA., Apr. 13, 1994.

169.    Visiting Professor,  University of Hawaii at Manoa, "Male Contraception from Fantasy Toward Reality" and "Andropause (Androgen Deficiency in the Aging Male) Implications for Therapy", Honolulu, Hawaii, April 25-May 1, 1994.

170.      Visiting Professor,  University of Wisconsin at Madison, "Aging and Androgens", "Male Reproductive Physiology - Application to Clinical Problems", "Regulation of Male Gonadal Function and its Relevance to Male Contraception", Madison, Wisconsin, May 18-20, 1994.

171.      Visiting Professor,  Temple University, "Andropause (Androgen Deficiency in the Aging Male) Implications for Therapy", Washington, D.C., June 7-9, 1994.

172.      Chairman, Oral Session, Endocrine Society, "Hormonal Control of Spermatogenesis", Anaheim, California, June 15-18, 1994.

173.      Chairman, Oral Session, Endocrine Society, "Endocrine Update on Male and Female Reproduction", Anaheim, California, June 15-18, 1994.

174.      Invited Lecturer,  Endocrinology Society "Contraception", Anaheim, California, June 15-18, 1994.

175.      Invited Lecturer,  Ashland Endocrine Conference, "Treating Male Hypogonadism: Optimizing Testosterone Delivery Systems", Oregon Health Sciences University, Portland, Oregon, August 3-6, 1994.

176.      Invited Lecturer, John Hopkins University, School of Medicine,  "Male Contraception:  From Fantasy To Reality", Endocrine Grand Rounds, Baltimore, MD., Sept. 7, 1994.

177.      Invited Lecturer, University of Maryland, Greater Baltimore Medical Center, "Genetic Defects in Sexual Differentiation and Hypogonadism", Baltimore, MD., Sept. 7, 1994

178.      Invited Lecturer, Franklin Square Hospital Center, "Androgens and Aging", Medical Grand Rounds, Baltimore, MD., Sept. 8, 1994

179.      Invited Lecturer, IIIrd International Symposium "New Perspectives of Andrology in Human Reproduction"; "The Effect of HIV Infection on Reproductive Function", Manado, Indonesia, September 19-24, 1994.

180.      Invited Lecturer, KS Conference, "Clinical Manipulations and Treatment of Klinefelter's Syndrome", Anaheim, CA., Oct., 2, 1994.

181.      Invited Lecturer, NIH Harbor-UCLA   Clinical Study Center 25th Year Anniversary Program  "Male Contraception:  From Dream To Reality", Harbor-UCLA Medical Center, Torrance, CA, October 21, 1994.

182.      Invited Lecturer, Medicine Grand Rounds, "Male Contraception: From Fantasy to Reality", Harbor-UCLA Medical Center, Torrance, CA., Dec., 6, 1994.

183.      Invited Lecturer, St. Mary Medical Center,  Visiting Professor Rounds, "Androgen Deficiency in the Aging Male-Risk and Reward of Androgen Treatment", Long Beach, CA., Dec. 21, 1994.

184.      Invited Lecturer, "Androgens and Aging", Harbor/UCLA Medical Center, Torrance, CA. Obstetrics and Gynecology Grand Rounds. January 23, 1995.

185.      Invited Lecturer, Pituitary Tumor Conference "Management of Infertility and Reproductive Dysfunction in Men with Pituitary Adenomas", Santa Monica, California, January 26-27, 1995.

186.    Program Chairman, Advisory Committee Chairman, speaker, 2nd International Androgen Workshop. "Overview, Progress in Androgen Physiology and Pharmacology", "Overview, Male Contraception", "GnRH Analogues and Male Contraception", Long Beach, California, February 18-20, 1995

187.    Invited Lecturer and Session Chairman, "Male Reproductive Dysfunction", American Andrology Society, Raleigh, North Carolina, March 31-April 4, 1995.

188.    Invited Lecturer, Alton Ochsner Medical Foundation's and the American College of Physicians', Fifth Annual Jazz Festival Endocrinology Update, "Male Contraception: From Fantasy Towards Reality" and "Androgens and Aging", New Orleans, Louisiana, April 27-29, 1995.

189.    Invited Lecturer and Consultant, "Hormonal Replacement for Aging Men", Lilly Corporation, May

190.    Invited Lecturer & External Examiner for Ph.D. Program in Andrology, "Pathogenesis of Hypogonadal States and Associated Clinical Manifestations", Fakultas Kedokteran Universitas Airlangga, Surabaya, Indonesia, June 28-July 3, 1995.

191.    Invited Lecturer, "Male Infertility - Causes, Diagnosis and Therapy",  The University of Utah, "Update in Internal Medicine", Park City, Utah, July 11-13, 1995.

192.    Visiting Lecturer, "Management of Hypercalcemia", St. Mary's Medical Center, Long Beach, CA., August 24, 1995.

193.    Invited Participant, Advisory Board meeting on Androgens, Schering-Plough Corporation, Dana

194.    Invited Lecturer, Third International Olympic Committee World Congress on Sports Sciences, "Androgen Physiology and Therapeutic Uses: Implications for Sports Medicine", Atlanta, Georgia, September 18, 1995.

195.    Invited Participant, Workshop on Klinefelter's Syndrome, Johns Hopkins University, Departments of Medicine and Pediatrics, October 6, 1995.

196.    Invited Lecturer, "Medical Management of Adults with Klinefelter's", National Conference on

197.    Invited Participant, Workshop on Clinical Guidelines for Hormone Replacement Therapy (Post-Menopausal Women), Short Hills, New Jersey, November 6, 1995.

198.    Invited Lecturer, "Androgen Deficiency in Aging:   Implications for Management ", Dermatology    Grand Rounds, Center for Health Sciences, UCLA, November 28, 1995.

199.    Invited Lecturer and Visiting Professor, "Male Contraception: From Fantasy Toward Reality", University of Texas, Southwestern Medical Center, Dallas Texas, December 5, 1995.

200.    Invited Lecturer, "Sex Chromosome Aneuploidy:  Klinefelter's Syndrome", Medicine Grand

201.    Invited Lecturer, "Androgen Physiology and Action: Implications for Hypogonadism", Satellite Conference - Testosterone Deficiency Guide to Diagnosis and Treatment, American College of Physicians, San Francisco, CA April 24, 1996.

202.    Invited Lecturer, "Male Contraception", Cedars Sinai Medical Center, Los Angeles, CA, May 2, 1996.

203.    Invited Lecturer, "Androgen Treatment of Hypogonadism", Medicine Grand Rounds, Long Beach Memorial Hospital, UCI School Of Medicine, May 9, 1996.

204.  Chair, Symposium on Male Contraception, International Congress of Endocrinology, San Francisco, June 1996.

205.  Invited Lecturer, Klinefelter's Syndrome; Satellite Symposium on Testosterone Replacement Therapy in Males: Controversies in Diagnosis and Treatment, International Congress of Endocrinology, San Francisco, June, 1996.

206.  Invited Lecturer, "Hypothalmic Pituitary Axis and Male Hypogonadism"; " Androgens in Aging Men." Nordic Baltic Course in Male Reproduction.  National University of Vilnius, Lithuania.  June 25-28, 1996.

207.  Invited Lecturer, "The Genetic Basis for Neurocognitive Dysfunction in Klinefelter's Syndrome"; Turku University, Finland.  July 1, 1996.

208.  Invited Lecturer, National Klinefelter's Associatation and Scientific Advisory Committee Chairman, University of Washington, Seattle Washington, July 26-29, 1996

209.  Invited Lecturer, "Androgen Physiology and Action: Implications for Patients with Low Testosterone Levels", Symposium on Testosterone Deficiency, Guide to Diagnosis and Treatment.  Satellite Symposia, American Society of Family Medicine.  October 3, 1996

210.  Invited Lecturer, "Klinefelter's Syndrome", Endocrinology Grand Rounds, Cedars Sinai Medical Center, Beverly Hills, CA. October 8, 1996.

211.  Invited Lecturer, "Sex Chromosome Aneuploidy" Endocrinology Conference, Drew School of Post Graduate Medicine, Los Angeles, CA.  October 23, 1996

212.  Invited Lecturer, Panelist, and Consultant, "Reproductive Dysfunction in the Aging Man," Wyeth-Ayerst Corporation, Philadelphia, PA.  October 29-30, 1996.

213.  Invited Lecturer, "Androgens and Aging", Sherman Oaks Hospital and Health Center, Sherman Oaks, CA. December 5, 1996.

214.  Invited Lecturer, "Klinefelter's Syndrome - A Disorder With Many Faces", St Mary's Medical Center, Long Beach, CA. December 18, 1996.

215.  Invited Lecturer, "Androgens and Aging", Los Angeles Gerontology Research Group, Los Angeles, CA., February 10, 1997.

216.  Invited Lecturer "Hormonal Regulation of Germ Cell Apoptosis", Testis Workshop, Baltimore, MD, February 21, 1997.

217.  Invited Lecturer "Hormonal Regulation of Apoptosis in the Spermatogenic Tubules" UCLA Combined Endocrinology Conference, Los Angeles, CA., April 2, 1997.

218.  Invited Lecturer "Low Testosterone in Males: Evaluating and Treating the Androgen Deficient Patient with Heart Disease", American Association of Clinical Endocrinologists Annual Meeting, Philadelphia, PA, April 16, 1997.

219.  Invited Lecturer "DHEA: The Fountain of Youth" City of Hope, Duarte, CA, May 7, 1997.

220.  Chair, Symposia on Erectile Dysfunction. Chair, Symposia on Male Contraception Endocrine Society Conference, Minneapolis, Minnesota, June, 19, 1997.

221.    Invited Lecturer "Maintenance of Azoospermia with Testosterone After Induction with GnRH Antagonist". Summit Meeting on Male Contraception, Weimer, Germany. June 30, 1997.

222     Invited Lecturer "Mechanism of Androgen Action and Androgen Metabolism". International Conference on Aging. Weimer, Germany. July 1, 1997

223.    Invited Lecturer "Regulation of the Hypothalamic-pituitary Axis and Male Hypogonadism", "Androgens in Aging Men", "Prostatic Diseases and Androgens", "Male Sexual Dysfunction" WHO Conference on Andrology, Irkutsk, Russia. July 3, 1997.

224.    Invited Lecturer "Klinefelter's Syndrome", Northwestern University, Chicago, Ill. July 24, 1997

225.    Invited Lecturer "Manifestations of Klinefelter's Syndrome" , "Research in Klinefelter's Syndrome". National Klinefelter's Association Annual Meeting. Chicago, Ill. July 25-27, 1997

226.    Invited Lecturer "Hormonal Regulation of Germ Cells: Apoptosis", "Hormone in the Aging Man: To Treat or Not to Treat?". Panitia Kongres Nasional. Bandung, Indonesia. August 7-9, 1997.

227.    Invited Lecturer: "Critical Review of Manuscripts" Clinical Studies Center, Harbor-UCLA Medical Center, Torrance, CA September 4, 1997.

228.    Invited Lecturer: "X and Ys: Too few, Too Many." Chair session on Genes, Cognition and Behavior. Advances in Social Brain, The Cure Autism Now Foundation and The John Douglas French Alzheimer's Foundation, Portofino Hotel, October 25-26, 1997.

229.    Invited Lecturer: "DHEA: Fountain of Youth?" West Los Angeles Veterans Association, West Los Angeles, CA, February, 1998.

230.    Invited Lecturer: Androgens and Cognitive Function, John Douglas Alzheimer's Foundation, Los Angeles, CA February, 1998

231.    Invited Lecturer: "DHEA: Fountain of Youth? American College of Physicians Annual Scientific Meeting, Indian Wells, CA, February, 1998

232.    Invited Lecturer: Male Menopause (Androderm), Intercommunity Hospital Medicine Grand Rounds, West Covina, CA. March, 1998

233.    Invited Lecturer: "DHEA: Fountain of Youth?" Cedars Sinai Medical Center Medicine Grand Rounds, Los Angeles, CA. March, 1998

234.    Invited Lecturer: "Evaluation and management of Male Hypogonadism." UC Irvine Medical Center Medicine Grand Rounds. Irvine, CA. April, 1998

235.    Invited Lecturer, chair mini-symposium: "DHEA: The Fountain of Youth?" Society for the Study of Reproduction, College Park Texas. August, 1998

236.    Invited Lecturer: "DHEA: The Fountain of Youth?" USC Endocrine Grand Rounds, Los Angeles, CA. September, 1998

237.    Invited Participant: Serono Symposium. "Progress in Reproductive Endocrinology and Infertility." London England. September, 1998

238.        Invited Plenary Lecturer: "New Perspectives, Applications and Strategies for Androgen Therapy."
            Canadian Society of Endocrinology and Metabolism, Royal College of Physicians and Surgeons.
            Toronto, Canada, September, 1998.

239.        Invited Speaker: "Does Germ Cell Apoptosis Play a Role in Clinical Andrology?" American Society of
            Andrology Postgraduate Course, Louisville, Kentucky, April, 1999

240.        Invited Speaker: "Hormonal Aspects of Sexuality." Italian Endocrine Society Annual Meeting.  Turin,
            Italy. May, 1999

241.        Invited Speaker: Clinical Use of Testosterone Assays.  Endo '99 Endocrine Society Meeting, San Diego,
            CA. June, 1999

242.        Invited Discussion Leader: "Androgen Therapy and the Cardiovascular System: What Risks and How to
            Monitor". 3rd Summit Meeting on Hormonal Male Contraception, Tours, France. June, 1999

243.        Invited Speaker: "DHEA: Rage for the Age" Endocrine Society Update Meeting, Los Angeles, CA
            October, 1999.

244.        Invited Speaker: "Effects of Aging and Hypogonadism on Male Health" and "Male Osteoporosis:
            Pathophysiology, Evaluation and Therapy Glaxo Wellcome, Raleigh,North Carolina, October, 1999.

245.        Invited Speaker: "DHEA: Rage for the Age". Endocrine Grand Round, VA Wadsworth, West Los
            Angeles, CA October, 1999

246.        Invited Speaker: "Frailty, Disability, Immobility and Dependence; Researchable Aspects" Second
            International Workshop on the Aging Male. Jenapharm, Weimar, Germany. November, 1999

247.        Invited Speaker: "Klinefelter Syndrome: A Little X-tra Doesn't Always Help.  Medicine Grand Rounds.
            University of Utah School of Medicine. Salt Lake City, Utah. November 1999.

248.        Invited Speaker: "Klinefelter Syndrome: A Model for Cognitive Dysfunction?"  UCARE Workshop, John
            Douglas French Alzheimer's Foundation, Los Angeles, CA December, 1999

249.        Invited Speaker: "Male Contraception" Kaiser Permanente, Harbor City, CA. December, 1999

250.        Invited Speaker: "Klinefelter Syndrome" St Mary Medical Center Visiting Professor Conference, Long
            Beach, CA., December, 1999

251.        Invited Speaker: "Klinefelter Syndrome" Cedars-Sinai Endocrine Grand Rounds. Los Angeles, CA.
            December 1999

252.        Invited Chair: Endocrine Society AndroPause Consensus 2000: Advances in Testosterone Therapy
            Task Force. Beverly Hills, CA. April 2000

253.        Invited Speaker: "Regulation of Germ Cell Apoptosis: Implications for Male Contraception and Infertility".
            California State University at Dominguez Hills Sigma XI Awards and Induction Reception. May 2000

254.        Invited Speaker: "Androgens and Aging" Academy of Medicine, Los Angeles, CA May 2000

255.        Invited Speaker: "AndroGel" Unimed Conference, Dallas, Texas, June 2000

256.    Invited Speaker: "Androgens and Aging Man". National Institutes of Health, Bethesda, MD, June 2000.

257.    Invited Speaker: "Testosterone Replacement in Men: Emerging Clinical Issues" Endocrine Society Meetings, Toronto, Canada, June 2000

258.    Invited Speaker: "Testosterone Gel Improves Sexual Function, Mood, Muscle Strength, and Body Composition" Endocrine Society Meetings, Toronto, Canada, June 2000

259.    Invited Speaker: "The Role of Apoptosis in Hormonal Male Contraception" IVth Summit Meeting on Hormonal Male Contraception, Bologna, Italy, June 2000

260.    Invited Speaker: "Ontogeny of the germ cell and Leydig cell defects: somatic or germ cell problems?" National Institutes of Health Klinefelter's Syndrome Conference, Bethesda, MD. August 2000

261.    Invited Speaker: "Androgen Replacement", Urology Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA. August 2000

262.    Invited Speaker: "Androgens and the Older Man", Medicine Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA, Sept. 2000

263.    Invited Speaker: Pediatric Grand Rounds "Klinefelter's Syndrome. Harbor UCLA Medical Center. October 2000.

264.    Invited Speaker: "The Elderly and Hormone Replacement", Berlin, Germany. October 2000

265.    Invited Speaker: "Ontogeny of the Germ Cell and Leydig Cell Defects - Somatic or Germ Cell Problems", Klinefelter Syndrome Conference, Sacramento, CA. October 2000

266.    Invited Moderator: "Therapy and Management of XXY Klinefelter Syndrome", Klinefelter Syndrome Conference, Sacramento, CA October 2000

267.    Invited Speaker: "Klinefelter's Syndrome: What Happens to Kids as They Become Adults", Pediatric Grand Rounds Harbor-UCLA Medical Center, Torrance, CA. October 2000

268.    Invited Speaker: "Androgen Replacement Therapy: Benefits and Possible Risks" Menopause and Male Menopause: The Best Is Yet to Come Conference, San Rafael, CA. October 2000

269.    Invited Speaker: "Klinefelter's Syndrome", San Francisco, CA December 2000

270.    Invited Speaker "Klinfelter Syndrome: A Little X-tra X doesn't Always Help." Baylor Medical Center, Houston Texas. December 2000.

271.    Invited Speaker: "Maintenance of azoospermia by testosterone after inductions by GnRH antagonists in normal men"; "Effect of GnRH agonists on induction of azoospermia in normal men"; and "Mechanisms by which GnRH antagonists supress sperm counts: role of germ cell apoptosis". GnRH Workshop, NIH, Bethesda. January 2001

272.    Invited Speaker: "Pharmacodynamic effects of testosterone". Conference on Womens Health, Palm Beach, Florida. February 2001

273.    Speaker/facilitator: "Male Hormone Replacement: A discussion of Intervention Strategies". EDU-Medical Workshop. Scottsdale, Arizona, March 2001

274.    Speaker/facilitator: "Male Hormone Replacement: A discussion of Intervention Strategies". EDU-Medical Workshop. San Diego, CA March 2001

275.    Visiting Professor: "KS: From Mice to Men". St. Mary's Medical Center.  April 2001

276.    Invited Speaker: "Testosterone Replacement Therapy in Men: Emerging Clinical Issues".  American Association of Clinical Endocrinology.  San Antonio, Texas, May 2001

277.    Invited Speaker: "Androgen Therapy in Men and Women". Western Hormone Alliance Meeting. Emerald Lake, Canada. May 2001

278.    Invited Consultant: "Hormonal Needs in Men".  Johnson & Johnson.  New Brunswick, New Jersey. May 2001.

279.    Invited Consultant: Dutasteride Investigators Meeting.  Seattle, WA. May 2001

280.    Invited Speaker: "Clinical Picture of ADAM, Muscles and Mentation". Society for Study of Male Reproduction.  Anaheim, CA. June 2001

281.    Invited Consultant: CONRAD TAC, Washington, DC, June 2001

282.    Invited Speaker/facilitator: "Male Hormone Replacement: A discussion of intervention strategies". Fullerton, CA June 2001

283.    Invited Speaker: "Ethnic Differences in Male Reproductive Function."  International Congress of Andrology.  Montreal, Canada June 2001

284.    Invited Speaker: "Controversies in Andrology"; "Androgen Therapy: New Indications and New Formulations"; "Hypogonadism: Diagnosis, Consequences, and New Treatment Strategies"; "Breakthroughs in Male Contraception" Endocrine Society Denver, CO. June 2001

285.    Invited Consultant: "Ethnic Differences in Male Reproductive Function" International Pituitary Conference. Phoenix, AZ, June 2001

286.    Invited Speaker: 5th Summit Meeting on Male Hormonal Contraception, Geneva, Switzerland. July 2001

287.    Invited Speaker: "Andropause". Unimed/EDU-Medical. September 2001

288.    Invited Speaker: "Androgen Replacement in Older Men: Treating the Andropause". Endocrine Society. Chicago, Ill. September 2001

289.    Invited Speaker: "Male Hormone Replacement" Scripps Mercy Hospital, La Jolla, CA. October 2001

290.    Invited Speaker: "Sex Hormones & Fertility Issues in Pituitary Disease". UCLA Patient Support Group for Pituitary Dysfunction. University of California, Los Angeles. Los Angeles, CA October 2001

291.    Invited Speaker: "Androgens and Aging". California Hospital Medical Center, Los Angeles, CA. November 2001

292.    Invited Speaker: "Aging in Male: Andropause, Somatopause, Adrenopause". University of California, Irvine. Irvine, CA. December 2001

293.    Invited Speaker: "KS: Of Mice and Men". 2nd International Huaxia Congress of Endocrinology. Huaxia, China. December 2001

294.    Invited Speaker: "Andropause: To Treat or Not to Treat."  St. Mary's Medical Center Long Beach, CA, 2002

295.    Invited Speaker: "Future of Androgen Treatment in Aging Male." European Association of Urologists. Birmingham, UK. February 2002

296.    Invited Speaker: "Androgens and Aging." Los Angeles Veterans Hospital, March 2002

297.    Invited Speaker: "Testosterone: 1. There is much more to sex steroids than sex 2. Andropause :To treat or not to treat 3. Androgen Deficiency in women: what's going on?" Current Issues in Endocrinology for Primary Care Practice. Symposia Medicus, Cabo San Lucas. March 2002

298.    Invited Speaker: "Male Infertility for the new millennium"; "Male contraception"; "Androgens and the aging male." Pacific Coast Reproductive Society. Palm Springs, CA. April 2002

299.    Invited Speaker: "Male hypogonadism prevalence diagnosis" Satellite Conference, American Association of Andrology Annual Meeting, Seattle, WA. April 2002

300.    Invited Speaker: "Androgens." Endocrine Grand Rounds, Indiana University, Indianapolis. May 2002

301.    Invited Speaker: "Adult/adolescent testosterone replacement: when, how much, and new delivery systems." Annual Klinefelter's Syndrome Conference. Seattle, WA October 2002

302.    Invited Speaker: "Ethnic Variation in the Hypothalamic Pituitary Testicular Regulation of Male Fertility." First Asian-Pacific Forum on Andrology. Shanghai, China October 2002

303.    Invited Speaker: "Androgens in aging men." University of Calgary, Canada. November 2002

304.    Invited Speaker: "Impotence and fertility in men: treatment options." California Pituitary Conference, Los Angeles, CA November 2002

305.    Invited Speaker: "Transdermal Replacement of Testosterone with a Gel: a progress?" ESSIR, Hamburg, Germany, December 2002

306.    Invited Speaker: "Andropause - A modern controversy" Florida, December 2002.

307.    Invited Speaker: "Use of Testosterone in Men" UCLA, Los Angeles, CA, December 2002.

308.    Invited Speaker: "Management of androgen deficiency & infertility in men with hypopituitarism", KIGS/KIMS Conference, Puerto Rico, January 2003

309.    Visiting Professor: "Clinical Management of Androgen Deficiency in the Aging Male"  Solvay Pharma. Toronto, Canada, February 2003

310.    Invited Speaker: "Androgen deficiency in the older man" West Los Angeles Veterans Hospital, February 2003

311.    Invited Speaker: "Andropause management, signs, symptoms" Asian ISSAM Taipei, Taiwan, March 2003

312.     Invited Speaker: "Practical implications in the use of testosterone gel" TestoGel Symposium EAU, Madrid, March 2003

313.     Invited Speaker: "Androgen deficiency in the older man: why, who, when, and how to treat" University of California, San Francisco March 2003

314.     Invited Speaker: "Sexual function, mood, and quality of life outcomes in testosterone replacement studies" Inst of Medicine, Phoenix, AZ, March 2003

315.     Invited Chair and speaker of Solvay Pharmaceutical Preceptorship, "Andropause" and "Klinefelter Syndrome" Torrance, CA, April 2003

316.     Visiting Professor, St Mary Medical Center, Long Beach, CA: "Testosterone replacement therapy: repercussions from the Women's Health Initiative. April 2003

317.     Invited Consultant: "Benefits of Testosterone Replacment on Diabetes, Lipid and Cardiovascular Disease" Merck Pharmaceuticals, New Jersey. May 2003.

318.     Invited Speaker: "Benefits of T Replacement on Diabetes, Lipids, and Cardiovascular Disease".  AACE Twelve Annual Meeting and Clinical Conference.  San Diego, CA May, 2003

319.     Invited Speaker: "Newest Insights Regarding Andropause".  Hoag Hospital, Newport Beach, CA. May 2003.

320.     Invited Speaker: "Beyond Puberty: Screening and Diagnosis of Male Hypogonadism Throughout the Life Cycle in Healthy Men", Endocrine Society Meetings, Philadelphia, PA. June 2003

321.     Invited Speaker: "Benefits of Testosterone Replacement in the Aging Male", Endocrine Society Meetings, Philadelphia, PA. June 2003

322.     Invited Speaker: "Treatment of Hypogonadism & Its Clinical Impact", Endocrine Society Meetings, Philadelphia, PA. June 2003

323.     Invited Speaker: "Hypogonadism" Scripps Mercy Hospital Grand Rounds, San Diego, CA, August 12, 2003

324.     Invited Speaker: "Assessment of dosage in modified androgens" Male Hormone 7th summit mtg Castle Elmau Germany, Sept 25-30, 2003

325.     Invited Speaker: "New approaches to male contraception"; "Secondary risks & benefits of hormonal male contraception" Contraceptive Poatgraduate course ASRM, San Antonio, TX.  October 12, 20003

326.     Invited Speaker: "Mgmt of KS in adult men" Canadian Diabetes Association, Ottawa October 16-18, 2003

327.     Invited Speaker: "Research & new discoveries and developments concerning XXY KS" Cypress, CA Oct 23-25, 2003

328.     Invited Speaker: "Androgens and the Aging Male". Combined Endo Conference, University of Cincinnati. November 17-18, 2003

329.    Invited Speaker:  "Treating Pituitary Failure – A Practical Approach"; Panel discussion: Strategies to Raise Pituitary Awareness Locally and World-Wide." Pituitary Conf, Rancho Mirage, CA Westin Mission Hills Resort 760. December 13, 2003

330.    Visiting Professor and Invited Speaker:  "Androgens and Cardiovascular Disease".  St Mary's Medical Center. Long Beach, CA January 21, 2004

331.    Invited Speaker: Scientific advisory board; co-chair plenary symposium: "Testosterone and Erectile Dysfunction"; panel member: "Diagnosis, treatment and monitoring of 'acquired' hypogonadism, the controversies on measurment of 'testosterone' and other items".  4th World Cong Aging Male, Prague, Czech Republic. February 26-29, 2004

332.    Invited Consultant and speaker:  "Androgens and Estrogens in the aging male".  Eli Lilly Indianapolis, Indiana, March 9, 2003

333.    Invited Speaker: "Guidelines for Treatment of the Elderly Male"; "Outcomes of Prague aging male congress"; "Key points from Prague mtg".  Ardana Symposium Brighton, England. March 24, 2004

334.    Invited Speaker:  "Ostoporosis in Men"; "Androgen Replacement - Current and Future".  4th Asian & Oceanic Congress of Andrology Malaysia March 26-28, 2004

335.    Invited Speaker:  "Androgens and Cardiovascular Disease". AACE Conference; Solvay Symposium Boston April 28-May 2, 2004

336.    Invited Speaker: "Androgens and Cardiovascular Disease". UCLA/Veterans Association Medical Center Endocrine Grand Rounds May 7, 2004

337.    Invited Speaker: "Androgens and Cardiovascular Disease". Harbor-UCLA Medical Center Endocrine Clinical Conference July 21, 2004

338.    Invited Speaker: "Spermatogenesis:  Hormonal Control". National Institutes of Health meeting. Seattle, Washington.  September 29-Oct 2/04

339.    Invited Keynote Speaker: "Male Androgen Deficiency, Diagnosis And Treatment". Scientific Cmte NACE Endocrine Program. Hallandale Beach, FLA 16-Oct-04

340.    Invited Speaker: "Hormonal Regulation of Cell Death in the Testis: Implications for Contraceptive Development" Johns Hopkins Baltimore, MD October 25-26, 2004

341.    Invited Speaker: "Effects of Testosterone on Body Composition, Bone and Brain: Do Benefits of Testosterone Treatment Outweigh the Risks?" Endocrine Society Pri-Med CME Course. Boston, MA October 29, 2004

342.    Invited Speaker: "Effects of Testosterone on Body Composition, Bone and Brain: Do benefits of Testosterone Treatment Outweigh the Risks?" Endocrine Society Pri-Med CME Course. Washington DC November 18, 2004

343.    Invited Speaker: "Impotence & Infertility in men: Diagnosis and Treatment Options". UCLA Pituitary Conference. Los Angeles, CA December 4, 2004

344.    Invited Speaker: "Androgens and Aging". University of California San Diego Endocrine Grand Rounds January 26, 2005

345.     Invited Speaker: "Importance of NO in Human Reproduction". Western Regional Meetings Carmel, CA February 2-5, 2005.

346.     Invited Speaker: "Impotence & Infertilty in men: Diagnosis and Treatment Options". Acromegaly Symposium. Santa Monica, CA March 20, 2005

347.     Invited Symposium Chair: "Male Contraception". Testis Workshop, Seattle WA. March 30-April 2, 2005.

348.     Invited Visiting Professor: "Klinefelter's Syndrome" St Mary's Medical Center, Long Beach, CA. April 8, 2005.

349.     Invited Visiting Lecturer: "Male Hypogonadism: An Update on Diagnosis and Treatment" Ardana Pharmaceutical. England and Scotland. April 18-20, 2005.

350.     Invited Speaker: Plenary lecture: "Male contraception"; symposium "Androgen therapy transdermic, pharmacokinetic and clinical results"; "Androgens and the aging male". COPAEN PanAmerican Congress of Endocrinology Punta Cana Dominican Republic.  April 20-24, 2005.

351.     Invited Speaker: Plenary debate: "Androgens for Aging Men". 8th International Congress of Andrology. Seoul, Korea June 12-16, 2005

352.     Invited Speaker: Harbor-UCLA Basic Science Conference: Career Pathways in Biological Sciences. Torrance, CA July 26, 2005

353.     Invited Consultant: "Current Knowledge and Future of Male Androgen Replacement Therapy.  Urology Advisory Board, Orion Pharmaceutical. Helsinki, Finland September, 2005.

354.     Invited Speaker: "Hypogonadism and Testosterone Treatment." West Los Angeles Veterans Administration Hospital.  West Los Angeles, CA. October, 2005

355.     Invited Speaker: "Dietary Influences n Male Reproductive Functions"; Chair: "General Clinical and Research Issues" 9th Hormonal Summit Meeting.  Geneva, Switzerland. October, 2005

356.     Invited Speaker: "Future Research for Male Contraceptives." International Committee for Contraceptive Research. New York, NY October, 2005

357.     Invited Speaker: "Low T: how and why to treat." Cross Town Endocrine Society. Phoenix, Arizona. December 2005

358.     Visiting Professor: "Of Mice and Men" St Mary's Medical Center. February, 2006

359.     Invited Speaker: "TRT Replacement" Health Canada Ottawa, Canada, February, 2006

360.     Invited Speaker: "Why & how is the "extra X" in 47, XXY Males so harmful" ASA Chicago, IL April, 2006

361.     Invited Speaker: " Genetics of Germ Cells" European Testis Workshop. Bavaria Germany. April, 2006

362.     Invited Speaker: "XXY mouse model for Klinefelter syndrome" European Testis Workshop. Bavaria Germany. April, 2006

363.     Invited Speaker: "Klinefelter Syndrome: Of Mice and Men" Cedars Sinai Medical Center, Los Angeles, CA May, 2006

364.    Invited Speaker: "Diagnosis and treatment of hypogonadism in elderly men" Scripps Mercy Hospital, San Diego, CA.  May, 2006

365.    Invited to Debate: "Debate title: pro for "Is there a role for androgen replacement therapy for hypogonadism of aging men?" Endocrine Society Annual Meeting. Boston, MA June, 2006

366.    Invited Speaker:  Testosterone Deficiency in Men: Evidence-Based Protocols for Effective Therapy Haymarket Dinner Meeting, Las Vegas, Nevada September, 2006

367.    Invited Speaker:  Testosterone Deficiency in Men: Evidence-Based Protocols for Effective Therapy Haymarket Dinner Meeting, La Jolla, CA October, 2006

368.    Invited Speaker:  Testosterone Deficiency in Men: Evidence-Based Protocols for Effective Therapy Haymarket Dinner Meeting, Beverly Hills, CA, October 2006

369.    Invited Speaker: "Klinefelter syndrome: how an extra X may hurt you" Children's Hospital, Los Angeles, CA. November, 2006

370.    Invited Speaker: "The Present State of Male Contraception" XX Reunion ALIRH Buenos Aires, Argentina April, 2007

371.    Invited Speaker: "Prevalence, Pathophysiology, and Clinical Manifestations" Medscape internet lecture. January, 2008

372.    Invited Speaker: "Can New Approaches for Androgen Substitution Replace Testosterone Therapy? 6th World Congress on The Aging Male, Tampa Fla. February, 2008

373.    Invited Speaker: "Hypogonadism guidelines" 6th World Congress on The Aging Male. Tampa Fla. February, 2008

374.    Invited Chair: Plenary session, "Is there a place for hormonal substitution in older men?" 6th World Congress on The Aging Male. Tampa Fla. February, 2008

375.    Invited Speaker: "Diagnosis and Management of Hypogonadism in Primary Care Settings." 6th World Congress on The Aging Male. Tampa Fla. February, 2008

376.    Invited Speaker: "Novel Testosterone Formulations and Dosing: Potential Impact on Treatment and Outcomes" Testosterone Update Conference. University of California Los Angeles, March, 2008

377.    Invited Speaker: "Hypogonadism in the Aging Male" West Los Angeles VA  Endocrine Grand Rounds. March, 2008

378.    Invited Speaker: "Androgens and the Aging Male" Cedars-Sinai Medical Center. Endocrine Grand Rounds. March, 2008

379.    Invited Speaker: "Diagnosing hypopituitarism and initiating replacement therapy – the big picture" Pituitary Conference, Beverly Hills, CA. May, 2008

380.    Invited Symposium Chair: "updates on Klinefelter Syndrome" Endocrine Society meeting 2008. San Francisco, CA June, 2008

381.    Invited Speaker: "Diagnostic dilemmas in the diagnosis of male hypogonadism (age, chronic & acute illness, assays)" Endocrine Society meeting 2008. San Francisco, CA June, 2008

382.     Invited Speaker: "Adherence Considerations with Testosterone Therapy" Endocrine Society meeting 2008. San Francisco, CA June, 2008

383.     Invited Speaker: "Male historic and ontogenic aspects aging male." Aging Male Conference Bezelius Symposium Malmo Sweden September, 2008

384.     Invited Speaker: "T deficiency symptoms and problems related to ED" sponsored by Bayer "Why is androgen therapy more common in US than in Europe? What are the core benefits of androgen therapy a communication issue with pts & other physicians?" Aging Male Conference Bezelius Symposium Malmo Sweden September, 2008

385.     Invited Speaker: "Androgen deficiency in the aging man; implications for patient and physician" Harbor-UCLA Medical Center Medicine Grand Rounds. October 2008

386.     Invited Speaker:                        University of Southern California Endocrine Grand Rounds. October, 2008

387.     Invited Speaker: "Male gonadal axis eval & Treatment of hypogonadism" and "Testosterone Therapy" University of California, Los Angeles. November, 2008

388.     Invited Speaker: "Androgens in Men" Providence Holy Cross Medical Center - Mission Hills, CA December, 2008

389.     Invited Speaker: "Male Hypogonadism: Changing Concepts in Diagnoses and Management" University of California, Davis December, 2008

**BIBLIOGRAPHY**
Ronald S. Swerdloff, M.D.

PUBLICATIONS:

## A.        RESEARCH PAPERS - PEER REVIEWED

1.    Andres, R., R.S. Swerdloff, Pozefsky and D. Coleman:  Manual feedback technique for the control of blood glucose concentration.  Automation in Analytical Chemistry, Mediad, Inc., New York, 1966, pp. 486-491.

