43 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 2/17/09

Case No. CR-07-0732 SI          Judge: SUSAN ILLSTON

Title: UNITED STATES -v- BARRY L. BONDS (NC)(P)

Attorneys: M. Parella, Finigan, Nedrow.    A. Ruby, C. Arguedas, D. Riordan,
                                            T. Cassman, M. Anderson,

Deputy Clerk: Tracy Sutton    Court Reporter: L. Zinn

### **PROCEEDINGS**

1) Final Pretrial Conference - HELD
2) 
3) 
Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN
   ( ) SUBMITTED                          PART

Case continued to ___ for Further Status

Case continued to ___ for Motions
(Motion due , Opposition Reply )

Case continued to ___ for Pretrial Conference

Case continued to ___ for Trial (Jury: ___ Days)

Category of Excludable Delay: ___
**Delay begins:    Delay ends:**
(          )

ORDERED AFTER HEARING:
14 trial jurors will be selected.
Juror questionnaires shall be distributed to the panel of prospective jurors on 3/2/09. Jury selection will begin 3/3/09.
Counsel shall meet and confer re: providing copies of the admitted trial exhibits to the press.
See Final Pretrial Order for more details.