UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY LAMAR BONDS,<br><br>    Defendant. | Criminal No. CR 07-0732 SI<br><br>**[PROPOSED] ORDER**<br><br>Date: February 25, 2009<br>Time:10:00 a.m.<br>Judge: Hon. Susan Illston |

[PROPOSED] ORDER

It is hereby ordered that a hearing to determine whether Greg Anderson will testify regarding the above-captioned matter shall be set for Wednesday, February 25, 2009, at 10:00 a.m., in Courtroom #10, 450 Golden Gate Boulevard, 19th Floor, San Francisco, California.

It is further ordered that Greg Anderson shall appear on that date, at that location, and at that time.

///

///

///

[PROPOSED] ORDER
CR 07-0732 SI

It is further ordered the United States Marshals Service serve a copy of this order upon Greg Anderson forthwith and provide him with transportation to the court if required.

DATE:_____

_____
SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CR 07-0732 SI                                      3