v. Google, Inc.
Doc. 139

1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA
10        SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,           )    Criminal No. CR 07-0732 SI
                                          )
13 |        Plaintiff,                    )    **[PROPOSED] ORDER_**
                                          )
14 |                                      )
      v.                                  )    Date: February 25, 2009
15 |                                      )    Time: 10:00 a.m.
                                          )    Judge: Hon. Susan Illston
16 | BARRY LAMAR BONDS,                   )
                                          )
17 |        Defendant.                    )
   |_____)
18
19                    [PROPOSED] ORDER

20       It is hereby ordered that a hearing to determine whether Greg Anderson will testify
21 regarding the above-captioned matter shall be set for Wednesday, February 25, 2009, at 10:00
22 a.m., in Courtroom #10, 450 Golden Gate Boulevard, 19th Floor, San Francisco, California.
23       It is further ordered that Greg Anderson shall appear on that date, at that location, and at
24 that time.
25 ///
26 ///
27 ///
28

[PROPOSED] ORDER
CR 07-0732 SI

     It is further ordered the United States Marshals Service serve a copy of this order upon Greg Anderson forthwith and provide him with transportation to the court if required.

DATE: ___2/20/09_____                    _____/s/ Susan Illston_____

                                                      SUSAN ILLSTON
                                                     United States District Judge