v. Google, Inc.　　Doc. 141

ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BARRY LAMAR BONDS,<br><br>Defendants | Case No.: CR 07-0732 SI<br><br>APPLICATION TO EXCUSE DEFENDANT'S PERSONAL PRESENCE AT SPECIAL HEARING ON FEBRUARY 25, 2009<br><br>Date: February 25, 2009<br>Hon: Susan Illston |

    Defendant, Barry Lamar Bonds respectfully asks the Court to excuse his personal presence at the Special Hearing in this matter on February 25, 2009. Because of the short time frames involved, a Special Hearing was discussed and agreed to without input from

1

Dockets.Justia.com

Mr. Bonds concerning his prior commitments, and he will respectfully ask to be relieved from traveling from his residence in Southern California to San Francisco on February 25, 2009.

A Waiver to be signed by Mr. Bonds and his attorney accompanies this Application, along with a proposed Order for the Court's consideration.

Respectfully submitted,

DATED: February 23, 2009

LAW OFFICES OF ALLEN RUBY

*/s/ Allen Ruby*

Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Application re Appearance 2 25 09.doc

```
 1  ALLEN RUBY, SB #47109
    LAW OFFICES OF ALLEN RUBY
 2  125 South Market Street, Suite 1001
    San Jose, CA 95113-2379
 3  Telephone: 408 998-8500
    Facsimile: 408-998-8503
 4
    CRISTINA C. ARGUEDAS, SB #87787
 5  TED W. CASSMAN, SB #98932
    ARGUEDAS, CASSMAN & HEADLEY
 6  803 Hearst Avenue
    Berkeley, CA 94710
 7  Telephone: 510-845-3000
    Facsimile: 510-845-3003
 8
    DENNIS P. RIORDAN, SB # 69320
 9  DONALD M. HORGAN, SB #121547
    RIORDAN & HORGAN
10  523 Octavia Street
    San Francisco, CA 94102
11  Telephone: 415-431-3472
    Facsimile: 415-552-2703
12
    Attorneys for Defendant
13  BARRY BONDS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07-0732 SI |
|---|---|
| Plaintiffs, | ) WAIVER OF DEFENDANT'S RIGHT<br>) TO BE PRESENT |
| vs. | ) |
| BARRY LAMAR BONDS, | ) |
| Defendants | ) |

I hereby waive my right to be present at the Special Hearing scheduled by the Court for February 25, 2009, at 10:00 a.m., subject to any further order of the Court. I understand that I am still required to be present for the Trial, beginning with jury selection on March 3,

1

2009.

DATED: February ___, 2009

_____
Defendant Barry Lamar Bonds

Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

I:\Bonds\P\Appearance5 waiver.doc