United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00732SI |
| Plaintiff, | **NOTICE** |
| v. | |
| BONDS, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the hearing re: Greg Anderson's testimony has been continued to Friday, February 27, 2009, at 2 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 24, 2009                              RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk