1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CASBN 163973)
3    Chief, Criminal Division

4    MATTHEW A. PARRELLA (NYSBN 2040855)
     JEFFREY D. NEDROW (CASBN 161299)
5    JEFFREY R. FINIGAN (CASBN 168285)
     J. DOUGLAS WILSON (DCBN 412811)
6    Assistant United States Attorneys

7
         450 Golden Gate Avenue
8        San Francisco, California  94102
         Telephone: (415) 436-7232
9        Facsimile: (415) 436-7234
         Email: jeffrey.finigan@usdoj.gov
10
     Attorneys for Plaintiff
11

12                           UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,         )   Criminal No. CR 07-0732 SI
                                        )
17           Plaintiff,                 )
                                        )
18                                      )   **UNITED STATES' REQUEST TO RE-**
                                        )   **SET HEARING AND [PROPOSED]**
19        v.                            )   **ORDER**
                                        )
20   BARRY LAMAR BONDS,                 )
                                        )
21           Defendant.                 )
                                        )
22   _____)

23

24       On February 24, 2009, the Deputy Clerk of the Court issued a Notice advising the parties

25   that the hearing re Greg Anderson's testimony has been continued from Wednesday, February 25,

26   2009, at 10:00 a.m., to Friday, February 27, 2009, at 2:00 p.m.  The government respectfully

27   requests that the Court advance the hearing to 8:30 a.m. on Friday, February 27, 2009, so that the

28   hearing may be conducted as far in advance of the beginning of trial as possible.  The

     REQUEST TO RE-SET HEARING
     CR 07-0732 SI

government is mindful of the Court's Friday morning calendar at 9:00 a.m., but notes that the

Court also has a calendar at 2:30 p.m. on Friday.

DATED: February 24, 2009

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
J. DOUGLAS WILSON
Assistant United States Attorneys


## ORDER

The Court hereby **ORDERS** the following. The hearing re Greg Anderson's testimony is rescheduled from Friday, February 27, 2009, at 2:00 p.m. to February 27, 2009, at 8:30 a.m. The Deputy Clerk shall serve Mr. Anderson's attorney with a copy of this Order via facsimile and mail and confirm with Mr. Anderson's attorney that Mr. Anderson will appear pursuant to this Order.

DATED:

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE