JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CASBN 161299)
JEFFREY R. FINIGAN (CASBN 168285)
J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0732 SI |
|     Plaintiff, ) | |
| ) | **UNITED STATES' REQUEST TO RE-SET HEARING AND [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| BARRY LAMAR BONDS, ) | |
|     Defendant. ) | |

On February 24, 2009, the Deputy Clerk of the Court issued a Notice advising the parties that the hearing re Greg Anderson's testimony has been continued from Wednesday, February 25, 2009, at 10:00 a.m., to Friday, February 27, 2009, at 2:00 p.m.  The government respectfully requests that the Court advance the hearing to 8:30 a.m. on Friday, February 27, 2009, so that the hearing may be conducted as far in advance of the beginning of trial as possible.  The

REQUEST TO RE-SET HEARING
CR 07-0732 SI

1  government is mindful of the Court's Friday morning calendar at 9:00 a.m., but notes that the
2  Court also has a calendar at 2:30 p.m. on Friday.

5  DATED: February 24, 2009         JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    _____/s/_____
                                    MATTHEW A. PARRELLA
                                    JEFFREY D. NEDROW
                                    JEFFREY R. FINIGAN
                                    J. DOUGLAS WILSON
                                    Assistant United States Attorneys

## ORDER

The Court hereby **ORDERS** the following. The hearing re Greg Anderson's testimony is rescheduled from Friday, February 27, 2009, at 2:00 p.m. to February 27, 2009, at ~~8:30 a.m.~~ 10:15 a.m. The Deputy Clerk shall serve Mr. Anderson's attorney with a copy of this Order via facsimile and mail and confirm with Mr. Anderson's attorney that Mr. Anderson will appear pursuant to this Order.

DATED: _____
       SUSAN ILLSTON
       UNITED STATES DISTRICT COURT JUDGE