v. Google, Inc.

1  ALLEN RUBY, SB #47109
   LAW OFFICES OF ALLEN RUBY
2  125 South Market Street, Suite 1001
   San Jose, CA 95113-2379
3  Telephone: 408 998-8500
   Facsimile: 408-998-8503
4
   CRISTINA C. ARGUEDAS, SB #87787
5  TED W. CASSMAN, SB #98932
   ARGUEDAS, CASSMAN & HEADLEY
6  803 Hearst Avenue
   Berkeley, CA 94710
7  Telephone: 510-845-3000
   Facsimile: 510-845-3003
8
   DENNIS P. RIORDAN, SB # 69320
9  DONALD M. HORGAN, SB #121547
   RIORDAN & HORGAN
10 523 Octavia Street
   San Francisco, CA 94102
11 Telephone: 415-431-3472
   Facsimile: 415-552-2703
12
   Attorneys for Defendant
13 BARRY BONDS

14

15

16            UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA,       ) Case No.: CR 07-0732 SI
                                   )
21        Plaintiffs,              ) [PROPOSED] ORDER EXCUSING
                                   ) DEFENDANT'S PERSONAL
22    vs.                          ) PRESENCE AT SPECIAL HEARING
                                   )
23 BARRY LAMAR BONDS,              ) Date: February 25, 2009
                                   ) Hon: Susan Illston
24        Defendants               )
                                   )
25

26    Pursuant to the Waiver signed by defendant and his counsel, and good cause

27 appearing,

28    IT IS HEREBY ORDERED that defendant Barry Lamar Bonds need not be

1

Dockets.Justia.com

1 | personally present at the Special hearing scheduled for February 2̶5̶ 27, 2009, at 1̶0̶:̶0̶0̶ 10:15 a.m.,
2 | provided that Mr. Bonds and his attorney sign and file the Waiver attached to the
3 | Application.
4 |
5 | DATED: 2/25/09
6 |
7 | _____
8 | SUSAN ILLSTON
    | UNITED STATES DISTRICT COURT JUDGE

2