v. Google, Inc.          Doc. 148

ALLEN RUBY, SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113-2379
Telephone: 408 998-8500
Facsimile: 408-998-8503

CRISTINA C. ARGUEDAS, SB #87787
TED W. CASSMAN, SB #98932
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-845-3000
Facsimile: 510-845-3003

DENNIS P. RIORDAN, SB # 69320
DONALD M. HORGAN, SB #121547
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: 415-431-3472
Facsimile: 415-552-2703

Attorneys for Defendant
BARRY BONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07-0732 SI |
|---|---|
| Plaintiffs, | ) WAIVER OF DEFENDANT'S RIGHT |
| vs. | ) TO BE PRESENT |
| BARRY LAMAR BONDS, | ) |
| Defendants | ) |

    I hereby waive my right to be present at the Special Hearing scheduled by the Court for February 27, 2009, at 10:15 a.m., subject to any further order of the Court. I understand that I am still required to be present for the Trial, beginning with jury selection on March 3,

1

Dockets.Justia.com

1  2009.
2  DATED: February 23, 2009

_____
Defendant Barry Lamar Bonds

6  Approved:

_____
Allen Ruby, Attorney for
Defendant Bonds

11  I:\Bonds\P\Appearance5 waiver.doc