**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                          No. C 07-00732SI

        Plaintiff,                     **NOTICE**

  v.

BONDS,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the government has filed a notice of appeal. The jury selection will not proceed until further notice.


Dated: February 27, 2009                       RICHARD W. WIEKING, Clerk

                                               _____
                                               Tracy Sutton
                                               Deputy Clerk