1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN #2040855)
   JEFFREY D. NEDROW (CSBN #161299)
5  JEFFREY R. FINIGAN (CSBN #168285)
   J. DOUGLAS WILSON (DCBN #412811)
6  Assistant United States Attorneys

7  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
8  Telephone: (408) 535-5045
   Facsimile: (408) 535-5066
9  Email: matthew.parrella@usdoj.gov

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0732-SI |
| Plaintiff, | UNITED STATES' NOTICE OF APPEAL |
| v. | |
| BARRY LAMAR BONDS, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, the United States, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit the district court's order excluding evidence contained in Order Re: Defendant's Motions *In Limine* entered on February 19, 2009.

DATED: February 27, 2009    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Assistant United States Attorney
Chief, San Jose Branch

1 | **CERTIFICATE OF THE UNITED STATES ATTORNEY**

Pursuant to 18 U.S.C. § 3731, I hereby certify that this appeal is not taken for purposes of delay and that the evidence excluded by the order of the district court is a substantial proof of a fact material to this proceeding.

DATED: February 27, 2009

　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　United States Attorney

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | The undersigned hereby certifies that he is an employee of the office of the United States |
| 3 | Attorney, Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers. The undersigned certifies that he caused copies of: |

**UNITED STATES' NOTICE OF APPEAL**

in the case of **UNITED STATES v. BARRY LAMAR BONDS, CR 07-0732 SI** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

Allen Ruby, Esq.
Law Offices of Allen Ruby
125 South Market St., Ste. 1001
San Jose, CA 95113-2379

Dennis P. Riordan, Esq.
Donald M. Horgan, Esq.
Riordan & Horgan
523 Octavia St.
San Francisco, CA 94102

Cristina C. Arguedas, Esq.
Ted W. Cassman, Esq.
Arguedas, Cassman & Headley, LLP
803 Hearst Ave.
Berkeley, CA 94710

\_\_\_\_(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2009

TYLE L. DOERR
Appellate Paralegal Specialist