**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 2, 2009

MEMORANDUM

TO: Parties in <u>United States v. Barry Lamar Bonds</u>

District Court Docket No.: <u>CR 07-0732 SI</u>

FROM: Clerk, U.S. District Court, Northern District of California

BY: Deputy Clerk

RE: Criminal Appeals Expediting Program

     The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates for payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

     A copy of your notice of appeal and other docketing information is being mailed to the Court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with appeal number and other essential information within a few days.

     If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1 and Revised Provisions for the Representation of Appeal of Persons Financially Unable to Obtain Representation, formerly the Ninth Circuit Rule Appendix, Sections 2-5.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | )
|---|---|
| UNITED STATES OF AMERICA | ) ORDER FOR TIME SCHEDULE |
| Appellant/Plaintiff | ) CA No. _ |
| | ) DC No. CR 07-0732 SI |
| -V- | ) Northern District of California |
| | ) Notice of Appeal filed 02-27-09 |
| BARRY LAMAR BONDS | ) () CJA or FP  () Paid Appeal |
| | ) () Apptd Counsel    () Fed Defender |
| Appellee/Defendant | ) () Retained Counsel |
| | ) () Advisory Counsel Only |
| | ) () On Bail    () In Custody |
| | ) (X) Government appeal |

The parties, counsel and court personnel, in the processing of this appeal, will comply with the following time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court.......IMMEDIATELY
2. Date transcript will be ordered from the court reporter. (If this case is under CJA, give
   the date that the order is to be given to the court reporter.)    03-23-09
3. The court reporter's transcript will be filed in the District Court    04-22-09
   (Certificate of Record will be submitted to the Court of Appeals by the Clerk of the District Court
   immediately upon the filing of the transcript. The Certificate of Record indicates that the
   complete trial court record including designated transcripts is available for use by the parties.)
4. Appellant's opening brief and excerpts of record will be served and filed pursuant to Circuit Rules
   32 and 31-2.    06-01-09
5. The appellee's brief of no more than 35 pages will be served and filed pursuant to Circuit Rules
   32 and 31-2    07-01-09
6. The appellant's (optional) reply brief will be served and filed pursuant to Circuit Rules
   32 and 31-2.    07-15-09

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

For the Court: Molly C. Dwyer, Clerk
U.S. Court of Appeals

By *[signature]*
Deputy Clerk, US District Court

NOTE: Cir. Rule 32 sets length limitations on briefs. These may be modified only by order of the court. Cir. Rule 42-1 requires that this appeal may be dismissed if appellant's brief is not timely filed.