3 (Rev. 12/85) Summons in a Criminal Case    CR07 0732 ST    FILED

## RETURN OF SERVICE

Service was made by me    Date 02/23/    MAR - 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned 02/24/09     Federico Rocha
Date            Name of United States Marshal

        Kelly McGowen
        (by) Deputy United States Marshal

Remarks: ANDERSON SAID HE DOES NOT REQUIRE TRANSPORTATION TO COURTHOUSE.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

RECEIVED
UNITED STATES MARSHAL

09 FEB 23 AM 9:05

NORTHERN DISTRICT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0732 SI |
| Plaintiff, ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | Date: February 25, 2009 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Susan Illston |
| BARRY LAMAR BONDS, ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

It is hereby ordered that a hearing to determine whether Greg Anderson will testify regarding the above-captioned matter shall be set for Wednesday, February 25, 2009, at 10:00 a.m., in Courtroom #10, 450 Golden Gate Boulevard, 19th Floor, San Francisco, California.

It is further ordered that Greg Anderson shall appear on that date, at that location, and at that time.

///
///
///

[PROPOSED] ORDER
CR 07-0732 SI

1  It is further ordered the United States Marshals Service serve a copy of this order upon
2  Greg Anderson forthwith and provide him with transportation to the court if required.

DATE: 2/20/09

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CR 07-0732 SI                                3