2.    Swerdloff, R.S., the. Pozefsky, J.D. Tobin and R. Andres:  Influence of age on the intravenous tolbutamide response test.  Diabetes 16: 161-170, 1967.

3.    Odell, W.D. and R.S. Swerdloff:  Progestogen-induced luteinizing and follicle stimulating hormone surge in postmenopausal women: A simulated ovulatory peak.  Proc Natl Acad Sci. 61: 529-536, 1968.

4.    Swerdloff, R.S. and W.D. Odell:  Some aspects of the control of secretion in LH and FSH in humans.  In: Gonadotropins, E. Rosenberg (ed), Geron-X, Inc., Los Altos, California, 1968, pp. 155-162.

5.    Swerdloff, R.S. and W.D. Odell:  Feedback control of gonadotropin secretion. (Letters to the editor) Lancet 2: 683, 1968.

6.    Swerdloff, R.S. and W.D. Odell:  Serum luteinizing and follicle stimulating hormone levels during sequential and nonsequential contraceptive treatment of eugonadal women.  J Clin Endocrinol Metab 29: 157-163, 1969.

7.    Swerdloff, R.S., P.C. Walsh, H.S. Jacobs and W.D. Odell:  Serum LH and FSH during sexual maturation in the male rat:  Effect of castration and cryptorchidism.  Endocrinology 88: 120-128, 1971.

8.    Walsh, P.C., R.S. Swerdloff and W.D. Odell:  Cryptorchism:  Effect on pituitary gonadotropin secretion in the rat.  Surg Forum 21: 530-532, 1970.

9.    Abraham, G.E., R.S. Swerdloff, D. Tulchinsky, K. Hopper and W.D. Odell: Radioimmunoassay of plasma 17-hydroxyprogesterone.  J Clin Endocrinol Metab 33: 42-46, 1971.

10.   Abraham, G.E., K. Hopper, D. Tulchinsky, R.S. Swerdloff and W.D. Odell: Radioimmunoassay of plasma progesterone.  J Clin Endocrinol Metab 32: 619-624,1971.

11.   Swerdloff, R.S., H.S. Jacobs and W.D. Odell:  Hypothalamic-pituitary-gonadal interrelationships in the rat during sexual maturation. International Symposium on Gonadotropins.  Gonadotropins, 1972, pp. 546-566.

12.   Swerdloff, R.S., H.S. Jacobs and W.D. Odell:  Synergistic role of progestogens in estrogen induction of LH and FSH surge.  Endocrinology 90: 1529, 1972.

13. Gellert, R.J., W.L. Heinrichs and R.S. Swerdloff: DDT homologues: Estrogen-like effects on the vagina, uterus and pituitary of the rat. Endocrinology 91: 1095-1100, 1972.

14. Walsh, P.C., R.S. Swerdloff and W.D. Odell: Cyproterone: Effect of serum gonadotropins in the male. Endocrinology 90: 1655-1659, 1972.

15. Saiduddin, S., G.A. Bray, D.A. York and R.S. Swerdloff: Reproductive function in the genetically obese "fatty" rat. Endocrinology 93: 1251-1256, 1973.

16. Abraham, G.E., W.D. Odell, R.S. Swerdloff and K. Hopper: Simultaneous radioimmunoassay of plasma, FSH, LH, progesterone, 17-hydroxyprogesterone, and estradiol 17-beta during the menstrual cycle. J Clin Endocrinol Metab 34: 312-318, 1972.

17. Swerdloff, R.S., P.C. Walsh and W.D. Odell: Control of LH and FSH secretion in the male: Evidence that aromatization of androgens to estradiol is not required by inhibition of gonadotropin secretion. Steroids 20: 13-22, 1972.

18. Walsh, P.C., R.S. Swerdloff and W.D. Odell: Feedback regulation of gonadotropin secretion in men. J Urol 110: 84-89, 1973.

19. Walsh, P.C., R.S. Swerdloff and W.D. Odell: Feedback control of FSH in the male: Role of estrogen. Acta Endocrinol 74: 449-460, 1973.

20. Walsh, P.C. and R.S. Swerdloff: Testosterone: Effect on rat testis. Surg Forum 23: 1972.

21. Odell, W.D., R.S. Swerdloff, H.S. Jacobs and M.A. Hescox: FSH induction of sensitivity to LH: The cause of sexual maturation in the male rat. Endocrinology 92: 160-165, 1973.

22. Bray, G.A., D.A. York and R.S. Swerdloff: Genetic obesity in rats. I. Effects of food restriction on body composition and hypothalamic function. Metabolism 22: 435-554, 1973.

23. Walsh, P.C. and R.S. Swerdloff: Biphasic effect of testosterone on spermatogenesis in the rat. Invest Urol 11: 190-193, 1973.

24. Swerdloff, R.S. and P.C. Walsh: Testosterone and estradiol suppression of LH and FSH in adult male rats: Duration of castration, duration of treatment and combined treatment. Acta Endocrinol 73: 11-21, 1973.

25. Swerdloff, R.S., P.K. Grover, H.S. Jacobs and J. Bain: Search for a substance which selectively inhibits FSH-effects of steroids and prostaglandins on serum FSH and LH levels. Steroids 21: 703-722, 1973.

26. Walsh, P.C., and R.S. Swerdloff: Experimental cryptorchidism: Effect on serum LH and FSH in the rat. Urol Res 1: 22-26, 1973.

27. Odell, W.D., R.S. Swerdloff, J. Bain, F. Wollesen and P.K. Grover: The effect of sexual maturation on testicular response to LH stimulation of testosterone secretion in the intact rat. Endocrinology 95: 1380-1384, 1974.

28. Gellert, R.J., W.L. Heinrichs and R.S. Swerdloff: Effects of neonatally administered DDT homologs on reproductive function in male and female rats. Neuroendocrinology 16: 84-94, 1974.

29. Odell, W.D. and R.S. Swerdloff: Feedback control of pituitary gonadotropins. Adv Biosci 15: 141-162, 1975. Pergamon Press, New York.

30. Mayekawa, M.T., J.J. Distefano III, and R.S. Swerdloff: A dynamic system model of testosterone transport and metabolism in normal man. Ann Biomed Engin 2: 307-320, 1974.

31. Swerdloff, R.S. and W.D. Odell: Hormonal mechanisms in the onset of puberty. Postgrad Med J 51: 200-208, 1975.

32. Wollesen, F., R.S. Swerdloff and W.D. Odell: LH and FSH responses to luteinizing releasing hormone in normal fertile women. Metabolism 25: 1275-1285, 1976.

33. Wollesen, F., R.S. Swerdloff and W.D. Odell: LH and FSH responses to luteinizing-releasing hormone in normal, adult, human males. Metabolism 25: 845-863, 1976.

34. Swerdloff, R.S. and the. Rubin: Psychological and endocrinological changes in puberty. In: Perspective in Endocrine Psychobiology, F. Brambila, P.K. Bridges, E. Endroczi and G. Heuser (eds), Akademiai Kiado, Budapest, 1978, pp. 287-308.

35. Swerdloff, R.S. and P.C. Walsh: Pituitary and gonadal hormones in patients with varicocele. Fertil Steril 26: 1006-1012, 1975.

36. Ford, C.V., G.A. Bray and R.S. Swerdloff: A psychiatric study of patients referred with a diagnosis of hypoglycemia. Am J Psych 133: 290-294, 1976.

37. Swerdloff, R.S., R.A. Batt and G.A. Bray: Reproductive hormonal function in the genetically obese (ob/ob) mouse. Endocrinology 98: 1359-1364, 1976.

38. Odell, W.D. and R.S. Swerdloff: Etiologies of sexual maturation. Recent Prog Horm Res 32: 245-288, 1976.

39. Odell, W.D. and R.S. Swerdloff: The role of testicular sensitivity to gonadotropins in sexual maturation of the male rat. J of Steroid Biochem 6: 853-857, 1975.

40. Glass, A.R., R. Harrison and R.S. Swerdloff: Effect of undernutrition and amino acid deficiency on the timing of puberty in rats. Ped Res 10: 951-955, 1976.

41. Bray, G.A., S. Saiduddin, D.A. York and R.S. Swerdloff: Effect of estradiol on uterine weight, thyroid function, food intake and pituitary weight of genetically obese (fatty-zucker) and lean rats. Proc Soc Exp Biol Med 153: 88-91, 1976.

42. Kikuchi, the., R. Skowsky, I. Eltoraei and R.S. Swerdloff: Pituitary gonadal axis in spinal cord injury. Fertil Steril 27: 1142-1145, 1976.

43. Glass, A.R., R.S. Swerdloff, G.A. Bray, with. Dahms and R. Atkinson: Low serum testosterone and sex-hormone-binding-globulin in massively obese men. J Clin Endocrinol Metab 45: 1211-1219, 1977.

44. Finch, C.E., V. Jonec, J.R. Wisner, Jr., Y.N. Sinha, J.S. deVellis and R.S. Swerdloff: Hormone production by the pituitary and testes of male C57BL/6J mice during aging. Endocrinology 101: 702-707, 1977.

45. Glass, A.R. and R.S. Swerdloff: Serum gonadotropins in rats fed a low valine diet. Endocrinology 101: 702-707, 1977.

46. Kalland, G.A., A. Vera, M. Peterson and R.S. Swerdloff: Reproductive hormonal axis of the male rat in experimental hypothyroidism. Endocrinology 102: 476-484, 1978.

47. Raum, W.J. and R.S. Swerdloff: Catecholamine I[125] radioimmunoassay. IRCS Med Sci 5: 413, 1977.

48.   Greenway, F.S. and R.S. Swerdloff:  Effect of aspirin (prostaglandin synthetase inhibitor) on ovulation.  Fertil
      Steril 30: 364, 1978.

49.   Swerdloff, R.S., M. Peterson, A. Vera, R.A.L. Batt, D. Heber and G.A. Bray: The hypothalamic-pituitary axis
      in genetically obese (ob/ob) mice:  Response to LRH.  Endocrinology 103: 542-547, 1978.

50.   Glass, A.R., with. Dahms and R.S. Swerdloff:  Body fat at puberty in rats:  Alteration by changes in diet.
      Pediatr Res 13: 7-9, 1979.

51.   Glass, A.R., W.T. Dahms, G. Abraham, R.S. Atkinson, G.A. Bray and R.S. Swerdloff:  Secondary
      amenorrhea in obesity: Etiologic role of weight-related androgen excess.  Fertil Steril 30: 243, 1978.

52.   Glass, A.R., R. Mellitt, K.D. Burman, L. Wartofsky and R.S. Swerdloff:  Serum triiodothyronine in
      undernourished rats:  Dependence on dietary composition rather than total calorie or protein intake.
      Endocrinology 102: 1925-1928, 1978.

53.   Glass, A.R., R. Mellitt, R.A. Vigersky and R.S. Swerdloff:  Hypoandrogenism and abnormal regulation of
      gonadotropin secretion in rats fed a low protein diet.  Endocrinology 104: 438-442, 1979.

54.   Swerdloff, R.S., A. Palacios, R.D. McClure, L.A. Campfield and S.A. Brosman:  Male contraception: Clinical
      assessment of chronic administration of testosterone enanthate.  Int J Androl Suppl. 2: 1-15, 1978.

55.   Peterson, M.A. and R.S. Swerdloff:  Separation of bound from free hormone in the radioimmunoassay of
      lutropin and follitropin.  Clin Chem 25: 1239-1241, 1979.

56.   Swerdloff, R.S., L.A. Campfield, A. Palacios and R.D. McClure:  Suppression of human spermatogenesis by
      depot androgen:  Potential for male contraception.  J Steroid Biochem 11: 663-670, 1979.

57.   Raum, W.J., A.R. Glass and R.S. Swerdloff:  Changes in hypothalamic catecholamine neurotransmitters and
      pituitary gonadotropins in the immature female rat:  Relationships to the gonadostat theory of puberty onset.
      Endocrinology 106: 1253-1258, 1980.

58.   Glass, A.R. and R.S. Swerdloff:  Nutritional influences on sexual maturation in the rat.  Fed Proc 39: 2360-
      2364, 1980.

59.   Raum, W.J. and R.S. Swerdloff:  The role of hypothalamic adrenergic receptors in preventing testosterone-
      induced androgenization in the female rat brain.  Endocrinology 109: 273-278, 1981.

60.   Heber, D. and R.S. Swerdloff:  Male contraception:  Synergism between superactive GnRH analog and
      testosterone in suppressing gonadotropin secretion.  Science 209: 936-939, 1980.

61.   Raum, W.J. and R.S. Swerdloff:  Urinary metanephrine radioimmunoassay:  Comparison with the
      colorimetric assay.  Clin Chem 27: 43-47, 1981.

62.   Raum, W.J. and R.S. Swerdloff:  A radioimmunoassay for epinephrine and norepinephrine in tissues and
      plasma.  Life Sci  28:  2819-2827, 1981.

63.   Sokol, R.Z., R.D. McClure, M. Peterson and R.S. Swerdloff:  Gonadotropin therapy failure secondary to hCG
      induced antibodies.  J Clin Endocrinol Metab 52: 929-933, 1981.

64.   Palacios, A., R.D. McClure, A. Campfield and R.S. Swerdloff:  Effect of testosterone enanthate on testis size.
      J Urol 126: 46-48, 1981.

65.     Carlson, H.E., A.F. Ippoliti and R.S. Swerdloff:  Endocrine effects of acute and chronic cimetidine administration. Dig Dis Sci 26: 428-432, 1981.

66.     Heber, D. and R.S. Swerdloff:  Down regulation of pituitary gonadotropin secretion in postmenopausal females by continuous GnRH administration.  J Clin Endocrinol Metab 52: 171-172, 1981.

67.     Sokol, R.Z., A. Palacios, L.A. Campfield, C. Saul and R.S. Swerdloff:  Comparison of the kinetics of injectable testosterone in eugonadal and hypogonadal men. Fertil Steril 37: 425-430, 1982.

68.     Heber, D. and R.S. Swerdloff:  Gonadotropin-releasing hormone analog and testosterone synergistically inhibit spermatogenesis. Endocrinology 108: 2019-2021, 1981.

69.     Bray, G.A., W.T. Dahms, R.S. Swerdloff, R.H. Fiser, R.L. Atkinson and R.E. Carrel:  The Prader-Willi syndrome:  A study of 40 patients and a review of the literature.  Medicine 62: 59-80, 1983.

70.     Glass, A.R., A. Steinberger, R.S. Swerdloff and R.A. Vigersky:  Pituitary-testicular function in protein-deficient rats.  FSH hyperresponse to castration and super-sensitivity of gonadotropin secretion to androgen negative feedback.  Endocrinology 110: 1542-1546, 1982.

71.     Heber, D., R. Dodson, C. Stoskopf, M. Peterson and R.S. Swerdloff:  Pituitary desensitization and the regulation  of  pituitary-gonadotropin-releasing hormone (GnRH) receptors following chronic administration of a superactive GnRH analog and testosterone. Life Sci 30: 2301-2308, 1982.

72.     Palacios, A., L.A. Campfield, R.D. McClure, B. Steiner and R.S. Swerdloff:  Effect of testosterone enanthate on hematopoiesis in normal men.  Fertil Steril  40: 100-104, 1983.

73.     Heber, D., R. Dodson, R.S. Swerdloff, K. Channabasavaiah and J.M. Stewart:  Pituitary receptor site blockade by a gonadotropin-releasing hormone antagonist in vivo:  Mechanism of action. Science 216: 420-421, 1982.74.

74.     Raum, W.J., M.M. Laks, D. Garner and R.S. Swerdloff:  Beta adrenergic receptor and cyclic AMP alterations in the canine ventricular septum during chronic norepinephrine infusion:  Implications for hypertrophic cardiomyopathy.  Circulation 68: 693-699, 1983.

75.     Raum, W.J., M.M. Laks, D. Garner, M.H. Ikuhara and R.S. Swerdloff:  Norepinephrine increases beta receptors and adenylate cyclase in canine myocardium.  Am J Physiol 246 (Heart Circ Physiol 15) H31-H36, 1984.

76.     Raum, W.J., M. Marcano and R.S. Swerdloff:  Nuclear accumulation of estradiol derived from the aromatization of testosterone is inhibited by hypothalamic beta receptor stimulation in the neonatal female rat. Biol Reprod 30: 388-396, 1984.

77.     Bhasin, S., D. Heber, B. Steiner, M. Peterson, B. Blaisch, L.A. Campfield and R.S. Swerdloff:  Hormonal effects of GnRH agonist in the human male:  II Testosterone enhances gonadotropin suppression induced by GnRH agonist. Clin Endocrinol 20: 119-128, 1984.

78.     Raum, W.J., R.S. Swerdloff, D. Garner, hypogonadism. Laks and M.M. Laks:  Chronic norepinephrine infusion and insulin and glucagon secretion in the dog.  Am J Physiol 256 (Endocrinol Metab 9): E232-E236, 1984.

79.     Swerdloff, R.S., S. Bhasin, D. Heber and J. Rajfer:  Effect of GnRH superactive analogs (alone and combined with androgen) on testicular function in man and experimental animals.  J Steroid Biochem 19: 491-497, 1983.

80.    Bhasin, S., D. Heber, M. Peterson and R.S. Swerdloff:  Partial isolation and characterization of testicular GnRH-like factors.  Endocrinology 112: 1144-1146, 1983.

81.    Bhasin, S., A.E. Pekary, B. Brunskill, J.M. Hershman and R.S. Swerdloff: Hormonal control of prostatic thyrotropin-releasing hormone:  Testosterone modulates prostatic thyrotropin-releasing hormone concentrations.  Endocrinology 114:3; 946-950, 1984.

82.    Rajfer, J., D. Heber, S. Peng and R.S. Swerdloff:  Effects of chronic D-leu[6]-des-Gly[10]-GnRH ethylamide on male sex tissues.  Biol Reprod 30: 646-651, 1984.

83.    Bhasin, S. and R.S. Swerdloff:  Testicular GnRH-like factors.  Characterization of biologic activity. Bio Chem Res Comm, 122, pp. 1071-1075, 1984.

84.    Rajfer, J., R.S. Swerdloff and D.M. Heber:  Testicular histology following chronic gonadotropin releasing hormone agonist treatment.  Fertil Steril 42: 765-771, 1984.

85.    Heber, D., R. Dodson, M. Peterson, K. Channabasavaiah, J.M. Stewart and R.S. Swerdloff: Counteractive effects of agonistic and antagonistic gonadotropin-releasing hormone analogs on spermatogenesis: Sites of action.  Fertil Steril 41:309-313, 1984.

86.    Heber, D., S. Bhasin, B. Steiner and R.S. Swerdloff:  The stimulatory and down-regulatory effects of gonadotropin-releasing hormone agonist in man. J Clin Endocrinol Metab. 58:1084-1088, 1984.

87.    Sikka, S.C., R.S. Swerdloff and J. Rajfer:  In vitro inhibition of testosterone biosynthesis by ketoconazole.  Endocrinology 116: 1920-1925, 1985.

88.    Bhasin, S., D. Heber, B.S. Steiner, D.J. Handelsman and R.S. Swerdloff:  Hormonal effects of GnRH agonist in the human male III:  Effects of long term combined treatment with GnRH agonist and androgen.  J Clin Endocrinol Metab 60: 998-1003, 1985.

89.    Bhasin, S., Steiner, B.S. and R.S. Swerdloff:  Does constant infusion of GnRH agonist lead to greater suppression of gonadal function in man than its intermittent administration?  Fertil Steril 44: 96, 1985.

90.    Pekary, A.E., T. Yamada, B. Sharp, S. Bhasin, R.S. Swerdloff, J.M. Hershman.  Somatostatin[14-] and [-28] in the male reproductive system.  Life Sci 34: 939-945, 1985.

91.    Swerdloff, R.S., S. Bhasin and R.Z. Sokol:  GnRH-like factors in the rat testis and human seminal plasma: Hormone action and testicular function. Ann N Y Acad Sci 438: 382-389, 1984.

92.    Cutler Jr., G.B., A.R. Hoffman, R.S. Swerdloff, R.J. Santen, D.R. Meldrum and F. Comite: Therapeutic applications of luteinizing-hormone and its analogs.  Ann Intern Med 102: 643-657, 1985.

93.    Sokol, R.Z., M. Peterson, D. Heber and R.S. Swerdloff:  Identification and partial characterization of gonadotropin-releasing hormone-like factors in human seminal plasma.  Biol Reprod 33: 370-374, 1985.

94.    Sikka, S., R.S. Swerdloff and J. Rajfer:  Assay system for simultaneous measurement of three steroidogenic enzyme activities in rat and human testis - Effect of human chorionic gonadotropin. Anal Biochem 149: 72-86, 1985.

95.    Nowak, F.V. and R.S. Swerdloff:  Gonadotropin releasing hormone (GnRH) release by superfused hypothalami in response to norepinephrine.  Biol Reprod 33: 790-796, 1985.

96.    Sokol, R.Z., C.E. Madding, R.S. Swerdloff:  Lead toxicity and the hypothalamic pituitary testicular axis.  Biol Reprod, 33, 722-728, 1985.

97.    Swerdloff, R.S., D.J. Handelsman and S. Bhasin:  Hormonal effects of GnRH agonist in the human male: An approach to male contraception using combined androgen and GnRH agonist treatment.  J Steroid Biochem  23,  855-861, 1985.

98.    Bhasin, S., S. Sikka, T. Fielder, U. Sod-Moriah, H.B. Levine, R.S. Swerdloff and J. Rajfer:  Hormonal effects of ketoconazole in vivo in the male rat: Mechanism of action.  Endocrinology 118: 1229-1232,1986.

99.    Handelsman, D.J. and R.S. Swerdloff:  Pharmacokinetics of gonadotropin- releasing hormone (GnRH) and its analogs.  Endocrine Rev, 7: 95-105, 1986

100.   Bhasin, S. and R.S. Swerdloff:  Mechanisms of GnRH agonist action in the human male.  Endocrine Rev 7: 106-114, 1986.

101.   Rajfer, J., D. Handelsman, R. Hurwitz, H. Kaplan, T. Vandergast, R. Swerdloff and R.M. Erlich:  Hormonal therapy of cryptorchidism: Randomized double blind study comparing hCG and GnRH.  N Engl Jour Med 314: 466-470,1986.

102.   Jarjour, L.T., D.J. Handelsman, W.J. Raum and R.S. Swerdloff:  Mechanism of action of dopamine on the in vitro release of gonadotropin-releasing hormone.  Endocrinology 119: 1726-1732,1986.

103.   Swerdloff, R.S., B.S. Steiner and S. Bhasin:  GnRH agonists in male contraception.  J Med Biol 63: 218-224,1985.

104.   Sikka, S., F. Rivera, R. Swerdloff, J. Rajfer:  Ketoconazole inhibits directly cytochrome P-450 associated enzyme activities to block testosterone biosynthesis in rat testis.  Fed. Proc. 44: 846,1985.

105.   Raum, W.J. and R.S. Swerdloff:  The effects of hypothalamic catecholamine synthesis inhibition by alphamethyltyrosine on gonadotropin secretion during sexual maturation in the male Wistar rat.  Endocrinology 119: 168-175,1986.

106.   Rajfer, J., D. Handelsman, A. Crum, B. Steiner, M. Peterson and R.S. Swerdloff:  Comparison of efficacy of subcutaneous and nasal spray Buserelin treatment in suppression of testicular steroidogenesis in men with prostate cancer.  Fertil Steril 46: 104-110,1986.

107.   Sokol, R.Z., C.I. Madding, D.J. Handelsman and R.S. Swerdloff:  The split ejaculate: Assessment of fertility potential using two in vitro test systems.  Andrologia 18,1986.

108.   Rajfer, J., S. Sikka, N.W. Xie and R.S. Swerdloff:  Effect of in vitro ketoconazole on steroid production in rat testis.  Steroids 46: 867-881,1985.

109.   Rajfer, J., D.J. Handelsman, R.S. Swerdloff, J.H. Farber and S. Sikka:  LH and FSH responses to intranasal gonadotropin-releasing hormone.  Fertil Steril 45: 794-799,1986.

110.    Bhasin, S., S.C. Sikka, T. Fielder, U.A. Sod-Moriah, H.B. Levine, R.S. Swerdloff and J. Rajfer: Hormonal effects of ketoconazole in vivo in the male rat:  Mechanism of action.  Endocrinology 118: 1229-1232,1986.

111.    Rajfer, J., S.C. Sikka, and R.S. Swerdloff:  Lack of a direct effect of GnRH agonist on human testicular steroidogenesis.  J Clin Endocrinol Metab 64: 62-67,1987.

112.    Bhasin, S., T. Fielder, U.A. Sod-Moriah, R.S. Swerdloff:  Testicular modulation of LH response to GnRH agonist.  Biol  Reprod. 36:309-314,1987.

113.    Jarjour, L., D.J. Handelsman and R.S. Swerdloff:  Effects of aging on the in vitro release of gonadotropin-releasing hormone (GnRH).   Endocrinology, 119: 1113-1117,1986.

114.    Bhasin, S., Q.X. Yuan, B.S. Steiner and R.S. Swerdloff:  Hormonal effects of GnRH agonist in men:  Effects of long term treatment with agonist infusion and androgen.  J Clin Endocrinol Metab 65:568-574, 1987.

115.    Pekary, A.E., S. Bhasin, V.P. Smith, M. Sugawara, R.S. Swerdloff and J. Hershman:  Thyroid hormone modulation of thyrotropin-releasing hormone biosynthesis in the male rat reproductive system. J Endocrinol 114:271,1987.

116.    Bhasin, S., T.J. Fielder and R.S. Swerdloff:  Testosterone paradoxically increases FSH but not LH in GnRH antagonist treatment male rats:  evidence for differential regulation of LH and FSH. Biol  Reprod 37: 55, 1987.

117.    Kandeel, F.R. and Swerdloff, R.S.:  Role of temperature regulation of spermatogenesis and the use of heating as a method for contraception. Fertil Steril 49: 1-23,1988.

118.    Yuan, Q.X., S. Bhasin and R.S. Swerdloff:  Differential regulation of rat luteinizing hormone alpha and beta subunits during the stimulatory and down-regulatory phases of gonadotropin-releasing hormone action.  Endocrinology 122, 504-510,1988.

119.    Bhasin, S., T. Fielder, N. Peacock, U.A. Sod-Moriah and R.S. Swerdloff:  Dissociating antifertility effects of GnRH-antagonist from its adverse effects on mating behavior in male rats.  Am. J. Physiol. 254 (Endocrinol. Metab. 17): E84-E91, 1988.

120.    Jockenhovel, F., S. Bhasin, B.S. Steiner, J.E. Rivier, W.W. Vale and R.S. Swerdloff:  Hormonal effects of single gonadotropin-releasing hormone antagonist doses in men.  J Clin Endocrinol Metab 66: 1065-1070,1988.

121.    Sokol, R.Z., B.S. Steiner, M. Bustillo, G. Petersen and R.S. Swerdloff:  A controlled comparison of the efficacy of clomiphene citrate in male fertility.  Fertil Steril 49:865-870 1988.

122.    Sikka, S.C., M.A. Koyle, R.S. Swerdloff, and J. Rajfer:  Reversibility of cyclosporine-induced hypoandrogenism in rats.  Transplantation 45:784-787,1988.

123.    Sikka, S.C., S. Bhasin, D.C. Coy, M.A. Koyle, R.S. Swerdloff and J. Rajfer:  Effects of cyclosporine on the hypothalamic-pituitary-gonadal axis in the male rat:  Mechanism of action. Endocrinology 123:1069-1074,1988.

124.    Kim, W.H., R.S. Swerdloff, and S. Bhasin:  Regulation of alpha and rat luteinizing hormone-beta messenger ribonucleic acids during gonadotropin-releasing hormone agonist treatment in vivo in the male rat. Endocrinology 123:2111-2116,1988.

125. Sokol, R.Z., H. Okuda, P.D. Johnston, and R.S. Swerdloff: Videomicrographic analysis of the effects of anti-human relaxin antibody on sperm motility. Fertil Steril 49:729-731,1988.

126. Kim, W.H., QI X. Yuan, R.S. Swerdloff, and S. Bhasin: Regulation of alpha and luteinizing hormone beta subunit messenger ribonucleic acids during stimulatory and downregulatory phases of gonadotropin-releasing hormone action. Biol Reprod 39:847-853, 1988.

127. Handelsman, D.J., S. Peng, S.C. Sikka, J. Rajfer, and R.S. Swerdloff: Effects of gonadotropin releasing hormone analogs on cis-platinum-induced spermatogenic damage. Int. J Androl 11:425-435,1988.

128. Bhasin, S., L.A. Krummen, R.S. Swerdloff, B.S. Morelos, W.H. Kim, G.S. DiZerega, N. Ling, F. Esch, S. Shimasaki and J. Toppari: Stage dependent expression of inhibin alpha and beta-B subunits during the cycle of the rat seminiferous epithelium. Endocrinology 124:987-991,1989.

129. Fielder, T.J., N.R. Peacock, R.F. McGivern, R.S. Swerdloff, and S. Bhasin: Testosterone dose dependency of sexual and nonsexual behaviors in the gonadotropin-releasing hormone (GnRH) antagonist treated male rat. J Androl 10:167-173,1989.

130. Sokol, R.Z., X.S. Wang, J. Lechago, P.D. Johnston and R.S. Swerdloff: Immunohistochemical localization of relaxin in the human prostate. J Histochem Cytochem 37:1253-1255,1989.

131. Krummen, L.A., J. Toppari, W.H. Kim, B.S. Morelos, N. Ahmad, R.S. Swerdloff, N. Ling, S. Shimasaki, F. Esch and S. Bhasin: Regulation of testicular inhibin subunit messenger ribonucleic acid (mRNA) levels in vivo: Effects of hypophysectomy and selective follicle-stimulating hormone (FSH) replacement. Endocrinology 125:1630-1637,1989.

132. Santen, R.J., Langecker, P., Santner, S.J., Sikka, S., Rajfer, J. and Swerdloff, R.: Potency and specificity of CGS-16949A as an aromatase inhibitor. Endocr Res 16:77-91, 1990.

133. Tayek, J.A., D. Heber, L.O. Byerley, B. Steiner, J. Rajfer and R.S. Swerdloff: Nutritional and metabolic effects of gonadotropin-releasing hormone agonist treatment for prostate cancer. Metabolism 39:1314-1319,1990.

134. Salameh, W., S. Bhasin, B.S. Steiner, L.A. McAdams, M. Peterson, J.E. Rivier, W.W. Vale and R.S. Swerdloff: Marked suppression of gonadotropins and testosterone by an antagonist analog of gonadotropin-releasing hormone in men. Fertil Steril 55:156-164, 991.

135. Gonzalez-Cadavid, N.F., R.S. Swerdloff, C.A.E. Lemmi, and J. Rajfer: Expression of the androgen receptor gene in the rat penile tissue and cells during sexual maturation. Endocrinology 129:1671-1678,1991.

136. Jockenhovel, F., M.A. Peterson, P.D. Johnson and R.S. Swerdloff: Directly iodinated rat relaxin as tracer for use in radioimmunoassays. J Clin Chem Clin Biochem 29:71-75,1991.

137. Bhasin, S., Swerdloff, R.S., Steiner, B., Peterson, M.A., Meridores, R., Galmirini, M., Pandian, M.R., Goldberg, G., Berman, N.: A biodegradable testosterone microcapsule formulation provides uniform eugonadal levels of testosterone for 10-11 weeks in hypogonadal men. J Clin Endocrinol Metab 74:75-83,1992.

138. Tom, L., S. Bhasin, W. Salameh, B. Steiner, M. Peterson, R.Z. Sokol, N. Berman, J. Rivier, W. Vale and R.S. Swerdloff: Induction of azoospermia in normal men with combined Nal-Glu gonadotropin-releasing hormone (GnRH) antagonist and testosterone enanthate. J Clin Endocrinol Metab 75:476-483,1992.

139.    Swerdloff, R.S., C. Wang, M. Hines and R. Gorski:  Effects of androgens on the brain and other organs during development and aging.  Psychoneuroendocrinol 17:375-383,1992.

140.    Peterson, M.A., N.K. Tanaka and R.S. Swerdloff:  Concanavalin A-immobilized glycoprotein antigen for immunoaffinity purification of antiserum.  Clin Chem 38:2143,1992.

141.    Swerdloff, R.S., L.K.S. Tom, W. Salameh, B.S. Steiner, M.A. Peterson, J. Rivier, W.W. Vale, S. Bhasin:  Male contraception:  Achievement of reversible azoospermia by combined GnRH antagonist and testosterone enanthate.  Contraception 46:193,1992.

142.    Freedman, A., Rajfer, J., Swerdloff. R.S., Gonzalez-Cadavid, N.F.:  The effect of transforming growth factor-beta (TGF-B) on androgen receptor mRNA levels in cultured rat corpora cavernosal smooth muscle cells. Surg Forum 43:726-731,1992.

143.    Salameh, W., S. Bhasin, B.S. Steiner, M. Peterson and R.S. Swerdloff:  Effect of improved assay sensitivity on luteinizing hormone (LH) pulse detection after gonadotropin releasing hormone (GnRH) antagonist treatment in man.  J Clin Endocrinol Metab 75:1479-1483, 1992.

144.    Ming-Chung Lin, J. Rajfer, R.S. Swerdloff and N. Cadavid:  Testosterone down-regulates the levels of androgen  receptor mRNA in smooth muscle cells from the rat corpora cavernosa via aromatization to estrogens.  J Steroid Biochem Molec Biol 45: 333-343,1993.

145.    Gonzalez-Cadavid, N.F., D. Vernet, A. Navarro, J.A. Rodriguez, R.S. Swerdloff, J. Rajfer:  Up-regulation of the levels of androgen receptor and its mRNA by androgens in smooth muscle cells from the rat penis.  Molec Cell Endocrinol 90:219-229,1993.

146.    Buena, F., R.S. Swerdloff, B.S. Steiner, P. Lutchmansingh, M.A. Peterson, M.R. Pandian, M. Galmirini, and S. Bhasin:  Sexual function does not change when serum testosterone levels are pharmacologically varied within the normal male range.  Fertil Steril 59:1118-1123,1993.

147.    Peacock, N,R, R.S. Swerdloff, N. Berman, R.M. Gilley, T.R. Tice, S. Bhasin:  Pharmacokinetcs and pharmacodynamics of a parenteral testosterone microsphere formulation in the male rat.  Demonstration of dose dependence and controlled release.  J Androl 14:45,1993.

148.    Byerley, L.O., W.N.P. Lee, R.S. Swerdloff, F. Buena, K.S. Nair, T.A. Buchanan, R. Goldberg, B. Steiner, S. Bhasin:  Effect of modulating serum testosterone levels in the normal male range on protein, glucose and lipid metabolism in men:  Implications for testosterone replacement therapy.  Endocr J 1:253-262, 1993.

149.    Sinha-Hikim, A.P. and R.S. Swerdloff:  Temporal and stage-specific changes in spermatogenesis of rat following gonadotropin deprivation by a potent gonadotropin-releasing hormone (GnRH) antagonist treatment.  Endocrinology 133:2161-2170,1993.

150.    Jockenhovel, F., J.K.L. Rutgers, J.S. Mason, J.E. Griffin and R.S. Swerdloff:  Leydig cell neoplasia in a patient with Reifenstein syndrome.  Exp Clin Endocrinol 101:365-370, 1993.

151.    Lin, M.C., J. Rajfer, R. S. Swerdloff, and N.F. Gonzalez-Cadavid:  Testosterone down-regulates the levels of androgen receptor mRNA in smooth muscle cells from the rat corpora cavernosa via aromatization to estrogens.  J Steroid Biochem Molec Biol 45:333-343,1993.

152.    Sinha-Hikim, A.P. and R.S. Swerdloff:  Time course of recovery of spermatogenesis and leydig cell function after cessation of GnRH antagonist treatment in the adult rats.  Endocrinology 134:1627-1634, 1994.

153. Salameh, W., S. Bhasin, B.S. Steiner, L.A. McAdams, M. Peterson, J.E. Rivier, W.W. Vale and R.S. Swerdloff: Comparative effects of two different delivery systems on gonadotropin-releasing hormone (GnRH) antagonist induced suppression of gonadotropins and testosterone in man. J Androl 15:22-28, 1994.

154. Bhasin, S., N. Berman and R.S. Swerdloff: Follicle-stimulating hormone (FSH) escape during chronic gonadotropin-releasing hormone (GnRH) agonist and testosterone treatment. J Androl 15:386-391,1994.

155. Kaser, M.R., A. Fuentes Navarro, R. S. Swerdloff, J. Rajfer and N.F. Gonzalez-Cadavid: Binding of penile nuclear proteins to the rat androgen receptor gene promoter correlates with androgen receptor gene expression. Endocr J 2:589-596, 1994.

156. Sinha Hikim, A.P. and R. S. Swerdloff: Temporal and stage-specific effects of recombinant human follicle-stimulating hormone on the maintenance of spermatogenesis in gonadotropin-releasing hormone antagonist-treated rat. Endocrinology 136:253-261,1995.

157. Sinha Hikim, A.P., C. Wang, A. Leung and R.S. Swerdloff: Involvement of apoptosis in the induction of germ cell degeneration in adult rats after gonadotropin-releasing hormone antagonist treatment. Endocrinology 136:2770-2775, 1995.

158. B. Salehian, C. Wang, G. Alexander, T. Davidson, V. McDonald, N. Berman R.E. Dudley. F.Ziel, And R.S. Swerdloff: Pharmacokinetics, bioefficacy, and safety of sublingual testosterone cyclodextrin in hypogonadal men: Comparison to testosterone enanthate--A Clinical Research Center Study. J Clin Endocrinol Metab 80: 3567-3575,1995.

159. Shen, R., M. Lin, F. Sadeghi, R.S. Swerdloff, J. Rajfer, N. Gonzalez-Cadavid. Androgens are not major down-regulators of androgen receptor levels during growth of the immature rat penis. J Steroid Biochem Molec Biol 57:301-313, 1996

160. WHO: Aribarg, A., Z. Gui-yuan, C. Jian, L. Guo-zhu, R. Anderson, R.S. Swerdloff et al: Contraceptive efficacy of testosterone-induced azoospermia and oligozoospermia in normal men. Fertil Steril 65:821-829,1996.

161. Wang, C., D.R. Eyre, R. Clark, D. Kleinberg, C. Newman, A. Iranmanesh, J. Veldhuis, R.E. Dudley, N. Berman, T. Davidson, T. Barstow, R. Sinow, R.S. Swerdloff: Sublingual testosterone replacement improves muscle mass and strength, decreases bone resorption and increases bone formation markers in hypogonadal men, J Clin Endocrinol Metab 81:3654-3662,1996

162. Wang, C. G. Alexander, N. Berman, B. Salahian, T. Davidson, V. McDonald, B. Steiner, L. Hull, C. Callegari, R. S. Swerdloff: Testosterone replacement therapy improves mood in hypogonadal men, J Clin Endocrinol Metab 81: 3578-3583, 1996

163. Kandeel, F.R., R.S. Swerdloff: The interaction between beta-endorphin and gonadal steroidin regulation of LH secretion and sex steroid regulation of LH and POMC-Peptide secretion by individual pituitary cells. Endocrinology 138:649-656,1997.

164. Lue, Y., A.P. Sinha Hikim, C. Wang, J.J. Bonavera, S. Baravarian, A. Leung, R.S. Swerdloff: Early effects of vasectomy on testicular structure, germ cell, and macrophage apoptosis in the hamster. J Androl 18:166-173,1997.

165.    Wang, C., A. Leung, L. Superlano, B. Steiner, R.S. Swerdloff, Oligozoospermia induced by exogenous testosterone is asociated with normal functioning residual spermatozoa.  Fertil Steril 68:149-153, 1997

166.    Wang, C., V. McDonald, A. Leung, L. Superlano, N. Berman, L. Hull, R.S. Swerdloff: Effect of increased scrotal temperature on sperm production in normal men. Fertil Steril, 68:149-153,1997.

167.    Alexander, GM, RS Swerdloff, C. Wang, T. Davidson, V. McDonald, B. Steiner, M. Heines: Androgen-Behavior Correlations in Hypogonadal men and eugonadal Men: I.  Mood and response to auditory sexual stimuli. Horm Behav 31:110-119,1997.

168.    Sinha Hikim, A.P., Y.H. Lue, R.S.Swerdloff: Separation of germ cell apoptosis from toxin induced cell death by necrosis using in situ - end labeling histochemistry after glutaraldehyde fixation. Tissue Cell 29:487-493, 1997.

169.    Bonavera, J.J., R.S. Swerdloff, A. Leung, Y.H. Lue, S. Baravarian, L. Superlano, A.P. Sinha Hikim, C. Wang: In the male brown-Norway (BN) rat, reproductive aging is associated with decreased LH pulse amplitude and area. J Androl 18:359-365, 1997.

170.    Sinha Hikim, A.P., T.B. Rajavashisth, I. Sinha Hikim, Y.Lue, J.J. Bonavera, A. Leung, C. Wang, R.S. Swerdloff: Significance of apoptosis in the temporal and stage-specific loss of germ cells in the adult rat after gonadotropin deprivation. Biol Reprod 57:1193-1201, 1997

171.    Winters, S.J., L. Atkinson and the Testoderm Study Group:  Serum LH concentrations in hypogonadal men during transdermal testosterone replacement through scrotal skin: further evidence that ageing enhances testosterone negative feedback.  Clin Endocrinol 47:317-322, 1997.

172.    Wang, C, Swerdloff, RS: Androgen Replacement Therapy. Ann Med, 29: 365-370, 1997

173.    Wang, C., N. Berman, J.D. Veldhuis, T. Der, V. McDonald, B. Steiner, R.S. Swerdloff: Graded testosterone infusions distinguish gonadotropin negative-feedback responsiveness in Asians and White men. J Clin Endocrinol Metab, 83:870-876, 1998.

174.    Sinha Hikim, A.P., Wang, C., Lue, Y.H., Johnson, L., Wang, X-H, Swerdloff, R.S.: Spontaneous germ cell apoptosis in human: evidence for ethnic differences in the susceptibility of germ cells to programmed cell death. J Clin Endocrinol Metab 83:152-156, 1998.

175.    Bonavera, J.J., Swerdloff, R.S., Sinha-Hikim, A.P., Lue YH, Wang, C.: Aging results in attenuated gonadotropin releasing hormone-luteinizing axis responsive to glutamate reception agonist (Nmethyl-D apartate).  J Neuroendocrinol, 10:93-99, 1998

176.    Johnson, L., J.J. Barnard, L. Rodriguez, E.C. Smith, R.S. Swerdloff, X.H. Wang, C.Wang: Ethnic differences in testicular structure and spermatogenic potential may predispose testes of Asian men to a heightened Sensitivity to steroidal contraceptives. J Androl 19:348-357, 1998

177.    Swerdloff, R.S., C. Wang: Influence of pituitary disease on sexual development and functioning. Psychother and Psychosom 67:173-180, 1998

178.    Alexander, G.M., R.S. Swerdloff, C. Wang, T. Davidson, V. McDonald, B. Steiner, M. Heines: Androgen-behavior relations in hypogonadal men and eugonadal men: II.  Cognitive Behavior, Hormones and Behavior 33:85-94, 1998.

179.    Wang, C., A. Iranmanesh, N. Berman, V. McDonald, B. Steiner, F. Ziel, S.M. Faulkner, R.E. Dudley, J. Veldhuis, R. S. Swerdloff: Comparative Pharmacokinetics of three doses of percutaneous dihydrotestosterone gel in healthy elderly men - a clinical research center study. J Clin Endocrinol Metab, 83:2749-2757, 1998.

180.    Lue, YH, Sinha Hikim A.P., Leung, A., Baravarian, S., Wang, C., Swerdloff, R.S.: Triptolide: A potential male contraceptive.  J Androl 19:479-486, 1998.

181.    Vernet D., J.J. Bonavera, R.S. Swerdloff, N.F. Gonzalez-Cadavid, C. Wang: Spontaneous expression of inducible nitric oxide synthase (iNOS) in the hypothalamus and other brain regions of aging rats.  Endocrinology 139 (7): 3254-3261, 1998.

183.    Swerdloff, R.S., C.J. Bagatell, C. Wang, B.D. Anawalt, N. Berman, B. Steiner, and W.J. Bremner: Suppression of spermatogenesis in man induced by nal-glu gonadotropin releasing hormone antagonist and testosterone enanthate is maintained by testosterone enanthate alone.  J Clin Endocrinol Metab 83:2749-2757,1998.

184.    Geschwind, D.H., J. Gregg, K. Boone, J. Karrim, A. Pawlikowska-Haddal, E. Rao, J. Ellison, A. Ciccodicola, M. D'Urso, R. Woods, G. Rappold, R. Swerdloff, and S.F. Nelson: Klinefelter's Syndrome as a model of anomalous cerebral laterality: testing gene dosage in the X chromosome pseudoautosomal region using a DNA microarray.  Dev Genet 23: 215-229, 1998

185.    Sinha Hikim, A, R. Swerdloff: R64: Hormonal and genetic control of germ cell apoptosis in the testis. Rev of Reprod 4: 38-47, 1999

186.    Salehian, B. D. Jacobson, RS Swerdloff, MR Grafe, I Sinha Hikim, JA McCutchan: Testicular pathologic changes and the pituitary-testicular axis during human immunodeficiency virus infection. Endocrine Practice 1:1-9, 1999

187.    Lue, Y. H., A.P. Sinha Hikim, P. Im, K.S. Taing, T. Bui, A. Leung, R.S. Swerdloff, C. Wang. Single exposure to heat induces stage specific germ cell apoptosis in rats: Role of intratesticular testosterone on stage specificity.  Endocrinology 140:170-1717, 1999

188.    Wang, C. A.P. Sinha Hikim, Y.H. Lue, A. Leung, S. Baravarian, R.S. Swerdloff: Reproductive aging in the Brown-Norway rat is characterized by accelerated germ cell apoptosis and is not altered by luteinizing hormone replacement.  J of Androl 20:509-518, 1999

189.    Aguilera R, DH Cattlin, M Becchi, A Philips, C Wang, RS Swerdloff, HG Pope, CK Hatton: Screening urine for exogenous testosterone by isotope ratio mass spectrometric analysis of one pregnanediol and two androstandiols. J Chromatogo B Biomed Sci Appl 727:95-105, 1999

190.    Wang, C, N. Berman, JA Longstreth, B Chuapoco, L Hull, B Steiner, S Faulkner, RE Dudley, RS Swerdloff: Pharmocokinetics of Transdermal Testosterone Gel in Hypogonadal Men: Application of Gel at One Site Versus Four Sites - a General Clinical Research Center Study. J Clin Endocrinol Metab, 85:964-969, 2000

191.    Sinha Hikim, A.P., Y.H. Lue, C. Wang, V. Reutrakul, R. Sangsuwan, R.S. Swerdloff: Postesticular antifertility action of triptolide in the male rat: evidence for severe impairment of cauda epididymal sperm ultrastructure. J Androl 21:431-437, 2000

192.    Geschwind, D.H., K. B. Boone, B.L. Miller, R.S. Swerdloff: The neurobehavioral phenotype of Klinefelter's syndrome. Mental Retardation & Developmental Disabilities Research Reviews, 6:107-116, 2000

193. Lue, Y.H, A.P. Sinha Hikim, C. Wang, M. Im, A. Leung, R.S. Swerdloff: Testicular heat exposure enhances the suppression of spermatogenesis by testosterone in rats: The "two hit" approach to male contraceptive development. Endocrinology, 141:1414-24, 2000

194. Wang, C, RS Swerdloff, A Iranmanesh, A Dobs, P Snyder, G Cunningham, A Matsumoto, T. Weber, N Berman and the Testosterone Gel Study Group: Transdermal testosterone gel improves sexual function, mood, muscle strength, and body composition parameters in hypogonadal men. J Clin Endocrinol Metab, 85(8): 2839-2853, 2000

195. Yamamoto C, A. Sinha Hikim, P. Huynh, B. Shapiro, Y. Lue, WA Salameh, C. Wang, R.Swerdloff: Redistribution of Bax is an early step in an apoptotic pathway leading to germ cell death triggered by mild testicular hyperthermia, Biology of Reproduction, 63: 1683-1690, 2000

196. Swerdloff RS, C Wang, G Cunningham, A Dobs, A Iranmanesh, A Matsumoto, PJ Snyder T Weber J Longstreth, N Berman, Testosterone Gel Study Group: Long term pharmacokinetics of transdermal testosterone gel in hypogonadal men. J Clin Endocrinol Metab. 85:4500-4510, 2000

197. Huynh, P., A. Sinha Hikim, C. Wang, K. Stefonovic, YH Lue, A. Leung, V. Atienza, S. Baravarian, V. Reutrakul, RS Swerdloff: Long-term effects of triptolide on spermatogenesis, epididymal sperm function and fertility in male rats. J Androl, 21:689-699. 2000

198. Kelly, D., I. Gaw Gonzalo, P. Cohan, RS Swerdloff, C. Wang: Hypopituitarism following traumatic brain injury and aneurysmal subarachnoid hemorrhage: A preliminary report 2000 Journal of Neurosurgery 93: 743-752, 2000

199. Lue, YH, PN Rao, AP Sinha Hikim, M Im, WA Salameh, PH Yen, C Wang, RS Swerdloff: XXY male mice: An experimental model for Klinefelter Syndrome, Endocrinology, 142:1461-1470 2001

200. Wang C, RS Swerdloff, A Iranmanesh, A Dobs, PJ Snyder, G Cunningham, A Matsumoto, T Weber, N Berman and the Testosterone Gel Study Group: Effects of transdermal testosterone gel on bone turnover markers and bone mineral density in hypogonadal men. Clin Endocrinol, 54(6): 739-750, 2001

201. Ferrini M, C Wang, RS Swerdloff, AP Sinha Hikim, J Rajfer, N Gonzalez-Cadavid: Aging-related expression of inducible nitric oxide synthase and cytotoxicity markers in rat hypothalamic regions associated with male reproductive behavior. Neuroendocrinology, 74:1-11, 2001

202. Boone, K.B, RS Swerdloff, BL Miller, DH Geschwind, J Razani, A Lee, I Gaw Gonzalo, A Haddal, K Rankin P Lu, L Paul: Neuropsychological profiles of adults with Klinefelter syndrome. Journal of the International Neuropsychologic Society 7, 446-456. 2001

203. Portugal AM, AP Sinha Hikim, CM Yamamoto, YH Lue, TB Guo, SY Hsu, WA Salameh, C Wang, RS Swerdloff: Impairment of spermatogenesis through increased germ cell apoptosis in transgenic mice with selective over-expression of BCL-2 in the somatic cells of the testis. J of Androl. 22(6): 981-991 2001

204. Khorram O, P Patrizio, C Wang, RS Swerdloff: Reproductive technologies for male infertility. J Clin Endocrinol Metab, 86:2373-2379, 2001

205. Gaw Gonzalo IT, Swerdloff RS, Nelson A, Clevenger B, Berman N, Wang C. Levonorgestrel implants (Norplant II) for male contraception clinical trials: combination with transdermal and injectable testosterone. J Clin Endocrinol Metab. 87:3562-3572, 2002.

206.    Lue YH, Lasley BL, Laughlin LS, Swerdloff RS, Sinha Hikim AP, Leung A, Overstreet JW, Wang, C: Mild testicular hyperthermia induces profound transitional spermatogenic suppression through increased germ cell apoptosis in adult cynomolgus monkeys (macaca fascicularis). J of Androl 23(6): 799-805, 2002

207.    Vera Y, Dai T, Sinha Hikim AP, Lue Y, Salido EC, Swerdloff RS, Yen PH. Deleted in azoospermia associated protein 1 shuttles between nucleus and cytoplasm during normal germ cell maturation. J Androl. 23(5):622-8 2002

208.    Zada G, DF Kelly, P Cohan, C Wang, RS Swerdloff: Endonasal transsphenoidal approach for pituitary adenomas and other sellar lesions: an assessment of efficacy, safety, and patient impressions. J Neurosurg 98:350-358. 2003

208.    Guo TB, KC Chan, AP Sinha Hikim, AP Hudson, RS Swerdloff, AP Mitchell, WA Salameh: RNA Binding motif protein 7 (RBM7), a novel ubiquitous protein involved in premRNA processing during male meiosis. J of Androl 24(2), 204-214 2003

209.    Lue YH, AP Sinha Hikim, C Wang, A Leung, RS Swerdloff: Functional role of inducible nitric oxide synthase in the induction of male germ cell apoptosis, regulation of sperm number and determination of testes size; evidence from null mutant mice. Endocrinology, 144 (7) 3092-3100, 2003

210.    Sinha Hikim AP, Lue YH, Yamamoto CM, Vera Y, Rodriguez S, Yen PH, Soeng K, Wang C, Swerdloff RS: Key apoptotic pathways for heat-induced programmed germ cell death in the testis. Endocrinology, 144(7) 3167-3175, 2003

211.    Fales CL, BJ Knowlton, KJ Holyoak, DH Geschwind, RS Swerdloff, I Gaw Gonzalo. Working memory and relational reasoning in Klinefelter Syndrome. Journal of the International Neuropsychology Society, 839-846, 2003

212.    Lee, KK, N Berman, GM Alexander, L Hull, RS Swerdloff, C Wang: A simple self-report diary for assessing psychosexual function in hypogonadal men. J of Androl 24(5):688-98, 2003

213.    Itti E, IT Gaw Gonzalo, KB Boone, DH Geschwind, N Berman, A Pawlikowska Haddal, L Itti, FS Mishkin, RS Swerdloff: Functional neuroimaging provides evidence of anomalous cerebral laterality in adults with Klinefelter Syndrome: [99m]Tc-HMPAO assessment and correlation with neurocognitive findings. Annuals of Neurology, 54(5):669-73, 2003

214.    Swerdloff, RS, Wang, C: Three-year follow up of androgen treatment in hypogonadal men: preliminary report with testosterone gel.  The Aging Male. 6:207-211, 2003

215.    Simpson JL, F de la Cruz, RS Swerdloff, et al: Klinefelter Syndrome: Expanding the phenotype and identifying new research directions.  Genetics in Medicine, 5(6):460-8, 2003

216.    Vera Y, Dai T, YH Lue, AP Sinha Hikim, EC Salido, RS Swerdloff, PH Yen: Deleted in Azoospermia associated protein 1 shuttles between nucleus and cytoplasm during normal germ cell maturation. J Androl 23:622-628, 2003

217.    Sinha Hikim AP, YH Lue, M Diaz-Romero , PH Yen, C Wang, RS Swerdloff: Deciphering the pathways of germ cell apoptosis in the testis. J Steroid Biochem Mol Biol 85:175-182, 2003

218. Wang C, DH Catlin, LM Demers, RS Swerdloff: Measurement of serum total testosterone in adult men: comparison of current laboratory methods versus liquid chromatography tandem mass spectrometry, J Clin Endocrinol Metab, 89: 534-543. 2004

219. Vera Y, M Diaz Romero, S Rodriguez, YH Lue, C Wang, RS Swerdloff, AP Sinha Hikim: Mitochondria-dependent pathways is involved in heat-induced male germ cell death: Lessons from mutant mice. Biol Reprod, 70:1534-1540, 2004

220. Wang C, G Cunningham, A Dobs, A Iranmanesh, A Matsumoto, P Snyder, T Weber, N Berman, L Hull, RS Swerdloff: Long term testosterone gel (AndroGel) treatment for maintenance beneficial effects on sexual function and mood, lean and fat mass and bone mineral density in hypogonadal men. J Clin Endocrinol Metab, 89(5):2085-98 2004

221. Wang, C, RS Swerdloff: Male hormonal contraception. Am J Obstet Gynecol 190:S60-8, 2004

222. Wang C, DH Catlin, B Starcevic, A Leung, E DiStefano, G Lucas, L Hull, RS Swerdloff: Testosterone metabolic clearance and production rates determined by stable isotop dilution/tandem mass spectrometry in normal men: Influence of ethnicity and age. J Clin Endocrinol Metab, 89(6):2936-41., 2004

223. Wang C, RS Swerdloff, M Kipnes, AM Matsumoto, AS Dobs, G Cunningham, L Katznelson, TJ Weber, TC Friedman, P Snyder, and HL Levine: New testosterone buccal system (Striant) delivers physiologic testosterone levels: Pharmacokinetics study in Hypogonadal men. J Clin Endocrinol Metab, 89(8):3821-9., 2004

224. Liu PY, RS Swerdloff, JD Veldhuis: The Rationale, efficacy and safety of androgen therapy in older men: future research and current practice recommendations. J Clini Endocrinol Metabol, 89(10):4789-4796. 2004

225. Ng CM , MR Blackman, C Wang, RS Swerdloff: The Role of Carnitine in the Male Reproductive System. Ann, NY Acad Sci 1033: 177-188. 2004

226. Vera Y, S Rodriguez, M Castanares, V Pope, YH Lue, V Atienza, C Wang, RS Swerdloff, AP Sinha Hikim: Functional role of Caspases in heat-induced testicular germ cell apoptosis, Biol Repro 72:516-522, 2005

227. Veldhuis J, A Bae, RS Swerdloff, A Iranmanesh, C Wang: Experimentally induced androgen depletion accentuates ethnicity-related contrasts in luteinizing hormone secretion in Asian and Caucasian men. J Clin Endocrinol and Metabol, 90(3):1632-8 2005

228. Qu X, I Gaw Gonzalo, MY Al Sayed, P Cohan, PD Christenson, RS Swerdloff, DF Kelly, C Wang. Influence of Body Mass Index and Gender on GH Responses to GHRH plus Arginine and Insulin Tolerance Tests. J Clin Endocrinol Metabol, 90(3):1563-9 2005

229. Wang C, DH Catlin B Starcevic D Heber, C Ambler, N Berman, G Lucas, A Leung, K Schramm, PWN Lee, L Hull and RS Swerdloff: Low fat high fiber diet decreased serum, urine androgens in men, J Clin Endocrinol Metab 28 (3):125-7, 2005

230. Nieschlag E, Swerdloff R, Behre HM, Gooren LJ, Kaufman JM, Legros JJ Lunenfeld B, Morley JE, Schulman C, Wang C, Weidner W, Wu FC: Investigation, treatment and monitoring of late-onset hypogonadism in males: ISA, ISSAM, and EAU recommendations. Int J Androl 28(3):125-7 2005

231. Nieschlag E, Swerdloff R, Behre HM, Gooren LJ, Kaufman JM, Legros JJ Lunenfeld B, Morley JE, Schulman C, Wang C, Weidner W, Wu FC: Investigational, treatment and monitoring of late-onset hypogonadism in males: ISA, ISSAM, and EAU recommendations. Eur Urol 48(1):1-4 2005

232.   Nieschlag E, Swerdloff R, Behre HM, Gooren LJ, Kaufman JM, Legros JJ Lunenfeld B, Morley JE, Schulman C, Wang C, Weidner W, Wu FC: Investigation, treatment and monitoring of late-onset hypogonadism in males: ISA, ISSAM, and EAU recommendations. Aging Male. 8(2):56-8 2005

233.   Sinha Hikim AP, Vera Y, Vernet D, Castanares M, Diaz-Romero M, Ferrini M, RS Swerdloff, NF Gonzalez Cadavid, C Wang. Involvement of nitric oxide-mediated intrinsic pathway signaling in age-related increase in germ cell apoptosis in male brown-norway rats. J Gerontol A Biol Sci Med Sci.;60(6):702-8. 2005

234.   Zhang XS, Lue YH, Guo SH, Yuan JX, Hu ZY, Han CS, Hikim AP, Swerdloff RS, Wang C, Liu YX: Expression of HSP 105 and HSP60 during germ cell apoptosis in the heat-treated testes of adult cynomolgus monkeys (macaca fascicularis) Front Biosci 10:3110-21 2005

235.   Chang L. DW Harrington, A Milkotic, RS Swerdloff, C Wang: Unusual occurrence of extrapontine myelinolysis associated with acute severe hypernatraemia caused by central diabetes insipidus. Clin Endocrinol (Oxf) Aug; 63(2):233-5 2005

236.   Lue Y, Jentsch JD, Wang C, Rao PN, Hikim AP, Salameh W, Swerdloff RS: XXY mice exhibit gonadal and behavioral phenotypes similar to Klinefelter syndrome. Endocrinology, 146(9) 4148-54, 2005

237.   Qoubaitary A, RS Swerdloff, C Wang: Advances in male hormone substitution therapy Expert Opin Pharmacother. Aug; 6(9):1493-506. 2005

238.   Wang C, Wang XH, Nelson AL, Lee, KK Cui YG, Tong JS, Berman N, Lumbreras L, Leung A, Hull L, Desai S, Swerdloff RS: Levonorgestrel implants enhanced the suppression of spermatogenesis by testosterone implants: comparison between Chinese and non-Chinese men. J Clin Endocrinol and Metab, 91(2):460-70, 2005

239.   Castanares M, Vera Y, Erkkila K, Kyttanen S, Lue Y, Dunkel L, Wang C, Swerdloff RS, Sinha Hikim AP: Minocycline up-regulates BCL-2 levels in mitochondria and attenuates male germ cell apoptosis. Biochem Biophys Res Commun. 2005 Nov 18;337(2):663-9

240.   Cohan P, Wang C, McArthur DL, Cook SW, Dusick JR, Armin B, Swerdloff R, Vespa P, Muizelaar JP, Cryer HG, Christenson PD, Kelly DF: Acute secondary adrenal insufficiency after traumatic brain injury: a prospective study. Critical Care Medicine, Crit Care Med. 33(10):2358-2366. 2005.

241.   Sinha Hikim AP, Y Vera, RI Elhag, YH Lue, Y-G Cui, V Pope, A Leung V Atienza, C Wang, RS Swerdloff: Mouse model of male germ cell apoptosis in response to lack of hormonal stimulation. Indian J Exp Biol, 43(11):1048-1057, 2005

242.   Liu PY, Wang C, Swerdloff RS. Male sex matters. Clinical Endocrinology Commentary: Effects of Testosterone on sexual function in men: results of a meta-analysis, Isidori A et al 63(6): 601-602, 2005

243.   Lue YH, C Wang, YX Liu, AP Sinha Hikim, XS Zhang, J Ng, A Leung, RS Swerdloff: Transient testicular warming enhances the suppressive effect of testosterone on spermtaogenesis in adult cynomolgus monkeys (macaca fascicularis). J Clin Endocrinol Metab, 91(2):539-45 2005

244.   Liu, PY, RS Swerdloff, C Wang: Relative testosterone deficiency in older men: clinical definition and presentation. Endocrinol Metab Clin North Am 34(4):957-72. Dec, 2005

245.   Gore JL, RS Swerdloff, J Raifer: Androgen deficiency in the etiology and treatment of erectile dysfunction. Urol Clin North Am 32(4):457-68 vi-vii Nov, 2005

246.    Liu P, C Wang, RS Swerdloff: Does individual response to androgen replacement therapy affect bone density? Nat Clin Pract Endocrinol Metab. 2(2):76-7 Feb 2006

247.    Lu PH, DA Masterman, R Mulnard, C Cotman, B Miller, K Yaffe, E Reback, V Porter, R Swerdloff, JL Cummings: Effects of testosterone on cognition and mood in male patients with mild Alzheimer's disease and healthy elderly men. Archives of Neurology. 63(2):177-85 2006

248.    Zhang XS, ZH Zhang, X Jin, P Wei, XQ Hu, M Chen, CL Lu, YH Lue, ZY Hu, AP Sinha Hikim, RS Swerdloff, C Wang, YX Liu: Dedifferentiation of Adult Monkey Sertoli Cells Through Activation of ERK1/2 Kinase Induced by Heat Treatment. Endocrinology. 147(3):1237-45 2006

249.    Esposito F, JR Dusick, P Cohan, P Moftakhar, D McArthur, C Wang, RS Swerdloff, DF Kelly: Early morning cortisol levels as a predictor of remission after transsphenoidal surgery for Cushing's disease. J Clin Endocrinol Metab. 91: 7-13 2006

250.    Erkkila K, S Kyttanen, M Wikstrom, K Taari AP Sinha Hikim, RS Swerdloff, L Dunkel. Regulation of human male germ cell death by modulators of ATP production. Am J Physiol Endocrinol Metab, 290(6):E1145-54.2006

251.    Itti E, I. T. Gonzalo, A Pawlikowska-Haddal, KB Boone, A Mlikotic, L Itti, FS Mishkin and RS Swerdloff, et al: The structural brain correlates of cognitive deficits in adults with Klinefelter's syndrome. J Clin Endocrinol and Metabol. 91(4):1423-7 2006

252.    Zhang XS, YH Lue, JX Y, SX Tao, SH Guo X Jin T Liu, ZY Hu, CS Han AP Sinha Hikim, RS Swerdloff, C Wang, YX Liu: Expression of orphan receptors TR2, TR3, TR4 and p53 in heat-treated testis of cynomolgus monkeys (Macaca fasicularis), J of Androl. 27 405-413 2006

253.    Vera Y, Erkkila K, Wang C, Nunez C, Kyttanen S, Lue Y, Dunkel L, Swerdloff RS, Sinha Hikim AP.Involvement of p38 mitogen-activated protein kinase and inducible nitric oxide synthase in apoptotic signaling of murine and human male germ cells after hormone deprivation. Mol Endocrinol. Jul;20(7):1597-609. 2006

254.    Nieschlag E, Swerdloff R, Behre HM, Gooren LJ, Kaufman JM, Legros JJ Lunenfeld B, Morley JE, Schulman C, Wang C, Weidner W, Wu FC: Investigation, treatment and monitoring of late-onset hypogonadism in males: ISA, ISSAM, and EAU recommendations. Malta Medical Journal Vol 8, 7-9. 2006

255.    Kelly DF, DL McArthur, H Levin, S Swimmer, JR Dusick, P Cohan, C Wang, RS Swerdloff: Neurobehavioral and quality of life changes associated with growth hormone insufficiency after complicated mild, moderate, or severe traumatic brain injury. J of Neurotrauma 23(6):928-942. 2006

256.    Bhasin S, GR Cunningham, F Hayes, AM Matsumoto, PJ Snyder, RS Swerdloff: Testosterone Therapy in Adult Men with Androgen Deficiency Syndromes: An Endocrine Society Clinical Practice Guideline J Clin Endocrinol & Metabol Jun; 91(6):1995-2010. 2006

257.    Liu PY, RS Swerdloff, PD Christenson, DJ Handelsman, C Wang and the Hormonal Male Contraception Summit Group: B. D. Anawalt, R. A. Anderson W. J. Bremner D. J. Handelsman, J. Elliesen (Schering), Y. Gu W. M. Kersemaekers P. Y. Liu R. I. McLachlan M. C. Meriggiola E. Nieschlag R. Sitruk-Ware R. S. Swerdloff, K. Vogelsong, C. Wang, X. H. Wang, F. C. W. Wu, M. Zitzmann: The Rate, Extent and Modifiers of Spermatogenic Recovery After Hormonal Male Contraception. Lancet, 29;367(9520):1412-20 Apr 2006

258.    Qoubaitary A, C Meriggiola, C Ming Ng, L Lumbreras, S Cerpolini, G Pelusi, PD Christensen, L Hull RS
        Swerdloff, C Wang: Pharmacokinetics of Testosterone undecenoate injected alone or in combination with
        norethisterone enanthate in healthy men. J Androl., 27(6):853-67 Nov-Dec 2006

259.    Swerdloff RS: Testosterone levels in BPH: sexual function and response to therapy with dutasteride
        Commentary on (Marberger M et al 2006 Relationship among serum testosterone, sexual function, and
        response to treatment in men receiving dutasteride for benign prostatic hyperplasia. J Clin Endocrinol Metab
        91: 1323-1328 Nature Clinical Practice Urology 2006

260.    Liu, PY, C Wang, RS Swerdloff: Does individual response to androgen replacement therapy affect bone
        density? Nat Clin Pract Endocrinol Metab. 2006 Feb;2(2):76-7.

261.    Amory J, C Wang, RS Swerdloff, BD Anawalt, AM Matusmoto, WJ Bremner, SE Walker, LJ Haberer, RV
        Clark: The Effect of 5 alpha reductase inhibition with dutasteride and finastride on semen parameters and
        serum hormones in healthy men. J Clin Endocrinol Metabol, May;92(5):1659-65 2007

262.    Lue YH, K Erkkila, PY Liu, K Ma, C Wang, AP Sinha Hikim and RS Swerdloff:  Fate of Bone Marrow Stem
        Cells Transplanted into the Testis: Potential Implication for Men with Testicular Failure. The American
        Journal of Pathology 170(3):899-908 2007

263.    Wang C, YG Cui, XH Wang, Y Jue, AP Sinha Hikim, YH Lue, JS Tong, LX Qian, JH Sha, ZM Zhou, PD
        Christenson, L Hull, A Leung, RS Swerdloff: Transient scrotal hyperthermia and levonorgestrel enhance
        testosterone induced spermatogenesis suppression in men through increased germ cell apoptosis. J Clin
        Endocrinol Metabol, Aug;92(8):3292-304 2007

264.    Jia Y, AP Sinh Hikim, YH Lu, RS Swerdloff, Y Vera, XS Zhang, ZY Hu, YC LI, YX Liu, C Wang: Signaling
        pathways for germ cell death in adult cynomolgus monkeys (macaca fascicularis) induced by mild testicular
        hypothermia and exogenous testosterone treatment. Biol Reprod.  Jul;77(1):83-92 2007

265.    Sicotte NL, BS Giesser, B Steiner, R Klutch, V Tandon, AE Drain, DW Shattuck, L Hull, RS Swerdloff, RR
        Voskuhl: Testosterone treatment in multiple sclerosis: a pilot study. Arch Neurol. May;64(5):683-8. 2007

266.    Schwarcz M, RS Swerdloff and C Wang: Approaches to Testosterone Supplementation in the Young Adult
        Male. Current Sexual Health Reports 4:169-174, 2007.

267.    Liu PY, RS Swerdloff, BD Anawalt, RA Anderson WJ Bremner, J Elliesen, Y Gu, WM Kersemaekers, RI
        McLachlan, MC Meriggiola, E  Nieschlag, R Sitruk-Ware, K Vogelsong, XH Wang, FCW Wuy, M Zitzmann,
        DJ Handelsman, C Wang: Determinants of the rate and extent of spermatogenic suppression during
        hormonal male contraception: an integrated analysis. J Clin Endocrinol Metabol May;93(5):1774-83 2008.

268.    Swerdloff, RS, C Wang: Free testosterone measurement by the analog displacement direct assay: old
        concerns and new evidence. Clin Chem. 2008 54(3):458-60.

269.    Amory JK, BD Anawalt, AM Matsumoto, ST Page, WJ Bremner, C Wang, RS Swerdloff, RV Clark:
        The Effect of 5a-Reductase Inhibition with Dutasteride and Finasteride on Bone Mineral Density, Serum
        Lipoproteins, Hemoglobin, PSA and Sexual Function in Healthy Young Men. J of Urology 179 pp 2333-2338.
        2008

270.    Bavisetty S, McArthur DL, J Dusick, C Wang, P Cohan, WJ Boscardin, RS Swerdloff, H Levin, DJ Chang, JP
        Muizelaar, D Kelly: Chronic Hypopituitarism after traumatic brain injury: risk assessment and relationship to
        outcome. Neurosurgery Vol 62 No5, pp 1080-1093. 2008

271.    Dusik JR, C Wang, PJ Cohan, RS Swerdloff, DF Kelly: Pathophysiology of hypopituitarism in the setting of brain injury. Pituitary, 2008

272.    Morgentaler A, A Dobs, AM Kaufman MM Miner, R Shabsigh, RS Swerdloff, C Wang: Long-Acting testosterone undecenoate therapy for men with hypogonadism: results of a pharmacokinetic clinical study. J Urol Dec;180(6):2307-13. 2008

273.    Shiraishi S, P Lee, A Leung, V Goh, RS Swerdloff, C Wang: Simultaneous Measurement of Serum Testosterone and dihydrotestosterone by Liquid Chromotography Tandam Mass Spectometry. Clin Chem Nov;54(11):1855-63 2008

274.    Wang C, Nieschlag E, Swerdloff RS, Behre HM, Hellstrom WJ, Gooren LJ, Kaufman JM, Legros JJ, Lenenfeld B, Morales A, Morley JE, Schulman C, Thompson I, Weidner W, Wu F. ISA, ISSAM, EAU, EAA, and ASA Recommendations for the Investigation, Treatment, and Monitoring of Late-Onset Hypogonadism in Males. J Androl..2008

275.    Wang C, Nieschlag E, Swerdloff RS, Behre HM, Hellstrom WJ, Gooren LJ, Kaufman JM, Legros JJ, Lenenfeld B, Morales A, Morley JE, Schulman C, Thompson I, Weidner W, Wu F. ISA, ISSAM, EAU, EAA, and ASA Recommendations for the Investigation, Treatment, and Monitoring of Late-Onset Hypogonadism in Males. Aging Male. Sep 1:1-8 2008 [e-pub]

276.    Cui Y, Zhu H, Zhu Y, Guo X, Huo R, Wang X, Tong J, Qian L, Zhou Z, Jia Y, Lue YH, Hikim AS, Wang C, Swerdloff RS, Sha J.Proteomic Analysis of Testis Biopsies in Men Treated with Injectable Testosterone Undecanoate Alone or in Combination with Oral Levonorgestrel as Potential Male Contraceptive. J Proteome Res. 2008; 7(9):3984-3993.

277.    Dusick J, N Fatemi, C Mattozo D McArthur, p Cohan, C Wang, R Swerdloff, D Kelly Pituitary function after endonasal surgery for non-adenomatous parasellar tumors: Rathke's cleft cysts, craniopharyngiomas and meningiomas. Surgical neurology, Nov;70(5):482-90; discussion 490-1 2008

278.    Johnson C, Jia Y, Wang C, Lue Y, Swerdloff RS, Zhang X-S, Hu Z-Y, Li Y-C, Liu Y-X, Sinh Hikim AP: Role of caspase 2 in apoptotic signaling of primate and murine germ cells.  Biol Reprod Nov;79(5):806-14 2008

279.    Wang C, Shiraishi S, Leung A, Baravarian S, Hull L, Goh V, Lee PW, Swerdloff RS. Validation of a testosterone and dihydrotestosterone liquid chromatography tandem mass spectrometry assay: Interference and comparison with established methods.Steroids. Dec 12;73(13):1345-52. 2008.

280.    Swerdloff RS, C Wang: Free testosterone measurement by the analog displacement direct assay: old concerns and new evidence.Clin Chem. 2008 54(3):458-60.

281.    Diaz-Arjonilla M, M Schwarcz, Swerdloff RS, Wang C: Obesity, low testosterone levels and erectile dysfunction. 2008 [e-pub]

282.    Fatemi N, JR Dusick, C Mattozo, DL McArthur, PJ Cohan, J Boscardin, C Wang, RS Swerdloff, D Kelly: Pituitary hormonal loss and recovery after transsphenoidal adenoma removal. Neurosurgery, 63(4) p709-719 2008

283.    Lue, YH, C Wang, YG Cui, XH Wang, JH Sha, ZM Zhou, J Xu, C Wang, AP. Sinha Hikim, RS Swerdloff Levonorgestrel enhances testosterone in suppressing spermatogenesis by greater alteration of testicular gene expression in men  Biol Reprod, 2008 [e-pub]

284.    Guo J, Y Jia S Tao, Y Li, X Zhang, Z Hu, N Chiang, YH Lue, AP Sinha Hikim, RS Swerdloff, C Wang, Y

Liu: Expression of nitric oxide synthase (NOS) during germ cell apoptosis in testis of cynomolgus monkeys after testosterone, heat, and heat plus testosterone treatment J Androl. 2008 Oct 2. [Epub ahead of print].

**B.     RESEARCH PAPERS - PEER REVIEWED (IN PRESS)**

1.      Wang C, and RS Swerdloff: Practical aspects of testosterone substitution ART in the Aging Male J Endocrinology Investigations, 2005

2.      Swerdloff RS, and C Wang: Transdermal Androgens: Pharmacology and Applicability to Hypogonadal Elderly Men ART in the Aging Male J Endocrinology Investigations, 2005

3.      Cooper TG, C Wang, A Leung, RS Swerdloff, K Kula, J Slowikowska-Hilczer, E Oszukowska, U Paasch, H Glander, W-B Schill, H-C Shuppe, E Nieschlag: Quality control of sperm morphology and motility during a multicentre clinical study. Fertil & Steril 2005

4.      Ilani N, C Wang, RS Swerdloff: Transdermal Androgens: Pharmacology and Applicability to Hypogonadal Elderly Men. Sociedd Iberoamericana de Informacion Cientifica (SIIC) the Journal Salud Ciencia Invited Expert, Dec, 2007

**C.     RESEARCH PAPERS - PEER REVIEWED (SUBMITTED)**

1.      Wang, C., Leung, A, Baravarian, S. Berman, N. McDonald, V., Swerdloff, R.S.: Are there differences in daily sperm output between Caucasian and Asian men?  Fertil Steril

3.      Lue, YH, C Wang, JP Lydon, AP Sinha Hikim, K Ma, A Leung, and RS Swerdloff Effect of Levonorgestrel on Spermatogenesis and Functional Role of Progesterone Receptor in the Testis Endocrinology, 2006

4.      Haddal A, IT Gaw Gonzalo, PY Liu JA Brasel, C Wang, C Vadheim, N Berman, B Clevenger, RS Swerdloff: The clinical neurocognitive and psychosocial profile of adolescent and adult males with nonmosaic Klinefelter syndrome: a matched case-control survey J Clin Endocrinol Metab 2006

5.      Cui Y, Y Zhu, Y Jia, YH Lue, AP Sinha Hikim, XH Wang, J Ton LX Qian, Z Zhou, C Wang, RS Swerdloff, J Sha: Proteomic Analysis of Testes in Man Treated with Injectable Testosterone Undecanoate. J Clin Endocrinol Metab 2007

6.      Rogol AD, RS Swerdloff, T ZumBrunnen, S Fitzpatrick, G Pratt, C McWhirter, JJ Brennan, H Lagast: Pharmacokinetic Evaluation of Testosterone gel 1% in peripubertal males J Clin Endocrinol Metab, 2007

7.      Rogol AD, RS Swerdloff, T ZumBrunnen, S Fitzpatrick, G Pratt, C McWhirter, JJ Brennan, H Lagast: An Open-Label Study to Determine the Safety and Clinical Response to Transdermal Testosterone Gel 1% (AndroGel®) in Adolescent Males with Delayed Pubertal Development J Clin Endocrinol Metab, 2007

10.     Yue J, J Castellanos, Y Vera, C Wang, YH Lue, RS Swerdloff, AP Sinha Hikim: Inhibition of the activation of p 38 mitogen-activated protein kinase by SB 203580 prevents germ cell apoptosis of murine induced by transient scrotal hyperthermia. J Biological Chemistry 2008

12.    Jasuja R, J Ulloor, CM Yengo, K Choong, AY Istomin, DR Livesay, DJ Jacobs, RS Swerdloff J Miksowska, RW Larsen, S Bhasin: Kinetic and thermodynamic characterization of dihydrotestosterone-induced conformational perturbations in androgen receptor ligand binding domain

15.    Wang C, E Nieschlag, A Morales, L Gooren, E Nieschlag, JJ Legros, F Wu, J Morely, J Kaufman, RS Swerdloff: ISA/ISSAM/EAU/ EAA Recommendations on Testosterone Treatment of Late onset hypogonadism. European Journal of Urology, 2008

16.    Liu PY, K Erkkila, JD Jentsch, YH Lue, MD Schwarcz, D Abuyoumes, C Wang, RS Swerdloff Genetic & Hormonal control of gender preference and social behavior of XXY mice. PNAS; Endocrinology, 2008

17.    Jasuja R, RS Swerdloff:        Mol Endo, 2008


## D.    RESEARCH PAPERS - NON-PEER REVIEWED

1.    Odell, W.D., Reichert and R.S. Swerdloff:  Correlation between bioassay and immmunoassay of human luteinizing hormone.  In:  Gonadotropins, E. (ed), Geron-X. Los Altos, California, 1968 pp. 401-407.

2.    Andres, R., H. Langs, T. Pozefsky, R.S. Swerdloff and R.I. Gregerman:  Alteration in carbohydrate metabolism with age: Quantitation and investigations into the underlying mechanism.  7th International Congress of Gerontology, Vienna 1: 351-353, 1966.

3.    Andres, R., R.S. Swerdloff and J.D. Tobins:  The effect of age on plasma insulin response to hyperglycemia:  Studies in man with servo-control technique.  In:  Proc. of the 8th
International Congress of Gerontology, Federation of American Societies for Experimental Biology, Bethesda, Maryland, 1969.

4.    Odell, W.D., G. Abraham, H. Raud, R.S. Swerdloff and D.A. Fisher:  Influence of immunization procedures on the titer, affinity and specificity of antisera to glycopolypeptides.  In: Karolinska Symposia on Research Methods in Reproductive Endocrinology, First Symposium, Immunoassay of Gonadotropins, Acta Endocrinol. (Suppl 1) 142: 54-76,1970.

5,    Andres, R., T. Pozefsky, R.S. Swerdloff and J.D. Tobin: Effect of aging on carbohydrate metabolism.  Suppl. 1 to Advances in Metabolic Disorders, Proceedings of the First International Symposium, R.A. Camerini-Davalos and H.S. Cole (eds), New York, Academic Press, 1970, pp. 349-355.

6.    Odell, W.D., R.S. Swerdloff, G. E. Abraham, H.S. Jacobs and P.C. Walsh:  Pituitary gonadal interrelations.  In:  Control of Gonadal Steroid Secretion, D.T. Baird and J.A. Strong (eds), Edinburg University Press, and Williams & Wilkins Co., Baltimore, pp. 31-64, 1971.

7.    Odell, W.D. and R.S. Swerdloff:  The role of the gonads in sexual maturation.  In:  The
Control of Onset of Puberty. M.M. Grumbach, G.D. Brave, F.E. Mayer (Eds.), J. Wiley and Sons, Inc., New York, New York, Chapter 11:313-332, 1974.

8.    Odell, W.D. and R.S. Swerdloff:  Maturation of sexual function.  In:  Puberty, Biologic and Psychosocial Components.  S.R. Berenberg (ed), H.E. Stenfort-Kroese, B.V. Leiden,
Netherlands, 1975, pp. 88-105.

9.    Swerdloff, R.S. and W.D. Odell:  Gonadal factors in puberty.  5th International Congress of Endocrinology, V.H.T.  James (ed), Excerpta Medica, Amsterdam, 1:282-286, 1976.

10.  Braunstein, G.D. and R.S. Swerdloff:  Effect of aqueous extracts of bull and rat testicles on serum FSH and LH in the acutely castrate male rat.  In:  The Testis in Normal and Infertile Men.  P. Troen and H.R. Nankin (eds), Raven Press, New York, pp. 281-291, 1977.

11.  Swerdloff, R.S. and W.D. Odell:  Modulating influences of FSH, GH and prolactin on LH stimulated testosterone secretion.  In:  The testis in normal and infertile men, R. Troen and H.R. Nankin (eds), Raven Press, New York, 1977.

12.  Swerdloff, R.S., A. Palacios, R.D. McClure, L.A. Campfield, S. A. Brosman:  Clinical evaluation of testosterone enanthate in the reversible suppression of spermatogenesis in the human male:  Efficacy, mechanism of action and adverse effects.  Proc. Hormonal Control of Male Fertility, 1977. U.S. Dept. Health, Education and Welfare, NIH, D.J Patanelli (ed), 1978, p. 41.

13.  Swerdloff, R.S. and S. Bhasin:  Hormonal effects of GnRH agonist in the human male: an approach to male contraception using combined androgen and GnRH agonist treatment.  LHRH and Its Analogues: Basic and Clinical Aspects, F. LaBrie, A.Belanger, A. Dupont (eds), Excerpta Medica, pp. 287-304, 1984.

14.  Bhasin, S. and R.S. Swerdloff:  Rat testicular GnRH-like factors.  In: gonadal proteins and peptides and their biological significance, M.R. Sairam and L.E. Atkinson (eds), World Scientific Publishing Co., Singapore, pp. 327-337, 1984.

15.  Swerdloff, R.S. and S. Bhasin:  A new approach to male contraception using combined androgen and GnRH agonist treatment.  In: Methods for the regulation of male fertility, T.C.A. Kumar and G.M.H. Waites (eds), Indian Council of Medical Research, New Delhi, India, p. 14-25, 1984.

16.  Bhasin, S., T.J. Fielder, N. Peacock and R.S. Swerdloff:  Disassociating antifertility effects of a GnRH antagonist from its adverse effects on the mating behavior - the critical importance of testosterone dose.  In: Male contraception - advances and future prospects, Harper and Row, 1985.

17.  Swerdloff, R.S.:  Infertility: The man's role and the problem.  UCLA Health Insights, 1988.

18.  Wang, C. and R. S. Swerdloff:  Male infertility - overview of current therapy.  Proceedings of 13th World Congress on Fertility and Sterility, Marrakesh, B. Boutaleb (ed), Parthenon Publishing, Casterton Hall, UK, Vol 1, Chapter 3, 1990.

19.  Swerdloff, R.S., L.K.S. Tom, W. Salameh, B. Steiner, M. Peterson, J. Rivier, W. Vale and S. Bhasin:  Male contraception:  Achievement of reversible azoospermia by combined gonadotropin releasing hormone antagonist and testosterone enanthate.  Proceedings of Tianjin International Symposium on LHRH Analogues, Tianjin, PRC, September 24, 1991.

20.  Wang C., R. S. Swerdloff: Clinical and laboratory evaluation of male infertility, American  Association for Clinical Chemistry, Inc., Education Department, Washington D.C., January, 1992

21.  Swerdloff, R.S., S. Bhasin and L. Tom:  GnRH analogs in male contraceptive trials. In: Infertility and reproductive medicine clinics of North America, M, Henzl (ed), W.B. Saunders Company, Philadelphia, PA, January 1993.

22.  Wang, C., R.S.Swerdloff and G.M.H. Waites: Male Contraception: 1993 and Beyond.  International Symposium on Contraceptive Research and Development for the Year 2000 and Beyond, Mexico City, Mexico March 8-10, 1993.

23.     Swerdloff, R.S., Y.H. Lue, C. Wang, T. Rajavashisth, A.P. Sinha Hikim: Hormonal regulation of germ cell apoptosis. In: XIVth Testis Workshop: Germ Cell Development, Division, Disruption and Death. (Zirkin BR, ed), Serono Symposium, Springer-Verlag, Norwell, MA, 1998, pp 150-164.

24.     Sinha Hikim, AP, RS, Swerdloff: Does Germ Cell Apoptosis Play a Role in Clinical Andrology? American Society of Andrology Post graduate Course. April, 1999

25.     Swerdloff RS, Chair Andropause Conference, S Bhasin, M Blackman, G Cunningham, A Dobs, A Iranmanesh, A Matsumoto, J Morley, C Wang: Summary of the consensus session from the 1st annual andropause consensus 2000 meeting, Endocrine Society (publisher) April, 2000

26.     Swerdloff, RS: Testosterone Replacement Therapy in Me: Emerging Clinical Issues.  Clinical Bulletin sponsored by Endocrine Society CMES, 2000

27.     Swerdloff, RS: Identifying testosterone deficiency in the aging man. Testosterone deficiency in men. Best practices for diagnosis and treatment. Journal of Family Practice Health Media Dowden pp3-5 2005 (faculty chair for supplement)


E.      **RESEARCH PAPERS - NON-PEER REVIEWED (IN PRESS)**


F.      **REVIEWS/COMMENTARIES**

1.      Swerdloff, R.S. and W.D. Odell:  Gonadotropins:  Present concepts in the human.  California Medicine 109: 467-485, 1968.

2.      Swerdloff, R.S.:  Treatment of hyperthyroidism.  In: Symposium on Hyperthyroidism, W.D. Odell, D.A. Fisher, S.G. Korenman, D.H. Solomon and R.S. Swerdloff (contributors).  California Medicine 113: 55-65, 1970.

3.      Swerdloff, R.S.:  Pheochromocytoma.  In: Catecholamine Symposium.  G.A. Bray, V. Dequattro, D.A. Fisher, M.A. Goldberg, W.D. Odell and M.A. Sperling (contributors).  California Medicine 117: 32-61,1972.

4.      Swerdloff, R.S.:  Atypical diabetic coma.  Discussants: G.A. Bray, R.H. Fiser, D.A. Fisher, W.D. Odell, D. Rimoin and M.A. Sperling.  Symposium:  The Obese Diabetic:  A Symposium on New Developments. California Medicine 119: 14-47, 1973.

5.      Swerdloff, R.S.:  Mechanism of action, efficacy and introduction of complications of systemic contraceptive agents.  In:  Complications of systemic contraceptive agents symposium, R.S. Swerdloff (moderator), W.D. Odell, G.A. Bray, R.H. Fiser, A.R. Wolfsen, D.A. Fisher and M.A. Sperling (contributors).  Western J. Med. 122: 20-49, 1975.

6.      Odell, W.D. and R.S. Swerdloff:  Male hypogonadism.  Western Journal of Medicine 124: 446-475, 1976.

7.      Haider, M. and R.S. Swerdloff:  Radioimmunoassay of steroid hormones. In:  Clinical immunochemistry - chemical and cellular cases and applications in disease.  S. Natelson, R. Perce and A. Dietz (eds), The American Association for Clinical Chemistry, Washington, D.C., 1978, p. 409-428.

8.      Swerdloff, R.S.:  Physiological control of puberty.  Medical Clinics of North America 62: 351, 1978.

9.      Odell, W.D. and R.S. Swerdloff:  Abnormalities of gonadal function in men.  Clini Endocrinol 8:149-180, 1978.

10.    Swerdloff, R.S. and S.P. Boyers:  Evaluation of the male partner of an infertile couple:  An algorithmic approach.  JAMA 247: 2418-2422, 1982.

11.    de Kretser, D.M. and R.S. Swerdloff:  Eunuchoidism.  Medicine International 1: 308-310, 1981.

12.    Handelsman, D.J. and R.S. Swerdloff:  Male gonadal dysfunction.  Clinics in Endo and Metab 14:89-124, 1985.

13.    Swerdloff, R.S., J.W. Overstreet, R.Z. Sokol and J. Rajfer:  Infertility in the male (UCLA Conference, December 1984).  Annals of Internal Medicine

14.    Swerdloff, R.S., C. Wang and F.R. Kandeel:  Evaluation of the infertile couple.  Endocrinology and Metabolism Clinics of North America 17:301-337, 1988.

15.    Wang, C. and R.S. Swerdloff:  Management of the infertile male.  First Post-Graduate Course on Clinical Reproductive Endocrinology and Infertility Proceedings, Excerpta Medica Asia, 1989, pp. 61-65

16.    Swerdloff, R.S.:  Regulation of the male reproductive system.  First Post-Graduate Course on Clinical Reproductive Endocrinology and Infertility Proceedings, Excerpta Medica Asia, 1989, pp. 35-46.

17.    Swerdloff, R.S. and C. Wang:  Assessment of the infertile male.  First Post-Graduate Course on Clinical Reproductive Endocrinology and Infertility Proceedings, Excerpta Medica Asia, 1989, pp. 47-54.

18.    Bardin, C.W., R.S. Swerdloff and R.J. Santen:  Androgens:  Risks and Benefits.  J. Clin. Endocrinol. Metab. 73:4-7, 1991.

19.    Swerdloff, R.S. and C. Wang: Androgens and aging in men. Exp. Gerontol. 28:435-446, 1993

20.    Tom, L.K.S. and R.S. Swerdloff:  GnRH Antagonists:  Possibilities for a male contraceptive.  The Endocrinologist 2:133-137, 1992.

21.    Swerdloff, R.S. and C. Wang:  Androgen deficiency and aging in men.  Western J. Med, 159:579-585, 1993.

22.    Wang, C. and R.S. Swerdloff: Androgens.  Proceedings from the symposium "Gangguan Fungsi Seksual Pada Diabetes Mellitus Dan Penyakit Metabolik Lain, pp 1-16, 1995.

23.    Wang C, Swerdloff, RS Androgen replacement therapy. Ann Med 29:365-370, 1997.

24.    Guay, A, H. Nankin, S. Bansal, R. Spark, RS Swerdloff, et al: AACE clinical practice guidelines for the evaluation and treatment of male sexual dysfunction. Endocrine Practice, 4:219-235, 1998.

25.    Sinha Hikim AP, Swerdloff RS Hormonal and genetic control of germ cell apoptosis.  Rev Reprod 4: 38-47. 1999

26.    Lunenfeld B., E. Diczfalusy, C. Schulman, E. Heikkinen, H. Hermanova, D. Crook, R. Swerdloff, J. Kaufman, J.P. Michel, R. Bonita, T. Rantanen, W. Chodzko-Zajko, H. Justl, H. Deets, G. Benagiano, T. Petersen: Men, Ageing, and Health.  Ageing and Health Mental Health and Social Change.  World Health Organization. Geneva, 2000

27.    Swerdloff, Ronald: PIER Module, Male Hypogonadism, American College of Physicians/American Society of Internal Medicine. 2001

28.     Kandeel FR, VKT Koussa, RS Swerdloff: Male sexual function and its disorders: physiology, pathophysiology, clinical investigation and treatment. Endocrine Reviews, 22(3):342-388. 2001

29.     Wang, C. RS Swerdloff: Hormonal Male Contraception. Contemporary Endocrinology: Hormone Replacement Therapy (ed AW Meikle) Humana Press Inc., Totowa, NJ. March, 2001

30.     Wang, C., RS Swerdloff: Androgen Pharmacology and Delivery Systems. Contemporary Endocrinology: Androgens in Health and Disease (ed C. Bagatell and WJ Bremner) Humana Press Inc Totowa, NJ. Pp 141-153. January, 2002

31.     Wang C, Sinha Hikim, AP, Ferrini M, Bonavera JJ, Vernet D, Leung A, Lue YH, Gonzalez-Cadiavid NF, Swerdloff RS: Male reproductive ageing: using the brown Norway rat as a model for man. Novartis Found Symp.;242:82-95. 2002

32.     Swerdloff RS, C Wang: Transdermal androgens: pharmacology and applicability to hypogonadal elderly men. J Endocrinol Invest. 28(3 Suppl):112-6. 2005

33.     Wang C, RS Swerdloff: Practical aspects of testosterone substitution. J Endocrinol Invest. 5:28 (3suppl): 109-11. 2005

34.     Liu,P.Y., Wang,C., & Swerdloff,R.S. (2006) Does individual response to androgen replacement therapy affect bone density? Nat.Clin.Pract.Endocrinol.Metab 2, 76-77.

35.     Liu PY, Wang C, Swerdloff RS.  Male sex matter.  Clin Endocrinol (Oxf), 63:601-602, 2005.

36.     Wang Christina, Christenson Peter, Swerdloff Ronald. Clinical Relevance of racial and ethnic differences in sex steroids. Journal of Clinical Endocrinology and Metabolism. 2007 July; 92(7):2433-5.

37.     Swerdloff RS Practice Point Should hypogonadal men who are suboptimally responsive to testosterone gel switch to another gel preparation? Commentary on Efficacy of changing testosterone gel preparations (AndroGel or Testim) among suboptimally responsive hypogonadal men. Nat Clin Pract Urol. 2008 Mar 4

38.     Reply to Dr Ponholzer and Dr Madersbacher's Letter to the Editor re: Christina Wang, Eberhard Nieschlag, Ronald Swerdloff et al. Investigation, Treatment, and Monitoring of Late-Onset Hypogonadism in Males: ISA, ISSAM, EAU, EAA.  EURURO2848 European Urology


**G.     REVIEWS (IN PRESS)**

**H.     REVIEWS/COMMENTARIES (SUBMITTED)**

1.      Diaz-Arjonilla M, M Schwarcz, R.S. Swerdloff, and C Wang Obesity, low testosterone, and erectile dysfunction. IJIR, 2008


**I.      BOOK CHAPTERS**

1.      Odell, W.D. and R.S. Swerdloff:  Radioimmunoassay of LH and FSH in human serum.  In: Radioisotopes in Medicine:  In Vitro Studies, R.L. Hayes, F.A. Goswitz and B.E.P. Murphy (eds), A.E.C.  Symposium Series No 13 (Conf-67111), Oak Ridge, Tennessee, pp. 165-183, 1968.

2.      Odell, W.D., R.S. Swerdloff and H.R. Raud:  Assay of gonadotropins in biological fluids.  In: laboratory tests in diagnosis and investigation of endocrine function, Ed. 2, R.F. Escammila (ed).  F.A. Davis Co., Philadelphia, 1971.

3.      Odell, W.D., J. Bain, R.S. Swerdloff and A. Nichols:  Diagnosis of endocrine disorders by radioisotopic methods.  Presented at the 13th Oak Ridge Symposium on Nuclear Medicine, 1971. In:  Symposium Series on Clinical Uses of Radionucleides:  Critical Comparison with Other Techniques, AEC, National Tech. Info. Services, National Bureau of Standards, U.S. Dept. of Commerce, Springfield, Virginia, 1971.

4.      Swerdloff, R.S.  Contraception:  Current status of hormonal agents.  In:  Endocrinology and Diabetes, Grune and Stratton, New York, 1975, p. 239.

5.      Steinberger, E., R.S. Swerdloff and R. Horton:  The control of testicular function.  A review of investigations conducted on testicular function and its control in the last 10-15 years.  In: Frontiers in Reproduction and Fertility Control, R. Greep (ed), M.I.T. Press, Boston, Mass., 1977, pp. 264-292.

6.      Swerdloff, R.S. and A.R. Glass:  Male reproductive abnormalities.  In:  Endocrine Pathophysiology - A Patient Oriented Approach.  J.M.  Hershman (ed), Lea 'Febiger, Philadelphia, 1977, p. 177.

7.      Swerdloff, R.S.:  Physiology of male reproduction - Hypothalamic-pituitary function, the hypothalamic-pituitary-gonadal axis. In:  Campbell's Urology, 4th Edition, J. Hartwell Harrison (ed), W.B. Saunders Company, Philadelphia, 1978, pp. 125-133.

8.      Odell, W.D., R.S. Swerdloff and F. Wollesen:  Selected aspects of control of LH and FSH secretion in women.  In:  Endocrine function of the human ovary, V.H.T. James, M. Serio, G. Giusti (eds), Academic Press, New York, 1976, 89-

9.      Swerdloff, R.S.:  Evaluation of reproductive function.  In:  Radioimmuno-assay Manual, 3rd Edition, Nichols Institute, 1976.

10.     Swerdloff, R.S. and D. Heber:  Endocrine control of testicular function from birth to puberty.  In: The Testis, H. Burger (ed), Raven Press, New York, 1981, p. 107-26.

11.     Swerdloff, R.S. and R.Z. Sokol:  Male reproductive abnormalities.  In:  Endocrine Pathology, Vol. II, J. Hershman (ed), Lea 'Febiger, Philadelphia, 1980

12.     Swerdloff, R.S. and D. Heber:  Effects of aging on male reproductive function.  In:  The Endocrinology of Aging, S. Korenman (ed), Elsevier, North Holland, New York, 1982.

13.     Swerdloff, R.S. and D.M. de Kretser:  Endocrine evaluation of the infertile male.  In:  Infertility in the Male, L. Lipschultz and S. Howards (ed), Churchill Livingstone, Inc., New York, 1983, pp 207-216.

14.     Swerdloff, R.S.:  Evaluation and treatment of the anovulatory woman. In:  Syllabus.  Thirty-third Annual Postgraduate Assembly of the Endocrine Society, The Endocrine Society, 1981, pp 256-273

15.     Swerdloff, R.S. and D. Heber:  Modern management of male hypogonadism. In:  Endocrinology for the Practicing Internist, H. Carlson (ed).  pp. 207-222, 1983.

16.    Swerdloff, R.S. and A.R. Glass: Male reproductive abnormalities. In: Endocrine Pathophysiology: A patient-oriented approach, J.M. Hershman (ed). pp. 157-170, 1982.

17.    Sokol, R.Z. and R.S. Swerdloff: Hypogonadism-androgen therapy, current therapy in endocrinology, 1983-84. D. Krieger and C.W. Bardin (eds.). Burlington, Ontario, 1983, pp. 345-350.

18.    Sokol, R.Z. and R.S. Swerdloff: Hypogonadism - Androgen therapy. In: Current Therapy in Internal Medicine, T.M. Bayless, M.C. Brain and R.M. Cherniack (eds). B.C. Decker, Inc., Philadelphia, pp 545-552, 1984

19.    Swerdloff, R.S. and R.Z. Sokol: Male contraception. In: Medicine de la Reproduction, Volume II, P. Mauvais-jarvis, G. Schaison, J. Mahoudeau and P. Bouchard (eds), Flammarion, Paris, pp. 415-419, 1984.

20.    Swerdloff, R.S. and D. Heber: Superactive GnRH agonists. In: The Annual Review of Medicine: Selected topics in the Clinical Sciences, W.P. Creger (ed), Annual Reviews, Inc., Palo Alto, CA 34: 491-500, 1983.

21.    Sokol, R.Z. and R.S. Swerdloff: Male infertility: - Diagnosis and medical management. In: Infertility - Diagnosis and Management, E.J. Aiman (ed), Springer/Verlag, N.Y., pp. 185-197, 1984.

22.    Swerdloff, R.S. and S. Bhasin: Male reproductive physiology In: Infertility - Diagnosis and Management, E.J. Aiman (ed.), Springer/Verlag, pp. 177-184, 1984.

23.    Swerdloff, R.S. and D. Heber: Effects of combined GnRH agonists and testosterone on testicular function in man and experimental animals. Proc. Recent Advances in Male Reproduction, Catania-Taormina, Italy, Raven Press, Vol. 7, R. D'Agata, H.B. Lipsett and H.J. Van der Molen, (eds), 1983.

24.    Swerdloff, R.S.: Clinical disorders of testicular function. In: Syllabus. 1982 Postgraduate Assembly of The Endocrine Society, The Endocrine Society, 1982.

25.    Heber, D. and R.S. Swerdloff: GnRH antagonists: Potential as male contraceptives - Studies in the rat. In: LHRH and its Analogs - A New Class of Contraceptive and Therapeutic Agents, B. Vickery and J. Nestor (eds), MTP Press Ltd., Lancaster, England, pp. 153-160, 1984.

26.    Swerdloff, R.S. and D. Heber: Clinical studies of GnRH agonist in the male. In: LHRH and its Analogs - A New Class of Contraceptive and Therapeutic Agents, B. Vickery and J. Nestor (eds), MTP Press, Ltd., Lancaster, England, pp. 257-269, 1984.

27.    Bhasin, S. and R.S. Swerdloff: Hypothalamic hypogonadism. In: Special Topics in Endocrinol and Metab, M.P. Cohen and P.P. Foa (eds), Alan R. Liss, Inc., New York, Vol. 7: 237-266, 1985.

28.    Swerdloff, R.S.: Physiology of male reproduction - Hypothalamic-pituitary function, the hypothalamic-pituitary-gonadal axis. In: Campbell's Urology, 5th Edition, J. Hartwell Harrison (ed), W.B. Saunders Company, Philadelphia, 186-200, 1985.

29.    Sokol, R.Z. and R.S. Swerdloff: Practical considerations in the use of androgen therapy. In: Male Sexual dysfunction, R.J. Santen and R.S. Swerdloff (eds), Marcel Dekker, Inc., New York, p. 211-226, 1985.

30.     Bhasin, S. and R.S. Swerdloff:  Toward development of male contraceptives.  In:  Male Sexual Dysfunction, R.J. Santen and R.S. Swerdloff (eds), Marcel Dekker, Inc., New York, p. 579-600, 1985.

31.     Swerdloff, R.S. and R.Z. Sokol:  Manifestations of androgen deficiency and effects of androgen therapy. In:  Reproductive Medicine, E. Steinberger, G. Frajese and A. Steinberger (eds), Serono Symposia, Vol. 29, Raven Press, New York, 1986.

32.     Bhasin, S., T.J. Fielder and R.S. Swerdloff:  Dissociating antifertility effects of a GnRH antagonist from its adverse effects on the mating behavior - the critical importance of testosterone dose. In: Male Contraception - Advances and Future Prospects, G.I. Zatuchni, A. Goldsmith et al. (eds), Endocrine Patho-physiology, 2nd edition Harper and Row, P. 329-335, 1986.

33.     Bhasin, S. and R.S. Swerdloff:  Male reproductive disorders.  In:  Manual of Endocrinology and Metabolism.  N. Lavin (ed), Little Brown and Company, Boston, Massachusetts, 1986.

34.     Bhasin, S. and R.S. Swerdloff:  Normal and abnormal pubertal development.  In:  Urologic Endocrinology, J. Rajfer (ed), W.B. Saunders Co., Philadelphia, pp. 299-315, 1986.

35.     Swerdloff, R.S. and W.J. Raum:  Neuroendocrine control of reproduction.  In:  Encyclopedia of Neuroscience, G. Adelman (ed), Birkhauser, Inc., Boston, pp. 1048-50, 1987.

36.     Swerdloff, R.S. and S. Bhasin:  Hypothalamic-pituitary disorders in male infertility.  In:  Pathology of Infertility., B. Gondos (ed), Thieme Medical Publishers, New York, 1987.

37.     Swerdloff, R.S., S. Bhasin:  Male reproductive abnormalities.  In:  Endocrine pathophysiology: A patient oriented approach. 3rd edition, J.M. Hershman (ed), Lea & Febiger, Philadelphia, pp. 183-202, 1987.

38.     Bhasin, S. and R.S. Swerdloff:   Contraceptive studies with luteinizing hormone-releasing hormone agonists.  In:  Seminars in Reproductive Endocrinology, Vol. 5, R. Asch (ed), Thieme Medical Publishers, New York, pp. 381-387, 1987.

39.     Bhasin, S., B.S. Steiner and R.S. Swerdloff:  LHRH agonists and male contraception.  In: LHRH and Its Analogs.  Contraceptive and Therapeutic Applications, Part 2, B.H. Vickery and J.J. Nestor Jr. (eds), MTP Press, Massachusetts, pp. 427-439, 1987.

40.     Swerdloff, R.S. and S. Bhasin:  GnRH-like testicular factors.  In:  Peptide Hormones: Effects and Mechanisms of Action, A. Negro-Vilar and P.M. Conn (eds), CRC Press, Florida, pp. 167-180, 1988.

41.     Swerdloff, R.S. and F. Jockenhovel:  Endocrinology of the male.  In:  Textbook of Internal Medicine, Vol. 2, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, pp 2205-2214, 1989.

42.     Wang, C. and R.S. Swerdloff:  Approach to infertility in the male.  In:  Textbook of Internal Medicine, Vol. 2, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, pp 2305-2307, 1989.

43.     Swerdloff, R.S. and F. Kandeel:  Approach to sexual dysfunction in the male.  In:  Textbook of Internal Medicine, Vol. 2, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, pp 2308-2312, 1989.

44.     Jockenhovel, F. and R.S. Swerdloff:  Alterations in the steroidogenic capacity of leydig cells in cryptorchid testis.  In: The Cryptorchid Testis, T.O. Abney and B.A. Keel (eds), CRC Press, Florida, p 35-54,1989.

45. Swerdloff, R.S., C. Wang and S. Bhasin: Male contraception: 1988 and Beyond. In: The Testis, 2nd Edition, H. Burger and D. de Kretser (eds), Raven Press, New York, 1988, pp 547-568.

46. Swerdloff, R.S.: Regulation of the male reproductive system. In: Clinical Reproductive Endocrinology & Infertility, P.C. Wong (ed), Excerpta Medica Asia Ltd., Hong Kong, 1990, pp 35-46.

47. Swerdloff, R.S. and C. Wang: Assessment of the infertile male. In: Clinical Reproductive Endocrinology & Infertility, P.C. Wong (ed), Excerpta Medica Asia Ltd., Hong Kong, 1990, pp 47-54.

48. Wang, C. and R.S. Swerdloff: Management of the infertile male. In: Clinical Reproductive Endocrinology & Infertility, P.C. Wong (ed), Excerpta Medica Asia Ltd., Hong Kong, 1990, pp 61-65.

49. Swerdloff, R.S., C. Wang and R.Z. Sokol: Endocrine evaluation of the infertile male. In: Infertility in the Male, 2nd Ed, L. Lipshultz and S. Howards (eds), Mosby Year Book, St. Louis, 1991, PP 211-222.

50. Swerdloff, R.S., F. Jockenhovel, C. Wang: Endocrinology of the male. In: Textbook of Internal Medicine, 2nd Ed, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, 1991, pp 2013-2021.

51. Swerdloff, R.S. and F. Kandeel: Approach to sexual dysfunction in the male. In: Textbook of Internal Medicine, 2nd Ed, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, 1991, pp 2098-2100.

52. Swerdloff, R.S. and C. Wang: Approach to infertility in the male. In: Textbook of Internal Medicine, 2nd Ed, W.N. Kelley (ed), J.B. Lippincott Company, Philadelphia, 1991, pp 2095-2096.

53. Wang, C. and R.S. Swerdloff: Androgens. In: Textbook of Pharmacology, A. Reynard and C. Smith (eds), W.B. Saunders Company, Philadelphia, 1991, pp 683-694.

54. Wang, C. and R.S. Swerdloff: Clinical and laboratory evaluation of male infertility. In-Service Training and Continuing Education, American Association for Clinical Chemistry, Inc., 10, 1992, pp 9-15.

55. Swerdloff, R.S. and Wang, C: Physiology of Male Reproduction: Hypothalamic-Pituitary Function. In: Campbell's Urology, P.C. Walsh (ed), W.B. Saunders Company, Philadelphia, 1992, pp 177-189.

56. Wang, C. and R.S. Swerdloff: Evaluation of testicular function. In: The Testes, Clinical Endocrinology and Metabolism, Vol 6. D. de Kretser (ed), Bailliere Tindall, London, 1992, pp 405-434.

57. Swerdloff, R.S., C. Wang and S. Bhasin: Developments in the control of testicular function. In: The Testes, Clinical Endocrinology and Metabolism, Vol 6. D. de Kretser (ed), Bailliere Tindall, London, 1992, pp 451-483.

58. Swerdloff, R.S., S. Bhasin and L. Tom: GnRH analogs in male contraceptive trials. In: Infertility and Reproductive Medicine Clinics of North America, M. Henzl (ed), W.B. Saunders Company, Philadelphia, PA, 1992, pp 115-128.

59. Swerdloff, R.S.: Physiology of Male Reproduction. In: Urology, Kumamoto (ed), Life Medicom Inc., Tokyo, Japan, 1992, pp 161-182.

60.    Swerdloff, R.S. and S. Bhasin: Male reproductive disorders in adults.  In:  Manual of Endocrinology and Metabolism, N. Lavin (ed), Little Brown and Co., 1993, pp 247-271.

61.    Wang, C. and R.S. Swerdloff: Male reproductive disorders.  In: Laboratory Medicine: The Selection and Interpretation of Clinical Laboratory Studies, R.C. Rock and D. Noe (eds), Williams and Wilkins, 1993, pp 838-857.

62.    Wang, C. and R.S. Swerdloff: Medical treatment of male infertility. In: Infertility: Evaluation and Treatment, Keye, W.R., Rebar, R.W., Chang, R.J. and Soules, M.R. (eds), W.B. Saunders Company, Philadelphia, 1994, pp 609-620.

63.    Wang, C. and R.S. Swerdloff: Medical treatment of male infertility. In: Management of Impotence and Infertility, E.D. Whitehead, H. M. Nagler and J.B. Lippincott, 1994, pp 203-218.

64.    Kandeel, F.R. and R.S. Swerdloff: Gynecologist laboratory evaluation. In: Laboratory Medicine: The Selection and Interpretation of Clinical Laboratory Studies, R.C. Rock and D. Noe (eds), Williams and Wilkins, 1994, pp 787-823.

65.    Kandeel, F.R. and R.S. Swerdloff: Female Reproductive Disorders and Pregnancy. In: Wang, C. and R.S. Swerdloff:  Medical Treatment of Male Infertility.  In: Infertility: Evaluation and Treatment, W.R. Keye, R.J. Chang, R.W. Rebar, M.R. Soules (eds), W.B. Saunders Company, Philadelphia, PA, 1995, pp 609-620.

66.    Wang, C. and R.S. Swerdloff: Androgens.  In: Essentials of Pharmacology, C.M. Smith, A. M. Renard (eds), W.B. Saunders Company, Philadelphia, PA, 1995, pp 555-562.

67.    Bhasin, S. and R.S. Swerdloff: Follicle-stimulating hormone and luteinizing hormone. In: The Pituitary, S. Melmed (ed), Blackwell Scientific Publications, Cambridge, MA, 1995, pp 230-276.

68.    Wang, C., and R.S. Swerdloff: Testosterone Undecanoate and Testosterone Cyclodextrin in: Biology, Pharmacology, and Clinical Applications of Androgens, S. Bhasin, H. Gabelnick, J.Spieler, R.S. Swerdloff, C. Wang (eds), Wiley-Liss, New York, New York, 1996, pp487-491.

69.    Swerdloff, R. S., B. Steiner, C. Callegari and S. Bhasin: GnRH Analogues and Male Contraception in: Biology, Pharmacology, and Clinical Applications of Androgens, S. Bhasin, H. Gabelnick, J. Spieler, R.S. Swerdloff, C. Wang (eds), Wiley-Liss, New York, New York, 1996, pp 355-365.

70.    Swerdloff, R. S., and Wang, C., Clinical Evaluation of Leydig Cell Function, In: *The Leydig Cell.* A.H. Payne, M.P. Hardy, L.D. Russell (Eds) Cache River Press, Vienna, II, 1996, pp. 663-694.

71.    Swerdloff, R.S., Wang, C., Giwercman, A.: Male Infertility and Hypogonadism: Causes, Diagnosis, and Management.  In: Laboratory and Clinical Assessment of Male Reproductive Function. pub. Nordisk Forskerutdanningsakademi. June, 1996.

72.    Wang, C., Swerdloff, R.S.: Androgen Replacement Therapy.  In: Laboratory and Clinical Assessment of Male Reproductive Function. Pub. Nordisk Forskerutdanningsakademi. June,1996.

73.    Swerdloff, R.S.: Male Sexual Dysfunction, Aging, Disorders of the Male Breast.  In: Laboratory and Clinical Assessment of Male Reproductive Function. Pub., Nordisk Forskerutdanningsakademi. June, 1996

74.    Sokol, R., Swerdloff, R.S.: Endocrine Evaluation. In: Infertility in the Male. Third Edition. Mosby-Year Book, Inc. Ch.11, pgs. 210-218., 1997

75.    Swerdloff, R.S., Y.H. Lue, C. Wang, T. Rajavashisth, A.P. Sinha Hikim: Hormonal Regulation of Germ Cell Apoptosis. In: Germ Cell Development, Division, Disruption and Death. B. R. Zirkin (ed) Springer, 1997 pp 150-164

76.    Wang C., RS Swerdloff: Gonadotopin Therapy for Infertility in Males

77.    Swerdloff, R.S., C. Wang: Causes of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 1998

78.    Swerdloff, R.S., C. Wang: Treatment of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 1998

79.    Swerdloff, R.S., C. Wang: Diagnosis of Infertility In: UpToDate, 1998, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 1998

80.    Raum, W. J. and R. S. Swerdloff: Neuroendocrine Control of Reproduction. In: Encyclopedia of Neuroscience. CD ROM 2nd edition, G. Adelman (ed), Birkhauser, Inc., Boston , 1998

81.    Wang, C., Swerdloff, R.S.: Androgen Replacement Therapy In: Current Therapy of Endocrinology and Metabolism, ed. C. Wayne Bardin, M.D., Mosby-Year Book, Philadelphia, PA, 1998

82.    Swerdloff, RS, Wang C.: Dihydrotestosterone: a rationale for its use as a non-aromatizable androgen replacement therapeutic agent. In: The Therapeutic Role of Androgens, ed S. Bhasin. Bailliere's Clinical Endocrinology and Metabolism, October, 1998. 12:501-506, 1998

83.    Sinha Hikim, A.P., Lue, Y.H. Wang, CW, Swerdloff, RS: Spermatogenesis and Germ Cell Death In: Male Reproductive Function ed. C. Wang, Kluwer Academic Publishers. Norwell, MA, 1999 pp 19-39

84.    Wang, C., Swerdloff, R.S.: Male Hormonal Contraception. In: Contraception and Office Gynecology. A Kubba, J Sanfilippo, N Hampton (eds), W.B. Saunders: London, pp 129-138, 1999

85.    Wang, C., Swerdloff, RS: Androgen Replacement Therapy, Risks and Benefits. In: Male Reproductive Function ed. C. Wang, Kluwer Academic Publishers. Norwell, MA pp157-172, 1999

86.    Raum, W. J. and R. S. Swerdloff: Neuroendocrine Control of Reproduction. In: Elsevier's Encyclopedia of Neuroscience. In print and CD ROM 2nd edition, G. Adelman, BH Smith (ed), Birkhauser, Inc., Boston , 1999

87.    Swerdloff RS, Wang C: The Testis and Male Sexual Function. Cecil Textbook of Medicine, Twenty-First Edition, WB Saunders, Philadelphia, PA, pp 1307-13171999

88.    Swerdloff, RS, Wang C: Male Contraception in the 21st Century In: Endocrine Update Series-Male Reproduction. Kluwer Academic Publishers, MA. 1999

89.    Wang, CW, Swerdloff, RS: Hormonal Male Contraception. In Contemporary Endocrinology: Hormonal Replacement Treatment. AW Meikle (ed) Humana Press Inc Totwa NJ pp 357-369, 1999

90.     Bhasin, S., Fisher, C., Swerdloff, RS: Follicle-stimulating hormone and luteinizing hormone. In: The Pituitary S. Melmed (ed) Blackwell Scientific Publications, Cambridge, MA, pp 216-278, 2000

91.     Swerdloff, R.S., C. Wang: Diagnosis of Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 2000 Revision

92.     Swerdloff, R.S., C. Wang: Causes of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 2000. Revision

94.     Swerdloff RS, C Wang: Androgen replacement using testosterone gel. Harrison's Online, 2000

93.     Wang C, AP Sinha Hikim, M Ferrini, JJ Bonavera, D Vernet, A Leung, YH Lue, NF Gonzalez-Cadavid, RS Swerdloff: Male reproductive aging: using the brown Norway rat a model for man. In: Novartis Foundation Symposium NF 242 on Endocrine facets of aging in the human and experimental animals (Veldhuis J, Laron Z, Chadwick D, eds), John Wiley & Sons, Ltd., London. 2000

94.     Swerdloff, RS: Hypothalamo-pituitary gonadal axis in men. In: Hormones Brain and Behavior. Donald Pfaff (ed) Academic Press, San Diego, CA. 2000

95.     Swerdloff, R.S., C. Wang: Causes of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA. 2001. Revision

96.     Swerdloff, R.S., C. Wang: Treatment of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA. 2001 Revision

97.     Swerdloff, R.S., C. Wang: Diagnosis of Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA, 2001 Revision

98.     Wang C, Swerdloff RS. Hormonal Male Contraception. In Contemporary Endocrinology: Hormonal Replacement Treatment, 2nd Edition. A.W. Meikle (ed) Humana Press Inc: Totowa, NJ, Chap 20, pp 357-369, 2001

99.     Wang C, Swerdloff RS. Androgen pharmacology and delivery systems. In Androgens in Health and Disease. WJ Bremner and CJ Bagatell (eds) Humana Press Inc: Totowa, NJ, pp 141-153, 2001

100.    Swerdloff RS, C Wang: Endocrine system changes in the aging male. In: Textbook of Men's Health. Bruno Lunenfeld, Louis Gooren (eds) Parthenon Publishing Group, NY, NY pp143-147, 2002

101.    Swerdloff RS, C Wang: Androgens and the Aging Male. In: Textbook of Men's Health. Bruno Lunenfeld, Louis Gooren (eds) Parthenon Publishing Group, NY, NY pp148-157, 2002

102.    Palomeno GE, RS Swerdloff: Gynecomastia: etiology, diagnosis, and treatment. In: EndoText online text book www.endotext.org, 2002

103.    Wang C, AP Sinha Hikim M Ferrini, JJ Bonavera, D Vernet, A Leung, YH Lue, NF Gonzalez-Cadavid, RS Swerdloff: Male reproductive aging: using the brown Norway rat as a model for man. In: Norvartis Foundation Symposium (NF 242) on "Endocrine facets of aging in the human and experimental animals" Veldhuis J, Z Laron, D Chadwick (eds) John Wiley & Sons, Ltd. London, NPS295, pp 82-97, 2002

104. Wang C, Swerdloff RS. Male Contraception: In Clinical Obstetrics Gynacology, S. Arulkumaran, DT Baird, DH Barlow, JL Benedet, I Brosens, S Brennecke, I Fraser, J Cain, NS Chye, N Fisk, R Hale, PC Ho, I Ingemarsson, H Kitchener, T Johnson, JP Neilson, SK Smith, EM Symonds, A Lalonde, J Moodley (eds). Bailliere's Best Practice & Research. East Sussex, chapt 5, Vol 16, p 193-203 2002

105. Salameh, WS, RS Swerdloff: Neuroendocrine control of reproduction. In: Encyclopedia of Neuroscience (second edition) ed George Adelman and Barry Smith, 2002

106. Bhasin S, CE Fisher, RS Swerdloff: Follicle-stimulating hormone and leutinizing hormone. In: The Pituitary (second edition) S Melmed (ed) Blackwell publishing, Malden, Mass. chap 6 pp 216-278. 2002

107. Swerdloff RS, C Wang, AP Sinha Hikim: Hypothalamic-pituitary-gonadal axis in men. In: Hormones, Brain and Behavior (Pfaff DW, Arnold AP, Etgen AM, Fahrbach SE, Rubin RT, eds), Academic Press, New York, pp 1-36. 2000

108. Wang C, Swerdloff RSS. Hormonal Male Contraception. In: Contemporary Endocrinology, Endocrine Replacement Therapy in Clinical Practice Hormonal Replacement Treatment, 2nd edition. A. W. Meikle (ed). Humana Press Inc: Totowa, NJ chapt 23 pp 436-451, 2003

109. Wang C, RS Swerdloff. Androgen replacement therapy in hypogonadal men. In: Male Hypogonadism: basic, clinical and therapeutic principles. SJ Winters (ed) Humana Press Inc, Totowa, NJ Chapt 18 pp351-367, 2003

110. Wang C, Swerdloff RSS. Androgen pharmacology and delivery systems. In Contemporary Endocrinology, Androgens in Health and Disease. WJ Bremner and CJ Bagatell (eds). Humana Press Inc: Totowa, NJ pp 141-153, 2003

111. Swerdloff RS, Wang C. Testosterone Replacement Therapy. In: Mechanisms in Andropause, Interactive animated medical education CD ROM. Jerald Bain, MD (ed) sponsored by Organon Canada Ltd. Publishers Mechanisms in Medicine, Inc., Chapt 11 pp 173-195, 2003

112. Swerdloff RS, Kandeel, F Wang C. Sexual Function and Androgen. Encyclopedia of Endocrine Diseases, 4 pp 229-231, 2004

113. Swerdloff RS, C Wang: Androgens and the Ageing Male. In: Best Practice & Research Clinical Endocrinology & Metabolism Michael Thorner (guest ed). Elsevier Ltd vol 18 No 3 pp 349-362, 2004

114. Simpson, JL, JM Graham, C Samango-Sprouse, RS Swerdloff.: Klinefelter syndrome. In: Management of genetic syndromes, 2nd Ed (S.B. Cassidy, JE Allanson, Eds) Wiley-Liss, Hoboken, New Jersey, pp323-333, 2005

115. Sinha Hikim AP, RS Swerdloff, C Wang: The Testis. In: Endocrinology Basic and clinical principles. Melmed S and Conn M (eds), Humana Press Inc., Totowa, NJ, pp 405-418. 2005

116. Salameh, WA, RS Swerdloff. Conditions Affecting Sertoli Cells. In: The Sertoli Cell (Ed: Skinner MK, Griswold MD) Elsevier Academic Press, Inc. pp 383- , 2005

117. Liu P, RS Swerdloff, C Wang. Relative testosterone deficiency in older men: clinical definition and presentation. Aging and the neuroendocrine system In: Endocrinol and Metab Clin of N Am. Ed Joe Rusko. 34:957-972. 2005.

118.   Swerdloff RS, C Ng: Gynecomastia: etiology, diagnosis, and treatment. In: EndoText online text book www.endotext.org, 2006

119.   Swerdloff RS, GR Cunningham, AT Guay, C Wang. Testosterone deficiency in men evidenced-based protocols for effective therapy. A supplement to Renal & Urology News. December, 2006

120.   Swerdloff RS and C Wang. Clinical Evaluation of Leydig Cell Function. In Leydig Cell in Health and Disease. Payne AH and Hardy MP edited. Humana Press Inc: Totowa, NJ chapt 30 2007

121.   Swerdloff, R.S., C. Wang: Causes of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 2007

122.   Swerdloff, R.S., C. Wang: Treatment of Male Infertility In: UpToDate, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 2007

123.   Swerdloff, R.S., C. Wang: Diagnosis of Infertility In: UpToDate, 1998, Rose, B.D. (Ed) UpToDate, Wellesley, MA., 2007

124.   Liu PY, Gooren LJG, Handelsman DJ. Impact of Systemic Disease on Male Sexual Dysfunction In: Kandeel FR, Swerdloff R, Pryor J eds. Male Sexual Dysfunction: Pathophysiology and treatment. New York: Informa Healthcare USA. Chapter 30: 155-176 2007.

125.   Visootsak J, JM Graham, C Samango Sprouse, RS Swerdloff, JL Simpson: Klinefelter Syndrome in Cassidy S. B. Allanson J.E (eds) Management of Genetic Syndromes 3rd Edition, Wiley-Liss Hoboken New Jersey, 2008


**J.     BOOK CHAPTERS (IN PRESS)**


**K.     BOOK CHAPTERS (SUBMITTED)**

1.     Swerdloff RS, V Mahabadi: Male reproductive disorders in adults. In: Manual of Endocrinology and Metabolism, N. Lavin (ed), Little Brown and Co., 2007

2.     Swerdloff, RS: Handbook of Andrology Second Edition (ed) Robaire B and Chan P 2008

**L.     EDITORIALS**

1.     Plymate, S.R. and R.S. Swerdloff:  Androgens, Lipids and Cardiovascular Risk.  Ann Int Med 117:871-872, 1992

2.     Swerdloff, RS, C Wang: Androgens, estrogens and bone in men In: The association of hypogonadism and estradiol levels with bone mineral density in elderly men: The Framingham Study. Annals of Internal Medicine, 133(12)1002-1004. 2000

3.     Swerdloff, RS, C Wang: Should the Nonaromatizable Androgen Dihydrotestosterone Be Considered as an Alternative to Testosterone in the Treatment of the Andropause? JCEM 87(4)pp 1462-1465, 2002

4.     Liu PY, Wang C, Swerdloff RS. Editorial. Male sex matters. Clinical Endocrinology 2005: 63:601-2

5.    Wang C, P Christenson, RS Swerdloff: Transient scrotal hyperthermia and levonorgestrel enhance testosterone induced spermatogenesis suppression in men through increased germ cell apoptosis. J Clin Endocrinol Metabol 2007

6.    Wang C, P Christenson, RS Swerdloff: Clinical relevance of racial and ethnic differences in sex steroids. J Clin Endocrinol Metab. 2007 Jul;92(7):2433-5.

7.    Swerdloff RS, Should hypogonadal men who are suboptimally responsive to testosterone gel switch to another gel preparation? (Original article Grober: Efficacy of changing testosterone gel preparations Androgel and Testim among suboptimally responsive hypogonadal men.) Nature Clinical practice Urology Vol 5 No 4 pgs 190-191, 2008

8.    Swerdloff RS, C Wang: Free Testosterone measurement by the analog displacement direct assay: old concerns and new evidence. Clin Chem. 54(3):458-460 2008


## M.    BULLETINS

1.    Proceedings of the Endocrine Society Andropause Consensus Conferences 2000-2001. Swerdloff RS, Cunningham G et al, April, 2001

2.    Clinical Bulletins in Andropause; Hypogonadism: Diagnosis, Consequences and New Treatment Strategies. EDU-Medical Management. November, 2001

3.    Excerpts From Patient's Guide to Low Testosterone. The Hormone Foundation. Cunningham, GR Matsumoto AM and Swerdloff, RS (eds) 2003

4.    Tenth Summit Meeting Consensus: Recommendations for Regulatory Approval for Hormonal Male Contraception. International Journal of Andrology Blackwell Publishing Ltd 30:63-64 2007

5.    Tenth Summit Meeting Consensus: Recommendations for Regulatory Approval for Hormonal Male Contraception. American Society of Andrology, Inc. 28(3): 362-363

## N.    BOOKS

1.    Santen, R.J. and R.S. Swerdloff (eds): Male Sexual Dysfunction, Marcel Dekker, Inc., New York, 1986.

2.    Santen, R.J. and R.S. Swerdloff (eds): Androgen Therapy: Biologic and Clinical Consequences, Penn State College of Medicine, Hershey, 1990.

3.    Nieschlag, E., C. Wang, D.J. Handelsman, R.S. Swerdloff and F.C.W. Wu (Advisors): Guidelines for the use of androgens in men. World Health Organization, Geneva, 1992.

4.    Bhasin, S., H. Gabelnick, J. Spiler, R.S. Swerdloff, C. Wang (eds), Biology, Pharmacology and Clinical Applications of Androgens, Wiley-Liss, New York, New York, 1996.

5.    Male Sexual Dysfunction Pathophysiology and Treatment Kandeel FR, Lue TF, Pryor JL, Swerdloff RS (eds) Informa Healthcare USA, Inc NY NY 2007

6.    Swerdloff RS, C Wang: Male Hypogonadism In: Male Reproductive Dysfunction Pathophysiology and Treatment. Kandeel FR, Swerdloff RS, Pryor JL (eds) Informa Healthcare USA, Inc NY NY Chap 12 pp 143-160, 2007

7.    Swerdloff RS: Androgen Replacement Therapy In: Male Reproductive Dysfunction Pathophysiology and Treatment. Kandeel FR, Swerdloff RS, Pryor JL (eds) Informa Healthcare USA, Inc NY NY Chap 29 pp 333-336, 2007

8.    Wang C, RS Swerdloff: Progress in Male Contraception. In: Male Reproductive Dysfunction Pathophysiology and Treatment. Kandeel FR, Swerdloff RS, Pryor JL (eds) Informa Healthcare USA, Inc NY NY Chap 31 pp 349-357, 2007

9.    Swerdloff RS, J Ng, FR Kandeel: Gynecomastia In: Male Reproductive Dysfunction Pathophysiology and Treatment. Kandeel FR, Swerdloff RS, Pryor JL (eds) Informa Healthcare USA, Inc NY NY Chap 42 pp 519-528, 2007

## O.    ABSTRACTS

1.    Swerdloff, R.S., R. Andreas and T. Pozefsky:  Decline in response to intravenous tolbutamide with age. Gerontologist 5:32, 1965.

2.    Tobin, J.D., R.S. Swerdloff and R. Andreas:  G.I. insulin stimulating factor in man:  Plasma insulin response to oral and IV glucose at controlled arterial glucose concentrations. Clin. Res. 14:478, 1966.

3.    Odell, W.D. and R.S. Swerdloff:  Progestogen-induced LH and FSH surge in postmenopausal women:  A stimulated ovulatory peak. Clin. Res. 16:149, 1968.

4.    Swerdloff, R.S., D.R. Mishell and W.D. Odell:  Oral contraceptives:  Effect on serum LH and FSH. Clin. Res. 17:110, 1969.

5.    Tobin, J.D., R. Andreas and R.S. Swerdloff:  Sensitivity of beta cells to programmed hyperglycemia in man: Effect of age. Diabetes 18:332, 1969.

6.    Andreas, R., T. Pozefsky, R.S. Swerdloff and J.D. Tobin:  Servo-control of blood glucose concentration in man: The glucose-clamp technique. Diabetes 18:343, 1969.

7.    Swerdloff, R.S., P.C. Walsh, R.R. Fortin, E. Santos and W.D. Odell: feedback control of luteinizing hormone (LH) and follicle stimulating hormone (FSH) in the male. Clin. Res. 18:125, 1970.

8.    Swerdloff, R.S., G. Kantor and S.G. Korenman:  Gonadotropin dissociation in uremic gynecomastia:  High plasma LH, low FSH and normal estradiol. Clin. Res. 18:172, 1970.

9.    Swerdloff, R.S., P.C. Walsh, H.S. Jacobs and W.D. Odell:  Control of gonadotropins in the prepubertal rat. Clin. Res. 18:373, 1970.

10.   Walsh, P.C., R.S. Swerdloff and W.D. Odell:  Antiandrogen:  Effect on serum LH and FSH in rats and humans. Clin. Res. 18:375, 1970.

11.   Swerdloff, R.S. H.S. Jacobs and W.D. Odell:  The ovarian signal inducing the preovulatory LH-FSH surge. Program for Endocrine Society, 1970.

12.   Walsh, P.C., R.S. Swerdloff and W.D. Odell:  Feedback control of FSH in the male:  Role of estrogen. Program for Endocrine Society, 1970.

13.   Swerdloff, R.S., G. Kantor and S.G. Korenman:  Gynecomastia of hemodialysis:  Considerations of

pathogenesis. Program of ASCI, 62nd Annual Meeting, 1970.

14.    Odell, W.D., R.S. Swerdloff and H.S. Jacobs: One mechanism of sexual maturation: An increase in gonadal sensitivity to gonadotropin stimulation. Clin. Res. 19:173, 1971.

15.    Jacobs, H.S., W.D. Odell and R.S. Swerdloff: Feedback control of FSH and LH: Effect on sexual maturation. Clin. Res. 19:202. 1971.

16.    Abraham, G.E., R.S. Swerdloff, D. Tulchinsky and W.D. Odell: Radioimmunoassay of plasma progesterone and 17-hydroxyprogesterone. Clin. Res. 19:123, 1971.

17.    Odell, W.D., R.S. Swerdloff and H.S. Jacobs: One mechanism for control of puberty. Program for Soc. for ped. Res., Program for Am. Soc. Clin. Invest., 1971.

18.    Abraham, G.E., W.D. Odell, R.S. Swerdloff and K. Hopper: Simultaneous radioimmunoassay of plasma progesterone (P), 17-hydroxyprogesterone (17-OPH), estradiol (E-2), LH and FSH during the menstrual cycle. Prog. for the Endocrine Society, 1971.

19.    Walsh, P.C., R.S. Swerdloff and W.D. Odell: Cyproterone: Effect of Gonadotropins. Prog. for the Society for the Study of Reproduction, Symposium Suppl., Biology of Reproduction, 1971.

20.    Swerdloff, R.S., P.K. Grover and M. Peterson: Role of 5a-androstane-3B, 17B-diol as a stimulatorduction, 1971.

21.    Swerdloff, R.S., P.K. Grover and M. Peterson: Role of 5a-androstane-3B, 17B-diol as a stimulator of puberty. Clin. Res. 20: 1972.

22.    Odell, W.D., R.S. Swerdloff, F. Wollesen and P.K. Grover: The effect of sexual maturation on testicular sensitivity to LH stimulation. Clin. Res. 21:203, 1973.

23.    Batt, R.A.L., G.A. Bray and R.S. Swerdloff: Evidence for inadequate release of LHRH in the obese hyperglycemic mouse. Clin. Res. 21:249, 1973.

24.    Swerdloff, R.S. and P.K. Grover: Search for inhibin-like effect of steroids and prostaglandins on serum FSH. Clin Res. 21:256, 1973.

25.    Bray, G.A., S. Siduddin, D.A. York and R.S. Swerdloff: Reproductive function in the genetically obese rat "Fatty". Endocrinology Suppl. 92: A-270, 1973.

26.    Odell, W.D. and R.S. Swerdloff: FSH modulation of sensitivity to LH Stimulations of testosterone (T) secretion: Role in sexual maturation. Endocrinology Suppl. 92:A-93, 1973.

27.    Swerdloff, R.S., K. Javidi, V. Ettinger, M. Peterson and W.D. Odell: Serum FSH during sexual maturation: Response to LRH in the rat model. Clin. Res. 22:119A, 1974.

28.    Wollesen, F., R.S. Swerdloff, M. Peterson and W.D. Odell: Testosterone (T) modulation of pituitary response to LRH: Differential Effects on LH and FSH. Clin. Res. 22:119A, 1974.

29.    Swerdloff, R.S. And P.C. Walsh: Infertility and varicocele: Hormonal factors. Clin. Res. 22:168A, 1974.

30.    Wollensen, F., R.S. Swerdloff and W.D. Odell: Dose response to luteinizing releasing hormone (LRH) bolus injection and prolonged infusion in normal human males. Clin. Res. 22:169A, 1974.

31. Wollensen, F., R.S. Swerdloff and W.D. Odell:  Dose response to luteinizing releasing hormone (LRH) bolus injection and prolonged infusion in normal human males.  Prog. of the 56th Annual Meeting of the Endocrine Society, 1974, p. 82.

32. Pirke, K.M., W.D. Odell, R.S. Swerdloff and D. Fisher:   Prolactin, luteinizing hormone (LH) and follicle stimulating hormone (FSH) in boys and girls undergoing puberty.  Clin. Res. 22:214A, 1974.

33. Fiser, R.F., G.A. Bray, R.E. Carrel, L.J. Stites, A.H. Cohen, R.S. Swerdloff and W.D. Odell:  Evidence for hypothalamic-pituitary dysfunction in the Prader-Willi syndrome.  Soc. of Ped. Res. 8:94, 1974.

34. Silberstein, S., G.A. Bray and R.S. Swerdloff:  Hypothalamic function in long term dietary induced obesity in rats. Prog. of the 56th Annual Meeting of the Endocrine Society, 1974, p. 132.

35. Swerdloff, R.S. and P.C. Walsh:  Pituitary and gonadal hormones in subfertile patients with varicocele. Pacific Coast Fertility Society, 1974.

36. Kikuchi, T., R, Skowsky, I. Eltoraei and R.S. Swerdloff:  The pituitary-gonadal axis in spinal cord injury.  Clin. Res. 23:93A, 1975.

37. Swerdloff, R.S., R.A. Batt, V. Ettinger, M. Peterson, R. Leong and G.A. Bray:  Hypothalamic-pituitary origin of hypogonadism in the obese mouse. Clin. Res. 23: 96A, 1975.

38. Vera, A., R.S. Swerdloff, F. Wollesen and W.D. Odell:  Steroid modulation of pituitary response to LRH. Pacific Coast Fertility Society, 1974.

39. Swerdloff, R.S., R.A. Batt, A. Vera, V. Ettinger, M. Peterson and R. Leong:  Hypothalamic-pituitary origin of hypogonadism in the obese mouse.  Program of the Endocrine Society, 1975.

40. Odell, W.D. and R.S. Swerdloff:  Testicular sensitivity to LH stimulation of testosterone production:  A major mechanism for sexual maturation in the rat.  Pacific Coast Fertility Society, 1973.

41. Odell, W.D., R.S. Swerdloff and F. Wollesen:  Selected aspects of the control of CNS-pituitary-ovarian axis. Serone Symposia, Univ. of Florence, Italy, April, 1975.

42. Odell, W.D. and R.S. Swerdloff:  Induction of testicular responsiveness to LH by growth hormone and FSH: Specificity and interaction.  Pacific Coast Fertility Society, 1975.

43. Kikuchi, T., R. Skowsky, I. Eltoraei and R.S. Swerdloff:  The pituitary-gonadal axis in spinal cord injury. Pacific Coast Fertility Society, 1975.

44. Swerdloff, R.S., R.A. Batt, V. Ettinger and G.A. Bray:  Hypothalamic-pituitary origin of hypogonadism in the obese mouse.  Clin. Res. 23: 1975.

45. McClure, R.D., M. Peterson, G.A. Bray and R.S. Swerdloff:  Effect of replacement of deficient pituitary hormones on the hypogonadism of the ob/ob mouse.  Clin. Res. 24: 100A, 1976.

46. Kalland, G.A., A Vera and R.S. Swerdloff:  Reproductive hormonal axis in experimental hypothyroidism.  Clin Res. 24: 143A, 1976

47. Swerdloff, R.S. and W.D. Odell:  Induction of testicular response in LH by growth hormone.  Clin. Res. 24: 145A, 1976.

48. Glass, A.R., R. Harrison, G.A. Bray and R.S. Swerdloff:  Effect of body weight, growth rate and amino acid

deficiency on timing of puberty in rats. Clin. Res. 24: 167A.

49.    Glass, A.R., W.T. Dahms, R.L. Atkinson, G.A. Bray and R.S. Swerdloff:    Reproductive hormones in massively obese men. Pacific Coast Fertility Society, 1976.

50.    McClure, R.D., A. Palacios, S.A. Brosman and R.S. Swerdloff:  Suppression of spermatogenesis in normal subjects with testosterone enanthate (TE). A potential contraceptive agent. Clin. Res. 25: 149A, 1977.

51.    Glass, A.R., R.S. Swerdloff, W.T. Dahms and R.L. Atkinson: Low serum testosterone (T) and sex-hormone-binding -globulin (SHBG) in massively obese men. Clin. Res. 25: 103A, 1977.

52.    Glass, A.R., R.S. Swerdloff, W.T. Dahms and R.L. Atkinson: Low serum testosterone (T) and sex-hormone-binding-globulin (SHBG) in massively obese men. Program of the Endocrine Society Meeting, 1977.

53     Haider, M. and R.S. Swerdloff:  A radioimmunoassay for serum estradiol without chromatography using commercially available antisera. Program for the American Association for Clinical Chemistry, 1977.

54.    McClure, R.D., R.S. Swerdloff, A. Palacios, L.A. Campfield and S.A. Brosman:  Chronic Testosterone Treatment of normal men:  Suppression and rebound. Pacific Coast Fertility Society, 1977.

55.    McClure, R.D., R.S. Swerdloff and M. Peterson:  Gonadotropin therapy failure secondary to hCG induced antibodies. Pacific Coast Fertility Society, 1977.

56.    Palacios, A., R.S. Swerdloff, R.D. McClure and L.A. Campfield:  Effect of androgens on erythropoiesis in normal men. Pacific Coast Fertility Society, 1977.

57.    Glass, A.R., Mellitt, K.D., Burman, R.S. Swerdloff, L. Wartofsky and D.A. Fisher:  Effect of dietary composition on serum thyroxine (T4) and triiodothyronine (T3) in rats. Clin. Res. 26: 99A, 1978.

58.    Palacios, A., R.D. McClure, L.A. Campfield and R.S. Swerdloff:  Chronic administration of testosterone to normal men. Res. 26: 108A, 1978.

59.    Swerdloff, R.S., R.D. McClure and M. Peterson:  Gonadotropin therapy failure secondary to hCG induced antibodies (Ab). Clin. Res. 26: 149A, 1978.

60.    Raum, W.J., A.R. Glass and R.S. Swerdloff:  The role of hypothalamic catecholamines in the process of sexual maturation in the female Wistar rat. Clin. Res. 26: 17A, 1978.

61.    Peterson, M. and R.S. Swerdloff:  A rapid separation of bound from free hormone in the radioimmunoassay of hLH and hFSH. Clinical Radioassay Society, 1978.

62.    Swerdloff, R.S., A. Palacios and L.A. Campfield:  Pharmacokinetics of a commonly used androgen (Testosterone Enanthate (TE):  Insights into dose regimens. Pacific Coast Fertility Society, 1978.

63.    Swerdloff, R.S., A. Palacios and L.A. Campfield:  Reversible effects of testosterone treatment on testes size. Pacific Coast Fertility Society, 1978.

64.    Swerdloff, R.S., A. Palacios, R.D. McClure and L.A. Campfield:   Hypergonadotropism after chronic suppression of LH and FSH by testosterone enanthate (TE). Clin. Res. 27: 1979.

65.    Swerdloff, R.S., A. Palacios and L.A. Campfield:  Pharmacokinetics of a commonly used androgen:  Insights into dose regimens. Clin. Res. 27: 238A, 1979.

66. Swerdloff. R.S., L.A. Campfield, A. Palacios and R.D. McClure: Rebound hypergonadotropism after chronic suppression of LH and FSH by testosterone enanthate (TE). Program of The Endocrine Society Meeting, 1979.

67. Sokol, R.Z., R.S. Swerdloff, R.D. McClure and M. Peterson: Gonadotropin therapy failure secondary to hCG induced antibodies (Ab). 6th International Congress of Endocrinology, Melbourne, Australia, 1980.

68. Kalland, G.A. and R.S. Swerdloff: Reproductive hormonal axis in hypothyroid and food restricted male rats. 6th International Congress of Endocrinology, 1980.

69. Raum, W.J. and R.S. Swerdloff: Catecholamine receptors and androgenization of the female rat brain. 6th International Congress of Endocrinology, 1980.

70. Raum, W.J. and R.S. Swerdloff: Inhibition of androgenization of the female rat brain by alteration in hypothalamic norepinephrine. Clin. Res. 28: 71A, 1980.

71. Heber, D. and R.S. Swerdloff: Synergism between testosterone and a superactive GnRH analog in suppression of gonadotropin secretion, Clin. Res. 28: 24A, 1980.

72. Sokol, R.Z., A. Palacios, L.A. Campfield, C. Saul and R.S. Swerdloff: Pharmacokinetics of testosterone enanthate (TE) in normal and hypogonadal men. Clin. Res. 28: 26A, 1980.

73. Campfield, L.A., C. Saul, R.Z. Sokol, A. Palacios and R.S. Swerdloff: The effect of chronic administration of testosterone enanthate on the glucose tolerance of normal men. Clin. Res. 28: 47A, 1980.

74. Peterson, M. and R.S. Swerdloff: Molecular heterogeneity of LH-like activity in the serum of uremic and nonuremic hypogonadal patients. Clin. Res. 28. 28: 71A, 1980.

75. Sokol, R.Z., A. Palacios, L.A. Campfield and c. Saul: Pharmacokinetics of testosterone enanthate (TE) in normal and hypogonadal men. Program of the Endocrine Society Meeting, 1980.

76. Raum, W. J. and R.S. Swerdloff: Inhibition of androgenization of the female rat brain by alterations in hypothalamic hypothalamic norepinephrine. Program of the Endocrine Society, 1980.

77. Raum, W.J. and R.S. Swerdloff: Catecholamine receptors and androgenization of the female rat brain. Pacific Coast Fertility Society, 1980.

78. Ashby, C.D., H.C. Danzer and R.S. Swerdloff: Validation of estrogen RIA and its use for monitoring pergonal therapy. Clin. Chem. 26: 960, 1980.

79. Marcano, M., W. Raum and R.S. Swerdloff: Beta adrenergic inhibition of aromatization in the female neonatal rat hypothalamus. Clin. Res. 29: 84A, 1981.

80. Sokol, R.Z., C. Saul, L.A. Campfield, W. Raum, J. Chu and R.S. Swerdloff: Testosterone enanthate: Tracer kinetics. Clin. Res. 29: 85A, 1981.

81. Heber, D. and R.S. Swerdloff: Synergistic inhibition of spermatogenesis with combined GnRH analog and testosterone treatment. Clin. Res. 29: 27A, 1981.

82. Heber, D. and R.S. Swerdloff: Pituitary GnRH receptor down-regulation secondary to chronic superactive GnRH analog treatment. Clin. Res. 29: 27A, 1981.

83. Marcano, M., W. Raum and R.S. Swerdloff: Beta agonist inhibition of neonatal rat hypothalamic

aromatization and reversal by a beta antagonist. Program of The Endocrine Society, 1981.

84. Sokol, R.Z., C. Saul, L.A. Campfield, J. Chu, W. Raum and R.S. Swerdloff: Testosterone enanthate: Tracer kinetics. Program of The Endocrine Society, 1981.

85. Sokol, R.Z., C.Saul, L.A. Campfield, J. Chu, W. Raum and R.S. Swerdloff: Testosterone enanthate kinetics: Compartmental modeling. Pacific Coast Fertility Society, 1981, Annual Meeting.

86. Swerdloff, R.S.: Puberty: The integration of a hormonal system.

87. Heber, D., R. Dodson, R.S. Swerdloff, K. Channabassaviah and J.M. Stewart: Inhibition of pituitary GnRH receptor binding mediates acute GnRH antagonist inhibition of gonadotropin secretion. Clin. Res. 30: 30A, 1982.

88. Bhasin, S., D. Heber, B. Steiner and R.S. Swerdloff: Characterization of the stimulatory and inhibitory effects of superactive GnRH agonist in the human male. Clin. Res. 30: 88A, 1982.

89. Raum, W.J. and R.S. Swerdloff: Hypothalamic norepinephrine turnover in the sexually maturing male Wistar rat. Clin Res. 30: 90A, 1982.

90. Raum, W.J., D. Garner, M.M. Laks and R.S. Swerdloff: Norepinephrine induced myocardial hypertrophy and glucose homeostasis. FASEB 1982 Annual Meeting, New Orleans, LA, April, 1982.

91. Bhasin, S., D. Heber, B. Steiner, M. Peterson and R.S. Swerdloff: Enhanced inhibition of gonadotropin secretion in man by combined GnRH agonist and testosterone. Program of The Endocrine Society Annual Meeting, 1982.

92. Heber, D., R. Dodson, R.S. Swerdloff, K. Channabassaviah and J.M. Stewart: Pituitary receptor site blockade mediates prolonged GnRH antagonist action in vivo and in vitro. Program of The Endocrine Society Annual Meeting, 1982.

93. Ashby, C.D. and R.S. Swerdloff: Free testosterone assay: Validation and clinical correlation with hirsutism. American Association for Clinical Chemistry, 1982.

94. Rajfer, J., R.S. Swerdloff and D. Heber: Pharmacokinetics of Leuprolide (D-Leu[6], des-Gly[10]-GnRH ethylamide) therapy in patients with prostatic cancer. American Fertility Society, 1983.

95. Sokol, R.Z., M. Peterson, D. Heber and R.S. Swerdloff: GnRH-like material in human seminal plasma. Pacific Coast Fertility Society, 1982.

96. Rajfer, J., R.S. Swerdloff and D. Heber: The pituitary gland is the primary site of action of GnRH agonist (D-leu[6]desGly[10]GnRH ethylamide) in the male. Pacific Coast Fertility Society, 1982.

97. Heber, D., S. Bhasin, R.S. Swerdloff: Extrapituitary effects of GnRH agonist and testicular GnRH-like peptide. International Conference on Male Fertility and its Regulation. Hawaii, October, 1982.

98. Heber, D., J.M. Stewart and R.S. Swerdloff. GnRH analogs in the male. Presented at the International Symposium on Male Contraception 1982, Maui, Hawaii, October, 1982. Arch. Androl. 9771, 1982.

99. Bhasin, S., D. Heber, B. Steiner, M. Peterson and R.S. Swerdloff: Hormonal effects of GnRH agonist in the human male: II. Testosterone enhances gonadotrophin suppression induced by GnRH agonist. Clin. Res. 31: 24A, 1983.

100.  Nowak, F.V., D. Heber and R.S. Swerdloff:  Stimulation of GnRH release by norepinephrine (NE) utilizing a dynamic in vitro system.  Clin. Res. 31: 085A, 1983.

101.  Bhasin, S., D. Heber, M. Peterson and R.S. Swerdloff:  Partial isolation and characterization of GnRH-like testicular factors.  Clin. Res. 31: 83A, 1983.

102.  Raum, W.J. and R.S. Swerdloff:  Age-related and testosterone (T) dependent effect of omethyl-p-tyrosine (AMPT) on gonadotropin secretion. Clin. Res. 31: 026A, 1983.

103.  Sokol, R.Z., C. Madding and R.S. Swerdloff:  The split ejaculate:  Assessment of fertility potential using the zona-free hamster assay.  Clin. Res. 31: 27A, 1983.

104.  Sokol, R.Z., M. Peterson, D. Heber, C. Madding and R.S. Swerdloff:  GnRH-like material in seminal plasma. Clin. Res. 31: 27A, 1983.

105.  Heber, D., R.S. Swerdloff, B. Steiner and J. Rajfer.  The pituitary gland primary site of action of gonadotropin-releasing hormone agonists in the human male.  Presented at the Western Section, AFCR, Carmel, CA 1983. Clin. Res. 31: 24A, 1983.

106.  Nowak, F.V. and R.S. Swerdloff:  Stimulation of GnRH release by norepine-phrine (NE) utilizing a dynamic in vitro system.  Program of The Endocrine Society Annual Meeting, 1983.

107.  Bhasin, S., M. Peterson and R.S. Swerdloff:  Testicular GnRH-like peptides:  partial isolation and characterization of in vitro biosynthesis by rat testis.  Program of The Endocrine Society Annual Meeting, 1983.

108.  Bhasin, S., R. Robinson, M. Peterson, B.S. Steiner, D. Handelsman, J. Rajfer, D. Heber and R.S. Swerdloff: Molecular heterogeneity and biologic activity of luteinizing hormone after gonadotropin-releasing hormone agonist treatment.  Fertility and Sterility, Vol. 42, 2: 318-319, 1984.

109.  Bhasin, S., M. Peterson, B.S. Steiner, R.S. Swerdloff:  Enhanced suppression of gonadal function by constant infusion of GnRH agonist in the human male:  A potential approach towards male contraception. 7th International Congress of Endocrinology, Quebec, Canada, June 1984.

110.  Sikka, S.C., R.S. Swerdloff, and J. Rajfer:  Gonadotropin releasing hormone analog treatment and its involvement in testicular steroidogenesis.  Clinical Research, 32, 222A, 1984.

111.  Rajfer, J., R.S. Swerdloff and S.C. Sikka:  Effect of chronic gonadotropin-releasing hormone agonist therapy on testicular steroidogenesis.  Fertility and Sterility, 42, 325, 1984.

112.  Rajfer, J., R.S. Swerdloff, and S.C. Sikka:  Mechanism of action of ketoconazole on testosterone biosynthesis.  First place, Joseph F. McCarthy Essay Competition, American Urological Association, Western Section, p24, 1984.

113.  Jarjour, L., D.J. Handelsman, W.J. Raum and R.S. Swerdloff:  The effect of dopamine (DA) on the in vitro release of gonadotropin releasing hormone and its mechanism of action. Clinical Research 32: 27A, 1985.

114.  Jarjour, L., J. Rajfer, B. Steiner, A. Crum, M. Peterson and R.S. Swerdloff:  Sustained suppression of testicular steroidogenesis by a potent GnRH-agonist in patients with prostatic carcinoma.  Clinical Research 33: 94A, 1985.

115.  Sikka, S., R.S. Swerdloff and J. Rajfer:  Ketoconazole inhibits testosterone biosynthesis in the testis by affecting steroidogenic enzymes.  Clinical Research 33: 30A, 1985.

116.    Sikka, S.C., F. Rivera, R.S. Swerdloff and J. Rajfer: Ketoconazole inhibits directly cytochrome P-450 associated enzyme activities to block testosterone biosynthesis in the rat testis. Federation Proceedings, 44, 846, 1985.

117.    Rajfer J, H. W. Xie, R.S. Swerdloff and S.C. Sikka: Intratesticular steroids in rat testis exposed to ketoconazole. Fertility and Sterility 43, 1985.

118.    Bhasin S., S.C. Sikka, J. Rajfer, and R.S. Swerdloff: Ontogenesis of testicular steroidogenic enzymes in relation to sexual maturation in the male rat. Fertility Sterility 43, 1985.

119.    Bhasin, S., H. Dichek, D. Handelsman, B. Steiner, M.A. Peterson, J. Rajfer, R. Robinson and R.S. Swerdloff: Mechanisms of antigonadal action of GnRH agonist in the human male. Clinical Research 33: 92A, 1985.

120.    Bhasin, S., S. Sikka, J. Rajfer, T. Fielder, U. Sod-Moriah, R.S. Swerdloff: Hormonal effects of ketoconazole in the male rat. Clinical Research 33: 24A, 1985.

121.    Bhasin, S., T. Fielder and R.S. Swerdloff: Evidence that testes modulate gonadotropin response to GnRH-agonist treatment. Clinical Research 33: 24A, 1985.

122.    Sokol, R.Z., B.S. Steiner, G.D. Peterson, M. Bustillo and R.S. Swerdloff: Mechanism of action of chronic clomiphene citrate (CC) treatment on the hypothalamic-pituitary-testicular axis in oligospermic men. Clinical Research 33: 30A, 1985.

123.    Rajfer, J., H.W. Xie, R.S. Swerdloff, S.C. Sikka: Effect of in vitro ketoconazole on intratesticular steroid concentrations. American Urological Association, Inc. Annual Meeting, Atlanta, Georgia, May 1985.

124.    Steiner, B.S., S. Bhasin, R.S. Swerdloff: Suppression of spermatogenesis by constant infusion of GnRH agonist and androgen in the human male. The American Fertility Society Annual Meeting, Chicago, Illinois, September 27- October 2, 1985.

125.    Handelsman, D.J., J. Rajfer, R.s. Swerdloff: Pharmacokinetics of gonadotropin-releasing hormone (GnRH): Bioavailability and modeling of intranasal (IN) Compared with subcutaneous (SC) and Intravenous (IV) routes. The American Fertility Society, Chicago, Illinois, September 27- October 2, 1985.

126.    Simon, J.A., M.V. Sauer, U. Sod-Moriah, R.S. Swerdloff: Effects of semen density and volume on sperm distribution in the rabbit female reproductive tract. The American Fertility Society, Chicago, Illinois, September 27- October 2, 1985.

127.    Rajfer, J., J. Krantz, S. Bhasin, R.S. Swerdloff and S.C. Sikka: Ontogeny of testosterone biosynthetic enzymes. 3rd International Forum of Andrology, Paris, France, June 18-19, 1985.

128.    Bhasin, S., J.S. Louie and R.S. Swerdloff: Enrichment of rat pituitary gonadotropes by centrifugal elutriation. Pacific Coast Fertility Society, 1985.

129.    Sikka S.C., R.S. Swerdloff, F. Rivera, and J. Rajfer: Effect of GnRH agonist on human testicular steriodogenesis. Clinical Research 34, 94A, 1986.

130.    Bhasin, S., B.S. Steiner and R.S. Swerdloff: Enhanced suppression of spermatogenesis by constant infusion of a GnRH agonist and androgen in man: A potential approach toward male contraception. Clinical Research 34, 92A, 1986.

131.    Sikka S.C., S. Bhasin, R.S. Swerdloff, M.A.Koyle and J. Rajfer: Testosterone modulates the effects of

cyclosporine on serum LH secretion in male rats. Pacific Coast Fertility Society meeting, Palm Springs, CA 1987.

132.    Yuan, Q.X., S.C. Sikka, S. Bhasin, J. Rajfer, R.S. Swerdloff:  Direct effects of cyclosporine on pituitary LH secretion in the male rat. Pacific Coast Fertility Society, Palm Springs, CA 1987.

133.    Kim, W.H., Q.X. Yuan, R.S. Swerdloff, S. Bhasin:  GnRH does not increase synthesis of rat LH subunits in vitro. Pacific Coast Fertility Society, Palm Springs, CA 1987.

134.    Raum, W.J., W.X. Yuan and R.S. Swerdloff:  Hypothalamic dopamine activity regulates puberty onset. Clinical Research 35, 123A, 1987.

135.    Sokol, R.Z., H. Okuda, P. Johnson and R.S. Swerdloff:  Inhibition of sperm motility by an anti-human relaxin monoclonal antibody:  videomicrographic analysis.  Clinical Research 35, 123A, 1987

136.    Sikka, S.C., R.S. Swerdloff and J. Rajfer: cyclosporine affects hypothalamus-pituitary-gonadal axis. Clinical Research 35, 123A, 1987.

137.    Bhasin, S., B. Steiner, M. Peterson and R.S. Swerdloff:  Hormonal effects of GnRH agonist in man:  effects on LH subunit secretion and LH pulse-pattern. Clinical Research 35:181A, 1987.

138.    Yuan, Q.X., S. Bhasin and R.S. Swerdloff:  Differential regulation of rat luteinizing hormone alpha and beta subunits during stimulatory and downregulatory phases of GnRH action. Clinical Research 35, 124A, 1987.

139.    Bhasin, S., W.H. Kim, Q.X. Yuan, R.S. Swerdloff:  GnRH does not increase synthesis of rat LH subunits. The Laurentian Hormone Conference, Montebello, Quebec, Canada, August 23-28, 1987.

140.    Sikka, S., S. Bhasin, R. Swerdloff, D. Coy, M. Koyle and J. Rajfer:  Effect of cyclosporine on the hypothalamic-pituitary axis.   The Second International Congress on Cyclosporine, Washington, D.C., November 4-7, 1987.

141.    Kim, W.H., R.S. Swerdloff and S. Bhasin:  Differential regulation of alpha and LH beta mRNAs during GnRH agonist treatment in the male rat. Clin. Res. 36: 123A, 1988.

142.    Bhasin, S., W.H. Kim, B. Morelos, R.S. Swerdloff.  Pretranslational regulation of inhibin alpha subunit gene expression by FSH in the male rat. In vivo and in vitro studies. Clin. Res. 36: 122A, 1988.

143.    Jockenhovel, F., S. Bhasin, B.S. Steiner, R.S. Swerdloff.  Inhibitory effects of a GnRH antagonist in man dose response studies. Clin. Res. 36: 181A, 1988.

144.    Swerdloff, R.S., F. Jockenhovel, W. Salameh, B.S. Steiner, S. Bhasin.  Use of GnRH agonists and antagonists in clinical trials.   International Symposium on GnRH Analogues in Cancer and Human Reproduction, Geneva Switzerland, February 1988.

145.    Kim, W.H., R.S. Swerdloff, B.S. Morelos and S. Bhasin.  Effect of hypophysectomy and FSH replacement on inhibin subunit gene expression in the male rat. Pacific Coast Fertility Society meetings, Palm Springs, April 1988.

146.    Kim, W.H., R.S. Swerdloff, and S. Bhasin.  Regulation of alpha and LH beta mRNAs during GnRH agonist treatment in the male rat. Clin. Res. 36: 385A, 1988.

147.    Kandeel, F.R., M. Wahe, R.S. Swerdloff:  Opioid regulation of gonadotrophin release from estrogen-progesterone treated female rat pituitary cells. Clin. Res. 36: 123A, 1988.

148.    Swerdloff, R.S.:  Impotency and sexual dysfunction.  II International Symposium on Recent Advances in

Research in Male Fertility Regulation and Infertility Management, Semarang, Indonesia, October 1988.

149.    Swerdloff, R.S.: GnRH analogs - agonists and antagonists. Clinical applications in the male. II International Symposium on Recent Advances in Research in Male Fertility Regulation and Infertility Management, Semarang, Indonesia, October 1988.

150.    Toppari, J., L.A. Krummen, W.H. Kim, R.S. Swerdloff, G.S. diZerega, N. Ling, F. Esch, S. Shimasaki and S. Bhasin: Expression of inhibin alpha and beta B subunits is stage dependent during the cycle of the rat seminiferous epithelium. Testis Workshop, December, 1988. Baltimore, MD.

151.    Salameh, W., S. Bhasin, B.S. Steiner, M.A. Peterson, J.E. Rivier, W.W. Vale and R.S. Swerdloff: Marked suppression of gonadotropins and testosterone by a GnRH antagonist in man. Clin. Res. 37:152A, 1989.

152.    Krummen, L.A., J. Toppari, J.A. Pascual, R.S. Swerdloff, B.S. Morelos, G.S. diZerega and S. Bhasin: Effects of experimental cryptorchidism on inhibin alpha and beta B subunit expression: Evidence for germ cell-sertoli cell interactions. Clin. Res. 37:108A, 1989.

153.    Salameh, W., B.S. Steiner, M.A. Peterson and R.S. Swerdloff: Marked suppression of gonadotropins and testosterone (T) by antagonist analog of GnRH in man. The Endocrine Society Annual Program, Abst #1219, p 327, Seattle, WA, 1989.

154.    Krummen, L.A., J. Toppari, R.S. Swerdloff, N. Ling, F. Esch, S. Shimasaki and S. Bhasin: Expression of inhibin alpha and beta-B subunit mRNAs in adult rat testis after hypophysectomy and replacement of FSH and/or testosterone. The Endocrine Society Annual Program, Abst #1591, p 420, Seattle, WA, 1989.

155.    Salameh, W.A., S. Bhasin, B.S. Steiner, M.A. Peterson, L. McAdams and R.S. Swerdloff: Comparative effects of two different delivery systems on GnRH antagonist induced suppression of gonadotropins and testosterone in man. Clin. Res. 38:148A, 1990.

156.    Bhasin, S., R.S. Swerdloff, N. Berman, B.S. Steiner, M.A. Peterson, M.R. Pandian, M. Galmarini and R. Goldberg: A testosterone microcapsule formulation provides sustained androgen delivery for 10-12 weeks in hypogonadal men. Clin. Res. 38:145A, 1990.

157.    Kandeel, F.R., M.J. Gorrill, R.S. Swerdloff: Role of beta-endorphin in midcycle gonadotropin surge: Effect of gonadal steroids on beta-endorphin secretion from cultured pituitary cells. Clin. Res. 38:146A, 1990.

158.    Krummen, L.A., B.S. Morelos, R.S. Swerdloff and S. Bhasin: Luteinizing hormone regulates testicular inhibin subunit mRNA expression in vivo. Clin. Res. 38:98A, 1990.

159.    Tayek, J.A., D. Heber, L.O. Byerley, B.S. Steiner, J. Rajfer, R.S. Swerdloff: Nutritional and metabolic effects of GnRH agonist treatment for prostate cancer. Clin. Res. 38:130A, 1990.

160.    Salameh, W., M.A. Peterson, B.S. Steiner, R.S. Swerdloff: Effect of improved assay sensitivity on luteinizing hormone pulse detection after GnRH antagonist treatment in man. Endocrine Society Annual Meeting, Atlanta, GA, Abst. #1372, p. 367, 1990.

161.    Bhasin, S., R.S. Swerdloff, N. Berman, B.S. Steiner, M.A. Peterson, T. Meridores, M.R. Pandian, M. Galmirini, R. Goldberg: A biodegradable testosterone microcapsule formulation provides sustained androgen delivery for 10-12 weeks in hypogonadal men. Endocrine Society Annual Meeting, Atlanta, GA, 1990, Abst. #1041, p. 285, 1990.

162.    Swerdloff, R.S., S. Bhasin, W. Salameh, L. Tom, M. Peterson and B. Steiner: Combined GnRH antagonist and testosterone enanthate for experimental male contraception. Gynecol. Endocrinol. 4:28, 1990.

163.    Tom, L., S. Bhasin, W. Salameh, M. Peterson, B. Steiner and R.S. Swerdloff:    Male contraception: Combined gonadotropin releasing hormone antagonist and testosterone enanthate.  Clin. Res. 39:91A, 1991.

164.    Kandeel, F.R., F. Buena, N. Berman, and R.S. Swerdloff:  Effect of chronic opioid blockade on insulin resistance in polycystic ovarian disease.  Clin. Res. 39:63A, 1991.

165.    Kandeel, F.R., J. Villanueva-Mayer, I. Mena, N. Berman and R.S. Swerdloff:  Effect of naloxone on solid gastric emptying and insulin secretion in polycystic ovarian disease and simple obesity.  Clin. Res. 39:5A, 1991.

166.    The androgen receptor gene in the rat penis during sexual maturation.  American Society of Andrology, Montreal, Canada, April 27-30, 1991.

167.    Kandeel, F.R., R.S. Swerdloff, N. Berman, J. Villanueva-Mayer and I. Mena:  Acute opioid receptor blockade, solid gastric emptying, and insulin secretion in patients with polycystic ovarian disease.  American Federation for Clinical Research, Seattle, WA, May 3-6, 1991.

168.    Tom, L., W. Salameh, S. Bhasin, B. Steiner, M. Peterson and R.S. Swerdloff:    Male contraception: Achievement of reversible azoospermia by combined gonadotropin releasing hormone antagonist and testosterone enanthate regimen.  Program of The Endocrine Society 73rd Annual Meeting, Washington, D.C., 1991, p 319.

169.    Kandeel F.R., F. Buena, N. Berman and R.S. Swerdloff:  Role of opioids in insulin resistance of patients with polycystic ovarian disease:  effect of chronic naltrexone treatment.  Program of The Endocrine Society 73rd Annual Meeting, Washington, D.C., 1991, p 347.

170.    Buena F., R.S. Swerdloff, B.S. Steiner, P.J. Lutchmansingh, M.A. Peterson, N. Berman, S. Bhasin: Testosterone dose-dependency of sexual function in normal men.  Clin. Res. 40:93A, 1992.

171.    Rodriguez, J.A., D. Vernet, A. Fuentes, R. Swerdloff, J. Rajfer, and N. from the corpora cavernosa of XX patients with congenital adrenal hyperplasia (CAH).  Clin. Res. 40:48A, 1992.

172.    Vernet, D., A. Fuentes, J.A. Rodriguez, R. Swerdloff, J. Rajfer, N. Gonzalez-Cadavid:  Androgen receptor gene expression in smooth muscle cells from the corpora cavernosa of immature and adult rats.  Clin. Res. 40:48A, 1992.

173.    Freedman, A.L., J. Rajfer, R.S. Swerdloff, N. Gonzalez-Cadavid:  The effect of PDGF on androgen receptor gene expression in smooth muscle cells from the corpora cavernosa of immature and adult rats.  American Urological Association, 1992.

174.    Rodriguez, J.A., D. Vernet, A. Fuentes, R. Swerdloff, J. Rajfer and N. Gonzalez-Cadavid:  Androgen receptor gene expression in smooth muscle cells from the corpora cavernosa of XX patients with congenital adrenal hyperplasia (CAH).  Journal of Andrology 57(S):37, 1992.

175.    Vernet, D., A. Fuentes, J.A. Rodriguez, R. Swerdloff, J. Rajfer and N. Gonzalez-Cadavid:  Androgen receptor gene expression in smooth muscle cells from the corpora cavernosa of immature and adult rats.  Journal of Andrology 57(S):36, 1992.

176.    Buena, F., R.S. Swerdloff, B.S. Steiner, P.J. Lutchmansingh, M.A. Peterson, N. Berman, M.R. Pandian, M. Galmirini, and S. Bhasin:  Testosterone dose-dependency of sexual function in normal men.  Pacific Coast Fertility Society, Indian Wells, CA, April 10-14, 1992.

177. Kung, A., R.S. Swerdloff, C. Wang, N. Berman, M.A. Peterson, B.S. Steiner, M.R. Pandian, M. Galmirini, S. Bhasin: Pharmacokinetics and pharmacodynamics of a testosterone microcapsule formulation in Los Angeles Caucasian and Hong Kong Chinese hypogonadal men. Endocrine Society, San Antonio, TX, June 24-27, 1992.

178. Byerley, L., W.P. Lee, R.S. Swerdloff, F. Buena, T.A. Buchanan, S.K. Nair, B.S. Steiner, S. Bhasin: Effects of manipulating testosterone levels in the normal male range on protein, carbohydrate and lipid metabolism in man: implications for testosterone replacement therapy in man. Western Society for Clinical Investigation, Feb. 1993, Carmel, CA.

179. Lin, M-C, J. Rajfer, R.S. Swerdloff and N.F. down-regulates the levels of androgen receptor mRNA in smooth muscle cells from the rat corpora cavernosa via aromatization to estrogens. WAFCR, Carmel, CA, February 17-20, 1993.

180. Kaser, M., R. Swerdloff, J. Rajfer, and N. Gonzalez-Cadavid: Nuclear protein from rat corpus cavernosum and penile smooth muscle cells in culture binds to the androgen receptor promoter. WSPR, Carmel, CA, February 17-20, 1993.

181. Salehian, B., D. Jacobson, M. Grafe, A. McCutchan, R. Swerdloff: Pituitary-testicular axis during HIV infection: A prospective study. WSCI, Carmel, CA, February 17-20, 1993.

182. Sinha-Hikim, A. and R.S. Swerdloff: Temporal consequences of gonadotropin deprivation on spermatogenesis in GnRH antagonist-treated rats: Identification of stage-specific effects. WAFCR, Carmel, CA, February 17-20, 1993.

183. Salehian, B., D Jacobson, M. Grafe, A. McCutchan. R.S. Swerdloff: Pituitary-testicular axis during HIV infection: A prospective study. American Society of Andrology Meeting, Tampa, Florida, March 1993.

184. Cadavid, N., M.C. Lin, J. Rajfer and R.S. Swerdloff: Down regulation of AR and TGF-beta 1 mRNA levels in the penis and prostate of immature rats by androgens. The Endocrine Society, Las Vegas, Nevada, June 9-12, 1993.

185. Sinha-Hikim, A. and R.S. Swerdloff: Temporal and stage-specific changes in spermatogenesis in GnRH antagonist (GnRH-A)-treated rats. The Endocrine Society, Las Vegas, Nevada, June 9-12, 1993.

186. Bhasin, S., LKS Tom, W. Salameh, B.S. Steiner, M.A. Peterson and R.S. Swerdloff: Clinical Trials with agonist and antagonist of gonadotropin releasing hormone for male contraception. Indonesian Society of Obstetrics and Gynecology, Jakarta, Indonesia, April 4-9, 1993.

187. McCutchan, A., B. Salehian, D. Jacobson, M. Grafe, R. Swerdloff: Evolution of pituitary-testicular axis dysfunction in HIV/Aids. IXth International Conference on AIDS, Berlin, June 7-11, 1993.

188. McCutchan, A., D. Jacobson, R. Robinson, E. Eisenman, B. Salehian, R. Swerdloff: Impact of hypogonadism on sexual function in HIV/Aids. IXth International Conference on AIDS, Berlin, # 1203, June 7-11, 1993.

189. Kandeel, F.R. and R.S. Swerdloff: Sex Steroid Regulation of LH and POMC-Peptides by individual pituitary cells. 3rd International Pituitary Congress - A Basic and Clinical Update, June 13-15, 1993.

190. Swerdloff, R.S.: Reproductive Endocrinology of aging men. 4th Annual meeting of the North American Menopause Society, San Diego, Sept. 2-4, 1993.

191. Swerdloff, R.S.: Androgens and Aging in Men. Indonesian Society of Andrology, Surabaya, Indonesia, Nov.

12-14, 1993.

192.   Swerdloff, R.S.:  Male Contraception:  1993 and Beyond.  The VI National Annual Meetings of Pandi (Indonesian Society of Andrology), Denpasar, Bali, Nov. 16-17, 1993.

193.   Swerdloff, R.S.:  Effect of Aging on Male Reproduction System:  Interactions and Implications of Treatment with Androgens.  The VI National Annual Meetings of Pandi (Indonesian Society of Andrology), Denpasar, Bali, Nov. 16-17, 1993.

194.   Swerdloff, R.S.:  Endocrine and laboratory profile of impotence in the male.  Biannual Impotence Meeting, Denpasar, Bali, Nov. 18-20, 1993.

195.   Freedman, A., J. Rajfer, R.S. Swerdloff, N.F. Gonzalez-Cadavid:  Opposite effects of platelet derived growth factor AB and transforming growth factor B1 on the levels of androgen receptor mRNA in cultures of smooth muscle cells from the rat corpora cavernosa. 1992 Annual Meeting American Urology Association, Washington, DC, 1993.

196.   Lin, M-C, R.S. Swerdloff, J. Rajfer, N.F. Gonzalez-Cadavid:  Depletion of androgen receptor and transforming growth factor-B mRNAs in the penis and prostate of immature castrated rats treated with supraphysiological doses of androgens. 75th Annual Meeting The Endocrine Society, Las Vegas, NV, 1993.

197.   Sinha-Hikim, A.P. and R.S. Swerdloff:  Does FSH have a role in the maintenance of spermatogenesis in the adult rat. Clin. Res. 42:73A, 1994.

198.   Sinha-Hikim, A.P. and R.S. Swerdloff:  Recovery of spermatogenesis after cessation of GnRH antagonist treatment in the adult rat follows the normal time schedule of germ cell development.  Clin. Res. 42:73A, 1994.

199.   Catlin D.H., B. Salehian, T. Boghosian, R.S. Swerdloff, C. Wang:  Changes in urinary testosterone and epitestosterone after sublingual testosterone cyclodextrin administration.  WAFCR, Carmel, February 9-12, 1994.

200.   Salehian B., C. Wang, T. Davidson, V. Umana, B. Steiner, M. Peterson, I. Sinha-Hikim and R.S. Swerdloff: Comparison of pharmacokinetics of testosterone (T) after sublingual testosterone cyclodextrin (SLT) or testosterone enanthate injections (TE).  Clin. Res. 42:73A, 1994.

201.   Salehian B., C. Wang, T. Davidson, V. Umana, B. Steiner, M. Peterson, I. Sinha-Hikim and R.S. Swerdloff: Comparison of pharmacokinetics of testosterone (T) after sublingual testosterone cyclodextrin (SLT) or testosterone enanthate injections (TE).  American Society of Andrology, Springfield, Illinois, March 4-7, 1994.

202.   Sinha-Hikim, A.P. and R.S. Swerdloff:  Recovery of spermatogenesis after cessation of GnRH antagonist treatment in the adult rat follows the normal time schedule of germ cell development.  American Society of Andrology, Springfield, Illinois, March 4-7, 1994.

203.   Sinha-Hikim, A. and R.S. Swerdloff: Temporal and stage-specific effects of recombinant human FSH on the maintenance of spermatogenesis in the adult rat. Endocrine Society, Anaheim California, June 15-18, 1994.

204.   Salehian, B., C. Wang, T. Davidson, V. Umana, B. Steiner, R. Dudley, F. Ziel and R. S. Swerdloff: Pharmacokinetics and safety of sublingual cyclodextrin testosterone (SLT) in comparison to testosterone enanthate (TE).  Endocrine Society, Anaheim, California, June 15-18, 1994.

205.   Swerdloff, R.S.:  Male Contraception. Endocrine Society, Anaheim, California, June 15-18, 1994.

206.    Lugg, J., F. Sadeghi, N. Cadavid, A. Freedman, R. Swerdloff and J. Rajfer:    High Incidence of Cryptorchidism in LE/ORL Rats.    American Urological Association, Inc., 1994 Annual Meeting, San Francisco, California.

207.    Sinha-Hikim AP, Wang C., Swerdloff, R.S.: In Situ Localization of Apoptosis in Testis: Evidence for Its Involvement in Germ Cell Deneration in Rats.    American Federation for Clinical Research, Carmel, CA. February 8-11, 1995.

208.    D. Jacobson, B. Salehian, A. McCutchan, R.S. Swerdloff: Testosterone Levels and Sexual Complaints in Homosexual HIV Positive and Negative Men.    American Federation for Clinical Research, Carmel, CA. February 8-11, 1995.

209.    R.S. Swerdloff, S. Bhasin, B. Steiner, WJ Bremner, CA Paulsen: Male Contraception: A Hormonal Model With Testosterone Enanthate (TE).    The U.S. Experience.    American Federation for Clinical Research, Carmel, CA. February 8-11, 1995.

210.    Wang C., V. McDonald, A. Leung, L. Superlano, L. Hull, R.S. Swerdloff:    Effect of increased scrotal temperature on sperm production in normal men. American Society of Andrology, 1995 Annual Meeting, Raleigh, North Carolina.

211.    Sinha Hikim, A.P., C. Wang, R.S. Swerdloff:    Involvement of apoptosis in the induction of germ cell degeneration in the adult rats after gonadotropin-releasing hormone antagonist treatment. American Society of Andrology, 1995 Annual Meeting, Raleigh, North Carolina.

212.    Sinha Hikim, A.P. and R.S. Swerdloff: Stage-specific activation of germ cell apoptosis in the adult rat after gonadotropin deprivation by GnRH antagonist treatment.    Clinical Research Meeting, May 5 - 8, 1995, San Diego, California

213.    Bonavera J.J., C. Wang, A.P. Sinha Hikim, R.S. Swerdloff:  Age-related changes in LH, FSH and prolactin secretion after N-methyl-D-aspartate (NMDA) administration.  1995 The Endocrine Society Meeting, June 13-17, 1995, Washington D.C.

214.    Sinha Hikim, A.P., J.J. Bonavera, R.S. Swerdloff: Recombinant human LH prevent GnRH antagonist (GnRH-A)-induced stage-specific activation of germ cell apoptosis in the adult rat: Evidence for differential regulation of spontaneous vs. induced apoptosis.  1995 The Endocrine Society Meeting, June 13-17, 1995, Washington D.C.

215.    Wang C., G. Alexander, N. Berman, B. Salahian, T. Davidson, V. McDonald, C. Callegari and R. S. Swerdloff: Effect of testosterone replacement therapy on mood changes in hypogonadal men.   1995 The Endocrine Society Meeting, June 13-17, 1995, Washington D.

216.    Sinha-Hikim, A.P., H. Garban, YH Lue, R.S. Swerdloff: Quantitative Significance of Apoptosis in Mediating the Temporal and Stage-Specific Loss of Germ Cells in the Adult Rat After Gonadotropin Deprivation, Clinical Research 44:103A, 1996

217.    Leung,A., L. Superlano, B. Steiner, R.S. Swerdloff, C. Wang: Oligozoospermia Induced by Exogenous Testosterone is Associated With Normal Functioning Residual Spermatozoa.   Clinical Research 44:176A, 1996

218.    Bonavera, J.J., C. Wang, A. Leung, YH Lue, S. Baravarian, L. Superlano, AP Sinha Hikim, R.S. Swerdloff: In the Brown-Norway (BN) Male Rat, Aging is Associated with Decreased LH Pulse Amplitude.    Clinical Research 44:171A, 1996.

219.  Sinha Hikim, A.P., C. Wang, YH Lue, X-H Wang, R.S. Swerdloff: Spontaneous Degeneration of Germ Cells During Spermatogenesis in Normal Men Occurs Via Apoptosis. Clinical Research 44:177A, 1996.

220.  Wang, C., V. McDonald, A. Leung, L. Superlano, L. Hull, R. S. Swerdloff: Effect of Increased Scrotal Temperature on Sperm Production in Normal Men, American Society of Andrology, Annual Meeting Minneapolis, Minnesota, April 25-29, 1996.

221.  Johnson, L., L. Rodriguez, R. S. Swerdloff, XH Wang, C. Wang, Ethnic Differences in Spermatogenis Potential in Humans, American Society of Andrology Annual Meeting, Minneapolis, Minnesota, April 25-29, 1996.

222.  Wang, D.R. Eyre, R. Clark, D. Kleinberg, C. Newman, A. Iranmanesh, J. Veldhuis, R.E. Dudley, N. Berman, R.S. Swerdloff: Sublingual Testosterone Replacement Decreases Bone Resorption and Increases Bone Formation Markers in Hypogonadal Men, 10th International Congress of Endocrinology, San Francisco, Ca. 1:552 June 12-15, 1996.

223.  Wang, C., N. Berman, T. Der, V. McDonald, R.S. Swerdloff: Differences in the Suppressibility of Serum LH to Negative Feedback Regulation by Testosterone in Normal Asian and White Men, 10th International Congress of Endocrine, San Francisco, CA, 1:552 June 12-15, 1996

224.  Wang, C., R. S. Swerdloff: Male Contraception Efficacy of Hormonal Methods, 10th International Congress of Endocrinology, San Francisco, CA. 1:31, 1996

225.  Lue,YH, AP Sinha Hikim, C. Wang, S. Baravarian, J.J. Bonavera, A. Leung, R.S. Swerdloff: Early Effect of Vasectomy on Testicular Apoptosis. 10th Annual International Congress of Endocrinology, San Francisco, CA. 1:544, June 12-15, 1996

226.  Sinha Hikim, A.P. YH Lue, C. Wang. X-H Wang, L. Johnson, R.S. Swerdloff: Spontaneous Germ Cell Apoptosis is Human, 10th International Congress of Endocrinology, San Francisco, CA. 1:177, June 12-15, 1996

227.  Sinha Hikim, A.P. H. Garban, YH Lue, J.J. Bonavera, C. Wang, R.S. Swerdloff: Quantitative Significance of Apoptosis in Mediating the Temporal and Stage-Specific Loss of Germ Cells in the Adult Rat After Gonadotropin Deprivation, 10th International Congress of Endocrinology, San Francisco, CA., 1:58, June 12-15, 1996.

228.  Bonavera, J.J., C. Wang, A. Leung, Y.H. Lue, S. Baravarian, L. Superlano, A.P. Sinha Hikim, R.S. Swerdloff: Aging is Associated with Decreased LH Pulse Amplitude in the Brown-Norway (BN) Male Rat., 10th International Congress of Endocrinology, San Francisco, CA., 1:83, June 12-15, 1996.

229.  Sinha-Hikim, A.P., T. Rajavashisth, Y.L. Lue, J. Tripathi, H.F. Nabi, A. Suh, J.J. Bonavera, C. Wang, J.A. Brasel, R.S. Swerdloff: Stage-Specific Suppression of Spontaneous Germ Cell    Apoptosis in p53 Deficient Mice., 6th International Congress on Cell Biology, 36th American          Society for Cell Biology Annual Meeting, Dec. 7-11,1996

230.  Rajavashisth, T.B., A.P. Sinha Hikim, N.D. Mishra, Y. Cai, J.N. Tripathis, Y.L. Lue, C. Wang, S. Baravarian, A. Leung, W-N P. Lee and R.S. Swerdloff: Mice Deficient in Macrophage-Colony Stimulating Factor Exhibit Reduced Testicular Testosterone and Augmented Stage-Specific Germ Cell Apoptosis., 6th International Congress on Cell Biology, 36th American Society for Cell Biology Annual Meeting, Dec. 7-11, 1996.

231.  Im, P., YH Lue, KS Tiang, T Bui, A. Leung, AP Sinha Hikim, R.S. Swerdloff, C. Wang: Stage-Specific loss of germ cells in the rat after a single exposure to heat occurs by apoptosis. AFCR Regional Meeting, Journal Of

Investigative Medicine p 94A, Feb. 5-8, 1997.

232.   Lue, YH, AP Sinha Hikim, A. Leung, S. Baravarian, C. Wang, R.S. Swerdloff: Triptolide: A potential male contraceptive.  AFCR Regional Meeting, Journal of Investigative Medicine p 94A, Feb. 5-8, 1997.

233.   Lue, YH., A.P. Sinha Hikim, A. Leung, S. Baravarian, C. Wang, and R.S. Swerdloff: Triptolide: A Post Testicular Antifertility Agent, American Society of Andrology, 1997 Annual Meeting, February 23-25, 1997.

234.   Lue,YH., A.P.Sinha Hikim, P. Im, K.S. Tiang, T. Bui, A. Leung, R. S. Swerdloff, C. Wang: Stage-Specific Loss of Germ Cells in the Rat After a Single Exposure to Heat Occurs by Apoptosis, American Society of Andrology, 1997 Annual Meeting, February 23-25, 1997.

235.   Swerdloff, R.S., YH Lue, T. Rajavashisth, C. Wang, AP, Sinha Hikim: Hormonal regulation of germ cell apoptosis.  Serono Symposia, AACE Meeting, April 16, 1997.

236.   Wang, C., A. Iranmanesh, V. McDonald, B. Steiner, L. Hull, N. Berman, SM Faulkner, R.E. Dudley, J. Veldhuis, R.S. Swerdloff: Comparative Pharmacokinetics of three doses of dihydrotestosterone (DHT)-Gel in older men.  79th Annual Meeting of The Endocrine Society, June 11-14, 1997.

237.   Swerdloff, R.S., C.J. Bagnatell, C. Wang, T. Davidson, B. Steiner, B.D. Anawalt, M. Fidel, W.J. Bremner: Maintenance of Azoospermia and severe oligospermia (induced by GnRH-A Plus Testosterone) by testosterone alone.  79th Annual Meeting of the Endocrine Society. June 11-14, 1997.

238.   Lue, YH, A.P. Sinha Hikim, A. Leung, S. Baravarian, R.S. Swerdloff, C. Wang.: Stage-related activation of germ cell apoptosis in the male aging brown-Norway rat.  79th Annual Meeting of the Endocrine Society. June 11-14, 1997

239.   Sinha Hikim, A.P., Lue,Y.H., T.B. Rajavashisth, C. Wang, R.S. Swerdloff: Role of pituitary gonadotropins in preventing the GnRH-A induced stage-specific acceleration of germ cell  apoptosis in the adult. 79th Annual Meeting of the Endocrine Society.  June 11-14, 1997.

240.   Paul, L. K., K.B.Boone, A. Lee, B.L. Miller, A. Haddal, R.S. Swerdloff: Neurocognitive Profile of Adults with Klinefelter's Syndrome.  International Neuropsychological Society.  February, 1998.  Honolulu, Hawaii.

241.   Sinha Hikim A.P., Y.H. Lue, L. Smith, J.H. Park, C. Kung, G. Nam, C. Wang, RS Swerdloff.  Differential expression of BCL-2 and BAX in the rat seminiferous epithelium.  AFMR (Western Regional) Meeting, Carmel, February, 1998.

242.   Lue, Y.H., A.P. Sinha Hikim, A. Leung, S. Baravarian, C. Wang, R.S. Swerdloff. Stage-specific hormonal protection against heat-induced germ cell apoptosis in rat.  AFMR (Western Regional Meeting, Carmel, February, 1998.

243.   Vernet, D., J.J. Bonavera, R.S. Swerdloff, N.F. Gonzalez-Cadavid, C. Wang. Spontaneous expression of inducible nitric oxide synthase (iNOS) in the hypothalamus and frontal cortex of aging rats.  23rd Annual Meeting of the American Society of Andrology, Long Beach, March, 1998.

244.   Lue, Y.H, A.P. Sinha Hikim, T.B. Rajavashisth, C. Wang, W.E. Salameh, R.S. Swerdloff. P53-deficiency suppresses germ cell apoptosis and stimulates cellular proliferation in vivo.  23rd Annual Meeting of the American Society of Andrology, Long Beach, March, 1998.

245.   Lue, Y.H., A.P. Sinha Hikim, A. Leung, S. Baravarian, C. Wang, R.S. Swerdloff. Stage-specific hormonal protection against heat-induced germ cell apoptosis in rat.  23rd Annual Meeting of the American Society of

Andrology, Long Beach, March, 1998

246.    Sinha Hikim, A.P., Y.H. Lue, L. Smith, J.H. Park, C. Kung, G. Nam, C. Wang, R.S. Swerdloff. Differential expression of BCL-2 and BAX in the rat seminiferous epithelium. 23rd Annual Meeting of the American Society of Andrology, Long Beach, March, 1998.

247.    Wang, C., T. Davidson, N. Berman, B. Steiner, L. Hull, S. Baravarian, R.E. Dudley, S. Faulkner, R.S. Swerdloff: Pharmacokinetics of transdermal testosterone gel in hypogonadal men. Endocrine Society, June, 1998

248.    Hikim S.P., K Stefanovic, YH Lue, D. Vernet. C. Wang, R.S.Swerdloff: Increased expression of BAX is an early event in the induction of germ cell apoptosis after mild testicular hyperthermia. Endocrine Society, June, 1998

249.    Lue Y.H, A.P. Sinha Hikim, Y. Machida, A. Mayerhofer, H. Urbanski, C. Wang, R.S. Swerdloff: Accelerated germ cell apoptosis in aging rhesus monkeys. Endocrine Society, June, 1998.

250.    Huynh, Phuong N, A.P.Sinha Hikim, K. Stefanovic, YH Lue, A. Leung, V. Atienza, S. Baravarian, RS Swerdloff, C. Wang: Long-term effects of triptolide on spermatogenesis, epididymal sperm functions and fertility in male rats. Western Regional Meetings, Carmel, January, 1999.

251.    Huynh, PN., K. Stefanovic, R. Hwang, C. Ching, AP Sinha Hikim, C Wang, RS Swerdloff: Effect of heat on testicular heat shock protein expression. Western Regional Meetings, Carmel, January, 1999.

252.    Lue YH, AP Sinha Hikim, C. Wang, A. Casillas, L Bono, A. Leung, And RS. Swerdloff: Rapid Suppression of spermatogenesis in the rat by combined treatment with GnRH antagonist and a single heat exposure. Western Regional Meetings, Carmel, January, 1999.

253.    Lue YH, AP Sinha Hikim, C Wang, A Casillas, L Bono, A Leung, RS Swerdloff. Rapid suppression of spermatogenesis in the rat by combined treatment with GnRH antagonist and a single heat exposure. Program of the 24th Annual Meeting of American Society of Andrology, Louisville, KY, April, 1999,

254.    Huynh PN, K Stefanovic, R Hwang, C Ching, AP Sinha Hikim, C Wang, RS Swerdloff. Effect of heat on testicular heat shock protein expression. Program of the 24th Annual Meeting of American Society of Andrology, Louisville, KY, April 1999.

256.    Lue YH, AP Sinha Hikim, C Wang, A. Casillas, L Bono, A. Leung, And RS. Swerdloff: Rapid Suppression of spermatogenesis in the rat by combined treatment with GnRH antagonist and a single heat exposure. Endocrine Society Meetings, June, 1999.

257.    Portugal AM, AP Sinha Hikim, CM Yamamoto, YH Lue, TB Guo, SY Hsu, WA Salameh, C Wang, AJW Hsueh, RS Swerdloff: Impairment of spermatogenesis through increased germ cell apoptosis in transgenic mice with selective overexpression of BCL-2 in the somatic cells of the testis. Western Regional Meetings, Carmel, February, 2000

258.    Im M., YH Lue, PN Rao, AP Sinha Hikim, WA Salameh, C Wang, RS Swerdloff: Absence of germ cells in the adult XXY male mouse: an excellent experimental model for Klinefelter syndrome. Western Regional Meetings, Carmel, February, 2000

259.    Yamamoto C., AP Sinha Hikim, B. Shapiro, PN Huynh, YH Lue, WA Salameh, C Wang, RS Swerdloff: Redistribution of BAX is an early step in an apoptotic pathway leading to germ cell death triggered by mild testicular hyperthermia. Western Regional Meetings, Carmel, February, 2000

260.  Huynh, PN, G Fernando, M Fernando, CM Yamamoto, AP Sinha Hikim, C Wang, RS Swerdloff: Caspase-7 increases germ cell undergoing apoptosis following heat stress. Western Regional Meetings, Carmel, February, 2000

261.  Camarillo, PN Huynh, CM Yamamoto, G Fernando, M Fernando, AP Sinha Hikim, C Wang, RS Swerdloff: FAS/FASL system: does it play a role in germ cell apoptosis in response to heat stress? Western Regional Meetings, Carmel, February, 2000

262.  Lue, YH, J Chu, J Uy, AP Sinha Hikim, CM Yamamoto, PN Huynh, C Wang, RS Swerdloff: Stage-specific loss of germ cells after a single testicular heat exposure in the adult mouse occurs by apoptosis. Western Regional Meetings, Carmel, February, 2000

263.  Ferrini, M., C Wang, RS Swerdloff, D Vernet, AP Sinha Hikim, NF Gonzalez-Cadavid: Aging-related expression of inducible nitric oxide synthase and cytotoxicity markers in rat hypothalamic regions associated with male reproductive dysfunction. Western Regional Meetings, Carmel, February, 2000

264.  Vernet, D., AP Sinha Hikim, RS Swerdloff, NF Gonzalez-Cadavid, C Wang: Age-related increase in germ cell apoptosis in male Brown-Norway (BN) rats is associated with increased expression of inducible nitric oxide synthase (iNOS) Western Regional Meetings, Carmel, February, 2000.

265.  Gaw Gonzalo, IT, RS Swerdloff, A Nelson, B Clevenger, N Berman, L Hull, C Wang: Comparison of the efficacy of combined progestagen implant and transdermal androgen versus androgen alone in the suppression of spermatogenesis in normal men. Western Regional Meetings, Carmel, February, 2000.

266.  Gaw Gonzalo, IT, DF Kelly, RS Swerdloff, P Cohen, D Nikas, M Etchepare, N Berman, C Wang: Delayed hypopituitarism following severe head injury. Western Regional Meetings, Carmel, February, 2000.

267.  Guo, TB., WA Salameh, PN Huynh, AP Sinha Hikim, S Chen, C Wang, A Toscani, EP Reddy, RS Swerdloff: Characterization of the spermatogenic cell cycle defects in the A-MYB knockout mice. American Society of Andrology 25th annual meeting, Boston, April, 2000

268.  Huynh, PN, G Fernando, M Fernand, CM Yamamoto, AP Sinha Hikim, C Wang, RS Swerdloff: Caspase-7 increases in germ cell undergoing apoptosis foloing heat stress. American Society of Andrology 25th annual meeting, Boston April, 2000

269.  Yamamoto, CM., AP Sinha Hikim, B Shapiro, PN Huynh, Y. Lue, WA Salameh, C Wang, RS Swerdloff: Redistribution of BAX is an early step in an apoptotic pathway leading to germ cell death triggered by mild testicular hyperthermia. American Society of Andrology 25th annual meeting, Boston April, 2000

270.  Vernet, D, A Sinha Hikim ,R Swerdloff, NF Gonzalez-Cadavid, C Wang: Age-related increase in germ cell apoptosis in male Brown-Norway (BN) rats is associated with increased expression of inducible nitric oxide synthase (iNOS). American Society of Andrology 25th annual meeting, Boston April, 2000

271.  Lue, YH, PN Rao, AP Sinha Hikim M Im, WA Salameh, P Yen, C Wang, RS Swerdloff: Progressive loss of germ cells by apoptosis in XXY male mouse: an excellent experimental model for Klinefelter syndrome. American Society of Andrology 25th annual meeting, Boston April, 2000

272.  Johnson, L., JW Plasek, WB Neaves, C Wang, RS Swerdloff, XH Wang:Ethnic Differences in Leydig cell organelle content may predispose testes of Asian men to a heightened sensitivity to steroidal contraceptives. American Society of Andrology 25th annual meeting, Boston April, 2000

273.  Wang, C, RS Swerdloff: New androgen formulations. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

274.    Portugal, AM, AP Sinha Hikim, CM Yamamoto, YH Lue, TB Guo, SY Hsu WA Salameh, AW Hsueh, RS Swerdloff: Impairment of spermatogenesis in transgenic mice with selective overexpression of BCL-2 in the somatic cells of the testis. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

275.    Huynh, PN, AP Sinha Hikim, G Fernando, M Fernando, D Camarillo, C Wang, RS Swerdloff: Differential regulation of FasL and Fas receptor in the testis following mild testicular hyperthermia in rat. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

276.    Lue, YH, AP Sinha Hikim, CM Yamamoto, NF Gonzalez-Cadavid, C Wang, A Leung, RS Swerdloff: Decrease in induction of germ cell apoptosis by a single testicular heat exposure in iNOS deficient mouse. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

277.    Wang, C, RS Swerdloff, A Iranmanesh, A Dobs, PJ Snyder, G Cunningham, AM Matsumoto, T Weber, N Berman, Testosterone Gel Study Group Harbor-UCLA Medical Center and Research and Education Institute, Torrance, CA and 15 other centers in the US: Effects of transdermal testosterone gel on bone turnover markers and bone mineral density in hypogonadal men. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

278.    Wang, C, RS Swerdloff, A Iranmanesh, A Dobs, PJ Snyder, G Cunningham, AM Matsumoto, T Weber, N Berman, Testosterone Gel Study Group Harbor-UCLA Medical Center and Research and Education Institute, Torrance, CA and 15 other centers in the US: Transdermal testosterone gel improves sexual function, mood, muscle strength and body composition parameters in hypogonadal men. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

279.    Chan, K, TB Guo, WA Salameh: Isolation of novel testicular substrates of glycogen synthase kinase-3B. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

280.    Gaw Gonzalo, IT, DF Kelly, RS Swerdloff, P Cohen, D Nikas, M Etchepare, N Berman, C. Wang: Delayed hypopituitarism following moderate or severe traumatic brain injury. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

281.    Gaw Gonzalo IT, RS Swerdloff, A Nelson, B Clevenger, N Berman, L Hull, C Wang. Comparison of the efficacy of combined progestagen implant and transdermal androgen versus androgen alone in the suppression of spermatogenesis in normal men. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

282.    Swerdloff, RSS, C Wang, G Cunningham, A Dobs, A Iranmanesh, AM Matsumoto, PJ Snyder, T Weber, J Longstreth, N Berman Testosterone Gel Study Group and Research and Education Institute, Torrance, CA and 15 other centers in the US: Long term pharmacokinetics of transdermal testosterone gel versus testosterone patch in hypogonadal men. Endocrine Society 82nd Annual Meeting. Toronto, Canada June, 2000

283.    Ferrini M, C. Wang, R. Swerdloff, AP Sinha Hikim, NF Gonzalez-Cadavid: Aging-related expression of inducible nitric oxide synthase and cytotoxicity markers in rat hypothalamic regions associated with male reproductive dysfunction. Toronto, Canada Endocrine Society 82nd Annual Meeting. June, 2000

284.    Sinha Hikim AP, Yamamoto CM, Lue Y, Huynh PN, Wang C, Swerdloff RS. Apoptotic pathways: a testicular perspective. Program of the 33rd Annual Meeting of Society for the Study of Reproduction, July 15-18, 2000, Madison, WI, p 96 (Plenary talk).

285.    Rispler MJ, YH Lue, AP Sinha Hikim, A Leung, LG Ferguson, C Wang, RS Swerdloff: Frequency of

apoptosis in spontaneous versus hormonally induced oligospermia in human ejaculated sperm. Western Regional Meetings, Carmel, CA, February, 2001.

286.    Bae AI, C Wang, N Berman, RS Swerdloff: The effects of showering on serum testosterone levels after the application of transdermal testosterone gel. Western Regional Meetings, Carmel, CA, February, 2001.

287.    Ferrini M, AP Sinha Hikim C Wang, RS Swerdloff, NF Gonzalez-Cadavid: Age-related increase of inducible nitric oxide (iNOS) expression and apoptosis in the mouse brain. Western Regional Meetings, Carmel, CA, February, 2001.

288.    Yamamoto CM, AP Sinha Hikim, YH lue, C Wang RS Swerdloff: Heat-induced germ cell death in rats occurs through an apoptotic pathway involving the cytosolic release of cytochrome C. Western Regional Meetings, Carmel, CA, February, 2001.

289.    Lue YH, CM Yamamoto, AP Sinha Hikim, C Wang, MJ Rispler, M Francisca, LG Ferguson, RS Swerdloff: Increased germ cell proliferation in inducible nitric oxide synthase (iNOS) deficient male mice. Western Regional Meetings, Carmel, CA, February, 2001.

290.    Huynh PN, AP Sinha Hikim, CM Yamamoto, YH Lue, G Fernando, M Fernando, DL Chen, C Wang, RS Swerdloff: The FAS signaling system may not be involved in the induction of germ cell apoptosis by mild testicular hyperthermia. Western Regional Meetings, Carmel, CA, February, 2001.

291.    Gaw Gonzalo IT, A Pawlikoswka-Haddal, JA Brasel, C Wang, C Vadheim, N Berman, B Clevenger, RS Swerdloff: Klinefelter syndrome (KS) profile on a series of 105 adolescent and adult males. Western Regional Meetings, Carmel, CA, February, 2001.

292.    Lue YH, AP Sinha Hikim, C Wang, A Leung, RS Swerdloff: Increased germ cell proliferation in inducible nitric oxide synthase (iNOS) deficient male mice. VII International Congress of Andrology, Montreal, Canada, 2001

293.    Gaw Gonzalo IT, RS Swerdloff, A Nelson, B Clevenger, R Garcia, N Berman, C Wang: Effects of a long-acting progestagen implant (Norplant) with androgen preparations in the suppression of spermatogenesis in normal men. VII International Congress of Andrology, Montreal, Canada, 2001

294.    Sinha Hikim, AP, CM Yamamoto, YH Lue, C Wang, RS Swerdloff: Key molecular components of the apoptotic pathway in heat-induced programmed germ cell death.  Endocrine Society 83rd Annual Meeting. Denver, CO, June, 2001

295.    Lue, YH, B Lasley, LS Laughlin, RS Swerdloff, AP Sinha Hikim, A Leung, C Wang: Mild testicular hyperthermia induces oligospermia and azoospermia through increased germ cell apoptosis in adult monkeys. Endocrine Society 83rd Annual Meeting. Denver, CO, June, 2001

296.    Sinha Hikim, AP, PN Huynh, YH Lue, C Wang RS Swerdloff: The FAS signaling system may not be involved in the induction of germ cell apoptosis by mild testicular hyperthermia.  Endocrine Society 83rd Annual Meeting. Denver, CO, June, 2001

297.    Gaw Gonzalo, IT, A Pawlikowska-Haddal, J Brasel, C Wang, C Vadheim, N Berman, B Clevenger, RS Swerdloff: Klinefelter syndrome (KS) profile on series of 107 adolescent and adult males. Endocrine Society 83rd Annual Meeting. Denver, CO, June, 2001

298.    Bae AI, C Wang, N Berman, RS Swerdloff: The effects of showering on serum testosterone levels after the application of transdermal testosterone gel. Endocrine Society 83rd Annual Meeting. Denver, CO, June, 2001

299.    Lue YH, C Wang AP Sinha Hikim C Yamamoto, A Leung, V Atienza, M Diaz-Romero, RS Swerdoff:

Progesterone Receptor expression, localization and activity in rat testes. Western Regional Meetings, Carmel, CA, February, 2002

300.    Rodriguez S, YH Lue, PH Yen, C Wang, RS Swerdloff, AP Sinha Hikim: Activation of the mitochondria-dependent apoptotic pathway in heat-induced testicular germ cell apoptosis in FAS ligand-defective mice. Western Regional Meetings, Carmel, CA, February, 2002

301.    Sinha Hikim AP, Huynh PN, Lue YH, Wang C, Swerdloff RS. The Fas signaling system may not be involved in the induction of germ cell apoptosis by mild testicular hyperthermia. Program of the 83rd Annual Meeting of the Endocrine Society, June 20-23, 2001, Denver, CO, p 90 (oral presentation).

302.    Nwachukwu JC, Lue YH, Wang C, Sinha Hikim AP, Swerdloff RS. The Involvement Of Ceramide Signaling and Mitochondrial Pathway in Testosterone-induced Germ Cell Apoptosis. 2002 Annual Meeting of SACNAS, Anaheim, CA

303.    Sinha Hikim AP, YH Lue, S Rodriguez, PH Yen, C Wang, RS Sewrdloff: Activation of the mitochondria-dependent apoptotic pathway in heat-induced testicular germ cell apoptosis in FAS ligand-defective mice. American Society of Andrology Meetings, Seattle WA, April, 2002

304.    Palomeno, G, AP Sinha Hikim, YH Lue, V Atienza, C Wang, RS Sewrdloff: The initiatror caspase 9 and the executioner caspases 3 and 6 are involved in germ cell apoptosis following gonadotropin deprivation in rats. American Society of Andrology Meetings, Seattle WA, April, 2002

305.    Lue YH, C Wang, AP Sinha Hikim, CM Yamamoto, A Leung, V Atienza, M Diaz-Romero, RS Swerdloff: Progesterone receptor expression, localization, and activity in rat testes.  American Society of Andrology Meetings, Seattle WA, April, 2002

306.    Anawalt BD, JK Amory, C. Wang, RS Swerdloff, AS Dobs, AW Meikle, JMH Elbers and NS Houwing: A pharmacokinetic trial of an orally administerd testosterone undecanoate (TU) preparation (Org 538). American Society of Andrology Meetings, Seattle WA, April, 2002

307.    Rodriguez S, YH Lue, M Diaz-Romero, PH Yen, C Wang, RS Swerdloff, AP Sinha Hikim: Involvement of Diablo in Heat Induced Testicular Germ Cell Apoptosis in FAS Ligand-Defective Mice. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

308.    Diaz-Romero M, AP Sinha Hikim, YH Lue, C Wang, RS Swerdloff: Role of microtubules in heat-induced testicular germ cell apoptosis. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

309.    Swerdloff RS, C Wang, A Iranmanesh, A Dobs, P Snyder, G Cunningham, A Matsumoto, T Weber, Testosterone Gel Study Group. Transdermal Testsoterone (T) Gel is efficacious and safe in older compared to young men. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

310.    Cui Y, YH Lue, AP Sinha Hikim, A Leung, C Wang, RS Swerdloff: Testicular germ cell apoptosis induced by testosterone (T) implants in mice. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

311.    Lee KK, M Ferrini, AP Sinha Hikim, RS Swerdoff, NF Gonzalez-Cadavid, C Wang: Aging-related expression of p53 in the hypothalamus and other brain regions which regulate reproductive functions. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

312.    Clark, RV, CS Huffman, LJ Haberer, RS Swerdloff, C Wang, AM Matsumoto, WJ Bremner: Marked suppression of dihydrotestosterone (DHT) by dutasteride has no adverse effect on spermatogenesis in healthy men. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

313.    Wang C, RS Swerdloff, A Iranmanesh, AS Dobs, PJ Synder, G Cunningham, AM Matsumoto, T Weber and Testosterone Gel Study Group. Long term efficacy and safety of transdermal testosterone gel (AndroGel in hypogonadal men. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

314.    Bae A, C Wang, RS Swerdloff A Iranmanesh, JD Veldhuis. Ethnic contrasts in androgen feedback-dependent unleashing of LH secretion in young men. Endocrine Society 84th Annual Meeting. San Francisco, CA. June, 2002

315.    Anawalt BD, JK Amory, C Wang, RS Swerdloff, AS Dobs, AW Meikle, J Elbers, NW Houwing: Pharmacokinetics of four dose regimens of Andriol Testocaps in hypogonadal men. Malmo, Sweden

316.    Sinha Hikim AP, YH Lue, PH Yen, C Wang, RS Swerdloff: Deciphering the pathways of apoptosis in the testis. International Congress on Hormonal Steroids, Fukuoka, Japan, October, 2002

317.    Diaz-Romero M, AP Sinha Hikim, Y Vera, YH Lue, S Datta, C Wang, RS Swerdloff: The FAS signaling system is dispensable in heat-induced testicular germ cell apoptosis. Western Regional Meetings, Carmel, CA, February, 2003

318.    Lue YH, C Wang, G Mohder, R Chu, A Leung, AP Sinha Hikim, RS Swerdloff: Levonorgestrel suppresses gonadotropin secretion, decreases intratesticular testosterone level, and induces stage-specific activation of germ cell apoptosis in rats. Western Regional Meetings, Carmel, CA, February, 2003

319.    Lue YH, M Kimoto, J Chiang, AP Sinha Hikim C Wang, RS Swerdloff: Over-expression of Survivin and activation of Caspase 3 contribute to exogenous testsoterone-induced germ cell apoptosis in rats. Western Regional Meetings, Carmel, CA, February, 2003

320.    Rodriguez S, Y Vera, YH Lue, M Diaz-Romero, S Datta, C Wang, RS Swerdloff: Translocated cytosokic siablo through interaction with xiap regulates heat-induced testicular germ cell apoptosis in FAS ligan-defective mice. Western Regional Meetings, Carmel, CA, February, 2003

321.    Clark R, CS Huffman, RS Swerdloff, C Wang, A Matsumoto, W Bremner: Potent DHT suppression by the novel dual 5 alpha reductase inhibitor dutasteride does not effect bone density, bone metabolism or lipid profiles in healthy men. European Association of Urologists, Madrid, Spain, March, 2003

322.    Lee KK, M Diaz-Romero, AP Sinha Hikim, YH Lue, RS Swerdloff, C Wang: Effects of testosterone on body composition in old brown Norway rats. American Society of Andrology Meetings, Phoenix, AZ March, 2003

323.    Diaz-Romero M, AP Sinha Hikim, Y Vera, YH Lue, S Datta, C Wang, RS Swerdloff: The FAS signaling system is dispensable in heat-induced testicular germ cell apoptosis. American Society of Andrology Meetings, Phoenix, AZ March, 2003

324.    Lue YH, C Wang, G Mohder, R Chu, A Leung, AP Sinha Hikim, RS Swerdloff: Levonorgestrel suppresses gonadotropin secretion, decreases intratesticular testosterone level, and induces stage-specific activation of germ cell apoptosis in rats. American Society of Andrology Meetings, Phoenix, AZ March, 2003

325.    YH Lue, M Kimoto, J Chiang, AP Sinha Hikim, C Wang, RS Swerdloff: Over-expression of survivin and activation of caspase 3 contribute to exogenous testosterone-induced germ cell apoptosis in rats. American Society of Andrology Meetings, Phoenix, AZ March, 2003

326.    Vera Y, S Rodriguez, P Yen, YH Lue, M Diaz-Romero, C Wang, RS Swerdloff, AP Sinha Hikim. Translocated cytosolic diablo through interaction with XIAP regulates heat-induced testicular germ cell apoptosis in FAS Ligand-defective mice. XVII Testis workshop: Functional Genomics of Male Reproduction

at Phoenix, AZ March, 2003

327.    Wang C, RS Swerdloff, N Berman, A Iranmanesh, AS Dobs, PJ Snyder, G Cunningham, AM Matsumoto, T Weber, Testosterone Gel Study Group. Does Pretreatment Serum Testosterone affect Responsiveness to Long Term Transdermal Testosterone Gel (Androgel) Treatment in "Hypogonadal" Men?  Presented at the Endocrine Society's 85th Annual Meeting at Philadelphia, PA, on June 22, 2003.

328.    Lee KK, RS Swerdloff, A Nelson, XH Wang, JS Tong, YG Cui , R Roy, R Sinow, N Berman, L Hull, C Wang. Suppression of Spermatogenesis with Levonorgestrel and Testosterone Implants in Asian and Non-Asian Men.  Presented at the Endocrine Society's 85th Annual Meeting at Philadelphia, PA, on June 22, 2003.

329.    Rodriguez S, Y Vera, M Diaz-Romero, YH Lue, V Atienza, C Wang, RS Swerdloff, AP Sinha Hikim. Protection of heat-induced testicular germ cell apoptosis in mice by a new generation broad-spectrum caspase inhibitor.  Presented at the Endocrine Society's 85th Annual Meeting at Philadelphia, PA, on June 22, 2003

330.    Wang C, A Sinha Hikim, YH Lue, RS Swerdloff: Hormonal Regulation of Spermatogenesis. SSR meeting. Cincinnati, Ohio July, 2003

331.    Lue YH, C Wang, YX Liu, XS Zhang, A Leung, AP Sinha Hikim, RS Swerdloff: Transient Testicular warming enhances the suppression of spermatogenesis induced by testosterone implant in monkeys.  Western Regional Meetings Carmel, CA Feb,  2004

332.    Rodriguez S, Y Vera, V Pope, M Castanares, YH Lue, V Atienza, C Wang, RS Swerdloff, AP Sinha Hikim: Functional role of caspases in heat-induced testicular germ cell apoptosis. Western Regional Meetings Carmel, CA Feb, 2004

333.    Vera Y, T Takagi, V Pope, D Das, Y Lue, C Wang, RS Swerdloff, AP Sinha Hikim: Intrinsic pathway signaling in male germ cell apoptosis after hormone deprivation. Western Regional Meetings Carmel, CA Feb, 2004

334.    Wang C, RS Swerdloff, A Iranmanesh, A Dobs, PJ Snyder G Cunningham, AM Matsumoto, T Weber, C McWhirter and JJ Brennan: Frequency of dose adjustment for androgel during a three-year clinical trial in hypogonadal men. Western Regional Meetings Carmel, CA Feb, 2004

335.    Salameh W, X Chen, S Chen, J Olinga, T Guo, RS Swerdloff: Evidence for multiple signaling pathways regulating glycogen synthase kinase 3 (GSK3) in the mouse testes. American Society of Andrology Meetings, Baltimore MD, 2004

336.    Sinha-Hikim AP, Y Vera, T Takagi, V Pope, D Das, YH Lue, C Wang, RS Swerdloff.  Intrinsic pathway signaling in male germ cell apoptosis after hormone deprivation. Abstract presented at the Annual Meeting of the American Society of Andrology at Baltimore, Maryland, in April 2004.

337.    Lue YH, C Wang, W Salameh, Y Cai, AP SinhaHikim, HH Li, SM Lee, RS Swerdloff.  Testicular gene expression after testosterone or heat treatment in rats.  Abstract presented at the Annual Meeting of the American Society of Andrology at Baltimore, Maryland, in April 2004.

338.    Lue YH, C Wang, YX Liu, XS Zhang, A Leung, AP SinhaHikim, RS Swerdloff.  Transient testicular warming enhances the suppression of spermatogenesis induced by testosterone implant in monkeys.  Abstract presented at the Annual Meeting of the American Society of Andrology at Baltimore, Maryland, in April 2004.

339.    Silverman DHS, J Lai, PH Lu, GW Small, R Swerdloff, JL Cummings: Effect of transdermal testosterone on metabolism of posterior cingulated cortex and other brain regions: a prospective double-blind randomized placebo-controlled pilot study. Society of Nuclear Medicine Annual Meeting, 2004

340.   Wang CCL, RS Swerdloff. The full androgenic effects of testosterone treatment: clinical relevance of testosterone and its metabolites dihydrotestosterone and estradiol. Abstract presented at the 4th World Congress on the Aging Male at Prague, Czech Republic, February 26-29, 2004.

341.   Swerdloff RS, C Wang. Testosterone replacement therapy: Current and future. Abstract presented at the 4th Asian & Oceanic Congress of Andrology, Penang, Malaysia, March 25-28, 2004.

342.   Swerdloff RS, C Wang. Osteoporosis and androgen deficiency in men. Abstract presented at the 4th Asian & Oceanic Congress of Andrology, Penang, Malaysia, March 25-28, 2004.

343.   Wang C, RS Swerdloff. Experience with Androgel. Abstract presented at the 4th Asian & Oceanic Congress of Andrology, Penang, Malaysia, March 25-28, 2004.

344.   Lue YH, C Wang, J Ng, D Chen, J Li, AP Sinha Hikim, and RS Swerdloff: Progesterone receptor expression and localization in adult monkey testes. Endocrine Society's 86th Annual Meeting, New Orleans, LA, June 2004

345.   Lue YH, C Wang, YX Liu, SX Tao, A Leung, AP Sinha Hikim, and RS Swerdloff: Levonorgestrel enhances the suppression of spermatogenesis induced by testosterone implant in monkeys. Endocrine Society's 86th Annual Meeting, New Orleans, LA, June 2004

346.   Wang C, and RS Swerdloff: Advances in male hormone replacement therapy. Endocrine Society's 86th Annual Meeting, New Orleans, LA, June 2004

347.   Qu X-D, P Christenson, M Al-Sayed, P Cohan, DF Kelly, RS Swerdloff, C Wang. Do gender and BMI influence the GH response to GHR +ARG stimulation test? Abstract presented at the 86th Annual Meeting of the Endocrine Society in New Orleans, June 16-19, 2004.

348.   Wang C, RS Swerdloff, A Iranmanesh, A Dobs, PI Snyder, G Cunningham, AM Matsumoto, T Weber, C McWhirter, JJ Brennan. Frequency of dose adjustment for Androgel® during a three-year clinical trial in hypogonadal men. Abstract presented at the 86th Annual Meeting of the Endocrine Society in New Orleans, June 16-19, 2004

349.   Esposito F, P Moftakhar, J Dusick, P Cohan, C Wang, RS Swerdloff, DF Kelly. The direct endonasal approach for Cushing's disease. Congress of Neurological Surgeons Annual Meeting, San Francisco, CA, 2004

350.   Wang C, RS Swerdloff: Testosterone: clinical pharmacology of new preparations. 12th Annual International Congress of Endocrinology, Lisbon, Portugal, August 2004

351.   Kamischke A, E Nieschlag, C Wang, RS Swerdloff, G Noe, H Croxatto, K Sundaram, I Sivin and R. Sitruk-Ware: A randomized, dose-finding, three-center study on the effect of MENT and levonorgestrel implants for male contraception.

352.   Wang C, RS Swerdloff: Androgen treatment for Androgen Deficiency of Aging Men and Hormonal Male Contraception, National Congress of the Chinese Society of Andrology, August 2004, Nanjing , China

353.   Wang C, RS Swerdloff : Testosterone: clinical pharmacology of new preparations, International Congress of Endocrinology, August, 2004, Lisbon, Portugal

354.   Vera Y, Rodriguez S, Pope V, Castanares, Lue Y, Atienza V, Wang C, Swerdloff RS, Sinha Hikim AP. Functional role of caspases in heat-induced male germ cell apoptosis. Program of the 37th Annual Meeting of the Society for the Study of Reproduction, August 1-4, 2004, Vancouver, BC, Canada,

355.   Wang C, RS Swerdloff: Dihydrotestosterone for Androgen substitution therapy, 3rd European Congress of Andrology, September, 2004, Munster, Germany

356.   Lue YH, JD Jentsch, C Wang, AP SinhaHikim, WA Salameh, RS Swerdloff:  Testicular failure and learning deficits in adult XXY  mice.  To be presented at the Western Association of Physicians Meeting, Western Section of AFMR in February, 2005.

357.   Nunez C, Y Vera, M Castanares, V Atienza, YH Lue, C Wang, RS Swerdloff and AP Sinha Hikim: Aminoguanidine, a selective inhibitor of inducible nitric oxide synthase prevents male germ cell apoptosis after hormone deprivation. Western Regional Meetings Carmel, CA, 2005

358.   Castanares M, Y Vera, C Nunez, V Atienza, YH Lue, C Wang, RS Swerdloff, and AP Sinha Hikim: Minocycline through suppression of cytochrome C and diablo release attenuates male germ cell apoptosis after hormone withdrawal.  Western Regional Meetings Carmel, CA, 2005

359.   Vera Y, M Castanares, C Nunez, YH Lue, C Wang, RS Swerdloff, AP Sinha Hikim.  Involvement of p38 MAPK and nitric oxide in inducing male germ cell apoptosis via intrinsic pathway signaling after hormone deprivation.  To be presented at the Western Association of Physicians Meeting, Western Section of AFMR in February, 2005.

360.   Erkkila K, Dunkel L, Kyttanen S, Lapatto R, Swerdloff RS. 2005. Regulation of human male germ cell death by modulators of ATP production, American Federation for Medical Research (AFMR) Western Regional Meeting, Carmel, CA, 2005.

361.   Nieschlag E, RS Swerdloff: The aging male and testosterone deficiency: a hormonal debate. 8th International Congress of Andrology, San Diego, CA. June, 2005

362.   K Erkkila, S Kyttanen, R Lapatto, L Dunkel and RS Swerdloff. 2005. ATP production and pyridine nucleotides in human male germ cell death. American Society of Andrology (ASA), 30th Annual Meeting in Seattle, WA, 2005.

363.   Nunez C, Y Vera, M Castanares, V Atienza, YH Lue, C Wang, RS Swerdloff, AP Sinha Hikim. Aminoguanidine, a selective inhibitor of iNOS, up-regulates Bcl-2 and prevents male germ cell apoptosis after hormone deprivation.  87th Annual Meeting of the Endocrine Society, June, 2005, San Diego, CA,

364.   Vera Y, RI Elhag, YH Lue, V Pope, A Leung, V Atienza, C Wang, RS Swerdloff, AP Sinha Hikim.  Mouse model of male germ cell apoptosis in response to a lack of hormonal stimulation. 87th Annual Meeting of the Endocrine Society, June, 2005, San Diego, CA,

365.   Lue YH, C Wang, K Ma, AP Sinha Hikim, A Salameh, RS Swerdloff.  Loss of androgen receptor immunoexpression in Sertoli cells of adult XXY mice.  87th Annual Meeting of the Endocrine Society, June 4-7, 2005, San Diego, CA,.

366.   Lue YH, Swerdloff RS, Lydon JP, Sinha Hikim AP, Leung A, Wang C.  Characterization of the functional and physiological roles of progesterone receptor in the murine testis.  87th Annual Meeting of the Endocrine Society, June 4-7, 2005, San Diego, CA,

367.   Y Jia, YH Lue, RS Swerdloff, AP Sinha Hikim, Y Vera, XS Chang, YX Liu, C Wang: Mild testicular hyperthermia induces germ cell apoptosis through mitochondrial-dependent pathway in adult cynomolgus

monkeys. ISA, 2005

368.    Lue YH, D Jentsch, C Wang, N Rao, AP Sinha Hikim, W Salameh, RS Swerdloff: Development and analysis of mouse model for Klinefelter syndrome. ISA, 2005

369.    Lue YH, C Wang, W Salameh, AP Sinha Hikim, Y Cai, S Lee, RS Swerdloff: Effect of combined treatment of testosterone and heat on testicular gene expression in rats.  ISA, 2005

370.    Erkkila K, S Dyttanen, L. Dunkel, YH Lue, C Wang, AP Sinha Hikim, RS Swerdloff: A-Acetyl-L Cysteine Restores GSH-GSSH Ratio and Prevents human male germ cell apoptosis. Western Regional Meetings Carmel, CA,, 2006

371.    Schwarcz M YH Lue, VS Pope, K Ma, AP Sinha Hikim C. Wang, RS Swerdloff: Over-expression of estrogen receptor beta contributes to exogenous testosterone induced germ cell apoptosis in rats Western Regional Meetings Carmel, CA, 2006

372.    Castellanos J, Vera Y, Meyer J, Jia Y, Lue YH, Wang C, Swerdloff RS, Sinha Hikim AP.  ERK Activation Promotes Heat-Induced Germ Cell Apoptosis Via Inactivation of Bcl-2 through Phosphorylation.  Abstract presented at 31st Annual Meeting of the American Society of Andrology, June, 2006 at Chicago, Illinois.

373.    Liu, PY, RS Swerdloff, C Wang and Male Hormonal Contraception Recovery Group: Recovery of spermatogenesis after androgen-progestin therapy. Western Regional Meetings Carmel, CA, 2006

374.    Lue YH, Liu PY, Erkkila K, Wang C, SinhaHikim AP, Swerdloff RS. 2006. Fate of bone marrow stem cells transplanted into the testis. American Society of Andrology (ASA), 31st Annual Meeting in Chicago, IL, 2006.

375.    Erkkila K, Kyttanen A, Dunkel L, Lue YH, Wang C, Sinha-Hikim AP, Swerdloff RS. 2006. N-acetyl-L-cysteine restores GSH-GSSG ratio and prevents human male germ cell apoptosis. American Society of Andrology (ASA), 31st Annual Meeting in Chicago, IL, 2006.

376.    R Ruiz, K Erkkila, AP Sinha Hikim, Y Lue, D Abuyounes, D Jentsch, C Wang, and RS Swerdloff. 2006. The social gender preference and behavior of XXY mice and their modified palmitate and stearate brain metabolism. STTP Research Fair, LA, CA, 2006.

377.    Lue YH, Liu PY, Ma K, Krista Erkkila K, Wang C, SinhaHikim A, Swerdloff R. Transplanted XY spermatogonial stem cells colonize in the seminiferous tubules of XXY Mice.  Abstract to be presented at the 88th Annual Meeting of the Endocrine Society, at Boston, MA, June 2006.

378.    Lue YH, Jentsch D, Wang C, Swerdloff R.   Testosterone treatment improves the learning ability of adult XXY mice.  Abstract to be presented at the 88th Annual Meeting of the Endocrine Society, at Boston, MA, June 2006.

379.    Schwarcz M, P Liu, K Erkkila, YH Lue, D Abuyounes, D Jentsch, C Wang, RS Swerdloff. Gender Preference and Social Behavior of XXY Mice. 88th Annual Meeting of the Endocrine Society, Boston, MA, 2006

380.    K Erkkila, PY Liu, PW-N Lee, LG Boros, M Ferrini, AP Sinha Hikim, C Wang, YH Lue, RS Swerdloff. 2006. XXY Mice Exhibit Altered Palmitate and Stearate Metabolism in the Brain. ENDO 2006, The Endocrine Society's 88th Annual Meeting, Boston, MA, 2006.

381.    YH Lue, PY Liu, K Ma, K Erkkila, C Wang, AP SinhaHikim, RS Swerdloff. 2006. Transplanted XY Spermatogonial Stem Cells Colonize in the Seminiferous Tubules of XXY Mice. ENDO 2006, The Endocrine Society's 88th Annual Meeting, Boston, MA, 2006.

382. Swerdloff, RS. The Present State of Male Contraception. XX Reunion ALIRH Buenos Aires, Argentina, 2007

383. Peter Y Liu, Ronald S Swerdloff, Peter D Christenson, David J Handelsman, Christina Wang and Hormonal Male Contraception Summit Group. Factors Affecting the Rate and Extent of Sperm Output Suppression in Male Contraceptive Purposes. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

384. Y. Jia, AP.S. Hikim, RS. Swerdloff, YH. Lue, C. Johnson, N. Chiang, X. Han, Y. Vera, XS. Zhang, ZY. Hu, YC. Li, YX. Liu, And C. Wang. Role of JNK in Testicular Cells after Hyperthermia and/or Intratesticular Testosterone Deprivation Treatments in Adult Cynomolgus Monkeys. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

385. J Castellanos, Y Jia, J Meyer, Y Lue, C Wang, RS Swerdloff, and AP Sinha Hikim. Testicular Hyperthermia but Not Hormone Deprivation Results in Stage-And Cell-Specific Activation of ERK and Inactivation of BCL-2. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

386. C Johnson, Y Jia, AP Sinha Hikim, RS Swerdloff, YH Lue, X Han, XS Zhang, ZY Hu, YC Li, YX Liu, and C Wang. Role of Caspase 2 in Apoptotic Signaling of Primate Male Germ Cells. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

387. Monica Schwarcz, YanHE Lue, Christina Wang and Ronald S. Swerdloff. Testosterone Production of Isolated Leydig Cells in XXY Mice. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

388. YH Lue, M Crespo, K Dollente, C Wang, RS Swerdloff. Disrupted X-Linked Gene Expression and Early Differentiation of Gonocytes Contribute to Testicular Failure in XXY Mice. Abstract presented at 32nd Annual Meeting of the American Society of Andrology, April, 2007 at Tampa, Florida.

389. Ma K, Berglund F, Crespo M, Lue YH, Swerdloff RS, Sinha Hikim AP, Liu YX, Cui YG, Wang XH, Sha JH, Zhou ZM[3], Wang C. Potential male contraceptive target: germ cell specific vasa protein localization in monkey and human testes. 89th Annual Meeting of the Endocrine Society. June 2-5, 2007 Toronto, Canada.

390. Jia Y, Amiya P. Sinha Hikim, Yan-He Lue, Ronald S. Swerdloff, Yanira Vera, Xue-Shen Zhang, Zhao-Yuan Hu, Yin-Chuan Li, Yi-Xun Liu, and Christina Wang. Signaling Pathways for Germ Cell Death in Adult Cynomolgus Monkeys (Macaca fascicularis) Induced by Mild Testicular Hyperthermia and Exogenous Testosterone Treatment. Abstract presented at 40th Annual Meeting of the Society for the study of Reproduction, July at San Antonio, Texas.

391. Wang C, Yu-Gui Cui, Xing-Hai Wang Yue Jia, Amiya Sinha Hikim, Yan-He Lue, Jian-Son Tong, Li-Xin Qian, Jia-Hao Sha, Zuo-Min Zhou, Laura Hull, Andrew Leung, and Ronald S. Swerdloff. Transient Scrotal Hyperthermia and Levonorgestrel Enhance Testosterone –Induced Spermatogenesis Suppression in Men through Increased Germ Cell Apoptosis. Abstract presented at the Endocrine Society, June 2007.

392. Itagaki BK, RS Swerdloff: A hidden diagnosis: pheochromocytoma with concurrent crystal methamphetamine use. SGIM National Meeting, Philadelphia, PA 2008

393. Liu PY, Swerdloff RS, Handelsman DJ, Wang C and the Hormonal Male Contraception Summit group. Determinants of the Rate and Extent of Spermatogenic Suppression during Hormonal Male Contraception. Proceedings American Endocrine Society, 90th Annual Meeting, San Francisco, June 2008.

394. Erkkila K*, Liu PY*, Lue YH, Schwarcz MD, Abuyounes D, Ruiz R, Ma K, Jentsch JD, Wang C, Swerdloff RS. Karyotypic and Hormonal Control of Gender Preference and Social Behavior of XXY Mice. 90th Annual Meeting of the Endocrine Society, San Francisco, June 2008. *Contributed equally to the work

395. Y Jia, AP Sinha Hikim, C Wang, YH Lue, V Atienza, RS Swerdloff: Heat shock protein 27 (HSP27) phosphorylation is critcal in heat induced male germ cell apoptosis in the rat. 90th Annual Meeting of the Endocrine Society. San Francisco, CA, June 2008

396. Schwarcz M, C Wang, RS Swerdloff: Correlation between body mass index and serum sex hormones in hypogonadal men before and after transderma testosterone

397. RS Swerdloff, AS Dobs, JM Kaufman, MM Miner, M Morgentaler, R Shabsigh, C Wang: Pharmacokinetics of a long acting injection, testosterone undecanoate, on serum total testosterone and other sex homrones in the treatment of hypogonadism at steady stte: results from a phase III clinical trial. 90th Annual Meeting of the Endocrine Society. San Francisco, CA, June 2008

398. RS Swerdloff, C Wang: Improved Male Sexual Function with a novel long-acting testosterone undecanoate intramuscular injection. The Sexual Medicine Society of North American (SMSNA) 2008 Fall meeting, Toronto, Canada, October, 2008

399. RS Swerdloff, C Wang: Improved depression related outcomes in men treated with a novel long acting testosterone undecanoate intramuscular injection. The Sexual Medicine Society of North American (SMSNA) 2008 Fall meeting, Toronto, Canada, October, 2008

400. RS Swerdloff, C Wang: Effects of a novel long-acting testosterone undecanoate intramuscular injeciton on prostate health outcomes in hypogonadal men: results of a multicenter, open label trial. The Sexual Medicine Society of North American (SMSNA) 2008 Fall meeting, Toronto, Canada, October, 2008

401. RS Swerdloff, C Wang: Impact of a novel long-acting testosteone undecanoate intramuscualr injection on sex hormones of hypogonadal men. The Sexual Medicine Society of North American (SMSNA) 2008 Fall meeting, Toronto, Canada, October, 2008

402. Morgentaler, A Dobs, Kaufman, Miner, Shabsigh, RS Swerdloff, C Wang: Long Acting Testosterone Undecanoate Injection to Treat Male Hypogonadism: 84 week safety and efficacy outcomes. AUA, November 14, 2008.